**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hughes River FM, LLC v.
Ximalaya, Inc., et al.

Case Number: 25-cv-06217

An appearance is hereby filed by the undersigned as attorney for:

Defendants Ximalaya, Inc., Seaman Yu, Yu Jianjun (duplicate of Seaman Yu),
Xiaoyu [sic] Chen, and Li Haibo

Attorney name (type or print): Kenneth J. Vanko

Firm: Clingen Callow & McLean, LLC

Street address: 2300 Cabot Drive, Suite 500

City/State/Zip: Lisle, IL 60532

Bar ID Number: 6244048
(See item 3 in instructions)

Telephone Number: (630) 871-2600

Email Address: vanko@ccmlawyer.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's general bar?  ☑ Yes  ☐ No

Are you a member of the court's trial bar?  ☑ Yes  ☐ No

Are you appearing *pro hac vice*?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  7/03/2025

Attorney signature:  S/ Kenneth J. Vanko

(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023