[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Hughes River FM, LLC,

Plaintiff )

v. )

Ximalaya, Inc., et al. )

Defendant )

Case Number: 25-cv-06217

Judge: Edmond E. Chang

### NOTICE OF MOTION

**TO:** Daniel John Voelker

Voelker Litigation Group

dvoelker@voelkerlitigationgroup.com

**PLEASE TAKE NOTICE** that on July 10, 2025 **at** 8:30 a.m. , or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Edmond E. Chang or any judge sitting in his or her stead in **Courtroom** 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**
Defendants Ximalaya, Inc., Seaman Yu, Yu Jianjun (duplicate of Seaman Yu), Xiaoyu [sic] Chen, and Li Haibo's Unopposed Motion To Extend The Date To Respond To Complaint

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025 , I provided service to the person or persons listed above by the following means: via EM/ECF electronic filing system

Signature: /s/ Kenneth J. Vanko          Date: 7/03/2025

Name (Print): Kenneth J. Vanko (ARDC #6244048)

Clingen Callow & McLean, LLC

Address: 2300 Cabot Drive, Suite 500          Phone: (630) 871-2600

Lisle, IL 60532

vanko@ccmlawyer.com

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]