**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HUGHES RIVER FM, LLC, )<br>a Delaware limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>XIMALAYA, INC., )<br>a Cayman Islands corporation, )<br>YU JIANJUN, an individual, )<br>SEAMAN YU, an individual, )<br>XIAOYU CHEN, an individual, )<br>LI HAIBO, an individual, )<br>and TENCENT MUSIC ENTERTAINMENT )<br>GROUP, INC., a Cayman Islands )<br>corporation, )<br>)<br>Defendants. ) | Case No. 1:25-cv-06217 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff, Hughes River FM, LLC, states that it has no parent corporation and that no publicly held corporation owns more than 5% of it. The only member of Hughes River FM, LLC is Kai Jiang, a citizen of the State of Illinois who resides in Lake Forest, Illinois.

1

Respectfully submitted,

HUGHES RIVER FM, LLC,
Plaintiff

By:/s/*Daniel J. Voelker*
Its Attorney

Daniel J. Voelker, Esq.
**Voelker Litigation Group**
33 N. Dearborn Street
Suite 400
Chicago, Illinois 60602
312.505.4841
dvoelker@voelkerlitigationgroup.com
ARDC #6189578

Dated: July 11, 2025

## CERTIFICATE OF SERVICE

I, Daniel J. Voelker, hereby certify that on the 11th day of July, 2025, I caused to be served a copy of the foregoing document on all counsel of record listed below, via the Court's ECF system:

Vincent Filardo, Esq.
Andrew Sklar, Esq.
**King & Woods Mallesons**
50th Floor
500 Fifth Avenue
New York, NY 10110
212.319.4755
Vincent.filardo@mishcon.com
Vincent.filardo@us.kwm.com
Andrew.sklar@us.kwm.com

2

Kenneth Vanko, Esq.
**Clingen, Callow & McLean, LLC**
2300 Cabot Drive
Suite 500
Lisle, Illinois 60532
630.871.2600
<burza@ccmlawyer.com>
<vanko@ccmlawyer.com>

Peter P. Tomczak, Esq. (lead)
**Baker & McKenzie LLP**
300 East Randolph Street
Suite 5000
Chicago, Illinois 60601
312.861.8030
<Peter.Tomczak@bakermckenzie.com>
Attorney for Tencent Music Entertainment Group, Inc., Defendant

*/s/ Daniel J. Voelker*