AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

Hughes River FM, LLC,

*Plaintiff(s)*

v.

Ximalaya, Inc., Yu Jianjun, Seaman Yu, Xiaoyu

*Defendant(s)*

Civil Action No. 1:25-cv-06217

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Ximalaya, Inc.
Maples Corporate Services Limited
P.O. Box 309
Ugland House
George Town, Grand Cayman KY1-1104, Cayman Islands, or wherever it can be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Voelker, Esq., Voelker Litigation Group, 33 N. Dearborn Street, Suite 1250,
Chicago, Illinois 60602, 312.505.4841.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*/s/ Quentin Liddell*

(By) DEPUTY CLERK



June 6, 2025

DATE

Case: 1:25-cv-06217 Document #: 28 Filed: 07/22/25 Page 2 of 2 PageID #:87
Case: 1:25-cv-06217 Document #: 10 Filed: 06/06/25 Page 2 of 2 PageID #:37

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) - ILND Electronic Issuance 5/2025

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ximalaya, Inc.**
was received by me on *(date)* **6/10/2025**.

' I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* **Tami Powers, representative of Registered Agent** who is designated by law to accept service of process on behalf of *(name of organization)* **Maples Corporate Services Limited PO Box 309 Ugland House, George Town, Grand Cayman Ky1-1104** on *(date)* **6/11/2025 @ 3:20 pm EST** ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **14th June 2025**

*Server's signature*

**Kastro Troy**
*Printed name and title*

**#17 Duxice Lean, West Bay
PO Box 82 Hell
Grand Cayman, KY1-1401**
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons in a civil action and Complaint