IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGHES RIVER FM, LLC,<br>a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>XIMALAYA, INC.,<br>a Cayman Islands corporation,<br>YU JIANJUN, an individual,<br>SEAMAN YU, an individual,<br>XIAOYU CHEN, an individual,<br>LI HAIBO, an individual,<br>and TENCENT MUSIC ENTERTAINMENT<br>GROUP, INC., a Cayman Islands<br>corporation,<br><br>        Defendants. | Civil Case No. 1:25-cv-06217<br><br>Hon. Edmond E. Chang |

**UNOPPOSED JOINDER TO DEFENDANTS' MOTION TO EXTEND DATE TO
RESPOND TO AMENDED COMPLAINT**

  Defendant Tencent Music Entertainment Group ("TME"), incorrectly named in this lawsuit as Tencent Music Entertainment Group, Inc., moves to join Defendants' Unopposed Motion to Extend Date to Respond to Amended Complaint (ECF Doc. No. 37), as well as Defendants' Notice of Motion (ECF Doc. No. 38), filed on this same day, July 25, 2025, such that any extensions to briefing schedules and times for Defendants to respond to the Amended Complaint shall apply to TME as well.

1

Dated: July 25, 2025

Submitted by:

_/s Peter P. Tomczak_____

Peter P. Tomczak (ARDC # 6278608)
Jonathan H. Ebner (ARDC # 6291526)
Laura A. Kelly (ARDC # 6320905)
**BAKER & McKENZIE LLP**
300 East Randolph Street, Ste. 5000
Chicago, Illinois 60601
Telephone: (312) 861-8000
peter.tomczak@bakermckenzie.com
jon.ebner@bakermckenzie.com
laura.kelly@bakermckenzie.com

*Counsel for Defendant Tencent Music Entertainment Group*

**CERTIFICATE OF SERVICE**

      I certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered users.

Dated: July 25, 2025

*/s/ Peter P. Tomczak*