# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hughes River FM, LLC

                               Plaintiff,

v.                                                     Case No.: 1:25−cv−06217
                                                                 Honorable Edmond E. Chang

Ximalaya, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's unopposed motion to file amended complaint is granted. The Plaintiff shall promptly file the pleading on the docket as a separate entry. The defense's unopposed extension motion to respond to the amended complaint is granted. The responses are due by 08/27/2025. The tracking status hearing of 08/01/2025 is reset to 09/05/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the updated joint initial status report by 08/29/2025. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.