# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Hughes River FM, LLC, | |
| Plaintiff, | Case No. 25-cv-06217 |
| v. | JUDGE: EDMOND E. CHANG |
| Ximalaya, Inc. et al., | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 20, 2025**, at **8:30 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Edmond E. Chang or any judge sitting in his stead in courtroom 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the *Motion for Leave to Substitute Counsel and Withdraw Appearances,* a copy of which is attached hereto and herewith served upon you.

Dated: August 14, 2025

Respectfully submitted,

YU JIANJUN, SEAMAN YU (duplicate of Yu Jianjun), YUXIN CHEN, AND HAIBO LI

s/ *Kenneth J. Vanko*
Kenneth J. Vanko
Clingen Callow & McLean, LLC
2300 Cabot Drive, Suite 500
Lisle, Illinois 60532
(630) 871-2609
vanko@ccmlawyer.com

Vincent Filardo, Jr. *(pro hac vice)*
Andrew Sklar *(pro hac vice)*
Yi He *(pro hac vice)*
King & Wood Mallesons LLP
500 Fifth Avenue, 50th Floor
New York, NY 10110
(212) 319-4755

vincent.filardo@us.kwm.com
andrew.sklar@us.kwm.com
yi.he@us.kwm.com

*Counsel for Defendants Yu Jianjun, Seaman Yu* (duplicate of Yu Jianjun), *Xiaoyu* [*sic*] *Chen, and Li Haibo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing **Motion for Leave to Substitute Counsel and Withdraw Appearances** with the Clerk of the Court using the ECF system, which sent electronic notification to all parties of record.

s/<i>Kenneth J. Vanko</i>

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, copies of the foregoing documents were served on the following persons by the following means:

| 1 | XX | CM/ECF |
|---|----|--------|
|   |    | Hand Delivery |
| 2 | XX | Mail |
|   |    | Overnight Delivery Service |
|   |    | Fax |
| 3 | XX | Email |

1. Clerk, U.S. District Court

2. Valtech, LLC
   1424 Sherman Road
   Romeoville, Illinois 60446

3. Patrick J. Arnold, Jr.
   McAndrews Held & Malloy Ltd.
   500 W. Madison St., 34th Floor
   Chicago, Illinois 60661
   parnold@mcandrews-ip.com

By: */s/ Kenneth J. Vanko*
*Counsel for Glenn Dickerson*