IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGHES RIVER FM, LLC, *a Delaware limited liability company*, <br><br> Plaintiff, <br><br> -against- <br><br> XIMALAYA, INC., *a Cayman Islands corporation*, <br> YU JIANJUN, *an individual*, <br> SEAMAN YU, *an individual*, <br> XIAOYU CHEN, *an individual*, <br> LI HAIBO, *an individual*, <br> and TENCENT MUSIC ENTERTAINMENT GROUP, INC., *a Cayman Islands corporation*, <br><br> Defendants. | Civil Case No. 1:25-cv-06217 <br><br> Hon. Edmond E. Chang |

## DEFENDANT XIMALAYA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Ximalaya, Inc. ("**Ximalaya**"), states that it has no parent corporation and that no publicly held corporation owns more than 10% or more of its stock. Pursuant to Local Rule 3.2, Ximalaya states that its known affiliates after a diligent review are Xima Holdings Limited, Touch Sound Limited, Trustbridge Partner VII, L.P., Image Frame Investment (HK) Limited, Yu Jianjun, Yuxin Chen, and Tencent Holdings Limited.

Nothing in this disclosure statement is intended to, nor shall, constitute Ximalaya's consent to personal jurisdiction in this action or otherwise, or in any way waive any argument that Ximalaya may assert in response to Plaintiff's Amended Complaint (ECF 42) based on lack of personal jurisdiction, all such arguments being expressly preserved.

1

Dated: August 27, 2025

                                                                                                    Respectfully submitted,

By:  /s/ *Vincent Filardo, Jr.*
     Vincent Filardo, Jr. *(pro hac vice)*
     Andrew Sklar *(pro hac vice)*
     Yi He *(pro hac vice)*
     King & Wood Mallesons LLP
     500 Fifth Avenue, 50th Floor
     New York, NY 10110
     (212) 319-4755
     vincent.filardo@us.kwm.com
     andrew.sklar@us.kwm.com
     yi.he@us.kwm.com

     Kenneth J. Vanko
     Clingen Callow & McLean, LLC
     2300 Cabot Drive, Suite 500
     Lisle, Illinois 60532
     (630) 871-2609
     vanko@ccmlawyer.com

     *Counsel for Defendant Ximalaya, Inc.*

## CERTIFICATE OF SERVICE

      I, Vincent Filardo, Jr., certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered users.

Dated: August 27, 2025

                                              */s/ Vincent Filardo, Jr.*
                                              Vincent Filardo, Jr.