**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HUGHES RIVER FM, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> XIMALAYA, INC., a Cayman Islands corporation, YU JIANJUN, an individual, SEAMAN YU, an individual, XIAOYU CHEN, an individual, LI HAIBO, an individual, and TENCENT MUSIC ENTERTAINMENT GROUP, INC., a Cayman Islands corporation, <br><br> Defendants. | Civil Case No. 1:25-cv-06217 <br><br> Hon. Edmond E. Chang |

## NOTICE OF MOTION TO FILE MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

**PLEASE TAKE NOTICE** that on September 4, 2025 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2341, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the **MOTION TO FOR ENTRY OF CONFIDENTIALITY ORDER**, a copy of which is attached and hereby served upon you.

Dated: August 27, 2025

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: /s/ *Vincent Filardo, Jr.* | By: /s/ *Peter P. Tomczak* |
| Vincent Filardo, Jr. *(pro hac vice)*<br>Andrew Sklar *(pro hac vice)*<br>Yi He *(pro hac vice)*<br>**King & Wood Mallesons LLP**<br>500 Fifth Avenue, 50th Floor<br>New York, NY 10110<br>(212) 319-4755<br>vincent.filardo@us.kwm.com<br>andrew.sklar@us.kwm.com<br>yi.he@us.kwm.com | Peter P. Tomczak (ARDC # 6278608)<br>Jonathan H. Ebner (ARDC # 6291526)<br>Laura A. Kelly (ARDC # 6320905)<br>**BAKER & McKENZIE LLP**<br>300 East Randolph Street, Ste. 5000<br>Chicago, Illinois 60601<br>(312) 861-8000<br>peter.tomczak@bakermckenzie.com<br>jon.ebner@bakermckenzie.com<br>laura.kelly@bakermckenzie.com |
| Kenneth J. Vanko (ARDC # 6244048)<br>**Clingen Callow & McLean, LLC**<br>2300 Cabot Drive, Suite 500<br>Lisle, Illinois 60532<br>(630) 871-2609<br>vanko@ccmlawyer.com | *Counsel for Defendant Tencent Music Entertainment Group* |
| *Counsel for Defendant Ximalaya, Inc.* | |

Respectfully submitted,

/s/ *Todd Gale*
Todd Gale (ARDC # 6229288)
Lu Harmening (ARDC # 6335999)
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
312 627-2173
tgale@dykema.com

Timothy J. McCarthy (*admission pending*)
Dykema Gossett PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201
tmccarthy@dykema.com

Mark J. Makoski (*admission pending*)

Dykema Gossett PLLC
777 Woodward Ave., Suite 400
Detroit, MI 48226
mmakoski@dykema.com

*Counsel for Defendants Yu Jianjun, Seaman Yu* (duplicate of Yu Jianjun), *Xiaoyu* [*sic*] *Chen, and Li Haibo*

**CERTIFICATE OF SERVICE**

I, Vincent Filardo, Jr., certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered users.

Dated: August 27, 2025

By: */s/ Vincent Filardo, Jr.*