IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGHES RIVER FM, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> XIMALAYA, INC., a Cayman Islands corporation, YU JIANJUN, an individual, SEAMAN YU, an individual, XIAOYU CHEN, an individual, LI HAIBO, an individual, and TENCENT MUSIC ENTERTAINMENT GROUP, INC., a Cayman Islands corporation, <br><br> Defendants. | Civil Case No. 1:25-cv-06217 <br><br> Hon. Edmond E. Chang |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2025 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmund E. Chang, or any judge sitting in his stead, in Courtroom 2341, in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, and then and there present **DEFENDANT XIMALAYA, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT**, a copy of which is attached and hereby served upon you. Defendant Ximalaya, Inc. has conferred with Plaintiff Hughes River FM, LLC and the Motion will be contested.

1

Dated: August 27, 2025

                                                     RESPECTFULLY SUBMITTED,

                                                     Defendant Ximalaya, Inc.

                                                     By: /s/ Vincent Filardo, Jr.
                                                           Vincent Filardo, Jr. *(pro hac vice pending)*
                                                           Andrew Sklar *(pro hac vice pending)*
                                                           Yi He *(pro hac vice pending)*
                                                           King & Wood Mallesons LLP
                                                           500 Fifth Avenue, 50th Floor
                                                           New York, NY 10110
                                                           (212) 319-4755
                                                           vincent.filardo@us.kwm.com
                                                           andrew.sklar@us.kwm.com
                                                           yi.he@us.kwm.com

                                                           Kenneth J. Vanko
                                                           Clingen Callow & McLean, LLC
                                                           2300 Cabot Drive, Suite 500
                                                           Lisle, Illinois 60532
                                                           (630) 871-2609
                                                           vanko@ccmlawyer.com

                                                           *Counsel for Defendant Ximalaya, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on August 27, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all registered users.

Dated: August 27, 2025

                                                        */s/ Vincent Filardo, Jr.*
                                                        Vincent Filardo, Jr.