# Exhibit 5

# Shareholder Register - Standard Format by Fund

As of: 6/10/2025

User-Defined Record Selection Criteria

| Account Type(s) | Account Status(s) | Representative(s) |
|---|---|---|
| ALL | A | ALL |

| Broker/Dealer(s) | Branch(es) |
|---|---|
| ALL | ALL |

| SocialCode(s) |
|---|
| ALL |

| Fund(s) |
|---|
| ALL |

Maples Fund Services (Asia) Limited

Certified to be a true and correct copy.
This document consists of 33 page(s).

Sig: [signature]
Name: Chrishy Poon
Date: 10 June 2025

# Shareholder Register - Standard Format by Fund

Ximalaya Inc. - Series B-1 Preferred Shares - Voting Right: Voting - Unconditional

Base Currency: USD

| Investor ID: | 42247 | | Group Desc.: | | Cust. Class. Codes : | | |
|---|---|---|---|---|---|---|---|
| Investor: | Hughes River FM, LLC | | | | Broker: | Not Assigned, Not Assigned, None | Paid Status: Fully Paid |

Hughes River FM, LLC
850 New Burton Road, Suite 201, Dover,
(County of Kent), DE 19904
U.S.A.

| Account | Designation | Status | Acct.Type | Soc. Code | Book Shares | Total Shares | % of Tot. Shares | NAV / Share | Cash Bal. | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|
| XIMAB1P 42247 | | | Corporation | Other | 0.000 | 4,950,078.000 | 6.35% | 1.00 | 0.00 | 4,950,078.00 |