# Exhibit 1
# FILED UNDER SEAL

**REGISTER OF DIRECTORS AND OFFICERS OF XIMALAYA INC.**

Maples and Calder (Hong Kong) LLP

Certified to be a true and correct copy.
This document consists of 3 page(s).

Sig: Maples and Calder (Hong Kong) LLP

Date: 12 April 2024

12 April 2024

| NAME | ADDRESS | OFFICE HELD | DATE APPOINTED | DATE RESIGNED OR REMOVED | DATE REGISTRAR NOTIFIED OF APPOINTMENT | DATE REGISTRAR NOTIFIED OF RESIGNATION OR REMOVAL |
|---|---|---|---|---|---|---|
| Jianjun Yu | Room 302, No. 87, Lane 188, Mingyue Road, Pudong New District, Shanghai, China | Director | 18 Sep 2013 | | 18 Sep 2013 | |
| CIA Asia Corporate Services Limited | Start Chambers, Wickham's Cay II, P. O. Box 2221, Road Town, Tortola, Virgin Islands (British) | Secretary | 18 Sep 2013 | 30 Aug 2021 | 18 Sep 2013 | 31 Aug 2021 |
| Yuxin Chen | Room 202, Floor 2, No. 15, Lane 333, Fangdian Road, Pudong New Area, Shanghai, China | Director | 11 Apr 2014 | 30 Apr 2021 | 29 Apr 2014 | 11 May 2021 |
| Jie Liu | Room 2901, No. 9 Datong Garden, Lane 168, Luban Road, Luwan District, Shanghai, China | Director | 11 Apr 2014 | 13 Nov 2015 | 29 Apr 2014 | 15 Jun 2018 |
| Bingdong Xu | Room 502, No. 58, Lane 1051 Hutai Road, Zhabei District, Shanghai, China | Director | 11 Apr 2014 | 13 Nov 2015 | 29 Apr 2014 | 15 Jun 2018 |
| Wei Zhou | 2705, Tower C Office Building, YINTAI Center, No. 2, Jianguomenwai Avenue, Chaoyang District, Beijing , 100022, China | Director | 11 Apr 2014 | 13 Nov 2015 | 29 Apr 2014 | 15 Jun 2018 |
| | Room 504, Block 8, No. 8 Kehui Road, Chaoyang District, Beijing, China | Director | 04 Mar 2019 | 30 Apr 2021 | 07 Mar 2019 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 28 Mar 2024 | 07 Jul 2023 | |
| Mingyu Liu | Apartment 3 Level 14 Unit 2 Building 20, 66 Xinran No. 2 Street, Chenghua District, Chengdu City, Sichuan Province, China | Director | 24 Nov 2014 | 13 Nov 2015 | 08 Dec 2014 | 15 Jun 2018 |
| Wei Liu | Unit 907 Building 1, 111 Zhongcao Road, Xuhui District, Shanghai, China | Director | 24 Nov 2014 | 13 Nov 2015 | 08 Dec 2014 | 15 Jun 2018 |
| Xuesong Shang | Room 903, No. 51, Lane 828, Chenhui Road, Pudong New Area, Shanghai, China | Director | 17 Jun 2015 | 28 Jun 2018 | 25 Jun 2015 | 03 Aug 2018 |
| | Room 602, No. 33, Lane 303, Caoyang Road, Putuo District, Shanghai, China | Director | 04 Mar 2019 | 10 Aug 2020 | 07 Mar 2019 | 12 Aug 2020 |
| Guoxiong Cao | 2-2-601 Wenjin Yuan, Wensan Road, Hangzhou City, Zhejiang Province, China | Director | 04 Mar 2019 | 30 Apr 2021 | 07 Mar 2019 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 28 Mar 2024 | 04 Jul 2023 | |

Maples Corporate Services Limited
784719
Incorporation Number: 281196

REGISTER OF DIRECTORS AND OFFICERS
OF
XIMALAYA INC.

| NAME | ADDRESS | OFFICE HELD | DATE APPOINTED | DATE RESIGNED OR REMOVED | DATE REGISTRAR NOTIFIED OF APPOINTMENT | DATE REGISTRAR NOTIFIED OF RESIGNATION OR REMOVAL |
|---|---|---|---|---|---|---|
| Zhikang Dai | No. 15, Lane 599, Fangdian Road, Pudong New Area, Shanghai, China | Director | 04 Mar 2019 | 30 Oct 2019 | 07 Mar 2019 | 25 Nov 2019 |
| Feng Hong | Room 1104, No. 7, Lane 1910, Xinzha Road, Jing'an District, Shanghai, China | Director | 04 Mar 2019 | 30 Oct 2019 | 07 Mar 2019 | 25 Nov 2019 |
| Yuanfei Li | 31D, Shekou Haishang International Fengsheng Pavilion, Nanshan District, Shenzhen, Guangdong Province, China | Director | 04 Mar 2019 | 30 Apr 2021 | 07 Mar 2019 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 28 Mar 2024 | 04 Jul 2023 | |
| Mingwang Xiong | Flat 1804, Yanhanshanyuan, No. 8 Xiangshan East Road, Nanshan District, Shenzhen, China | Director | 04 Mar 2019 | | 07 Mar 2019 | |
| Weibiao Zhan | Flat NC, 15/F, TWR 2, Festival City PH3, 1 Mei Tin Rd, Tai Wai, NT, Hong Kong | Director | 04 Mar 2019 | 30 Apr 2021 | 07 Mar 2019 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 11 Apr 2024 | 04 Jul 2023 | |
| Yang Zhang | Room 602, Gate 1, No. 28 Songyuxili, Chaoyang District, Beijing, China | Director | 04 Mar 2019 | 30 Oct 2019 | 07 Mar 2019 | 25 Nov 2019 |
| Lu Wang | Room 402, Gate 3, Building 5, No. 59 Landianchang South Road, Haidian District, Beijing, China | Director | 30 Oct 2019 | 30 Apr 2021 | 25 Nov 2019 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 09 Apr 2024 | 04 Jul 2023 | |
| Wu Cheng | Room 1202, No. 29, Lane 100, Yushan Road, Pudong New District, Shanghai, China | Director | 10 Aug 2020 | 26 Feb 2021 | 12 Aug 2020 | 03 Mar 2021 |
| Wen Jiang | No. 331, Building 5, Yueyuansancun, Xuanwu District, Nanjing City, Jiangsu Province, China | Director | 10 Aug 2020 | 30 Apr 2021 | 12 Aug 2020 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 28 Mar 2024 | 04 Jul 2023 | |
| Xiaodong Liang | Unit E 7/F, Tower 10, 28 Sheung Shing Street, Mantin Heights, Ho Man Tin Kowloon, Hong Kong | Director | 30 Dec 2020 | | 31 Dec 2020 | |
| Shengyun Zhang | No. 96 Dongying Lane (Pudong), Gaoyou City, Jiangsu Province, China | Director | 26 Feb 2021 | 30 Apr 2021 | 03 Mar 2021 | 11 May 2021 |
| | | Director | 01 Jul 2023 | 28 Mar 2024 | 04 Jul 2023 | |

Maples Corporate Services Limited
784719
Incorporation Number: 281196

REGISTER OF DIRECTORS AND OFFICERS
OF
XIMALAYA INC.

| NAME | ADDRESS | OFFICE HELD | DATE APPOINTED | DATE RESIGNED OR REMOVED | DATE REGISTRAR NOTIFIED OF APPOINTMENT | DATE REGISTRAR NOTIFIED OF RESIGNATION OR REMOVAL |
|---|---|---|---|---|---|---|
| Xingren Li | Room 2103, No. 3, Lane 883, Shuicheng Road, Changning District, Shanghai, China | Director | 30 Apr 2021 | 01 Jul 2023 | 11 May 2021 | 04 Jul 2023 |
| | | Director | 28 Mar 2024 | | 08 Apr 2024 | |
| Jieqiang Shen | Room 1101, No. 26, Lane 1458, Gumei Road, Minhang District, Shanghai, China | Director | 30 Apr 2021 | | 11 May 2021 | |
| Steve Lin | Building 1-2, Phase III, Guochuang Center, No. 799 Dangui Road, Pudong New District, Shanghai, China | Company Secretary | 25 Aug 2021 | 11 Apr 2024 | 31 Aug 2021 | |
| Ka Man So | Level 54, Hopewell Centre, 183 Queen's Road East, Hong Kong | Company Secretary | 25 Aug 2021 | | 31 Aug 2021 | |
| Yanjing Zheng | Room 202, Unit 1, Building 2, Dian Shang Jia Yuan, No.3 Jing Da Road, Chaoyang District, Beijing, China | Director | 11 Apr 2024 | | | |
| Rencheng Bao | Building 1-2, Phase III, Guochuang Center, No. 799 Dangui Road, Pudong New District, Shanghai, China | Company Secretary | 11 Apr 2024 | | | |