# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGHES RIVER FM, LLC, *a Delaware limited liability company*, <br><br> Plaintiff, <br><br> -against- <br><br> XIMALAYA, INC., *a Cayman Islands corporation*, YU JIANJUN, *an individual*, SEAMAN YU, *an individual*, XIAOYU CHEN, *an individual*, LI HAIBO, *an individual*, and TENCENT MUSIC ENTERTAINMENT GROUP, INC., *a Cayman Islands corporation*, <br><br> Defendants. | Civil Case No. 1:25-cv-06217 <br><br> Hon. Edmond E. Chang |

### DECLARATION OF MAO CHENGFENG IN SUPPORT OF DEFENDANT TENCENT MUSIC ENTERTAINMENT GROUP'S MOTION TO DISMISS

I, MAO Chengfeng, hereby declare and state under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Team leader of M&A of Defendant Tencent Music Entertainment Group ("TME") and have held this position since 2022. In that role, I oversee investments in the pan-entertainment sector.

2. I am familiar with TME's corporate structure, business operations and transactions, and offices and locations in different countries.

1

3. Further, in my role for TME, I participated in and am familiar with the negotiations for and transaction through which TME will acquire Ximalaya, Inc., a company organized under the laws of the Cayman Islands and headquartered in China ("Ximalaya"), which was publicly announced on or around June 10, 2025 (the "Acquisition").

4. The matters to which I refer in this declaration are true and within my personal knowledge. I am fully familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to these facts under oath.

5. TME is an exempted company incorporated under the laws of the Cayman Islands, with its headquarters and principal place of business in Shenzhen, People's Republic of China.

6. TME is not registered to, and does not, conduct business in the State of Illinois.

7. TME does not have a registered agent in Illinois.

8. TME does not have any offices or employees in Illinois.

9. TME does not own any interest in real property or personal property located in Illinois.

10. TME does not have a bank account or other assets in Illinois.

11. Prior to this action, TME had never brought a lawsuit or been sued in the state or federal courts of Illinois.

12. TME has not directed any advertising toward Illinois.

13. TME has had several in-person and remote (online) meetings with Ximalaya regarding the Acquisition. None of those meetings took place in Illinois, and no TME representative has traveled to, or had other involvement with, Illinois as part of the negotiations with Ximalaya for the Acquisition. Nor do I understand any participant in those meetings to have been located in the State of Illinois during such meetings.

14. TME has not communicated with any representative of Plaintiff Hughes River FM, LLC, regarding the Acquisition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 26, 2025
Beijing, People's Republic of China

/s/ *Mao Chengfeng*
MAO Chengfeng