IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HUGHES RIVER FM, LLC,<br>a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>XIMALAYA, INC.,<br>a Cayman Islands corporation,<br><br>YU JIANJUN,<br>an individual,<br><br>SEAMAN YU,<br>an individual,<br><br>XIAOYU CHEN,<br>an individual,<br><br>LI HAIBO,<br>an individual, and<br><br>TENCENT MUSIC ENTERTAINMENT GROUP, INC.,<br>a Cayman Islands corporation,<br><br>    Defendants. | Case No. 1:25-cv-06217<br><br>Hon. Judge Edmond E. Chang |

**NOTICE OF MOTION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, September 4, 2025** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang in Courtroom 2341 at Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL, or any other judge who may be sitting in his stead, and present the **Defendant Tencent Music Entertainment Group's Motion to Dismiss Under Rules 12(b)(2) and 12(b)(6) and Forum Non Conveniens**.

2

Respectfully submitted,

/s/ *Peter P. Tomczak*
Peter P. Tomczak

Peter P. Tomczak (ARDC # 6278608)
Jonathan H. Ebner (ARDC # 6291526)
Laura A. Kelly (ARDC # 6320905)
BAKER & McKENZIE LLP
300 East Randolph Street, Suite 5000
Chicago, IL 60601
Telephone: (312) 861-8000
peter.tomczak@bakermckenzie.com
jon.ebner@bakermckenzie.com
laura.kelly@bakermckenzie.com

*Counsel for Defendant Tencent Music Entertainment Group*