# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: HUGHES RIVER FM, LLC, a Delaware limited liability company v. XIMALAYA.

Case Number: 1:25-cv-06217

An appearance is hereby filed by the undersigned as attorney for:

Seaman Yu, Yu Jianjun (duplicate of Seaman Yu), Xiaoyu [sic] Chen, Li Haibo

Attorney name (type or print): Mark J. Makoski

Firm: Dykema Gossett, PLLC

Street address: 777 Woodward Avenue, Suite 400

City/State/Zip: Detroit, Michigan 48226

Bar ID Number: P81243
(See item 3 in instructions)

Telephone Number: 313-568-6941

Email Address: mmakoski@dykema.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 10, 2025

Attorney signature: S/ Mark J. Makoski
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023