F-1 1 d118108df1.htm FORM F-1
Case: 1:25-cv-06217 Document #: 79 Filed: 09/26/25 Page 1 of 20 PageID #:1715

Table of Contents

EXHIBIT B

As filed with the Securities and Exchange Commission on April 30, 2021
Registration No. 333-

# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM F-1
REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Ximalaya Inc.
(Exact name of Registrant as specified in its charter)

Not Applicable
(Translation of Registrant's name into English)

| Cayman Islands<br>(State or other jurisdiction of incorporation or organization) | 7370<br>(Primary Standard Industrial Classification Code Number) | Not Applicable<br>(I.R.S. Employer Identification Number) |
|---|---|---|

Building 1-2, Phase III, Guochuang Center, No. 799 Dangui Road
Pudong New District, Shanghai
People's Republic of China
+86 21 5017 9079
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

Cogency Global Inc.
122 East 42nd Street, 18th Floor
New York, NY 10168
+1 800-221-0102
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Z. Julie Gao, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>c/o 42/F, Edinburgh Tower<br>The Landmark<br>15 Queen's Road Central,<br>Hong Kong +852 3740-4700 | Haiping Li, Esq.<br>Yuting Wu, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Jing An Kerry Centre<br>Tower II, 46th Floor<br>1539 Nanjing West Road<br>Shanghai 200040,<br>China +86 21-6193-8200 | Yi Gao, Esq.<br>Simpson Thacher & Bartlett LLP<br>c/o 35th Floor, ICBC Tower<br>3 Garden Road<br>Central, Hong Kong<br>+852-2514-7600 |
|---|---|---|

**Approximate date of commencement of proposed sale to the public: as soon as practicable after the effective date of this registration statement.**

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933.

Emerging growth company ☒

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Proposed maximum aggregate offering price(1) | Amount of registration fee |
|---|---|---|
| Class A Ordinary shares, par value US$0.0001 per share(2)(3) | US$100,000,000 | US$10,910.00 |

(1) Estimated solely for the purpose of determining the amount of registration fee in accordance with Rule 457(o) under the Securities Act of 1933, as amended.
(2) Includes Class A ordinary shares initially offered and sold outside the United States that may be resold from time to time in the United States either as part of their distribution or within 40 days after the later of the effective date of this registration statement and the date the shares are first bona fide offered to the public, and also includes Class A ordinary shares that may be purchased by the underwriters pursuant to an option to purchase additional ADSs. These Class A ordinary shares are not being registered for the purpose of sales outside the United States.
(3) American depositary shares issuable upon deposit of the Class A ordinary shares registered hereby will be registered under a separate registration statement on Form F-6 (Registration No.333- ). Each American depositary share represents Class A ordinary shares.

**The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, as amended, or until the Registration Statement shall become effective on such date as the Securities and Exchange Commission, or the SEC, acting pursuant to such Section 8(a), may determine.**

Table of Contents

**The information in this preliminary prospectus is not complete and may be changed. We [and the selling shareholders] may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities and we are not soliciting offers to buy these securities in any jurisdiction where the offer or sale is not permitted.**

**Subject to Completion. Dated , 2021**

## American Depositary Shares

# Ximalaya Inc.

**Representing** **Class A Ordinary Shares**

This is the initial public offering of American depositary shares, or ADSs, of Ximalaya Inc.

We are offering ADSs. Each ADS represents of our Class A ordinary shares, par value US$0.0001 per share.

Prior to this offering, there has been no public market for our ADSs or our Class A ordinary shares. It is currently estimated that the initial public offering price per ADS will be between US$ and US$ . We intend to list the ADSs on the New York Stock Exchange under the symbol "XIMA."

We are an "emerging growth company" under applicable U.S. federal securities laws and are eligible for reduced public company reporting requirements.

Immediately prior to the completion of this offering, our authorized share capital will consist of Class A ordinary shares and Class B ordinary shares. Xima Holdings Limited and Touch Sound Limited, holding entities that are beneficially owned by Mr. Jianjun Yu and Ms. Yuxin Chen, our co-founders, respectively, will beneficially own all of our issued Class B ordinary shares. These Class B ordinary shares will constitute approximately % of our total issued and outstanding share capital immediately after the completion of this offering and % of the aggregate voting power of our total issued and outstanding share capital immediately after the completion of this offering, assuming the underwriters do not exercise their over-allotment option. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share will be entitled to one vote, and each Class B ordinary share will be entitled to ten votes and will be convertible into one Class A ordinary share at any time by the holder thereof. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances.

***Investing in our ADSs involve risks. See "Risk Factors" beginning on page 24 to read about factors you should consider before buying the ADSs.***

**PRICE US$ PER ADS**

**Neither the United States Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus. Any representation to the contrary is a criminal offense.**

| | Per ADS | Total |
|---|---|---|
| Initial public offering price | US$ | US$ |
| Underwriting discount and commissions(1) | US$ | US$ |
| Proceeds, before expenses, to us | US$ | US$ |

(1) For a description of the compensation payable to the underwriters, see "Underwriting."

To the extent the underwriters sell more than ADSs, the underwriters have a 30-day option to purchase up to an additional ADSs from us at the initial public offering price less the underwriting discount.

The underwriters expect to deliver the ADSs against payment in U.S. dollars to purchasers on or about , 2021.

| Goldman Sachs | Morgan Stanley | BofA Securities | CICC |
|---|---|---|---|

*(in alphabetical order)*

Prospectus dated , 2021

Table of Contents




Table of Contents




Table of Contents

TABLE OF CONTENTS

| | |
|---|---|
| PROSPECTUS SUMMARY | 1 |
| THE OFFERING | 14 |
| SUMMARY CONSOLIDATED FINANCIAL AND OPERATING DATA | 17 |
| RISK FACTORS | 24 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND INDUSTRY DATA | 76 |
| USE OF PROCEEDS | 78 |
| DIVIDEND POLICY | 79 |
| CAPITALIZATION | 80 |
| DILUTION | 82 |
| ENFORCEABILITY OF CIVIL LIABILITIES | 84 |
| CORPORATE HISTORY AND STRUCTURE | 86 |
| SELECTED CONSOLIDATED FINANCIAL AND OPERATING DATA | 93 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 99 |
| INDUSTRY OVERVIEW | 134 |
| BUSINESS | 142 |
| REGULATION | 174 |
| MANAGEMENT | 189 |
| PRINCIPAL [AND SELLING] SHAREHOLDERS | 197 |
| RELATED PARTY TRANSACTIONS | 200 |
| DESCRIPTION OF SHARE CAPITAL | 203 |
| DESCRIPTION OF AMERICAN DEPOSITARY SHARES | 221 |
| SHARES ELIGIBLE FOR FUTURE SALE | 233 |
| TAXATION | 235 |
| UNDERWRITING | 241 |
| EXPENSES RELATED TO THIS OFFERING | 252 |
| LEGAL MATTERS | 253 |
| EXPERTS | 254 |
| WHERE YOU CAN FIND ADDITIONAL INFORMATION | 255 |
| INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F-1 |

[illegible]



Table of Contents

## PROSPECTUS SUMMARY

*The following summary is qualified in its entirety by, and should be read in conjunction with, the more detailed information and financial statements appearing elsewhere in this prospectus. In addition to this summary, we urge you to read the entire prospectus carefully, especially the risks of investing in our ADSs discussed under "Risk Factors," before deciding whether to buy our ADSs. This prospectus contains information from a report commissioned by us and prepared by China Insights Industry Consultancy Limited, or CIC, an independent management consulting firm, to provide information on the online audio industry in China and globally.*

### Our Mission

Our mission is to empower people to share wisdom and embrace a better life via voice.

### Our Vision

Our vision is to become a leader of the global audio ecosystem and the best content creation platform in the world.

### Our Values

Our core values are to be user-centric, and to be altruistic to our partners. We inspire people to scale new heights and reach their own Himalayas.

### Who We Are

We are the largest online audio platform in China in terms of average MAUs, total mobile listening time, and total revenues in 2020, according to CIC. [illegible]

### Our Understanding of "Audio"

[illegible]



Table of Contents

[illegible]



Table of Contents

### Our World of Voices



[illegible]



Table of Contents

[illegible]

### Our Scale and Financial Performance



[illegible]



Table of Contents

[illegible]

### Industry Overview

[illegible]

### Our Strengths

We believe the following strengths contribute to our success and differentiate us from our competitors:

- the largest online audio platform in China;
- rich content ecosystem with a massive and ever-growing content library;
- an enormous and highly engaged user base;



Table of Contents

- diversified scenario coverage laying a solid foundation for the era of IoT;
- AI-powered and data-driven platform;
- proven monetization capabilities with diversity; and
- visionary and dedicated management team as pioneer and trendsetter of industry.

[illegible]

- If we fail to source requisite intellectual property rights from third-party IP partners upon terms acceptable to us, our business may be materially and adversely affected;
- We have incurred net losses in the past, and we may continue to incur losses in the future;
- The laws, regulations and official guidance relating to our business are complex, evolving rapidly and may be subject to further changes. Non-compliance with any existing or new regulation may result in penalties, limitations and prohibitions on our business activities, and we may need to modify our business operations in response to changes in laws and regulations;
- If we fail to obtain or maintain the required regulatory licenses and approvals or if we fail to comply with laws and regulations applicable to our industry, our business, financial condition and results of operation may be materially and adversely affected;
- Our content monitoring system may not be effective in preventing misconduct on our platform, and we may be held liable for information or content displayed on, retrieved from or linked to our platform. If any content on our platform is deemed to violate PRC laws or regulations, or if improper or fraudulent activities are conducted on our platform, PRC authorities may impose legal sanctions on us and our reputation may be damaged;
- Our license agreements are complex, and numerous restrictions and obligations affecting our business operations are contemplated under these agreements. Any breach of such agreements could adversely affect our business, results of operation and financial condition;
- If content creators who create and upload content on our platform have not obtained all necessary copyright licenses in connection with such uploaded content, we may be subject to potential disputes and liabilities;



Table of Contents

- If we are unable to obtain accurate and comprehensive information necessary to identity the copyright ownership of the audio content offered on our platform, our ability to obtain necessary or commercially viable licenses from the copyright owners may be adversely affected, which may result in us having to remove such content from our platform, and may subject us to potential copyright infringement claims and difficulties in controlling content-related costs;
- We operate in a fast evolving industry, and our monetization model continues to evolve. We cannot guarantee that our monetization strategies will be successfully implemented or generate sustainable revenues and profit; and
- If we fail to develop effective advertising products and systems, retain existing or attract new advertisers, or maintain and improve our attractiveness to advertisers, our results of operations and financial condition may be materially and adversely affected.

***Risks relating to our corporate structure***

Risks and uncertainties relating to our corporate structure include, but are not limited to, the following:

- If the PRC government finds that the agreements that establish the structure for operating certain of our operations in China do not comply with PRC regulations relating to the relevant industries, or if these regulations or the interpretation of existing regulations change in the future, we could be subject to severe penalties or be forced to relinquish our interests in those operations;
- We rely on contractual arrangements with our VIEs and their respective shareholders for our business operations, which may not be as effective as direct ownership in providing operational control; and
- Any failure by our VIEs or their shareholders to perform their obligations under our contractual arrangements with them would have a material and adverse effect on our business.

***Risks relating to doing business in China***

We are also subject to risks and uncertainties relating to doing business in China in general, including, but are not limited to, the following:

- Changes in China's economic, political or social conditions or government policies could have a material adverse effect on our business and operations;
- Uncertainties with respect to the PRC legal system could adversely affect us; and
- Our ADSs may be delisted under the Holding Foreign Companies Accountable Act if the Public Company Accounting Oversight Board, or the PCAOB, is unable to inspect auditors who are located in China. The delisting of our ADSs, or the threat of their being delisted, may materially and adversely affect the value of your investment. Additionally, the inability of the PCAOB to conduct inspections deprives our investors with the benefits of such inspections.

***General risks relating to our ADSs and this offering***

In addition to the risks described above, we are subject to general risks relating to our ADSs and this offering, including, but not limited to, the following:

- An active trading market for our Class A ordinary shares or our ADSs may not develop and the trading price for our ADSs may fluctuate significantly;
- The trading price of the ADSs is likely to be volatile, which could result in substantial losses to investors; and



Table of Contents

- We are an emerging growth company within the meaning of the Securities Act and may take advantage of certain reduced reporting requirements.

**Implication of Being an Emerging Growth Company and a Foreign Private Issuer**

As a company with less than US$1.07 billion in revenue for our last fiscal year, we qualify as an "emerging growth company" pursuant to the Jumpstart Our Business Startups Act of 2012, as amended, or the JOBS Act. An emerging growth company may take advantage of specified reduced reporting and other requirements compared to those that are otherwise applicable generally to public companies. These provisions include exemption from the auditor attestation requirement under Section 404 of the Sarbanes-Oxley Act of 2002 in the assessment of the emerging growth company's internal control over financial reporting.

We will remain an emerging growth company until the earliest of (a) the last day of the fiscal year during which we have total annual gross revenues of at least US$1.07 billion; (b) the last day of our fiscal year following the fifth anniversary of the completion of this offering; (c) the date on which we have, during the preceding three-year period, issued more than US$1.00 billion in non-convertible debt; or (d) the date on which we are deemed to be a "large accelerated filer" under the Securities Exchange Act of 1934, as amended, or the Exchange Act, which would occur if the market value of the ADSs that are held by non-affiliates exceeds US$700 million as of the last business day of our most recently completed second fiscal quarter. Once we cease to be an emerging growth company, we will not be entitled to the exemptions provided in the JOBS Act discussed above.

We are a foreign private issuer within the meaning of the rules under the Exchange Act, and as such we are exempt from certain provisions of the securities rules and regulations in the United States that are applicable to U.S. domestic issuers. Moreover, the information we are required to file with or furnish to the SEC will be less extensive and less timely compared to that required to be filed with the SEC by U.S. domestic issuers. In addition, as a company incorporated in the Cayman Islands, we are permitted to adopt certain home country practices in relation to corporate governance matters that differ significantly from the NYSE listing standards. See "Risk Factors—Risks Relating to our ADSs and this Offering—As a company incorporated in the Cayman Islands, we are permitted to adopt certain home country practices in relation to corporate governance matters that differ significantly from the NYSE listing standards."

**Corporate Information**

Our principal executive offices are located at Building 1-2, Phase III, Guochuang Center, No. 799 Dangui Road, Pudong New District, Shanghai, People's Republic of China. Our telephone number at this address is +86 21-5017 9079. Our registered office in the Cayman Islands is located at PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. Our agent for service of process in the United States is Cogency Global Inc., located at 122 East 42nd Street, 18th Floor, New York, NY 10168.

Investors should contact us for any inquiries through the address and telephone number of our principal executive offices.

**Conventions Which Apply to this Prospectus**

Except where the context otherwise requires and for purposes of this prospectus only:

- "Active content creators" refers to content creators who have uploaded at least one piece of audio content during the applicable period;
- "ADSs" refers to our American depositary shares, each of which represents Class A ordinary shares;



Table of Contents

- "Album" refers to an episodic series of audio content in the form of digital audio files that a content creator uploads to our platform;
- "China" or the "PRC" refers to the People's Republic of China, excluding, for the purposes of this prospectus only, Hong Kong, Macau and Taiwan;

- “Class A ordinary shares” are to our Class A ordinary shares, par value US$0.0001 per share;
- “Class B ordinary shares” are to our Class B ordinary shares, par value US$0.0001 per share;
- “MAUs” refers to the number of active users in a given month, calculated as the sum of our mobile MAUs and IoT and other platform MAUs without eliminating duplicates. As we do not require users to register on a real-name basis or provide personally identifiable information to get access to audio content on our platform, we are not able to quantify or eliminate duplicates. We calculate mobile MAUs based on the number of mobile devices that launched our mobile apps during a given month, and IoT and other platform MAUs based on the number of IoT and in-car devices or third-party applications that accessed our platform during a given month. For mobile MAUs calculation, if an individual launches our mobile apps using multiple mobile devices, such individual will be counted more than once;
- “ordinary shares” refers to our ordinary shares of par value US$0.0001 per share, and immediately prior to and upon the completion of this offering, are to our Class A and Class B ordinary shares, par value US$0.0001 per share;
- “our platform” refers to our mobile apps, websites and a variety of related features, functionalities, tools and services that we provide to users and content creators through IoT and in-car devices and third-party applications;
- “our WFOEs” refers to Xizhang (Shanghai) Internet Technology Co., Ltd. and Qizhi (Shanghai) Technology Co., Ltd., our subsidiaries established in the PRC.
- “paying members” on our platform refers to users who make payments for membership subscriptions. A user has to register an account with us in order to make payments for products and services offered on our platform. A user who makes payments across different types of membership subscriptions offered on our platform using the same registered account is counted as one paying member, and we treat each paying member who used our mobile apps at least once during a given period as an “active paying member” during the applicable period;
- “paying users” on our platform refers to users who make payments for various products and services on our platform, including payments for membership subscriptions, purchases of on-demand listening content, payments for consumable virtual gifts and items, purchases of education services and other innovative products and services. A user has to register an account with us in order to make payments for products and services offered on our platform. A user who makes payments across different products and services offered on our platform using the same registered account is counted as one paying user, and we treat each paying user who used our mobile apps at least once during a given period as an “active paying user” during the applicable period;
- “PGC” refers to professionally-generated content;
- “PUGC” refers to professional user-generated content;
- “RMB” and “Renminbi” refer to the legal currency of China;
- “UGC” refers to user-generated content;
- “Ximalaya,” “we,” “us,” “our company” and “our” refer to Ximalaya Inc., a Cayman Islands exempted company, and its subsidiaries and, in the context of describing our operations and consolidated financial information, also include our consolidated affiliated entities and its subsidiaries;





- “V2X” refers to vehicle-to-everything; and
- “VIEs” refers to variable interest entities.

We have made rounding adjustments to some of the figures included in this prospectus. Accordingly, numerical figures shown as totals or percentages may not be an arithmetic calculation of the figures that preceded them.

Our reporting currency is the Renminbi. This prospectus also contains translations of certain foreign currency amounts into U.S. dollars for the convenience of the reader. Unless otherwise stated, all translations of Renminbi into U.S. dollars were made at the end of the applicable period, that is, RMB6.5250 to US$1.00, the exchange rate set forth in the H.10 statistical release of the Federal Reserve Board on December 31, 2020, or RMB6.5518 to US$1.00, the exchange rate set forth in the H.10 statistical release of the Federal Reserve Board on March 31, 2021. We make no representation that the Renminbi or U.S. dollars amounts referred to in this prospectus could have been or could be converted into U.S. dollars or Renminbi, as the case may be, at any particular rate or at all. On April 23, 2021, the exchange rate set forth in the H.10 statistical release of the Federal Reserve Board was RMB6.4945 to US$1.00.

This prospectus contains information derived from various public sources and certain information from an industry report in March 2021 commissioned by us and prepared by CIC, a third-party industry research firm, to provide information regarding our industry and market position. Such information involves a number of assumptions and limitations, and you are cautioned not to give undue weight to these estimates. We have not independently verified the accuracy or completeness of the data contained in this report. The industry in which we operate is subject to a high degree of uncertainty and risk due to variety of factors, including those described in the “Risk Factors” section. These and other factors could cause results to differ materially from those expressed in this report.





## THE OFFERING

**Offering Price**

We expect that the initial public offering price will be between US$ and US$ per ADS.

**ADSs Offered**

ADSs

**ADSs Outstanding Immediately After This Offering**

ADSs (or ADSs if the underwriters exercise their option to purchase additional ADSs in full).

**Ordinary Shares Issued and Outstanding Immediately After This Offering**

ordinary shares, comprised of Class A ordinary shares and Class B ordinary shares (or ordinary shares if the underwriters exercise their over-allotment option in full, comprised of Class A ordinary shares and Class B ordinary shares).

**NYSE Trading Symbol**

XIMA

**The ADSs**

Each ADS represents Class A ordinary shares. The ADSs may be evidenced by ADRs.

The depositary will hold the Class A ordinary shares underlying your ADSs and you will have rights as provided in the deposit agreement.

We do not expect to pay dividends in the foreseeable future. If, however, we declare dividends on ordinary shares, the depositary will pay you the cash dividends and other distributions it receives on our Class A ordinary shares, after deducting its fees and expenses in accordance with the terms set forth in the deposit agreement.

You may surrender your ADSs to the depositary in exchange for our Class A ordinary shares. The depositary will charge you fees for any exchange. We may amend or terminate the deposit agreement without your consent. If you continue to hold your ADSs, you agree to be bound by the deposit agreement as amended.

To better understand the terms of the ADSs, you should carefully read the “Description of American Depositary Shares” section of this prospectus. You should also read the deposit agreement, which is filed as an exhibit to the registration statement that includes this prospectus.

**Ordinary Shares**

Immediately prior to the completion of this offering, our authorized share capital will consist of Class A ordinary shares and Class B ordinary shares. Holders of Class A ordinary shares and Class B ordinary shares have the same rights except for voting and conversion rights. Each Class A ordinary share will be entitled to one vote, and each Class B ordinary share will be entitled to ten votes and will be convertible into one Class A ordinary share at any time by the holder thereof. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances.





Any number of Class B ordinary shares held by a holder thereof will be automatically and immediately converted into an equal number of Class A ordinary shares upon the occurrence of (i) any direct or indirect sale, transfer, assignment or disposition of such number of Class B ordinary shares by the holder thereof or the direct or indirect transfer or assignment of the voting power attached to such number of Class B ordinary shares through voting proxy or otherwise to any person that is not Xima Holdings Limited, Touch Sound Limited, Mr. Jianjun Yu, Ms. Yuxin Chen or an entity controlled by either of them, or (ii) the direct or indirect sale, transfer, assignment or disposition of a majority of the issued and outstanding voting securities of, or the direct or indirect transfer or assignment of the voting power attached to such voting securities through voting proxy or otherwise, or the direct or indirect sale, transfer, assignment or disposition of all or substantially all of the assets of, a holder of Class B ordinary shares that is an entity to any person that is not Xima Holdings Limited, Touch Sound Limited, Mr. Jianjun Yu, Ms. Yuxin Chen or an entity controlled by either of them.

For a description of Class A ordinary shares and Class B ordinary shares, see “Description of Share Capital.”

**Option to purchase additional ADSs**

We have granted to the underwriters an option, exercisable within 30 days from the date of this prospectus, to purchase up to an aggregate of additional ADSs, at the initial public offering price, less underwriting discounts and commissions, solely for the purpose of covering over-allotments.

**Use of Proceeds**

We estimate that we will receive net proceeds of approximately US$ million from this offering (or US$ million if the underwriters exercise their option to purchase additional ADSs in full), after deducting the underwriting discounts, commissions and estimated offering expenses payable by us and assuming an initial public offering price of US$ per ADS, being the mid-point of the estimated range of the initial public offering price shown on the front cover of this prospectus.

We plan to use the net proceeds of this offering primarily (i) to advance our next-generation technology, AI and big data capabilities, (ii) to expand and enhance our content offerings and empower our content creators, (iii) for marketing and branding, including marketing and promotional activities to further expand our user base and strengthen our brand, and (iv) for potential strategic investments and acquisitions, working capital and general corporate purposes.

See “Use of Proceeds” for additional information.

**Lock-up**

We, our directors and executive officers, and all of our existing shareholders have agreed with the underwriters, subject to certain exceptions, not to sell, transfer or otherwise dispose of any ADSs,





ordinary shares or similar securities for a period of 180 days after the date of this prospectus. Further, through a letter agreement, we will instruct Citibank, N.A., as depositary, not to accept any deposit of any ordinary shares or deliver any ADSs until after 180 days following the date of this prospectus unless we consent to such deposit or issuance. We will not provide such consent without the prior written consent of the representatives of the underwriters. See “Shares Eligible for Future Sale” and “Underwriting” for more information.

**Risk Factors**

See “Risk Factors” and other information included in this prospectus for a discussion of the risks you should carefully consider before investing in the ADSs.

**Depositary**

Citibank, N.A.

**[Directed Share Program]**

[At our request, the underwriters have reserved up to % of the ADSs offered by this prospectus for sale, at the initial public offering price, to our directors, officers, employees and other individuals associated with us and members of their families. Any sales made through the directed share program will be made by . We do not know if these persons will choose to purchase all or any portion of these reserved ADSs, but any purchases they do make will reduce the number of ADSs available to the general public. Any reserved ADSs not so purchased will be offered by the underwriters to the general public on the same terms as the other ADSs. Certain participants may be subject to the lock-up agreements as described in “Underwriting—Directed Share Program” elsewhere in this prospectus.]

**Listing**

We will apply to list the ADSs on the NYSE. Our Class A ordinary shares will not be listed on any exchange or quoted for trading on any over-the-counter trading system.

**Payment and Settlement**

The underwriters expect to deliver the ADSs against payment on , 2021, through the facilities of the Depositary Trust Company, or DTC.

The number of ordinary shares that will be outstanding immediately after this offering:

- is based upon ordinary shares outstanding as of the date of this prospectus, assuming the re-designation or conversion of all issued and outstanding ordinary shares and preferred shares into ordinary shares on a one-for-one basis immediately prior to the completion of this offering; and Class A ordinary shares issued in connection with this offering
- assumes no exercise of the underwriters’ option to purchase additional ADSs representing ordinary shares;
- excludes ordinary shares issuable upon the exercise of options outstanding under our Amended Global Plan as of the date of this prospectus; and
- excludes ordinary shares reserved for future issuances under our Amended Global Plan.





## SUMMARY CONSOLIDATED FINANCIAL AND OPERATING DATA

The following summary consolidated statements of comprehensive loss data for the years ended December 31, 2018, 2019 and 2020, summary consolidated balance sheet data as of December 31, 2018, 2019 and 2020, and summary consolidated statements of cash flows data for the years ended December 31, 2018, 2019 and 2020 have been derived from our audited consolidated financial statements included elsewhere in this prospectus. The following summary consolidated statements of comprehensive loss data for the three months ended March 31, 2020 and 2021, summary consolidated balance sheet data as of March 31, 2021, and summary consolidated statements of cash flows data for the three months ended March 31, 2020 and 2021 have been derived from our unaudited interim condensed consolidated financial statements included elsewhere in this prospectus and have been prepared on the same basis as our audited consolidated financial statements and include all adjustments, consisting only of normal and recurring adjustments, that we consider necessary for a fair statement of our financial position and results of operations for the periods presented. You should read this Summary Consolidated Financial Data and Operating Data section together with our consolidated financial statements and the related notes and “Management’s Discussion and Analysis of Financial Condition and Results of Operations” included elsewhere in this prospectus. Our consolidated financial statements are prepared and presented in accordance with U.S. GAAP. Our historical results are not necessarily indicative of results expected for future periods.

The following table shows summary consolidated statements of comprehensive loss data for the years ended December 31, 2018, 2019 and 2020 and the three months ended March 31, 2020 and 2021, both in absolute amount and as percentages of total revenues.

| | For the Year Ended December 31, | | | | | | | For the Three Months Ended March 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | | | 2020 | | 2021 | | |
| | RMB | % | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages, share and per share data) | | | | | | | | | | | |
| **Summary Consolidated Statements of Comprehensive Loss Data:** | | | | | | | | | | | | |
| Revenues(1) | 1,475,775 | 100 | 2,677,008 | 100 | 4,050,021 | 620,693 | 100 | 699,275 | 100 | 1,155,230 | 176,323 | 100 |
| Cost of revenues(1)(2) | (828,550) | (56) | (1,511,337) | (56) | (2,064,702) | (316,429) | (51) | (437,810) | (63) | (589,617) | (89,994) | (51) |
| **Gross profit** | 647,225 | 44 | 1,165,671 | 44 | 1,985,319 | 304,264 | 49 | 261,465 | 37 | 565,613 | 86,329 | 49 |
| **Operating expenses:** | | | | | | | | | | | | |
| Research and development expenses(2) | (249,563) | (17) | (432,962) | (16) | (611,881) | (93,775) | (15) | (170,820) | (24) | (172,036) | (26,258) | (15) |
| Sales and marketing expenses(1)(2) | (939,901) | (64) | (1,196,001) | (45) | (1,684,279) | (258,127) | (42) | (291,775) | (42) | (565,223) | (86,270) | (49) |
| General and administrative expenses(2) | (187,708) | (13) | (327,430) | (12) | (384,942) | (58,995) | (10) | (93,275) | (13) | (144,607) | (22,071) | (13) |
| Other income, net | 13,710 | 1 | 27,882 | 1 | 48,576 | 7,445 | 1 | 995 | 0 | 10,672 | 1,629 | 2 |
| **Total operating expenses** | (1,363,462) | (93) | (1,928,511) | (72) | (2,632,526) | (403,452) | (66) | (554,875) | (79) | (871,194) | (132,970) | (75) |
| **Loss from operations** | (716,237) | (49) | (762,840) | (28) | (647,207) | (99,188) | (17) | (293,410) | (42) | (305,581) | (46,641) | (26) |
| Investment income | 22,626 | 2 | 13,388 | 0 | 15,811 | 2,423 | 0 | 2,125 | 0 | 14,039 | 2,143 | 1 |
| Interest income(1) | 4,591 | 0 | 5,531 | 0 | 1,556 | 238 | 0 | 840 | 0 | 1,415 | 216 | 0 |
| Interest expense(1) | (9,763) | (1) | (22,510) | (1) | (34,964) | (5,358) | (1) | (11,347) | (2) | (847) | (129) | (0) |
| Foreign exchange gains (losses) | 1,926 | 0 | (3,285) | (0) | (1,672) | (256) | (0) | 731 | 0 | 826 | 126 | 0 |
| Fair value change of equity securities investments | 5,670 | 0 | 467 | 0 | 32,952 | 5,051 | 1 | 11,333 | 2 | 22,620 | 3,452 | 2 |
| Others, net | 1,102 | 0 | 439 | 0 | 4,270 | 654 | 1 | 384 | 0 | 589 | 90 | 0 |





| | For the Year Ended December 31, | | | | | | | For the Three Months Ended March 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | | | 2020 | | 2021 | | |
| | RMB | % | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages, share and per share data) | | | | | | | | | | | |
| **Loss before income tax expenses and equity in (losses) gains of affiliated companies** | (690,085) | (48) | (768,810) | (29) | (629,254) | (96,436) | (16) | (289,344) | (41) | (266,939) | (40,743) | (23) |
| Income tax expense | — | — | — | — | — | — | — | — | — | — | — | — |
| Equity in (losses) gains of affiliated companies | (83,567) | (5) | (4,472) | (0) | 24,178 | 3,705 | 1 | 6,624 | 1 | (309) | (47) | (0) |
| **Net loss** | (773,652) | (53) | (773,282) | (29) | (605,076) | (92,731) | (15) | (282,720) | (40) | (267,248) | (40,790) | (23) |
| Net loss attributable to non-controlling interests | 1,630 | 0 | 13,562 | 1 | 10,541 | 1,615 | 0 | 4,271 | 1 | 11,476 | 1,752 | 1 |
| **Net loss attributable to Ximalaya Inc.** | (772,022) | (53) | (759,720) | (28) | (594,535) | (91,116) | (15) | (278,449) | (40) | (255,772) | (39,038) | (22) |
| **Net loss attributable to Ximalaya Inc.’s ordinary shareholders** | (2,106,443) | | (922,047) | | (914,655) | (140,177) | | (309,455) | | (408,655) | (62,372) | |
| **Net loss per share attributable to Ximalaya Inc.’s ordinary shareholders** | | | | | | | | | | | | |
| —Basic and diluted | (24.45) | | (10.70) | | (10.62) | (1.63) | | (3.59) | | (4.74) | (0.72) | |
| **Weighted average number of ordinary shares** | | | | | | | | | | | | |
| —Basic and diluted | 86,154,070 | | 86,154,070 | | 86,154,070 | 86,154,070 | | 86,154,070 | | 86,154,070 | 86,154,070 | |

Notes:

(1) Revenues, cost of revenues, sales and marketing expenses, interest income and interest expense from transactions with related parties are set forth below:

| | For the Year Ended December 31, | | | | For the Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | | 2020 | 2021 | |
| | RMB | RMB | RMB | US$ | RMB | RMB | US$ |
| | (in thousands) | | | | | | |
| Revenues | 19,920 | 29,941 | 112,611 | 17,258 | 11,636 | 27,801 | 4,243 |
| Cost of revenues | (19,945) | (53,116) | (70,643) | (10,827) | (13,797) | (30,334) | (4,630) |
| Sales and marketing expenses | (66,812) | (14,878) | (19,988) | (3,063) | (2,907) | (5,268) | (804) |
| Interest income | 362 | 362 | — | — | — | — | — |
| Interest expense | — | (9,364) | (8,696) | (1,333) | (4,613) | — | — |

(2) Share-based compensation expense was allocated as follows:

| | For the Year Ended December 31, | | | | For the Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | | 2020 | 2021 | |
| | RMB | RMB | RMB | US$ | RMB | RMB | US$ |
| | (in thousands) | | | | | | |
| Cost of revenues | — | — | 4,284 | 657 | 4,284 | — | — |
| Research and development expenses | — | — | 44,586 | 6,833 | 44,586 | — | — |
| Sales and marketing expenses | — | — | 949 | 145 | 949 | — | — |
| General and administrative expenses | — | — | 8,444 | 1,294 | 8,444 | 18,377 | 2,805 |

The table below sets forth the unaudited pro forma net loss per share assuming a Qualified IPO had occurred on January 1, 2020 to reflect: (i) the automatic conversion of all of our outstanding preferred shares including Series Angel preferred shares into ordinary shares on one-for-one basis as of January 1, 2020, irrespective of when the preferred shares were issued; (ii) the impact of share-based compensation expenses for share-based





awards to be recorded when IPO performance condition was satisfied on January 1, 2020 and the share-based compensation expenses continued to be recognized during the year ended December 31, 2020 and three months ended March 31, 2021, and (iii) weighted average number of shares related to restricted share units to be vested and outstanding since January 1, 2020 when IPO performance condition was satisfied and the service condition continued to be satisfied during the year ended December 31, 2020 and three months ended March 31, 2021.

| | For the Year Ended December 31, 2020 | | For the Three Months Ended March 31, 2021 | |
|---|---|---|---|---|
| | RMB | US$ | RMB | US$ |
| | (in thousands, except for share and per share data) (unaudited) | | | |
| **Numerator:** | | | | |
| Net loss attributable to ordinary shareholders | (914,655) | (140,177) | (408,655) | (62,372) |
| Pro forma adjustment of conversion of preferred shares | 320,120 | 49,061 | 152,883 | 23,334 |
| Pro forma adjustment of share-based compensation | (343,882) | (52,702) | (492,109) | (75,111) |
| **Numerator for pro forma basic and diluted net loss per share** | (938,417) | (143,818) | (747,881) | (114,149) |
| **Denominator:** | | | | |
| Weighted average number of ordinary shares outstanding | 86,154,070 | 86,154,070 | 86,154,070 | 86,154,070 |
| Pro forma effect of conversion of preferred shares | 232,174,264 | 232,174,264 | 232,174,264 | 232,174,264 |
| Pro forma effect of vesting of restricted share units | 954,404 | 954,404 | 1,278,625 | 1,278,625 |
| **Denominator for pro forma basic and diluted net loss per share** | 319,282,738 | 319,282,738 | 319,606,959 | 319,606,959 |
| **Pro forma basic and diluted net loss per ordinary share:** | (2.94) | (0.45) | (2.34) | (0.36) |





The following table shows summary consolidated balance sheet data as of December 31, 2018, 2019 and 2020 and as of March 31, 2021.

to the content or right to license content to us, or if such purported licensor had lost its authorization to sub-license content that we are distributing on our platform, and do not timely inform us of such loss of authorization, we may be subject to claims of intellectual property infringement from third parties.

Although we have set up certain procedures to enable copyright owners to provide us with notice of alleged infringement, given the volume of content available on our platform, it is not possible to identify and remove or disable all potentially infringing content that may exist. As a result, third parties may take action and file claims against us if they believe that certain content available on our platform violates their copyrights or other intellectual property rights. We have been, and may in the future be, subject to such claims filed in China and other jurisdictions. We have been involved in, and may continue to be involved in from time to time, litigation based on allegations of infringement of third-party copyright due to the content available on our platform. Even though some of the litigations may be without merit, there can be no assurance that those litigations will be rejected by relevant PRC courts, withdrawn by the plaintiffs or settled by the parties. We also cannot assure you that we will prevail in those litigations. In 2018, 2019 and 2020, we incurred damages of RMB2.4 million, RMB6.3 million and RMB40.3 million, out of which RMB1.5 million, RMB6.1 million and RMB37.0 million was accrued as of December 31, 2018, 2019 and 2020, respectively, primarily related to allegation of copyright infringement. In the three months ended March 31, 2021, we incurred damages of RMB88,000. As of March 31, 2021, we recorded accrued settlement expense of RMB0.4 million, primarily related to allegation of copyright infringement.

Additionally, we may be subject to copyright laws or legal proceedings initiated by third parties in other jurisdictions outside of China, such as the United States, as a result of the ability of users to access our audio content in the United States and other jurisdictions, the extraterritorial application of foreign law by foreign courts, the fact that we sub-licensed content from licensors who in turn obtained their authorizations from content providers in the United States and other jurisdictions or otherwise. There can be no assurance that we will not be subject to similar claims or incur settlement fees and/or damages in the future. In addition, as we will become a publicly listed company after this offering, we may be exposed to increased risk of litigation. If a claim of infringement brought against us in the United States or other jurisdictions is successful, we may be required to, upon enforcement, (i) pay substantial statutory or other damages and fines, (ii) remove relevant content from our platform or (iii) enter into royalty or license agreements which may not be available on commercially reasonable terms or at all.

***We cooperate with various talent agencies to manage and recruit our content creators and any adverse change in our relationships could materially and adversely impact our business.***

We cooperate with talent agencies to manage, organize and recruit content creators, such as live streaming hosts, on our platform. As we are a platform that welcomes all content creators to register on our platform, cooperation with talent agencies substantially increases our operation efficiency in terms of discovering, supporting and managing content creators in a more organized and structured manner, and turning amateur content creators to full-time ones.

We share a portion of the revenues generated from the audio content attributed to the content creators, such as the virtual gifts attributed to the hosts' live streams, with the content creators and the talent agencies who manage them. If we cannot balance the interests between us, content creators and the talent agencies and offer a revenue-sharing mechanism that is attractive to content creators and talent agencies, we may not be able to retain their services. If other platforms offer better revenue sharing incentives to talent agencies, such talent agencies may choose to devote more of their resources to content creators who collaborate with such other platforms, or encourage their content creators to use or even enter into exclusive agreements with such other platforms, all of which could materially and adversely affect our business, financial condition and results of operations.

***Privacy concerns or security breaches relating to our platform could result in economic loss, damage our reputation, deter users from using our products, and expose us to legal penalties and liability.***

We collect, process, and store significant amounts of data concerning our users, business partners and employees, including personal and transaction data involving our users. While we have taken reasonable steps to





protect such data, there is no guarantee that such steps will be successful. Techniques used to gain unauthorized access to data and systems, disable or degrade service, or sabotage systems, are constantly evolving, and we may be unable to anticipate, deter, or prevent such techniques or otherwise implement adequate preventative measures to avoid unauthorized access to such data or our systems.

Like all internet services, our service is vulnerable to software bugs, computer viruses, internet worms, break-ins, phishing attacks, attempts to overload servers with denial-of-service, and similar attacks and disruptions from the unauthorized use of our and third-party computer systems, any of which could lead to system interruptions, delays, or shutdowns and cause the loss of critical data or the unauthorized access to our data or our users' data. Computer malware, viruses, and computer hacking and phishing attacks have become more prevalent in our industry. Any functions that we use to facilitate interactivity with other internet platforms have the potential to increase the scope of access that hackers may have to our user accounts. Though it is difficult to determine what, if any, harm may directly result from any specific interruption or attack, our failure to maintain performance, reliability, security and availability of our products and technical infrastructure to the satisfaction of our users may harm our reputation and ability to retain existing users and attract new users. Although we have in place systems and processes that are designed to protect our data and our users' data, prevent data loss, disable undesirable accounts and activities on our platform, and prevent or detect security breaches, we cannot assure you that such measures will provide absolute security. We may incur significant costs in protecting against cyberattacks, and if an actual or perceived breach of security occurs to our systems or a third party's systems, we could be required to expend significant resources to mitigate the breach of security and to address matters related to any such breach, including notifying users or regulators.

In addition, we are subject to a variety of laws and other obligations relating to the security and privacy of data, including restrictions on the collection, use and storage of personal information and requirements to take steps to prevent personal data from being divulged, stolen, or tampered with. The PRC Constitution, the PRC Criminal Law, the PRC Civil Code protect individual privacy in general. The Cybersecurity Law of the PRC, which came into effect in June 2017, requires certain authorization or consent from Internet users prior to collection, use or disclosure of their personal data and also protection of the security of the personal data of such users, but there are still great uncertainties as to the interpretation and application of the Cybersecurity Law. The CAC, the MIIT, the Ministry of Public Security, and the State Administration for Market Regulation jointly promulgated an announcement on January 23, 2019 to carry out special campaigns against illegal collection and usage of personal information by mobile internet application programs operators, including collecting personal information irrelevant to their services, or forcing users to give authorization in disguised manner. Further, the CAC issued the Provisions on the Cyber Protection of Children's Personal Information, effective on October 1, 2019, which requires, among others, that internet operators who collect, store, use, transfer and disclose personal information of children under the age of 14 shall establish special rules and user agreements for the protection of children's personal information, inform the children's guardians in a noticeable and clear manner, and shall obtain the consent of the children's guardians. We may be subject to laws and regulations relating to the security and privacy of data, including the collection, use and storage of personal information, of jurisdictions other than the PRC. Any failure, or perceived failure to maintain the security of our user data or to comply with applicable PRC or foreign privacy, data security and personal information protection laws and obligations may result in civil or regulatory liability, including governmental or data protection authority enforcement actions and investigations, fines, penalties, enforcement orders requiring us to cease operating in a certain way, litigation, or adverse publicity, and may require us to expend significant resources in responding to and defending allegations and claims.

In addition, although we currently do not operate in Europe, if and to the extent our operations are extended into Europe, we may be required to notify European Data Protection Authorities within strict time periods about any personal data breaches, unless the personal data breach is unlikely to result in a risk to the rights and freedoms of affected individuals. We may also be required to notify affected individuals of the personal data breach where there is a high risk to their rights and freedoms. If we suffer a personal data breach, or otherwise violate the General Data Protection Regulation, we could be fined up to EUR 20 million or 4% of worldwide





annual turnover of the preceding financial year, whichever is greater. Furthermore, any data breach by service providers that are acting as data processors (i.e., processing personal data on our behalf) could also mean that we are subject to these fines and are required to comply with the notification obligations described above. Complying with the General Data Protection Regulation and other applicable regulatory requirements may cause us to incur substantial expenses or require us to alter or change our practices in a manner that could harm our business.

Regulatory requirements regarding the protection of data are constantly evolving and can be subject to differing interpretations or significant changes, making the extent of our responsibilities in that regard uncertain. We have certain level of presence in the United States. The state of California enacted the California Consumer Privacy Act, which became effect on January 1, 2020 and imposes heightened obligations with respect to data privacy, including the ability for individuals in California to object to the sale of their personal data in certain instances. If other states in the United States adopt similar laws, or if a comprehensive federal data privacy law is enacted, we may be required to expend considerable resources to meet the applicable requirements to the extent our operations are expanded into the United States.

Any failure, or perceived failure, by us, or by our third-party business partners, to maintain the security of our user data or to comply with applicable privacy or data security laws, regulations, policies, contractual provisions, industry standards, and other requirements, may result in civil or regulatory liability, including governmental or data protection authority enforcement actions and investigations, fines, penalties, enforcement orders requiring us to cease operating in a certain way, litigation, or adverse publicity, and may require us to expend significant resources in responding to and defending allegations and claims. Moreover, claims or allegations that we have failed to adequately protect our users' data, or otherwise violated applicable privacy and data security laws, regulations, policies, contractual provisions, industry standards, or other requirements, may result in damage to our reputation and a loss of confidence in us by our users or our business partners, potentially causing us to lose users, advertisers, content creators, other business partners, which could have a material and adverse effect on our business, financial condition and results of operation.

***Our business depends on our strong brand. Our business, financial condition, results of operation and prospects may be adversely affected as a result of our failure to protect or promote our brand and reputation, or negative media coverage of our company, our industry or our shareholders.***

We have developed a strong brand that we believe has contributed significantly to the success of our business. Maintaining, protecting, and enhancing the "Ximalaya" brand is critical to expand our user base, and will depend largely on our ability to continue to develop and provide an innovative and high-quality experience for our users and to attract content creators, third-party IP partners, advertisers and other business partners to work with us, which we may not do successfully. If we do not successfully maintain a strong brand, our business could be harmed.

Our brand may be impaired by a number of other factors, including any failure to keep pace with technological advances, a decline in the quality or breadth of our online audio content offerings, any failure to protect our intellectual property rights, or alleged violations by us of law and regulations or public policy. Additionally, if our content creators fail to maintain high standards, our brands could be adversely affected.

***Our business and reputation may be harmed by the misconduct or errors of our employees, content creators or business partners, or their failure to perform their duties.***

Misconduct, including illegal, fraudulent or collusive activities, unauthorized business conducts and behavior, misuse of corporate authorization, or errors by our employees, content creators or other business partners or their failure to perform their duties could subject us to legal liability and negative publicity. Our employees may conduct fraudulent activities to bypass our internal system and to complete shadow transactions and/or transactions outside our official or authorized manner, such as kickbacks, self-dealing, misappropriation





of corporate funds and resources, disclosing users' information to competitors or other third parties for personal gains, or applying for fake reimbursement. They may conduct activities in violation of unfair competition law, which may expose us to unfair competition allegations and risks or conduct activities that may damage our reputation, corporate culture or internal working environment, such as sexual harassment. We have experienced such incidents in the past and may continue to experience or be subject to incidents of similar nature in the future. We terminated employment with the involved employees for serious misconducts and recovered our losses from those employees in certain cases. While we have further strengthened our code of conduct and related internal policies, we cannot assure you that such incidents will not occur in the future. It is not always possible to identify and deter such misconduct, and the precautions we take to detect and prevent these activities may not be effective in controlling unknown or unmanaged risks or losses or in protecting us from governmental investigations or other actions or lawsuits stemming from a failure to prevent such misconduct. Such misconduct could damage our brand and reputation, which could adversely affect our business and results of operations.

We do not have full control over how users use our platform, whether through live streaming, commenting or other forms of sharing or communication. We face the risk that our platform may be misused or abused by content creators or users. We have a robust content monitoring system in place to review and monitor the audio content, live streams and other forms of social interactions among our users and content creators and will shut down streams that are illegal or inappropriate. However, we may not be able to identify all such streams and content, or prevent all such content from being posted. Moreover, we have limited control over the real-time behavior of our live streaming performers and users. To the extent such behavior is associated with our platform, our ability to protect our brand image and reputation may be limited. Our business and public perception of our brand may be materially and adversely affected by the misuse of our platform. In addition, in response to allegations of illegal or inappropriate activities conducted through our platform or any negative media coverage about us, PRC government authorities may intervene and hold us liable for non-compliance with PRC laws and regulations concerning the dissemination of information on the internet and subject us to administrative penalties, including confiscation of income and fines or other sanctions, such as requiring us to restrict or discontinue certain features and services. As a result, our business, financial condition and results of operation may be materially and adversely affected.

***We have been in the past and may continue to be subject to complaints, claims, controversies, regulatory actions and legal proceedings, which could have a material adverse effect on our results of operation, financial condition, liquidity, cash flows and reputation.***

We have been and may continue to be subject to or involved in various complaints, claims, controversies, regulatory actions, arbitrations and legal proceedings. Complaints, claims, arbitration, lawsuits, and litigations are subject to inherent uncertainties, and we are uncertain whether existing or new claims against us would develop into lawsuits or regulatory penalties and other disciplinary actions. Lawsuits, litigations, arbitration and regulatory actions may cause us to incur substantial costs or fines, utilize a significant portion of our resources and divert management's attention from our day-to-day operations, or materially modify or suspend our business operations, any of which could materially and adversely affect our financial condition, results of operations and business prospects.

Defending litigations or other claims against us is costly and can impose a significant burden on our management and employees, and there can be no assurances that favorable final outcomes will be obtained in all cases. For example, we have been subject to various legal proceedings in connection with certain intellectual property infringement and employee misconducts and have paid damages for some of those legal proceedings. In 2018, 2019 and 2020, we incurred damages of RMB2.4 million, RMB6.3 million and RMB40.3 million, out of which RMB1.5 million, RMB6.1 million and RMB37.0 million was accrued as of December 31, 2018, 2019 and 2020, respectively, primarily related to allegation of copyright infringement. In the three months ended March 31, 2021, we incurred damages of RMB88,000. As of March 31, 2021, we recorded accrued settlement expense of RMB0.4 million, primarily related to allegation of copyright infringement. In addition, there can be no assurance that we will be successful in the claims we pursue against other parties. Any resulting liability, losses or expenses,





or changes required to our businesses to reduce the risk of future liability, may have a material adverse effect on our business, financial condition and prospects. There remain uncertainties in the interpretation of PRC laws in different jurisdictions, and an adverse outcome of a single claim against us in one jurisdiction regarding our business practices may result in significant negative publicity and heightened scrutiny by regulators and courts of our business and operations across the country, or potential penalties or other regulatory actions against us. Any of such outcomes may cause significant disruptions to our operations and materially and adversely affect our results of operation and financial condition.

***If we fail to keep up with industry trends or technological developments, our business, results of operation and financial condition may be materially and adversely affected.***

The online audio industry is rapidly evolving and subject to continuous technological changes. Our success will depend on our ability to keep up with the changes in technology and user behavior resulting from new developments and innovations. For example, as we provide our product and service offerings across a variety of mobile systems and devices, we are dependent on the interoperability of our services with popular mobile devices and mobile operating systems that we do not control, such as Android and iOS. If any changes in such mobile operating systems or devices degrade the functionality of our services or give preferential treatment to competitive services, the usage of our services could be adversely affected.

Technological innovations may also require substantial capital expenditures in product development as well as in modification of products, services or infrastructure. We cannot assure you that we can obtain financing to cover such expenditure. See "—We may not be able to obtain additional capital when desired, on favorable terms or at all." If we fail to adapt our products and services to such changes in an effective and timely manner, we may suffer from decreased user traffic and user base, which, in turn, could materially and adversely affect our business, financial condition and results of operation.

***We have a limited operating history and our historical operating and financial results may not be indicative of future performance, which makes it difficult to predict our future business prospects and financial performance.***

We have a limited operating history, which makes it difficult to evaluate our future prospects and ability to make profit. We commenced our operations in China in August 2012 and have grown rapidly since then. We expect to continue to grow our business and explore new market opportunities. However, due to our limited operating history, our past revenues and historical growth rate may not be indicative of our future performance. We cannot assure you that we will be able to achieve similar results or grow at the same rate as we had in the past or at all. Rather than relying on our historical operating and financial results to evaluate us, you should consider our business prospects in light of the risks and difficulties we may encounter as a company operating in a new, evolving and competitive market, including, among other things, our ability to expand our user base and convert non-paying users into paying users, provide high-quality content, enhance our technology capabilities, build our reputation and promote our brand, improve our operational efficiency, attract, retain and motivate talented employees, and anticipate and adapt to changing market conditions. We may not be able to successfully address these risks and difficulties, which could significantly harm our business, results of operations and financial condition.

***We operate in a relatively new and evolving market and have experienced significant rapid growth and expansion. If we fail to effectively manage our growth, our business, results of operation, and financial condition may suffer.***

The online audio market in China has experienced rapid growth in recent years. According to CIC, the China's online audio market grew from RMB1.6 billion in 2016 to RMB13.1 billion in 2020. However, the growth rate may decrease due to uncertainties with respect to the acceptance of online audio content offerings, user experience, development and application of voice technologies and other factors. Furthermore, the online





audio market in China is at its early stage and will continue to evolve, and the penetration of online audio services remains relatively low. There can be no assurance that the penetration of online audio services will further deepen, or that the online audio market will grow at a pace that we expect.

We continue to experience rapid growth in our business, which will continue to place significant demands on our management, operational and financial resources. We may encounter difficulties as we execute our strategies and expand our operations. We expect our expenses to continue to increase in the future as we acquire more users, procure more popular content and develop new technology. Continued growth could also strain our ability to maintain the quality and reliability of our platform, develop and improve our operational, financial, legal and management controls, and enhance our reporting systems and procedures. Our expenses may grow faster than our revenues, and our expenses may be greater than we anticipate. We may expand into geographic areas where we do not have experience with local regulations or regulators or where local market conditions are unfavorable for our business model. Managing our growth will require significant expenditures and allocation of valuable management resources. If we fail to achieve the necessary level of efficiency in our organization as it grows, our business, results of operation and financial condition could be harmed.

***We operate in a competitive industry. If we are unable to compete successfully, we may lose market share to our competitors.***

We operate in a competitive industry. We face competition for users and their time and spending primarily from the online audio content provided by other online audio content providers in China. We also face competition from online offerings of other forms of content, including music, radio services, literature, games and video provided by other platforms. In particular, we are increasingly facing noticeable competition from offerings of other emerging forms of content which have been growing in popularity rapidly in recent years, such as live streaming and user-generated short videos.

We compete with our competitors based on a number of factors, such as the diversity and quality of content, product features, social interaction features, quality of user experience, brand awareness and reputation, and our ability to continuously attract, incentivize and retain content creators and IP partners. Some of our competitors may be able to respond more quickly to technological innovations or changes in user demands and preferences, acquire more attractive and diverse content, and act more effectively in the development, promotion and sale of products than we can. Also, they may enter into more favorable relationships with content creators and provide their users with content that competes with our offerings. If any of our competitors achieves greater market acceptance or is able to provide more attractive content offerings than we do, our user traffic and market share may decrease, which may result in a loss of users and a material and adverse effect on our business, financial condition and results of operation.

***Our business, results of operation and financial condition may be adversely affected by the COVID-19 pandemic.***

Our business, results of operation and financial condition may be adversely affected by the COVID-19 pandemic. In response to intensifying efforts to contain the spread of COVID-19, the Chinese government took a number of actions, which included extending the Chinese New Year holiday, quarantining individuals in China who had the COVID-19, asking citizens to remain at home and to avoid gathering in public, and other actions. In light of such circumstances, our corporate office was closed for a certain period of time, which adversely affected our operating efficiency and productivity. The COVID-19 global pandemic has resulted in, and may intensify, global economic distress, and the duration and extent of the impact of COVID-19 outbreak is highly uncertain at this time. The extent to which it may affect our results of operations, financial condition and cash flows will depend on the future development of the outbreak, which is also highly uncertain. Such uncertainty poses operational challenges to our operation. Our business and operations could be disrupted if any of our employees, distributors, retailers or manufacturers is suspected of having COVID-19 in our offices, since it could require all of the possible contact persons to be quarantined and/or their offices to be disinfected. In addition, our results of operations could be adversely affected to the extent that the outbreak harms the PRC economy in general.





***We rely on our mobile application to provide a significant amount of our products and services to users which, if inaccessible, may have material adverse impact on our business, financial condition and results of operation.***

We rely on third-party mobile application distribution channels such as Apple's App Store, various Android's App Stores and other channels to distribute our mobile application to users. We expect a substantial number of downloads of our mobile apps will continue to be derived from these distribution channels. As such, the promotion, distribution and operation of our applications are subject to such distribution platforms' standard terms and policies for application developers, which are subject to the interpretation of, and frequent changes by, these distribution channels. If Apple's App Store or any other major distribution channels interpret or change their standard terms and conditions in a manner that is detrimental to us, or terminate their existing relationship with us, our business, financial condition and results of operations may be materially and adversely affected. Our main mobile app, Ximalaya, was temporarily removed from Apple's and Android's App Stores for 30 days due to inappropriate content stored on our platform from June to July 2019. Upon the expiration of the 30-day suspension, the suspension on downloading services of our Ximalaya app was lifted. Such incident of download suspension were temporary and did not affect our existing users, and therefore did not have any material adverse impact on our results of operations. Historically, our mobile app was removed from App Store due to other reasons. We cannot assure you that our app will not be removed again by a third party mobile application distribution channel in future and our business operation, reputation and financial conditions may be negatively affected.

***The technologies we use or leverage are complex and may contain undetected errors or may not operate properly, which could adversely affect our business, results of operation and financial condition.***

We use and leverage various proprietary technologies for our business operations, including but not limited to AI-enabled content discovery and recommendation system, text-to-speech (TTS) technologies and automatic speech recognition voice technology. If any part of those technologies that we use or leverage contains material defects, not only the corresponding portion of our audio content and certain features would be impaired, but also the overall function of products and services. We may incur significant expenses to remediate such defects, or may not be able to correct them at all. We have not experienced any material defects to date, but there can be no assurance that our technologies, consisting of certain programs and algorithms, are flawless. If any incidents of material defects took place, our user experience would be significantly harmed, and users may lose confidence and trust in us. As a result, we may incur significant reputational damage and market share loss.

***The proper functioning of our technology platform is essential to our business. Any failure to maintain the satisfactory performance of our platform could materially and adversely affect our business and reputation.***

The proper functioning of our platform is essential to our business. The satisfactory performance, reliability and availability of our IT systems are critical to our success and our ability to provide content to attract and retain users.

Our technology or infrastructure may not function properly at all times. Any system interruptions caused by telecommunications failures, computer viruses, hacking or other attempts to harm our systems could result in the unavailability or slowdown of our platform and the attractiveness of content provided on our platform. Our servers may also be vulnerable to computer viruses, physical or electronic break-ins and similar disruptions, which could lead to system interruptions, website or mobile app slowdown or unavailability or loss of data. Any of such occurrences could cause severe disruption to our daily operations. As a result, our reputation may be materially and adversely affected, our market share could decline and we could be subject to liability claims.

***Some of our products and services contain open source software, which may pose particular risk to our proprietary software, products and services in a manner that negatively affects our business.***

We use open source software in some of our products and services and will continue to use open source software in the future. There is a risk that open source software licenses could be construed in a manner that





imposes unanticipated conditions or restrictions on our ability to provide or distribute our products or services. Additionally, we may face claims from third parties claiming ownership of, or demanding release of, the open source software or derivative works that we developed using such software. These claims could result in litigation and could require us to make our software source code freely available, purchase a costly license or cease offering the implicated products or services unless and until we can re-engineer them to avoid infringement. This re-engineering process could require significant additional research and development resources, and we may not be able to complete it successfully.

***We face risks associated with our international expansion.***

We are continuing to expand our operations into additional international markets. However, offering our products and service in a new geographical area involves numerous risks and challenges. For example, the licensing terms offered by rights organizations and individual copyright owners in countries around the world are currently expensive. Addressing licensing structure and royalty rate issues in any new geographic market requires us to make very substantial investments of time, capital, and other resources, and our business could fail if such investments do not succeed. There can be no assurance that we will succeed or achieve any return on these investments.

In addition to the above, continued expansion around the world exposes us to other risks such as:

- lack of well-functioning copyright collective management organizations that are able to grant us content licenses and distribute royalties in markets;
- fragmentation of rights ownership in various markets causing lack of transparency of rights coverage and overpayment or underpayment to copyright owners;
- difficulties in obtaining license rights to local audio content;
- difficulties in achieving market acceptance of our products and services in different geographic markets with different tastes and interests;
- difficulties in achieving viral marketing growth in certain other countries where we commit fewer sales and marketing resources;
- difficulties in managing operations due to language barriers, distance, staffing, user behavior and spending capability, cultural differences, business infrastructure constraints, and laws regulating corporations that operate internationally;
- application of different laws and regulations of other jurisdictions, including privacy, censorship and liability standards and regulations, as well as intellectual property laws;
- potential adverse tax consequences associated with foreign operations and revenue;
- complex foreign exchange fluctuation and associated issues;
- increased competition from local websites and music content providers, some with financial power and resources to undercut the market or enter into exclusive deals with local content providers to decrease competition;
- credit risk and higher levels of payment fraud;
- political and economic instability in some countries;
- restrictions on international monetary flows; and
- reduced or ineffective protection of our intellectual property rights in some countries.

As a result of these obstacles, we may find it impossible or prohibitively expensive to enter additional markets, or entry into foreign markets could be delayed, which could hinder our ability to grow our business.





***We depend on our senior management and highly skilled personnel. If we are unable to attract, retain and motivate a sufficient number of them, our ability to grow our business could be harmed.***

We believe that our future success depend significantly on our continuing ability to attract, develop, motivate and retain our senior management and a sufficient number of experienced and skilled employees. Qualified individuals are in high demand, particularly in the online audio industry, and we may have to incur significant costs to attract and retain them. Additionally, we use share-based awards to attract talented employees, and if the ADSs decline in value, we may have difficulties recruiting and retaining qualified employees.

In particular, we cannot ensure that we will be able to retain the services of our senior management and key executive officers. The loss of any key management or executive could be highly disruptive and adversely affect our business operations and future growth. Moreover, if any of these individuals joins a competitor or forms a competing business, we may lose crucial business secrets, technological know-how and other valuable resources. Although our senior management and executive officers have non-compete agreements with us, we cannot assure you that they will comply with such agreements or that we will be able to effectively enforce such agreements.

***Our operating metrics are subject to inherent challenges in measurement, and real or perceived inaccuracies in those metrics may harm our reputation and our business.***

We regularly review MAUs, number of paying users and other key metrics to evaluate growth trends, measure our performance and make strategic decisions. These metrics are calculated using our internal data and have not been validated by an independent third party. While these numbers are based on what we believe to be reasonable estimates of our user base for the applicable period of measurement, there are inherent challenges in measuring how our services are used across large populations in China. For example, an individual may have multiple mobile devices that launched our mobile apps during a given month. If an individual launches our mobile apps using multiple mobile devices, such individual will be counted more than once. An individual may also be counted multiple times in different MAU categories if he/she not only launches our mobile apps but also accesses our platform through different access points. As we do not require users to register on a real-name basis or provide personally identifiable information to get access to audio content on our platform, we are unable to quantify or eliminate duplicates. We are also subject to the risk associated with artificial manipulation of data. Any errors or inaccuracies in these metrics could result in less informed business decisions and operational inefficiencies. For example, if our user base is overstated by the MAU data we track, we may fail to make the right strategic choices needed to expand our user base and achieve our growth strategies.

***Compliance with the laws or regulations governing virtual currency may result in us having to obtain additional approvals or licenses or change our current business model.***

Due to the limited history of virtual currency in China, the regulatory framework governing such industry is still under development. The issuance and use of "virtual currency" in the PRC have been regulated since 2007 in response to the growth of the online games industry in China. In 2009, the Circular on Strengthening the Administration of Online Game Virtual Currency, or the Virtual Currency Circular, jointly issued by the Ministry of Culture and the MOFCOM, broadly defined online game virtual currency as a type of virtual exchange instrument issued by internet game operation enterprises, purchased directly or indirectly by the game users by exchanging legal currency at a certain exchange rate, saved outside the game programs, stored in servers provided by the internet game operation enterprises in electronic record format and represented by specific numeric units. In 2012, the Administrative Measures for Single-purpose Commercial Prepaid Cards was issue by the MOFCOM, which further requires enterprise that engages in the retail, accommodation, catering or resident service industries shall go through record-filing procedures within 30 days after they start single-purpose commercial prepaid card business. Although we issue different virtual currencies to users on our platform for them to purchase various items to be used on our platform, our service does not constitute online game virtual currency transaction services or single-purpose commercial prepaid card because our virtual currencies are not





issued by internet game operation enterprises, users cannot transfer or trade these currencies among themselves and our virtual currencies are not used in for the retail, accommodation, catering or resident service. However, we cannot assure you that the PRC regulatory authorities will not take a view contrary to ours or any other aspects of our business operations involving virtual currencies be subject to the PRC regulatory regime on online games or single-purpose commercial prepaid card, in which case we may be required to obtain additional approvals or licenses or filings or change our current business model and may be subject to fines or other penalties, which could adversely affect our business. Furthermore, due to the uncertainty of the evolving regulatory regime in PRC, we cannot assure you that we will not be found in violation of any laws and regulations currently in effect or in the future due to changes in relevant authorities' interpretation of these laws and regulations, as well as the view or interpretation taken by such authorities on the nature and operation of our virtual currency and relevant business activities.

***If we fail to maintain an effective system of internal control over financial reporting, we may be unable to accurately report our financial results or prevent fraud.***

Prior to this offering, we have been a private company with limited accounting personnel and other resources with which to address our internal control and procedures and we were never required to evaluate our internal control within a specified period, and, as a result, we may experience difficulty in meeting these reporting requirements in a timely manner. Our management has not completed assessment of the effectiveness of our internal control over financial reporting, and our independent registered public accounting firm has not conducted an audit of the effectiveness of our internal control over financial reporting.

In the course of preparing and auditing our consolidated financial statements for the year ended December 31, 2018, 2019 and 2020, we and our independent registered public accounting firm identified a material weakness in our internal control over financial reporting as of December 31, 2020. According to the U.S. Public Company Accounting Oversight Board, a "material weakness" is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our company's annual or interim consolidated financial statements will not be prevented or detected on a timely basis. The material weakness identified relates to our lack of competent accounting and financial reporting personnel with appropriate knowledge of U.S. GAAP and SEC reporting requirements to formalize and carry out key controls over the financial reporting process and to properly address complex accounting issues and to prepare and review consolidated financial statements and related disclosures in accordance with U.S. GAAP and SEC financial reporting requirements. The material weakness, if not remediated timely, may lead to material misstatements in our consolidated financial statements in the future.

Neither we nor our independent registered public accounting firm undertook a comprehensive assessment of our internal control under the Sarbanes-Oxley Act for purposes of identifying and reporting any material weakness in our internal control over financial reporting. We and they are required to do so only after we become a public company. Had we performed a formal assessment of our internal control over financial reporting or had our independent registered public accounting firm performed an audit of the effectiveness of our internal control over financial reporting, additional material weaknesses may have been identified.

To remedy our identified material weakness, we plan to undertake steps to strengthen our internal control over financial reporting, including: (1) hiring additional qualified resources equipped with relevant U.S. GAAP and SEC reporting experience and qualifications to strengthen the financial reporting function and to set up a financial and system control framework, (2) implementing regular and continuous U.S. GAAP accounting and financial reporting training programs for accounting and financial reporting personnel, (3) establishing effective oversight and clarifying reporting requirements for non-recurring and complex transactions to ensure consolidated financial statements and related disclosures are accurate, complete and in compliance with U.S. GAAP and SEC reporting requirements, and (4) preparing comprehensive accounting policies, manuals and closing procedures to improve the quality and accuracy of their period-end financial closing process. However, the implementation of these measures may not fully address the material weakness in our internal control over





financial reporting, and we cannot conclude that they will be fully remediated in a timely manner. Our failure to correct the material weakness identified or our failure to discover and address any other deficiencies could result in inaccuracies in our financial statements and impair our ability to comply with applicable financial reporting requirements and related regulatory filings on a timely basis. Moreover, ineffective internal control over financial reporting could significantly hinder our ability to prevent fraud.

Upon the completion of this offering, we will become a public company in the United States subject to the Sarbanes-Oxley Act of 2002. Section 404 of the Sarbanes-Oxley Act of 2002 will require that we include a report of management on our internal control over financial reporting commencing with our second annual report on Form 20-F. In addition, once we cease to be an "emerging growth company" as such term is defined in the JOBS Act, our independent registered public accounting firm must attest to and report on the effectiveness of our internal control over financial reporting. Our management may conclude that our internal control over financial reporting is not effective. Moreover, even if our management concludes that our internal control over financial reporting is effective, our independent registered public accounting firm, after conducting its own independent testing, may issue a report that is adverse if it is not satisfied with our internal controls or the level at which our controls are documented, designed, operated or reviewed, or if it interprets the relevant requirements differently from us. In addition, after we become a public company, our reporting obligations may place a significant strain on our management, operational and financial resources and systems for the foreseeable future. We may be unable to timely complete our evaluation testing and any required remediation.

During the course of documenting and testing our internal control procedures, in order to satisfy the requirements of Section 404, we may identify other weaknesses and deficiencies in our internal control over financial reporting. In addition, if we fail to maintain the adequacy of our internal control over financial reporting, as these standards are modified, supplemented or amended from time to time, we may not be able to conclude on an ongoing basis that we have effective internal control over financial reporting in accordance with Section 404. If we fail to achieve and maintain an effective internal control environment, we could suffer material misstatements in our financial statements and fail to meet our reporting obligations, which would likely cause investors to lose confidence in our reported financial information. This could in turn limit our access to capital markets, harm our results of operations, and lead to a decline in the trading price of our ADSs.

Additionally, ineffective internal control over financial reporting could expose us to increased risk of fraud or misuse of corporate assets and subject us to potential delisting from the stock exchange on which we list, regulatory investigations and civil or criminal sanctions. We may also be required to restate our financial statements from prior periods.

***We may not be able to obtain additional capital when desired, on favorable terms or at all.***

We may make investments from time to time in technologies, facilities, equipment, hardware, software and other projects to remain competitive. Due to the unpredictable nature of the capital markets and our industry, there can be no assurance that we will be able to raise additional capital on terms favorable to us, or at all, if and when required, especially if we experience disappointing results of operations. If adequate capital is not available to us as required, our ability to fund our operations, take advantage of unanticipated opportunities, develop or enhance our infrastructure or respond to competitive pressures could be significantly limited. If we do raise additional funds through the issuance of equity or convertible debt securities, the ownership interests of our shareholders could be significantly diluted. These newly issued securities may have rights, preferences or privileges senior to those of existing shareholders.

***Negative publicity may materially and adversely affect our brand, reputation, business and growth prospects.***

Negative publicity involving us, our management, our users, our content, our content creators, our platform or our business model may materially and adversely harm our brand and our business. See "—We may be liable for intellectual property infringement with respect to content displayed on, retrieved from or linked to our





platform which may materially and adversely affect our business, financial condition and prospects." We cannot assure you that we will be able to defuse negative publicity about us, our management and/or our services to the satisfaction of our investors, users, content creators or business partners. There has been negative publicity about our platform and the misuse of our services by certain content creators and users. Such negative publicity may divert our management's attention and materially and adversely impact our business, financial condition and results of operations.

***We are subject to payment processing risks.***

Our users pay for our membership subscription, the audio content offered on our platform and our other products and services through a variety of online payment solutions. We rely on third parties to process such payments. Acceptance and processing of these payment methods are subject to certain rules and regulations and require payment of interchange and other fees. To the extent there are increases in payment processing fees, material changes in the payment network, such as delays in receiving payments from processors and/or changes in the rules or regulations concerning payment processing, our ability to provide superior use experience, including convenient payment options, may be undermined, and our revenue, operating expenses and results of operation could be adversely impacted. In addition, in online payment transactions, secure transmission of user information, such as debit and credit card numbers and expiration dates, personal information and billing addresses, over public networks, is essential to user privacy protection and maintaining their confidence in our platform. We do not have control over the security measures of our third-party payment platforms, and their security measures may not be adequate at present or may not be adequate with the expected increased usage of online payment platforms.

***Future strategic alliances or acquisitions may have a material and adverse effect on our business, results of operation and financial condition.***

We may enter into strategic alliances, including joint ventures or minority equity investments, with various third parties to further our business purpose from time to time. These alliances could subject us to a number of risks, including risks associated with sharing proprietary information, non-performance by the third party and increased expenses in establishing new strategic alliances, any of which may materially and adversely affect our business, or our investments may be subject to loss. We may have limited ability to monitor or control the actions of these third parties and, to the extent any of these strategic third parties suffers negative publicity or harm to their reputation from events relating to their business, we may also suffer negative publicity or harm to our reputation by virtue of our association with any such third party.

In addition, when appropriate opportunities arise, we may acquire additional assets, products, technologies or businesses that are complementary to our existing business. In addition to possible shareholders' approval, we may also have to obtain approvals and licenses from relevant government authorities for the acquisitions and to comply with any applicable PRC laws and regulations, which could result in increased delay and costs, and may derail our business strategy if we fail to do so. Furthermore, past and future acquisitions and the subsequent integration of new assets and businesses into our own require significant attention from our management and could result in a diversion of resources from our existing business, which in turn could have an adverse effect on our business operations. Acquired assets or businesses may not generate the financial results we expect. Acquisitions could result in the use of substantial amounts of cash, potentially dilutive issuances of equity securities, the occurrence of significant goodwill impairment charges, amortization expenses for other intangible assets and exposure to potential unknown liabilities of the acquired business. Moreover, the costs of identifying and consummating acquisitions may be significant.

***We have granted and may continue to grant share options and other share-based awards in the future, which may result in increased share-based compensation expenses.***

We adopted a global share plan, as amended in March 2021, or the Amended Global Plan, for the purpose of granting share-based compensation awards to employees, directors and consultants to incentivize their





performance and align their interests with ours. Mr. Jianjun Yu and Ms. Yuxin Chen, through Ximalaya Welfare Limited, adopted a legacy global share plan, or the Legacy Plan, for similar reason. For further detailed information, please refer to "Management—Share Incentive Plans." For the years ended December 31, 2018, 2019 and 2020, we recorded share-based compensation expenses of zero, zero and RMB58.3 million (US$8.9 million), respectively. We believe the granting of share-based compensation is of significant importance to our ability to attract and retain key personnel and employees, and we will continue to grant share-based compensation to employees in the future. In March 2021, we also adopted a 2021 share incentive plan, or 2021 Plan, effective upon the completion of this offering. As a result, our expenses associated with share-based compensation may increase, which may have an adverse effect on our results of operations.

***If we are not able to control our labor costs in an effective way, our business, results of operation and financial condition may be adversely affected.***

Our labor costs are primarily incurred in China. The economy of China has been experiencing significant growth, leading to inflation and increased labor costs, particularly in the large cities, such as Shanghai. In addition, we are required by PRC laws and regulations to pay various statutory employee benefits, including pensions, housing fund, medical insurance, work-related injury insurance, unemployment insurance and maternity insurance to designated government agencies for the benefit of our employees. We expect that our labor costs in China, including wages and employee benefits, will continue to grow as our business grows in scale. Significant additional government-imposed increases in the jurisdictions where we have operations may affect our profitability and results of operations, unless we are able to pass on these costs to our users by increasing prices of our programs.

***Our operations depend on the performance of the internet infrastructure and fixed telecommunications networks in China, as well as the effectiveness of mobile operating systems and networks.***

Almost all access to the internet in China is maintained through state-owned telecommunication operators under the administrative control and regulatory supervision of the MIIT. Moreover, we primarily rely on a limited number of telecommunication service providers to provide us with data communications capacity through local telecommunications lines and internet data centers to host our servers. We have limited access to alternative networks or services in the event of disruptions, failures or other problems with China's internet infrastructure or the fixed telecommunications networks provided by telecommunication service providers. Web traffic in China has experienced significant growth during the past few years. With the expansion of our business, we may be required to upgrade our technology and infrastructure to keep up with the increasing traffic on our platform. We cannot assure you that the internet infrastructure and the fixed telecommunications networks in China will be able to support the demands associated with the continued growth in internet usage. If we cannot increase our capacity to deliver our online services, we may not be able to accommodate the increases in traffic from expanding user base, and the adoption of our services may be hindered, which could adversely impact our business.

In addition, we have no control over the costs of the services provided by telecommunication service providers. If the prices we pay for telecommunications and internet services rise significantly, our results of operations may be materially and adversely affected. Furthermore, if internet access fees or other charges to internet users increase, some users may be prevented from accessing the mobile internet and thus cause the growth of mobile internet users to decelerate. Such deceleration may adversely affect our ability to continue to expand our user base.

***We have limited insurance coverage of our operations, which may expose us to significant costs and business disruption.***

Insurance companies in China currently do not offer as extensive an array of insurance products as insurance companies do in more developed economies. We do not have any business liability or disruption





insurance to cover our operations. We have determined that the costs of insuring for these risks and the difficulties associated with acquiring such insurance on commercially reasonable terms make it impractical for us to have such insurance. Any uninsured occurrence may disrupt our business operations, require us to incur substantial costs and divert our resources, which could have an adverse effect on our results of operations and financial condition.

***A severe or prolonged downturn in the Chinese or global economy could materially and adversely affect our business and financial condition.***

COVID-19 had a severe and negative impact on the Chinese and the global economy starting from the first quarter of 2020. Whether this will lead to a prolonged downturn in the economy is still unknown. The Chinese and global macroeconomic environment is facing numerous challenges. There is considerable uncertainty over the long-term effects of the expansionary monetary and fiscal policies which had been adopted by the central banks and financial authorities of some of the world's leading economies, including the United States and China. Unrest, terrorist threats and the potential for war in the Middle East and elsewhere may increase market volatility across the globe. There have also been concerns about the relationship between China and other countries, including the surrounding Asian countries, which may potentially have economic effects. In particular, there is significant uncertainty about the future relationship between the United States and China with respect to trade policies, treaties, government regulations and tariffs. The tensions between China and the U.S. and other countries have been intensified especially since COVID-19. Economic conditions in China are sensitive to global economic conditions, as well as changes in domestic economic and political policies and the expected or perceived overall economic growth rate in China. Any severe or prolonged slowdown in the global or Chinese economy may materially and adversely affect our business, results of operations and financial condition.

***We face risks related to health epidemics and other outbreaks, as well as natural disasters, which could significantly disrupt our operations and adversely affect our business, results of operation and financial condition.***

Our business could be adversely affected by the effects of epidemics. In recent years, there have been outbreaks of epidemics in China and globally. Our business operations could be disrupted if one of our employees is suspected of having contracted COVID-19, H1N1 flu, avian flu, Ebola or another epidemic, since it could require our employees to be quarantined and/or our offices to be disinfected. Our results of operations could be adversely affected to the extent that the outbreak has any negative impact on the Chinese and global economy in general and the Chinese and global mobile internet and gaming industries in particular.

We are also vulnerable to natural disasters and other calamities. It is possible that we may be unable to recover certain data in the event of a server failure. We cannot assure you that any backup systems will be adequate to protect us from the effects of fire, floods, typhoons, earthquakes, power loss, telecommunications failures, sabotages, war, riots, terrorist attacks or similar events. Any of the foregoing events may give rise to server interruptions, breakdowns, system failures, technology platform failures or internet failures, which could cause the loss or corruption of data or malfunctions of software or hardware as well as adversely affect our ability to provide services on our platform.

***We are subject to risks relating to our leased properties.***

Currently, all of our offices are on leased premises. We may not be able to successfully maintain, extend or renew our leases upon expiration of the current terms on commercially reasonable terms or at all, and may therefore be forced to relocate to new offices. In the event we are forced to relocate, we may not be able to locate desirable alternative sites for our offices in a timely and cost-effective manner and the relocation of any of our offices may disrupt our operations and result in significant relocation expenses, which could adversely affect our business, financial condition and results of operations.





We have not registered our lease agreements with the relevant government authorities. Under the relevant PRC laws and regulations, we may be required to register and file with the relevant government authority executed leases. The failure to register the lease agreements for our leased properties will not affect the validity of these lease agreements, but the competent housing authorities may order us to register the lease agreements in a prescribed period of time and impose a fine ranging from RMB1,000 to RMB10,000 for each non-registered lease if we fail to complete the registration within the prescribed timeframe.

As of the date of this prospectus, we are not aware of any actions, claims or investigations threatened against us or our lessors with respect to the defects in our leasehold interests. However, if any of our leases is terminated as a result of challenges by other parties or governmental authorities for lack of title certificates or proof of authorization to lease, we do not expect to be subject to any fines or penalties, but we may be forced to relocate the affected offices and incur additional expenses relating to such relocation.

**Risks Relating to our Corporate Structure**

***If the PRC government finds that the agreements that establish the structure for operating certain of our operations in China do not comply with PRC regulations relating to the relevant industries, or if these regulations or the interpretation of existing regulations change in the future, we could be subject to severe penalties or be forced to relinquish our interests in those operations.***

Foreign ownership of telecommunication businesses is subject to restrictions under current PRC laws and regulations. Specifically, foreign ownership of an internet information service provider may not exceed 50%, and the major foreign investor is required to have a record of good performance and operating experience in managing value-added telecommunications business. We are a Cayman Islands exempted company. Xizhang (Shanghai) Internet Technology Limited is our PRC subsidiary and a wholly foreign-owned enterprise under PRC laws. To comply with PRC laws and regulations, we conduct our business in China mainly through Shanghai Ximalaya, Shenzhen Tianbo and Shanghai Wonder Education, our variable interest entities, and their respective subsidiaries, based on a series of contractual arrangements by and among our WFOEs, our VIEs and their respective shareholders. For a description of these contractual arrangements, see "Corporate History and Structure—Contractual Arrangements with our

The SAFE promulgated the Circular on Relevant Issues Relating to Domestic Resident's Investment and Financing and Round-Trip Investment through Special Purpose Vehicles, or SAFE Circular 37, in July 2014 that requires PRC residents or entities to register with SAFE or its local branch in connection with their establishment or control of an offshore entity established for the purpose of overseas investment or financing with such PRC residents or entities' legally owned assets or equity interests in domestic enterprises or offshore assets or interests. On February 13, 2015, SAFE issued SAFE Circular No. 13, which took effect on June 1, 2015, pursuant to which, the power to accept SAFE registration was delegated from local SAFE to local qualified banks where the assets or interest in the domestic entity was located.

SAFE Circular 37 is issued to replace the Notice on Relevant Issues Concerning Foreign Exchange Administration for PRC Residents Engaging in Financing and Roundtrip Investments via Overseas Special Purpose Vehicles, or SAFE Circular 75.

If our shareholders who are PRC residents or entities do not complete their registration with the local SAFE branches, our PRC subsidiaries may be prohibited from distributing their profits and proceeds from any reduction in capital, share transfer or liquidation to us, and we may be restricted in our ability to contribute additional capital to our PRC subsidiaries. Moreover, failure to comply with the SAFE registration described above could result in liability under PRC laws for evasion of applicable foreign exchange restrictions.

We have used our best efforts to notify PRC residents or entities who directly or indirectly hold shares in our Cayman Islands holding company and who are known to us as being PRC residents to complete the foreign exchange registrations. However, we may not be informed of the identities of all the PRC residents or entities holding direct or indirect interest in our company, nor can we compel our beneficial owners to comply with SAFE registration requirements. We cannot assure you that all shareholders or beneficial owners of ours who are PRC residents or entities have complied with, and will in the future make, obtain or update any applicable registrations or approvals required by, SAFE regulations. Failure by such shareholders or beneficial owners to comply with SAFE regulations, or failure by us to amend the foreign exchange registrations of our PRC subsidiaries, could subject us to fines or legal sanctions, restrict our overseas or cross-border investment activities, limit our PRC subsidiaries' ability to make distributions or pay dividends to us or affect our ownership structure, which could adversely affect our business and prospects.

***Failure to comply with PRC regulations regarding the registration requirements for employee stock ownership plans or share option plans may subject the PRC plan participants or us to fines and other legal or administrative sanctions.***

Pursuant to SAFE Circular 37, PRC residents who participate in share incentive plans in overseas non-publicly-listed companies due to their position as director, senior management or employees of the PRC subsidiaries of the overseas companies may submit applications to SAFE or its local branches for the foreign exchange registration with respect to offshore special purpose companies. Our directors, executive officers and other employees who are PRC residents and who have been granted share-based awards may follow SAFE Circular 37 to apply for the foreign exchange registration before our company becomes an overseas listed company. In February 2012, SAFE promulgated the Notices on Issues Concerning the Foreign Exchange Administration for Domestic Individuals Participating in Stock Incentive Plans of Overseas Publicly-Listed Company, or SAFE Circular 7. Under SAFE Circular 7 and other relevant rules and regulations, PRC residents



Table of Contents

who participate in stock incentive plan in an overseas publicly-listed company are required to register with SAFE or its local branches and complete certain other procedures. Participants of a stock incentive plan who are PRC residents must retain a qualified PRC agent, which could be a PRC subsidiary of such overseas publicly listed company or another qualified institution selected by such PRC subsidiary, to conduct the SAFE registration and other procedures with respect to the stock incentive plan on behalf of its participants. Such participants must also retain an overseas entrusted institution to handle matters in connection with their exercise of share-based awards, the purchase and sale of corresponding shares or interests and fund transfers. In addition, the PRC agent is required to amend the SAFE registration with respect to the stock incentive plan if there is any material change to the stock incentive plan, the PRC agent or the overseas entrusted institution or other material changes. We and our PRC employees who have been granted share-based awards are subject to SAFE Circular 7 and other relevant rules and regulations these regulations. Failure of our PRC share-based award holders to complete their SAFE registrations may subject these PRC residents to fines and legal sanctions and may also limit our ability to contribute additional capital into our PRC subsidiary, limit our PRC subsidiary's ability to distribute dividends to us, or otherwise materially adversely affect our business.

***If we are classified as a PRC resident enterprise for PRC income tax purposes, such classification could result in unfavorable tax consequences to us and our non-PRC shareholders or ADS holders.***

Under the PRC Enterprise Income Tax Law and its implementation rules, an enterprise established outside of the PRC with its "de facto management body" within the PRC is considered a "resident enterprise" and will be subject to PRC enterprise income tax on its global income at the rate of 25%. The implementation rules define the term "de facto management body" as the body that exercises full and substantial control and overall management over the business, productions, personnel, accounts and properties of an enterprise. In 2009, the State Administration of Taxation, or the SAT, issued a circular, known as SAT Circular 82, which provides certain specific criteria for determining whether the "de facto management body" of a PRC-controlled enterprise that is incorporated offshore is located in China. Although this circular only applies to offshore enterprises controlled by PRC enterprises or PRC enterprise groups, not those controlled by PRC individuals or foreigners, the criteria set forth in the circular may reflect the State Administration of Taxation's general position on how the "de facto management body" text should be applied in determining the tax resident status of all offshore enterprises. According to SAT Circular 82, an offshore incorporated enterprise controlled by a PRC enterprise or a PRC enterprise group will be regarded as a PRC tax resident by virtue of having its "de facto management body" in China and will be subject to PRC enterprise income tax on its global income only if all of the following conditions are met: (i) the primary location of the day-to-day operational management is in the PRC; (ii) decisions relating to the enterprise's financial and human resource matters are made or are subject to approval by organizations or personnel in the PRC; (iii) the enterprise's primary assets, accounting books and records, company seals, and board and shareholder resolutions, are located or maintained in the PRC; and (iv) at least 50% of voting board members or senior executives habitually reside in the PRC.

We believe none of our entities outside of China is a PRC resident enterprise for PRC tax purposes. However, the tax resident status of an enterprise is subject to determination by the PRC tax authorities and uncertainties remain with respect to the interpretation of the term "de facto management body." If the PRC tax authorities determine that our company is a PRC resident enterprise for enterprise income tax purposes, we may be required to withhold a 10% withholding tax from dividends we pay to our shareholders that are non-resident enterprises, including the holders of the ADSs. In addition, non-resident enterprise shareholders (including our ADS holders) may be subject to PRC tax at a rate of 10% on gains realized on the sale or other disposition of ADSs or Class A ordinary shares at a rate of 10%, if such income is treated as sourced from within the PRC. Furthermore, if PRC tax authorities determine that we are a PRC resident enterprise for enterprise income tax purposes, dividends paid to our non-PRC individual shareholders (including the ADS holders) and any gain realized on the transfer of ADSs or Class A ordinary shares by such shareholders may be subject to PRC tax at a rate of 20% (which, in the case of dividends, may be withheld at source by us), if such dividends or gains are deemed to be from PRC sources. These rates may be reduced by an applicable tax treaty, but it is unclear whether non-PRC shareholders of our company would be able to claim the benefits of any tax treaties between their



Table of Contents

country of tax residence and the PRC in the event that our company is treated as a PRC resident enterprise. Any such PRC tax may reduce the returns on your investment in the ADSs.

***We face uncertainty with respect to indirect transfer of equity interests in PRC resident enterprises by their non-PRC holding companies.***

We face uncertainties regarding the reporting on and consequences of previous private equity financing transactions involving the transfer and exchange of shares in our company by non-resident investors. In February 2015, the State Administration of Taxation issued the Bulletin on Issues of Enterprise Income Tax on Indirect Transfers of Assets by Non-PRC Resident Enterprises, or Bulletin 7. Pursuant to Bulletin 7, an "indirect transfer" of PRC assets, including a transfer of equity interests in an unlisted non-PRC holding company of a PRC resident enterprise, by non-PRC resident enterprises may be re-characterized and treated as a direct transfer of the underlying PRC assets, if such arrangement does not have a reasonable commercial purpose and was established for the purpose of avoiding payment of PRC enterprise income tax. As a result, gains derived from such indirect transfer may be subject to PRC enterprise income tax, and the transferee or other person who is obligated to pay for the transfer is obligated to withhold the applicable taxes, currently at a rate of 10%, for the transfer of equity interests in a PRC resident enterprise. Bulletin 7 does not apply to transactions of sale of shares by investors through a public stock exchange where such shares were acquired from a transaction through a public stock exchange. On October 17, 2017, the SAT issued the Announcement of the State Administration of Taxation on Issues of Tax Withholding regarding Non-resident Enterprise Income Tax, or Bulletin 37, which came into effect on December 1, 2017. The Bulletin 37 further clarifies the practice and procedure of the withholding of nonresident enterprise income tax.

There is uncertainty as to the application of Bulletin 37 or previous rules under Bulletin 7. We face uncertainties on the reporting and consequences of private equity financing transactions, share exchanges or other transactions involving the transfer of shares in our company by investors that are non-PRC resident enterprises. Our company may be subject to filing obligations or taxes if our company is the transferor in such transactions, and may be subject to withholding obligations if our company is the transferee in such transactions, under Bulletin 37 and Bulletin 7.

***You may experience difficulties in effecting service of legal process, enforcing foreign judgments or bringing actions in China against us or our management named in this prospectus based on foreign laws.***

We are a company incorporated under the laws of the Cayman Islands, we conduct substantially all of our operations in China, and substantially all of our assets are located in China. In addition, all our senior executive officers reside within China for a significant portion of the time and a majority of them are PRC nationals. In addition, China does not have treaties providing for the reciprocal recognition and enforcement of judgments of courts with the Cayman Islands and many other countries and regions. Even if you are successful in bringing an action of this kind, PRC laws may render you unable to enforce a judgment against our assets or the assets of our directors and officers. For more information regarding the relevant PRC laws, see "Enforceability of Civil Liabilities."

***It may be difficult for overseas regulators to conduct investigation or collect evidence within China.***

Shareholder claims or regulatory investigation that are common in the United States generally are difficult to pursue as a matter of law or practicality in China. For example, in China, there are significant legal and other obstacles to providing information needed for regulatory investigations or litigations initiated outside China. Although the authorities in China may establish a regulatory cooperation mechanism with the securities regulatory authorities of another country or region to implement cross-border supervision and administration, such cooperation with the securities regulatory authorities in the Unities States may not be efficient in the absence of mutual and practical cooperation mechanism. Furthermore, according to Article 177 of the PRC Securities Law, or Article 177, which became effective in March 2020, no overseas securities regulator is



Table of Contents

allowed to directly conduct investigation or evidence collection activities within the territory of the PRC. While detailed interpretation of or implementation rules under Article 177 have yet to be promulgated, the inability for an overseas securities regulator to directly conduct investigation or evidence collection activities within China may further increase difficulties faced by you in protecting your interests. See also "—Risks Relating to Our ADSs and This Offering—You may face difficulties in protecting your interests, and your ability to protect your rights through U.S. courts may be limited, because we are incorporated under Cayman Islands law" for risks associated with investing in us as a Cayman Islands company.

***The approval of the China Securities Regulatory Commission, or CSRC, may be required in connection with this offering, and, if required, we cannot predict whether we will be able to obtain such approval.***

The M&A Rules require an overseas special purpose vehicle formed for listing purposes through acquisitions of PRC domestic companies and controlled by PRC companies or individuals to obtain the approval of the CSRC prior to the listing and trading of such special purpose vehicle's securities on an overseas stock exchange. The interpretation and application of the regulations remain unclear, and this offering may ultimately require approval from the CSRC. If the CSRC approval is required, it is uncertain how long it will take us to obtain such approval and any failure to obtain or delay in obtaining the approval for this offering would subject us to sanctions imposed by the CSRC and other PRC regulatory agencies, which could include fines and penalties on our operations in China, restrictions or limitations on our ability to pay dividends outside of China, and other forms of sanctions that may materially and adversely affect our business, results of operations and financial condition.

Our PRC legal counsel has advised us that, based on its understanding of the current PRC laws and regulations, we will not be required to submit an application to the CSRC for the approval of the listing and trading of our ADSs on the New York Stock Exchange or the Nasdaq Stock Market. However, we cannot assure you that relevant PRC government agencies, including the CSRC, would reach the same conclusion as our PRC legal counsel, and hence we may face regulatory actions or other sanctions from the CSRC or other PRC regulatory agencies. These regulatory agencies may impose fines and penalties on our operations in China, limit our operating privileges in China, delay or restrict the repatriation of the proceeds from this offering into China or take other actions that could have a material adverse effect on our business, financial condition, results of operations and prospects, as well as the trading price of the ADSs. The CSRC or other PRC regulatory agencies also may take actions requiring us, or making it advisable for us, to halt this offering before settlement and delivery of the ADSs offered hereby. Consequently, if you engage in market trading or other activities in anticipation of and prior to settlement and delivery, you do so at the risk that settlement and delivery may not occur. In addition, if the CSRC or other regulatory agencies later promulgate new rules or explanations requiring that we obtain their approvals for this offering, we may be unable to obtain a waiver of such approval requirements, if and when procedures are established to obtain such a waiver. Any uncertainties and/or negative publicity regarding such approval requirement could have a material adverse effect on the trading price of the ADSs.

***If the custodians or authorized users of controlling non-tangible assets of our company, including our corporate chops and seals, fail to fulfill their responsibilities, or misappropriate or misuse these assets, our business and operations could be materially and adversely affected.***

Under PRC law, legal documents for corporate transactions are executed using the chops or seal of the signing entity or with the signature of a legal representative whose designation is registered and filed with the relevant branch of the Administration of Industry and Commerce.

Although we usually utilize chops to enter into contracts, the designated legal representatives of each of our PRC subsidiary, variable interest entity and its subsidiaries have the apparent authority to enter into contracts on behalf of such entities without chops and bind such entities. In order to maintain the physical security of our chops and chops of our PRC entities, we generally store these items in secured locations accessible only by the



Table of Contents

authorized personnel of each of our subsidiaries and variable interest entity (including its subsidiaries). Although we monitor such authorized personnel, there is no assurance such procedures will prevent all instances of abuse or negligence. Accordingly, if any of our authorized personnel misuse or misappropriate our corporate chops or seals, we could encounter difficulties in maintaining control over the relevant entities and experience significant disruption to our operations. If a designated legal representative obtains control of the chops in an effort to obtain control over any of our PRC subsidiary, variable interest entity or its subsidiaries, we or our PRC subsidiary, variable interest entity and its subsidiaries would need to pass a new shareholder or board resolution to designate a new legal representative and we would need to take legal action to seek the return of the chops, apply for new chops with the relevant authorities, or otherwise seek legal redress for the violation of the representative's fiduciary duties to us, which could involve significant time and resources and divert management attention away from our regular business. In addition, the affected entity may not be able to recover corporate assets that are sold or transferred out of our control in the event of such a misappropriation if a transferee relies on the apparent authority of the representative and acts in good faith.

***Our ADSs may be delisted under the Holding Foreign Companies Accountable Act if the PCAOB is unable to inspect auditors who are located in China. The delisting of our ADSs, or the threat of their being delisted, may materially and adversely affect the value of your investment. Additionally, the inability of the PCAOB to conduct inspections deprives our investors with the benefits of such inspections.***

The Holding Foreign Companies Accountable Act, or the HFCA Act, was enacted on December 18, 2020. The HFCA Act states if the SEC determines that we have filed audit reports issued by a registered public accounting firm that has not been subject to inspection by the PCAOB for three consecutive years beginning in 2021, the SEC shall prohibit our shares or ADSs from being traded on a national securities exchange or in the over the counter trading market in the U.S.

Our auditor, the independent registered public accounting firm that issues the audit report included elsewhere in this prospectus, as an auditor of companies that are traded publicly in the United States and a firm registered with the PCAOB, is subject to laws in the United States pursuant to which the PCAOB conducts regular inspections to assess its compliance with the applicable professional standards. Since our auditor is located in China, a jurisdiction where the PCAOB has been unable to conduct inspections without the approval of the Chinese authorities, our auditor is currently not inspected by the PCAOB.

On March 24, 2021, the SEC adopted interim final rules relating to the implementation of certain disclosure and documentation requirements of the HFCA Act. We will be required to comply with these rules if the SEC identifies us as having a "non-inspection" year under a process to be subsequently established by the SEC. The SEC is assessing how to implement other requirements of the HFCA Act, including the listing and trading prohibition requirements described above.

The SEC may propose additional rules or guidance that could impact us if our auditor is not subject to PCAOB inspection. For example, on August 6, 2020, the President's Working Group on Financial Markets, or the PWG, issued the *Report on Protecting United States Investors from Significant Risks from Chinese Companies* to the then President of the United States. This report recommended the SEC implement five recommendations to address companies from jurisdictions that do not provide the PCAOB with sufficient access to fulfil its statutory mandate. Some of the concepts of these recommendations were implemented with the enactment of the HFCA Act. However, some of the recommendations were more stringent than the HFCA Act. For example, if a company was not subject to PCAOB inspection, the report recommended that the transition period before a company would be delisted would end on January 1, 2022.

The SEC has announced that the SEC staff is preparing a consolidated proposal for the rules regarding the implementation of the HFCA Act and to address the recommendations in the PWG report. It is unclear when the SEC will complete its rulemaking and when such rules will become effective and what, if any, of the PWG recommendations will be adopted. The implications of this possible regulation in addition the requirements of the



Table of Contents

HFCA Act are uncertain. Such uncertainty could cause the market price of our ADSs to be materially and adversely affected, and our securities could be delisted or prohibited from being traded "over-the-counter" earlier than would be required by the HFCA Act. If our securities are unable to be listed on another securities exchange by then, such a delisting would substantially impair your ability to sell or purchase our ADSs when you wish to do so, and the risk and uncertainty associated with a potential delisting would have a negative impact on the price of our ADSs.

The PCAOB's inability to conduct inspections in China prevents it from fully evaluating the audits and quality control procedures of our independent registered public accounting firm. As a result, we and investors in our Class A ordinary shares are deprived of the benefits of such PCAOB inspections. The inability of the PCAOB to conduct inspections of auditors in China makes it more difficult to evaluate the effectiveness of our independent registered public accounting firm's audit procedures or quality control procedures as compared to auditors outside of China that are subject to the PCAOB inspections, which could cause investors and potential investors in our stock to lose confidence in our audit procedures and reported financial information and the quality of our financial statements.

In May 2013, the PCAOB announced that it had entered into a Memorandum of Understanding on Enforcement Cooperation with the CSRC and the PRC Ministry of Finance, which establishes a cooperative framework between the parties for the production and exchange of audit documents relevant to investigations undertaken by the PCAOB in the PRC or by the CSRC or the PRC Ministry of Finance in the United States. The PCAOB continues to be in discussions with the CSRC and the PRC Ministry of Finance to permit joint inspections in the PRC of audit firms that are registered with the PCAOB and audit Chinese companies that trade on U.S. exchanges.

***Proceedings instituted by the SEC against certain PRC-based accounting firms, including our independent registered public accounting firm, could result in financial statements being determined to not be in compliance with the requirements of the Exchange Act.***

In December 2012, the SEC instituted administrative proceedings against the big four PRC-based accounting firms in China, including our independent registered public accounting firm, alleging that these firms had violated U.S. securities laws and the SEC's rules and regulations thereunder by failing to provide to the SEC the firms' audit work papers with respect to certain other PRC-based companies that are publicly traded in the United States.

On January 22, 2014, the initial administrative law judge presiding over the matter rendered an initial decision that each of the firms had violated the SEC's rules of practice by failing to produce audit papers and other documents to the SEC. The initial decision censured each of the firms and barred them from practicing before the SEC for a period of six months. Thereafter, the accounting firms filed a petition for review of the initial decision, prompting the SEC commissioners to review the initial decision, determine whether there had been any violation and, if so, determine the appropriate remedy to be placed on these audit firms.

On February 6, 2015, each of the four PRC-based accounting firms agreed to a censure and to pay a fine to the SEC to settle the dispute and avoid suspension of their ability to practice before the SEC and to audit US-listed companies. The settlement required the firms to follow detailed procedures and to seek to provide the SEC with access to Chinese firms' audit documents via the CSRC. Under the terms of the settlement, the underlying proceeding against the four PRC-based accounting firms was deemed dismissed with prejudice four years after entry of the settlement. The four-year mark occurred on February 6, 2019. While we cannot predict if the SEC will further challenge the four PRC-based accounting firms' compliance with U.S. law in connection with U.S. regulatory requests for audit work papers or if the results of such a challenge would result in the SEC imposing penalties such as suspensions, if the accounting firms are subject to additional remedial measures, our ability to file our financial statements in compliance with SEC requirements could be impacted. A determination that we have not timely filed financial statements in compliance with SEC requirements could ultimately lead to



Table of Contents

our delisting from the New York Stock Exchange or deregistration from the SEC, or both, which would substantially reduce or effectively terminate the trading of our ADSs in the United States.

In the event that the SEC restarts the administrative proceedings, depending upon the final outcome, listed companies in the United States with major PRC operations may find it difficult or impossible to retain auditors in respect of their operations in the PRC, which could result in financial statements being determined not to be in compliance with the requirements of the Exchange Act, including possible delisting. Moreover, any negative news about any such future proceedings against these audit firms may cause investor uncertainty regarding PRC-based, U.S.-listed companies and the market price of our ADSs may be adversely affected.

If our independent registered public accounting firm was denied, even temporarily, the ability to practice before the SEC and we were unable to timely find another registered public accounting firm to audit and issue an opinion on our financial statements, our financial statements could be determined to be not in compliance with the requirements of the Exchange Act. Such a determination could ultimately lead to the delisting of the ADSs or deregistration from the SEC, or both, which would substantially reduce or effectively terminate the trading of the ADSs in the United States.

***The tension in international trade and rising political tension, particularly between U.S. and China, may adversely impact our business, financial condition, and results of operations.***

Although cross-border business may not be an area of our focus, if we plan to expand our business internationally in the future, any unfavorable government policies may affect our international expansion or our competitive position, or prevent us from being able to conduct business in certain countries. If any new tariffs, legislation, or regulations are implemented, such changes could adversely affect our business, financial condition, and results of operation. There have been heightened tensions in international economic relations, such as the one between the United States and China.

Although the direct impact of the current international trade tension, and any escalation of such tension, on the online audio industry in China is uncertain, the negative impact on general, economic, political and social conditions may adversely impact our business, financial condition and results of operations.

In addition, political tensions between the United States and China have escalated due to, among other things, trade disputes, the COVID-19 outbreak, sanctions imposed by the U.S. Department of Treasury on certain officials of the Hong Kong Special Administrative Region and the central government of the PRC and the executive orders issued by U.S. President Donald J. Trump in August 2020 that prohibit certain transactions with certain Chinese companies and their applications. Rising political tensions could reduce levels of trades, investments, technological exchanges and other economic activities between the two major economies, which would have a material adverse effect on global economic conditions and the stability of global financial markets. Any of these factors could have a material adverse effect on our business, prospects, financial condition and results of operations.

**Risks Relating to our ADSs and this Offering**

***An active trading market for our Class A ordinary shares or our ADSs may not develop and the trading price for our ADSs may fluctuate significantly.***

We intend to list our ADSs on the New York Stock Exchange. Prior to the completion of this offering, there has been no public market for our ADSs or our Class A ordinary shares, and we cannot assure you that a liquid public market for our ADSs will develop. If an active public market for our ADSs does not develop following the completion of this offering, the market price and liquidity of our ADSs may be materially and adversely affected. The initial public offering price for our ADSs is determined by negotiation between us and the underwriter based upon several factors, and the trading price of our ADSs after this offering could decline below the initial public offering price. As a result, investors in our securities may experience a significant decrease in the value of their ADSs.



Table of Contents

***The trading price of the ADSs is likely to be volatile, which could result in substantial losses to investors.***

The trading price of the ADSs is likely to be volatile and could fluctuate widely due to factors beyond our control. This may happen because of broad market and industry factors, including the performance and fluctuation of the market prices of other companies with business operations located mainly in China that have listed their securities in the United States. In addition to market and industry factors, the price and trading volume for the ADSs may be highly volatile for factors specific to our own operations, including the following:

- actual or anticipated fluctuations in our quarterly results of operations;
- variations in our revenues, earnings, cash flows;
- fluctuations in operating metrics;
- regulatory developments affecting us or our industry;
- detrimental negative publicity about us, our competitors or our industry;
- announcements of new products and services and expansions by us or our competitors;
- announcements of new investments, acquisitions, strategic partnerships or joint ventures by us or our competitors;
- changes in financial estimates by securities analysts;
- additions or departures of key personnel;
- release of lockup or other transfer restrictions on our outstanding equity securities or sales of additional equity securities; and
- potential litigation or regulatory investigations.

Any of these factors may result in large and sudden changes in the volume and price at which the ADSs will trade. The securities of some China-based companies that have listed their securities in the United States have experienced significant volatility since their initial public offerings in recent years, including, in some cases, substantial declines in the trading prices of their securities. The trading performances of these companies' securities after their offerings may affect the attitudes of investors towards Chinese companies listed in the United States in general, which consequently may impact the trading performance of our ADSs, regardless of our actual operating performance. In addition, any negative news or perceptions about inadequate corporate governance practices or fraudulent accounting, corporate structure or other matters of other Chinese companies may also negatively affect the attitudes of investors towards Chinese companies in general, including us, regardless of whether we have engaged in any inappropriate activities. In particular, the global financial crisis, the ensuing economic recessions and deterioration in the credit market in many countries have contributed and may continue to contribute to extreme volatility in the global stock markets. These broad market and industry fluctuations may adversely affect the market price of our ADSs. Volatility or a lack of positive performance in our ADS price may also adversely affect our ability to retain key employees, most of whom have been granted options or other equity incentives.

In the past, shareholders of public companies have often brought securities class action suits against companies following periods of instability in the market price of their securities. If we were involved in a class action suit, it could divert a significant amount of our management's attention and other resources from our business and operations and require us to incur significant expenses to defend the suit, which could harm our results of operations. Any such class action suit, whether or not successful, could harm our reputation and restrict our ability to raise capital in the future. In addition, if a claim is successfully made against us, we may be required to pay significant damages, which could have a material adverse effect on our financial condition and results of operations.



Table of Contents

***We are an emerging growth company within the meaning of the Securities Act and may take advantage of certain reduced reporting requirements.***

We are an "emerging growth company," as defined in the JOBS Act, and we may take advantage of certain exemptions from requirements applicable to other public companies that are not emerging growth companies including, most significantly, not being required to comply with the auditor attestation requirements of Section 404 of the Sarbanes-Oxley Act of 2002 for so long as we remain an emerging growth company. As a result, if we elect not to comply with such auditor attestation requirements, our investors may not have access to certain information they may deem important.

The JOBS Act also provides that an emerging growth company does not need to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards. This election allows us to delay the adoption of new or revised accounting standards that have different effective dates for public and private companies until those standards apply to private companies, and as a result of this election our financial statements may not be comparable to those of companies that comply with public company effective dates, including other emerging growth companies that have not made this election.

***Our dual-class share structure with different voting rights will limit your ability to influence corporate matters and could discourage others from pursuing any change of control transactions that holders of our Class A ordinary shares and ADSs may view as beneficial.***

Immediately prior to the completion of this offering, we expect to create a dual-class share structure such that our ordinary shares will consist of Class A ordinary shares and Class B ordinary shares. In respect of matters requiring the votes of shareholders, holders of Class A ordinary shares will be entitled to one vote per share, while holders of Class B ordinary shares will be entitled to ten votes per share based on our proposed dual-class share structure. We will sell Class A ordinary shares represented by our ADSs in this offering. Each Class B ordinary share is convertible into one Class A ordinary share at any time by the holder thereof, while Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. Any number of Class B ordinary shares held by a holder thereof will be automatically and immediately converted into an equal number of Class A ordinary shares upon the occurrence of (i) any direct or indirect sale, transfer, assignment or disposition of such number of Class B ordinary shares by the holder thereof or the direct or indirect transfer or assignment of the voting power attached to such number of Class B ordinary shares through voting proxy or otherwise to any person that is not Xima Holdings Limited, Touch Sound Limited, Mr. Jianjun Yu, Ms. Yuxin Chen or any entity controlled by Mr. Jianjun Yu or Ms. Yuxin Chen, or (ii) the direct or indirect sale, transfer, assignment or disposition of a majority of the issued and outstanding voting securities of, or the direct or indirect transfer or assignment of the voting power attached to such voting securities through voting proxy or otherwise, or the direct or indirect sale, transfer, assignment or disposition of all or substantially all of the assets of, a holder of Class B ordinary shares that is an entity to any person that is not Xima Holdings Limited, Touch Sound Limited, Mr. Jianjun Yu, Ms. Yuxin Chen or any entity controlled by Mr. Jianjun Yu or Ms. Yuxin Chen.

Immediately prior to the completion of this offering, all of the shares held by Xima Holdings Limited and Touch Sound Limited will be re-designated as Class B ordinary shares. Upon the completion of this offering, Xima Holdings Limited and Touch Sound Limited will beneficially own an aggregate of 86,332,817 Class B ordinary shares, which, in aggregate, will represent % of our total voting power, assuming the underwriters do not exercise their over-allotment option, or representing % of our total voting power if the underwriters exercise their over-allotment option in full. Therefore, upon the completion of this offering, Mr. Jianjun Yu and Ms. Yuxin Chen, through Xima Holdings Limited and Touch Sound Limited, will continue to have decisive influence over matters requiring shareholders' approval, including election of directors and significant corporate transactions, such as a merger or sale of our company or our assets. This concentrated control will limit your ability to influence corporate matters and could discourage others from pursuing any potential merger, takeover or other change of control transactions that holders of our Class A ordinary shares and the ADSs may view as beneficial.



Table of Contents

***Our dual-class voting structure may render the ADSs representing our Class A ordinary shares ineligible for inclusion in certain stock market indices, and thus adversely affect the trading price and liquidity of the ADSs.***

We cannot predict whether our dual-class share structure with different voting rights will result in a lower or more volatile market price of the ADSs, adverse publicity, or other adverse consequences. Certain index providers have announced restrictions on including companies with multi-class share structures in certain of their indices. For example, S&P Dow Jones and FTSE Russell have changed their eligibility criteria for inclusion of shares of public companies on certain indices, including the S&P 500, to exclude companies with multiple classes of shares and companies whose public shareholders hold no more than 5% of total voting power from being added to such indices. As a result, our dual-class voting structure may prevent the inclusion of the ADSs representing our Class A ordinary shares in such indices, which could adversely affect the trading price and liquidity of the ADSs representing our Class A ordinary shares. In addition, several shareholder advisory firms have announced their opposition to the use of multiple class structure and our dual-class structure may cause shareholder advisory firms to publish negative commentary about our corporate governance, in which case the market price and liquidity of the ADSs could be adversely affected.

***If securities or industry analysts cease to publish research or reports about our business, or if they adversely change their recommendations regarding the ADSs, the market price for the ADSs and trading volume could decline.***

The trading market for the ADSs will be influenced by research or reports that industry or securities analysts publish about our business. If one or more analysts who cover us downgrade the ADSs, the market price for the ADSs would likely decline. If one or more of these analysts cease to cover us or fail to regularly publish reports on us, we could lose visibility in the financial markets, which, in turn, could cause the market price or trading volume for the ADSs to decline.

***We currently do not expect to pay dividends in the foreseeable future after this offering and you must rely on price appreciation of our ADSs for return on your investment.***

We currently intend to retain most, if not all, of our available funds and any future earnings after this offering to fund the development and growth of our business. As a result, we do not expect to pay any cash dividends in the foreseeable future. Therefore, you should not rely on an investment in our ADSs as a source for any future dividend income.

Our board of directors has complete discretion as to whether to distribute dividends, subject to certain requirements of Cayman Islands law. In addition, our shareholders may by ordinary resolution declare a dividend, but no dividend may exceed the amount recommended by our directors. Under Cayman Islands law, a Cayman Islands company may pay a dividend out of either profits or share premium account, provided that in no circumstances may a dividend be paid if this would result in the company being unable to pay its debts as they fall due in the ordinary course of business. Even if our board of directors decides to declare and pay dividends, the timing, amount and form of future dividends, if any, will depend on our future results of operations and cash flows, our capital requirements and surplus, the amount of distributions, if any, received by us from our subsidiaries, our financial condition, contractual restrictions and other factors deemed relevant by our board of directors. Accordingly, the return on your investment in our ADSs will likely depend entirely upon any future price appreciation of our ADSs. There is no guarantee that our ADSs will appreciate in value after this offering or even maintain the price at which you purchased the ADSs. You may not realize a return on your investment in our ADSs and you may even lose your entire investment in our ADSs.

***Because our initial public offering price is substantially higher than our net tangible book value per share, you will experience immediate and substantial dilution.***

If you purchase ADSs in this offering, you will pay more for your ADSs than the amount paid by our existing shareholders for their Class A ordinary shares on a per ADS basis. As a result, you will experience



Table of Contents

immediate and substantial dilution, representing the difference between the initial public offering price of per ADS, and our adjusted net tangible book value per ADS, after giving effect to our sale of the ADSs offered in this offering. In addition, you may experience further dilution in connection with the issuance of Class A ordinary shares upon the exercise or vesting, as the case may be, of our share incentive awards. See "Dilution" for a more complete description of how the value of your investment in the ADSs will be diluted upon completion of this offering.

***We have not determined a specific use for a portion of the net proceeds from this offering and we may use these proceeds in ways with which you may not agree.***

We have not determined a specific use for a portion of the net proceeds of this offering, and our management will have considerable discretion in deciding how to apply these proceeds. You will not have the opportunity to assess whether the proceeds are being used appropriately before you make your investment decision. You must rely on the judgment of our management regarding the application of the net proceeds of this offering. We cannot assure you that the net proceeds will be used in a manner that would improve our results of operations or increase the ADS price, nor that these net proceeds will be placed only in investments that generate income or appreciate in value.

***Substantial future sales or perceived potential sales of our ADSs in the public market could cause the price of our ADSs to decline.***

Sales of our ADSs in the public market after this offering, or the perception that these sales could occur, could cause the market price of our ADSs to decline. All ADSs sold in this offering will be freely transferable without restriction or additional registration under the Securities Act. The remaining

***You may be subject to limitations on transfer of your ADSs.***

Your ADSs are transferable on the books of the depositary. However, the depositary may close its books at any time or from time to time when it deems expedient in connection with the performance of its duties. The depositary may close its books from time to time for a number of reasons, including in connection with corporate action events, in emergencies, and on weekends and public holidays. The depositary may refuse to deliver, transfer or register transfers of the ADSs generally when our share register or the books of the depositary are closed, or at any time if we or the depositary thinks it is advisable to do so because of any requirement of law or of any government or governmental body, or under any provision of the deposit agreement, or for any other reason.

***You may experience dilution of your holdings due to inability to participate in rights offerings.***

We may, from time to time, distribute rights to our shareholders, including rights to acquire securities. Under the deposit agreement, the depositary will not distribute rights to holders of ADSs unless the distribution and sale of rights and the securities to which these rights relate are either exempt from registration under the Securities Act with respect to all holders of ADSs, or are registered under the provisions of the Securities Act. The depositary may, but is not required to, attempt to sell these undistributed rights to third parties, and may allow the rights to lapse. We may be unable to establish an exemption from registration under the Securities Act,





and we are under no obligation to file a registration statement with respect to these rights or underlying securities or to endeavor to have a registration statement declared effective. Accordingly, holders of ADSs may be unable to participate in our rights offerings and may experience dilution of their holdings as a result.

***You may face difficulties in protecting your interests, and your ability to protect your rights through U.S. courts may be limited, because we are incorporated under Cayman Islands law.***

We are an exempted company incorporated under the laws of the Cayman Islands. Our corporate affairs are governed by our amended and restated memorandum and articles of association, the Companies Act (As Revised) of the Cayman Islands and the common law of the Cayman Islands. The rights of shareholders to take action against our directors, actions by our minority shareholders and the fiduciary duties of our directors to us under Cayman Islands law are to a large extent governed by the common law of the Cayman Islands. The common law of the Cayman Islands is derived in part from comparatively limited judicial precedent in the Cayman Islands as well as from the common law of England, the decisions of whose courts are of persuasive authority, but are not binding, on a court in the Cayman Islands. The rights of our shareholders and the fiduciary duties of our directors under Cayman Islands law are not as clearly established as they would be under statutes or judicial precedents in some jurisdictions in the United States. In particular, the Cayman Islands has a less developed body of securities laws than the United States. Some U.S. states, such as Delaware, have more fully developed and judicially interpreted bodies of corporate law than the Cayman Islands. In addition, Cayman Islands companies may not have the standing to initiate a shareholder derivative action in a federal court of the United States.

Shareholders of Cayman Islands exempted companies like us have no general rights under Cayman Islands law to inspect corporate records (other than the memorandum and articles of association, special resolutions, and the register of mortgages and charges, of such companies) or to obtain copies of lists of shareholders of these companies. Our directors have discretion under our post-offering articles of association that will become effective immediately prior to completion of this offering to determine whether or not, and under what conditions, our corporate records may be inspected by our shareholders, but are not obliged to make them available to our shareholders. This may make it more difficult for you to obtain the information needed to establish any facts necessary for a shareholder motion or to solicit proxies from other shareholders in connection with a proxy contest.

As a result of all of the above, our public shareholders may have more difficulty in protecting their interests in the face of actions taken by management, members of our board of directors or controlling shareholders than they would as public shareholders of a company incorporated in the United States. For a discussion of significant differences between the provisions of the Companies Act of the Cayman Islands and the laws applicable to companies incorporated in the United States and their shareholders, see "Description of Share Capital—Our Post-Offering Memorandum and Articles of Association—Differences in Corporate Law."

***Certain judgments obtained against us by our shareholders may not be enforceable.***

We are a Cayman Islands company and substantially all of our assets are located outside of the United States. Substantially all of our current operations are conducted in China. In addition, all of our current directors and officers are nationals and residents of countries other than the United States. As a result, it may be difficult or impossible for you to bring an action against us or against these individuals in the United States in the event that you believe that your rights have been infringed under the U.S. federal securities laws or otherwise. Even if you are successful in bringing an action of this kind, the laws of the Cayman Islands and of China may render you unable to enforce a judgment against our assets or the assets of our directors and officers. For more information regarding the relevant laws of the Cayman Islands and China, see "Enforceability of Civil Liabilities."





***ADS holders may not be entitled to a jury trial with respect to claims arising under the deposit agreement, which could result in less favorable outcomes to the plaintiff(s) in any such action.***

The deposit agreement governing the ADSs representing our Class A ordinary shares provides that the United States District Court for the Southern District of New York (or, if the United States District Court for the Southern District of New York lacks subject matter jurisdiction over a particular dispute, in the state courts in New York County, New York) shall have exclusive jurisdiction to hear and determine claims arising out of or relating in any way to the deposit agreement (including claims arising under the Exchange Act or the Securities Act) and in that regard, to the fullest extent permitted by law, ADS holders waive the right to a jury trial of any claim they may have against us or the depositary arising out of or relating to our shares, the ADSs or the deposit agreement, including any claim under the U.S. federal securities laws, to the fullest extent permitted by law.

If we or the depositary opposed a jury trial demand based on the waiver, the court would determine whether the waiver was enforceable based on the facts and circumstances of that case in accordance with the applicable state and federal law. To our knowledge, the enforceability of a contractual pre-dispute jury trial waiver in connection with claims arising under the federal securities laws has not been finally adjudicated by the United States Supreme Court. However, we believe that a contractual pre-dispute jury trial waiver provision is generally enforceable, including under the laws of the State of New York, which govern the deposit agreement. In determining whether to enforce a contractual pre-dispute jury trial waiver provision, courts will generally consider whether a party knowingly, intelligently and voluntarily waives the right to a jury trial. We believe that this is the case with respect to the deposit agreement and the ADSs. It is advisable that you consult legal counsel regarding the jury waiver provision before entering into the deposit agreement.

If you or any other holders or beneficial owners of ADSs bring a claim against us or the depositary in connection with matters arising under the deposit agreement or the ADSs, including claims under federal securities laws, you or such other holder or beneficial owner may not be entitled to a jury trial with respect to such claims, which may have the effect of limiting and discouraging lawsuits against us or the depositary, lead to increased costs to bring a claim, limited access to information and other imbalances of resources between such holder and us, or limit such holder's ability to bring a claim in a judicial forum that such holder finds favorable. If a lawsuit is brought against us or the depositary under the deposit agreement, it may be heard only by a judge or justice of the applicable trial court, which would be conducted according to different civil procedures and may result in different outcomes than a trial by jury would have had, including results that could be less favorable to the plaintiff(s) in any such action.

Nevertheless, if this jury trial waiver provision is not enforced, to the extent a court action proceeds, it would proceed under the terms of the deposit agreement with a jury trial. No condition, stipulation or provision of the deposit agreement or ADSs shall relieve us or the depositary from our respective obligations to comply with the Securities Act and the Exchange Act nor serve as a waiver by any holder or beneficial owner of ADSs of compliance with the U.S. federal securities laws and the rules and regulations promulgated thereunder.

***As a company incorporated in the Cayman Islands, we are permitted to adopt certain home country practices in relation to corporate governance matters that differ significantly from the NYSE listing standards.***

As a Cayman Islands company listed on the NYSE, we are subject to the NYSE listing standards, which requires listed companies to have, among other things, a majority of their board members to be independent and independent director oversight of executive compensation and nomination of directors. However, NYSE rules permit a foreign private issuer like us to follow the corporate governance practices of its home country. Certain corporate governance practices in the Cayman Islands, which is our home country, may differ significantly from the NYSE listing standards.

We are permitted to elect to rely on home country practice to be exempted from the corporate governance requirements. If we choose to follow home country practice in the future, our shareholders may be afforded less protection than they would otherwise enjoy if we complied fully with the NYSE listing standards.





***We are a foreign private issuer within the meaning of the rules under the Exchange Act, and as such we are exempt from certain provisions applicable to U.S. domestic public companies.***

Because we qualify as a foreign private issuer under the Exchange Act, we are exempt from certain provisions of the securities rules and regulations in the United States that are applicable to U.S. domestic issuers, including:

- the rules under the Exchange Act requiring the filing with the SEC of quarterly reports on Form 10-Q or current reports on Form 8-K;
- the sections of the Exchange Act regulating the solicitation of proxies, consents, or authorizations in respect of a security registered under the Exchange Act;
- the sections of the Exchange Act requiring insiders to file public reports of their stock ownership and trading activities and liability for insiders who profit from trades made in a short period of time; and
- the selective disclosure rules by issuers of material nonpublic information under Regulation FD.

We will be required to file an annual report on Form 20-F within four months of the end of each fiscal year. In addition, we intend to publish our results on a quarterly basis as press releases, distributed pursuant to the rules and regulations of the NYSE. Press releases relating to financial results and material events will also be furnished to the SEC on Form 6-K. However, the information we are required to file with or furnish to the SEC will be less extensive and less timely compared to that required to be filed with the SEC by U.S. domestic issuers. As a result, you may not be afforded the same protections or information that would be made available to you were you investing in a U.S. domestic issuer.

***There can be no assurance that we will not be classified as a passive foreign investment company, or PFIC, for U.S. federal income tax purposes for any taxable year, which could result in adverse U.S. federal income tax consequences to U.S. Holders of our ADSs or Class A ordinary shares.***

A non-U.S. corporation, such as our company, will be classified as a passive foreign investment company, or PFIC, for any taxable year if either (1) at least 75% of its gross income for such year consists of certain types of "passive" income (the "income test"); or (2) at least 50% of the value of its assets (generally determined on the basis of a quarterly average) during such year is attributable to assets that produce passive income or are held for the production of passive income (the "asset test"). Although the law in this regard is not entirely clear, we treat our consolidated VIEs and their subsidiaries as being owned by us for U.S. federal income tax purposes because we control their management decisions and are entitled to substantially all of the economic benefits associated with them. As a result, we consolidate their results of operations in our consolidated U.S. GAAP financial statements. If it were determined, however, that we are not the owner of our consolidated VIEs and their subsidiaries for U.S. federal income tax purposes, we may be treated as a PFIC for the current taxable year and any subsequent taxable year. Assuming that we are the owner of our consolidated VIEs and their subsidiaries for U.S. federal income tax purposes, and based on the current and anticipated value of our assets and composition of our income and assets (taking into account the projected cash proceeds from, and our anticipated market capitalization following, this offering), we do not presently expect to be a PFIC for the current taxable year or the foreseeable future.

However, while we do not expect to be or become a PFIC, no assurance can be given in this regard because the determination of whether we are or will become a PFIC for any taxable year is a fact-intensive inquiry made annually that depends, in part, upon the composition of our income and assets. Fluctuations in the market price of our ADSs may cause us to be or become a PFIC for the current or subsequent taxable years because the value of our assets for the purpose of the asset test, including the value of our goodwill and other unbooked intangibles, may be determined by reference to the market price of our ADSs from time to time (which may be volatile). The composition of our income and assets may also be affected by how, and how quickly, we use our liquid assets and the cash raised in this offering.





If we were to be or become a PFIC for any taxable year during which a U.S. Holder (as defined in "Taxation—United States Federal Income Tax Considerations") holds our ADSs or Class A ordinary shares, certain adverse U.S. federal income tax consequences could apply to such U.S. Holder. See "Taxation—United States Federal Income Tax Considerations—Passive Foreign Investment Company Rules."

***We will incur increased costs as a result of being a public company.***

Upon the completion of this offering, we will become a public company and expect to incur significant legal, accounting and other expenses that we did not incur as a private company. The Sarbanes-Oxley Act of 2002, as well as rules subsequently implemented by the SEC and NYSE, impose various requirements on the corporate governance practices of public companies. We expect these rules and regulations to increase our legal and financial compliance costs and to make some corporate activities more time-consuming and costly.

As a result of becoming a public company, we will need to increase the number of independent directors and adopt policies regarding internal controls and disclosure controls and procedures. We also expect that operating as a public company will make it more difficult and more expensive for us to obtain director and officer liability insurance, and we may be required to accept reduced policy limits and coverage or incur substantially higher costs to obtain the same or similar coverage. In addition, we will incur additional costs associated with our public company reporting requirements. It may also be more difficult for us to find qualified persons to serve on our board of directors or as executive officers. We are currently evaluating and monitoring developments with respect to these rules and regulations, and we cannot predict or estimate with any degree of certainty the amount of additional costs we may incur or the timing of such costs.

"plan," "believe," "likely to" or other similar expressions. We have based these forward-looking statements largely on our current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy and financial needs. These forward-looking statements include, but are not limited to, statements about:

- our goals and strategies;
- our future business development, financial condition and results of operations;
- the expected changes in our revenues, expenses or expenditures;
- the expected growth of the online audio industry;
- our expectations regarding demand for and market acceptance of our services;
- our expectations regarding our relationship with content creators, users, advertisers and other business partners;
- competition in our industry;
- general economic and business conditions in China and elsewhere;
- government policies and regulations relating to our industry; and
- the outcome of any current and future legal or administrative proceedings.

You should read this prospectus and the documents that we refer to in this prospectus with the understanding that our actual future results may be materially different from and worse than what we expect. Other sections of this prospectus include additional factors which could adversely impact our business and financial performance. Moreover, we operate in an evolving environment. New risk factors and uncertainties emerge from time to time and it is not possible for our management to predict all risk factors and uncertainties, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. We qualify all of our forward-looking statements by these cautionary statements.

You should not rely upon forward-looking statements as predictions of future events. We undertake no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise.

This prospectus also contains statistical data and estimates that we obtained from government and private publications, including industry data and information from CIC. Although we have not independently verified the data, we believe that the publications and reports are reliable. The market data contained in this prospectus involves a number of assumptions, estimates and limitations. The online audio market and related markets in China and elsewhere may not grow at the rates projected by market data, or at all. The failure of these markets to grow at the projected rates may have a material adverse effect on our business and the market price of our ADSs. If any one or more of the assumptions underlying the market data turns out to be incorrect, actual results may differ from the projections based on these assumptions. In addition, projections, assumptions and estimates of our future performance and the future performance of the industry in which we operate are necessarily subject to a





high degree of uncertainty and risk due to a variety of factors, including those described in "Risk Factors" and elsewhere in this prospectus. You should not place undue reliance on these forward-looking statements.





## USE OF PROCEEDS

We estimate that we will receive net proceeds from this offering of approximately US$ million, or approximately US$ million if the underwriters exercise their option to purchase additional ADSs in full, after deducting underwriting discounts and commissions and the estimated offering expenses payable by us. These estimates are based upon an assumed initial offering price of US$ per ADS, the midpoint of the range shown on the front cover page of this prospectus. A US$1.00 change in the assumed initial public offering price of US$ per ADS would, in the case of an increase, increase and, in the case of a decrease, decrease the net proceeds of this offering by US$ million, or approximately US$ million if the underwriters exercise their option to purchase additional ADSs in full, assuming no change to the number of ADSs offered by us as set forth on the cover page of this prospectus, and after deducting underwriting discounts and commissions and the estimated offering expenses payable by us.

The primary purposes of this offering are to create a public market for our shares for the benefit of all shareholders, retain talented employees by providing them with equity incentives, and obtain additional capital. We plan to use the net proceeds of this offering as follows:

- approximately US$ million, or 30% of the net proceeds to advance our next-generation technology, AI and big data capabilities;
- approximately US$ million, or 25% of the net proceeds to expand and enhance our content offerings and empower our content creators;
- approximately US$ million, or 25% of the net proceeds for marketing and branding, including marketing and promotional activities to further expand our user base and strengthen our brand; and
- the balance, approximately US$ million, or 20% of the net proceeds, for potential strategic investments and acquisitions, working capital and general corporate purposes.

The foregoing represents our current intentions based upon our present plans and business conditions to use and allocate the net proceeds of this offering. Our management, however, will have significant flexibility and discretion to apply the net proceeds of this offering. If an unforeseen event occurs or business conditions change, we may use the proceeds of this offering differently than as described in this prospectus. See "Risk Factors—General Risks Relating to our Business and Industry—We have not determined a specific use for a portion of the net proceeds from this offering and we may use these proceeds in ways with which you may not agree."

Pending use of the net proceeds, we intend to invest the net proceeds in short-term, interest-bearing, debt instruments.

In utilizing the proceeds of this offering, we, as an offshore holding company, are permitted under PRC laws and regulations to provide funding to our PRC subsidiaries only through loans or capital contributions and to our consolidated VIEs only through loans. Subject to satisfaction of applicable government registration and approval requirements, we may extend inter-company loans to our PRC subsidiary or make additional capital contributions to our PRC subsidiary to fund its capital expenditures or working capital. We cannot assure you that we will be able to obtain these government registrations or approvals on a timely basis, if at all. See "Risk Factors—Risks Relating to Doing Business in China—PRC regulation of loans to and direct investment in PRC entities by offshore holding companies and governmental control of currency conversion may delay or prevent us from using the proceeds of this offering to make loans or additional capital contributions to our PRC subsidiaries and our consolidated affiliated entities in China, which could materially and adversely affect our liquidity and our ability to fund and expand our business."





## DIVIDEND POLICY

We have not previously declared or paid cash dividends and we have no plan to declare or pay any dividends in the near future on our shares or ADSs. We currently intend to retain most, if not all, of our available funds and any future earnings to operate and expand our business.

We are a holding company incorporated in the Cayman Islands. We rely principally on dividends from our PRC subsidiaries for our cash requirements, including any payment of dividends to our shareholders. PRC regulations may restrict the ability of our PRC subsidiaries to pay dividends to us. Each of our PRC subsidiaries is required to set aside at least 10% of its after-tax profit based on PRC accounting standards every year to a statutory common reserve fund until the aggregate amount of such reserve fund reaches 50% of the registered capital of such subsidiary. Such statutory reserves are not distributable as loans, advances or cash dividends. See "Risk Factors—Risks Relating to Doing Business in China—We may rely on dividends paid by our PRC subsidiaries to fund cash and financing requirements. Any limitation on the ability of our PRC subsidiary to pay dividends to us could have a material adverse effect on our ability to conduct our business and to pay dividends to holders of the ADSs and our Class A ordinary shares."

Our board of directors has discretion as to whether to distribute dividends, subject to applicable laws. In addition, our shareholders may by ordinary resolution declare a dividend, but no dividend may exceed the amount recommended by our board of directors. In either case, all dividends are subject to certain restrictions under Cayman Islands law, namely that our company may only pay dividends out of profits or share premium account, and provided always that in no circumstances may a dividend be paid if this would result in our company being unable to pay its debts as they fall due in the ordinary course of business. Even if our board of directors decides to pay or recommend dividends, the form, frequency and amount will depend upon our future operations and earnings, capital requirements and surplus, general financial condition, contractual restrictions and other factors that the board of directors may deem relevant. If we pay any dividends on our ordinary shares, we will pay those dividends which are payable in respect of the underlying Class A ordinary shares represented by your ADSs to the depositary, as the registered holder of such Class A ordinary shares, and the depositary then will pay such amounts to the ADS holders in proportion to the underlying Class A ordinary shares represented by your ADSs held by such ADS holders, subject to the terms of the deposit agreement, net of the fees and expenses payable thereunder. See "Description of American Depositary Shares." Cash dividends on our ordinary shares, if any, will be paid in U.S. dollars.





## CAPITALIZATION

The following table sets forth our capitalization as of March 31, 2021:

- on an actual basis;
- on a pro forma basis to reflect (i) the automatic conversion of all of our issued and outstanding preferred shares including Series Angel preferred shares into ordinary shares on one-for-one basis immediately prior to the completion of this offering; and (ii) the impact of share-based compensation expense for share-based awards to be recorded upon the completion of this offering:
- on a pro forma as adjusted basis to reflect (i) the automatic conversion of all of our issued and outstanding preferred shares including Series Angel preferred shares into ordinary shares on one-for-one basis immediately prior to the completion of this offering; (ii) the impact of share-based compensation expense for share-based awards to be recorded upon the completion of this offering and (iii) the sale of Class A ordinary shares in the form of ADSs by us in this offering at an assumed initial public offering price of US$ per ADS, the midpoint of the estimated range of the initial public offering price shown on the front cover of this prospectus, after deducting the underwriting discounts and commissions and estimated offering expenses payable by us.

You should read this table together with our consolidated financial statements and the related notes included elsewhere in this prospectus and the information under "Management's Discussion and Analysis of Financial Condition and Results of Operations."

| | As of March 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Actual | | Pro Forma (unaudited) | | Pro Forma As Adjusted(1) (unaudited) | |
| | RMB | US$ | RMB | US$ | RMB | US$ |
| | (in thousands) | | | | | |
| **Mezzanine equity:** | | | | | | |
| Series A convertible redeemable preferred shares (US$0.0001 par value; 2,161,425 shares authorized, issued and outstanding; and nil outstanding on a pro-forma basis) | 20,277 | 3,095 | — | — | | |
| Series B convertible redeemable preferred shares (US$0.0001 par value; 88,870,096 shares authorized, issued and outstanding; and nil outstanding on a pro-forma basis) | 1,856,554 | 283,365 | — | — | | |
| Series C convertible redeemable preferred shares (US$0.0001 par value; 10,631,112 shares authorized, issued and outstanding; and nil outstanding on a pro-forma basis) | 302,928 | 46,236 | — | — | | |
| Series D convertible redeemable preferred shares (US$0.0001 par value; 14,727,852 shares authorized, issued and outstanding; and nil outstanding on a pro-forma basis) | 851,119 | 129,906 | — | — | | |
| Series E convertible redeemable preferred shares (US$0.0001 par value; 105,023,737 shares authorized, 91,205,959 shares issued and outstanding; and nil outstanding on a pro-forma basis) | 6,804,602 | 1,038,585 | — | — | | |
| Redeemable non-controlling interests | 11,595 | 1,770 | 11,595 | 1,770 | | |





| | As of March 31, 2021 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Actual | | Pro Forma (unaudited) | | Pro Forma As Adjusted(1) (unaudited) | |
| | RMB | US$ | RMB | US$ | RMB | US$ |
| | (in thousands) | | | | | |
| **Total mezzanine equity** | **9,847,075** | **1,502,957** | **11,595** | **1,770** | | |
| **Shareholders' (deficit) equity:** | | | | | | |

### Non-GAAP Measure

To supplement our combined and consolidated financial statements, which are prepared and presented in accordance with U.S. GAAP, we use adjusted net loss, a non-GAAP financial measure, which is calculated as net loss adjusted for shared-based compensation expenses, to understand and evaluate our core operating performance. Adjusted net loss is presented to enhance investors' overall understanding of our financial performance and should not be considered a substitute for, or superior to, the financial information prepared and presented in accordance with U.S. GAAP. Investors are encouraged to review the reconciliation of the historical non-GAAP financial measure to its most directly comparable GAAP financial measures. In light of the foregoing limitations, you should not consider adjusted net loss as a substitute for, or superior to net loss prepared in accordance with U.S. GAAP. We encourage investors and others to review our financial information in its entirety and not rely on any single financial measure.

The table below sets forth a reconciliation of adjusted net loss to net loss for the periods indicated:

| | For the Year Ended December 31 | | | | For the Three Months Ended March 31, | | |
|---|---|---|---|---|---|---|---|
| | 2018 | 2019 | 2020 | | 2020 | 2021 | |
| | RMB | RMB | RMB | US$ | RMB | RMB | US$ |
| | (in thousands) | | | | | | |
| **Net loss** | **(773,652)** | **(773,282)** | **(605,076)** | **(92,731)** | **(282,720)** | **(267,248)** | **(40,790)** |
| Share-based compensation expenses | — | — | 58,263 | 8,929 | 58,263 | 18,377 | 2,805 |
| **Adjusted net loss** | **(773,652)** | **(773,282)** | **(546,813)** | **(83,802)** | **(224,457)** | **(248,871)** | **(37,985)** |





*Selected Operating Data*

The following table presents certain of our key operating data for the periods indicated. Our management uses these operating data to monitor the vitality and attractiveness of our platform as well as users' level of activity, which reflect our ability to attract and retain users, maintain and enhance user engagement, and convert users into paying users. Therefore, our management constantly evaluates these operating data and implements measures to optimize our business plans and operations, accordingly. We believe these operating data provide useful indicators to investors of the developmental trajectory of our business, the size of our user base and their engagement level and willingness to pay. The operating metrics disclosed in this prospectus are subject to inherit limitations and risks of inaccuracy. See "Risk Factors—Our operating metrics are subject to inherent challenges in measurement, and real or perceived inaccuracies in those metrics may harm our reputation and our business."

| | For the Three Months Ended | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar 31, 2018 | Jun 30, 2018 | Sep 30, 2018 | Dec 31, 2018 | Mar 31, 2019 | Jun 30, 2019 | Sep 30, 2019 | Dec 31, 2019 | Mar 31, 2020 | Jun 30, 2020 | Sep 30, 2020 | Dec 31, 2020 | March 31, 2021 |
| **MAUs(1) (in millions)** | | | | | | | | | | | | | |
| Average MAUs | 73.0 | 82.4 | 85.3 | 107.8 | 110.1 | 143.4 | 146.6 | 160.1 | 201.7 | 215.0 | 215.6 | 228.9 | 250.3 |
| Average mobile MAUs | 43.7 | 49.6 | 54.4 | 71.5 | 76.2 | 78.1 | 80.0 | 94.9 | 103.0 | 101.1 | 101.2 | 103.6 | 104.3 |
| Average IoT and other platform MAUs(2) | 29.3 | 32.8 | 30.9 | 36.3 | 33.9 | 65.3 | 66.6 | 65.2 | 98.7 | 113.9 | 114.4 | 125.3 | 146.0 |
| **Paying users (in millions)** | | | | | | | | | | | | | |
| Average monthly active mobile paying users(3) | 0.8 | 1.2 | 1.5 | 2.3 | 3.2 | 4.6 | 5.3 | 7.1 | 8.2 | 9.1 | 10.4 | 12.6 | 13.9 |
| Average monthly active mobile paying members(4) | 0.2 | 0.5 | 0.7 | 1.5 | 2.4 | 3.8 | 4.6 | 6.3 | 7.5 | 8.5 | 9.8 | 12.0 | 13.3 |
| **Paying ratios(5) (%)** | | | | | | | | | | | | | |
| Average monthly active mobile paying users(2) | 1.8% | 2.5% | 2.7% | 3.3% | 4.3% | 5.9% | 6.7% | 7.5% | 7.9% | 9.0% | 10.2% | 12.2% | 13.3% |
| Average monthly active mobile paying members(4) | 0.4% | 1.1% | 1.3% | 2.0% | 3.1% | 4.9% | 5.7% | 6.7% | 7.3% | 8.4% | 9.7% | 11.6% | 12.8% |

Notes:

(1) "MAUs" refers to the number of active users in a given month, calculated as the sum of our mobile MAUs and IoT and other platform MAUs without eliminating duplicates. As we do not require users to register on a real-name basis or provide personally identifiable information to get access to audio content on our platform, we are not able to quantify or eliminate duplicates. We calculate mobile MAUs based on the number of mobile devices that launched our mobile apps during a given month, and IoT and other platform MAUs based on the number of IoT and in-car devices or third-party applications that accessed our platform during a given month. For mobile MAUs calculation, if an individual launches our mobile apps using multiple mobile devices, such individual will be counted more than once.





(2) The following table sets forth a breakdown of our average IoT and other platform MAUs by IoT and in-car devices and third-party applications:

| | For the Three Months Ended | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar 31, 2018 | Jun 30, 2018 | Sep 30, 2018 | Dec 31, 2018 | Mar 31, 2019 | Jun 30, 2019 | Sep 30, 2019 | Dec 31, 2019 | Mar 31, 2020 | Jun 30, 2020 | Sep 30, 2020 | Dec 31, 2020 | March 31, 2021 |
| IoT and in-car devices MAUs | 1.9 | 2.2 | 2.3 | 3.1 | 4.6 | 12.4 | 18.8 | 22.1 | 30.2 | 31.3 | 38.2 | 43.8 | 48.3 |
| Third-party applications MAUs | 27.4 | 30.6 | 28.6 | 33.2 | 29.3 | 52.9 | 47.8 | 43.1 | 68.5 | 82.6 | 76.2 | 81.5 | 97.7 |

(3) "paying users" on our platform refers to users who make payments for various products and services on our platform, including payments for membership subscriptions, purchases of on-demand listening content, payments for consumable virtual gifts and items, purchases of education services and other innovative products and services. A user has to register an account with us in order to make payments for products and services offered on our platform. A user who makes payments across different products and services offered on our platform using the same registered account is counted as one paying user, and we treat each paying user who used our mobile apps at least once during a given period as an "active paying user" during the applicable period.

(4) "paying members" on our platform refers to users who make payments for membership subscriptions. A user has to register an account with us in order to make payments for products and services offered on our platform. A user who makes payments across different types of membership subscriptions offered on our platform using the same registered account is counted as one paying member, and we treat each paying member who used our mobile apps at least once during a given period as an "active paying member" during the applicable period.

(5) Paying ratio in this prospectus refers to the number of our average monthly active mobile paying users or average monthly active mobile paying members as a percentage of our average mobile MAUs only as we are still exploring the monetization methods and potentials for our IoT and other platform MAUs and have not offered paid products and services to generate meaningful revenue from those IoT and other platform MAUs.





## MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*You should read the following discussion and analysis of our financial condition and results of operations in conjunction with the section entitled "Selected Consolidated Financial Data" and our consolidated financial statements and the related notes included elsewhere in this prospectus. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results and the timing of events could differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors" and elsewhere in this prospectus.*

### Overview

We are the largest online audio platform in China in terms of average MAUs, total mobile listening time, and total revenues in 2020, according to CIC. We have built a platform where our content creators and users can connect and interact with one another, and through which, we advocate for a brand new lifestyle and provide lifelong nourishment to every generation within the family. We aspire to redefine how people produce, share and consume knowledge, information and entertainment content, pioneering the audio-based "Economy of Ears," according to CIC.

Ximalaya has become an essential part of our users' daily lives. We are the online audio platform of choice by users, according to the survey conducted by CIC. In the first quarter of 2021, we had average MAUs of 250 million, including 104 million mobile MAUs from our mobile apps and 146 million MAUs who listened to our audio content through internet-of-things (IoT) and other platforms. Meanwhile, in the first quarter of 2021, the average mobile MAUs on our flagship mobile app "Ximalaya" ranked first among China's independent online audio apps, and exceeded the sum of average mobile MAUs of the nine apps that were ranked immediately below us, according to CIC. In 2020, users on our mobile apps spent a total of 1,564.3 billion minutes listening to our audio content, accounting for approximately 75.0% of total mobile listening time among all online audio platforms in China, according to CIC.

We have built a multi-faceted monetization model that is seamlessly integrated with our products and services and generate revenue primarily from subscription, advertising, live streaming, education services, and other innovative products and services. We have experienced rapid growth in revenues in recent years. Our revenues increased by 81.4% from RMB1,475.8 million in 2018 to RMB2,677.0 million in 2019, and further by 51.3% to RMB4,050.0 million (US$620.7 million) in 2020. Our revenues increased by 65.2% from RMB699.3 million in the three months ended March 31, 2020 to RMB1,155.2 million (US$176.3 million) in the same period of 2021. Our leading industry edge has gradually been strengthened, and our losses have reduced. We had net losses of RMB773.7 million, RMB773.3 million, and RMB605.1 million (US$92.7 million) in 2018, 2019 and 2020, respectively. We incurred net losses of RMB282.7 million and RMB267.2 million (US$40.8 million) in the three months ended March 31, 2020 and 2021, respectively.

### General Factors Affecting Our Results of Operations

Our business and operating results are affected by general factors affecting China's online audio industry, which include:

- China's overall economic growth and level of per capita disposable income;
- increasing willingness of Chinese consumers to consume and pay for high-quality audio content;
- mobile internet usage and penetration rate;
- growth and competitive landscape of China's online audio industry; and
- governmental policies and initiatives affecting China's online audio industry.





Unfavorable changes in any of these general industry conditions could negatively affect demand for our services and materially and adversely affect our results of operations.

### Specific Factors Affecting Our Results of Operations

While our business is influenced by general factors affecting the online audio industry in China, we believe our results of operations are more directly affected by company specific factors, which include the following:

***Our ability to expand user base and enhance user engagement***

We rely on our engaged and growing user community to drive our revenue growth. Our user base and level of user engagement also help us motivate content creators to produce more high-quality content on our platform, which further stimulates user interactions and spending. Our ability to effectively expand our user base and increase user engagement will affect the growth of our business and drive our monetization capabilities going forward.

The following table sets forth our average mobile MAUs, average IoT and other platform MAUs and total average MAUs for each quarter in 2018, 2019 and 2020 and the first quarter of 2021. We have generally achieved significant and continuous growth in such metrics during these periods.

| | For the Three Months Ended | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2018 | June 30, 2018 | September 30, 2018 | December 31, 2018 | March 31, 2019 | June 30, 2019 | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 | September 30, 2020 | December 31, 2020 | March 31, 2021 |
| | (in millions) | | | | | | | | | | | | |
| **MAUs(1)** | | | | | | | | | | | | | |
| Average Mobile MAUs | 43.7 | 49.6 | 54.4 | 71.5 | 76.2 | 78.1 | 80.0 | 94.9 | 103.0 | 101.1 | 101.2 | 103.6 | 104.3 |
| Average IoT and Other Platform MAUs | 29.3 | 32.8 | 30.9 | 36.3 | 33.9 | 65.3 | 66.6 | 65.2 | 98.7 | 113.9 | 114.4 | 125.3 | 146.0 |
| **Total** | 73.0 | 82.4 | 85.3 | 107.8 | 110.1 | 143.4 | 146.6 | 160.1 | 201.7 | 215.0 | 215.6 | 228.9 | 250.3 |

Note:

(1) "MAUs" refers to the number of active users in a given month, calculated as the sum of our mobile MAUs and IoT and other platform MAUs without eliminating duplicates. As we do not require users to register on a real-name basis or provide personally identifiable information to get access to audio content on our platform, we are not able to quantify or eliminate duplicates. We calculate mobile MAUs based on the number of mobile devices that launched our mobile apps during a given month, and IoT and other platform MAUs based on the number of IoT and in-car devices or third-party applications that accessed our platform during a given month. For mobile MAUs calculation, if an individual launches our mobile apps using multiple mobile devices, such individual will be counted more than once.

Our ability to maintain and expand our user base, as well as maintain and enhance user engagement, depends on, among other things, our ability to continuously produce diverse, creative and quality content, our ability to cultivate and retain high-quality content creators, our ability to maintain our pivotal position in the growing online audio industry in China, and our ability to continually enhance and develop products and services to keep up with user preferences and demands. Also, the growth of our user base could be largely influenced by the restrictive and regulatory measures that the PRC government authority may impose on the industry we operate in. See "Risk Factors—Risks Relating to our Business and Industry—The laws, regulations and official guidance relating to our business are complex, evolving rapidly and may be subject to further changes. Non-compliance with any existing or new regulation may result in penalties, limitations and prohibitions on our business activities, and we may need to modify our business operations in response to changes in laws and regulations."





***Our ability to enrich our content library and cultivate and retain content creators***

We rely on high-quality and diverse content on our platform to attract more users, increase their level of engagement and drive their willingness to pay for our products and services. We seek to source and produce a comprehensive suite of content to meet our users' evolving needs and preferences and dynamics in the online audio industry.

The table below sets forth the cumulative number of content creators and the cumulative number of albums for each of PGC, PUGC and UGC as of December 31, 2018, 2019 and 2020:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| | (in thousands) | | |
| **Cumulative Number of Albums*** | | | |
| – PGC | 10.7 | 21.4 | 32.5 |
| – PUGC | 13.9 | 22.7 | 34.4 |
| – UGC | 11,629.7 | 14,426.0 | 20,573.7 |
| **Cumulative Number of Content Creators*** | | | |
| – PGC | 1.3 | 2.4 | 3.1 |
| – PUGC | 1.9 | 3.0 | 5.2 |
| – UGC | 6,528.0 | 8,336.2 | 11,323.7 |

Note:

* An "album" refers to an episodic series of audio content in the form of digital audio files that a content creator uploads to our platform. "Cumulative number of albums" refers to the total number of albums available at our platform as of the last day of each fiscal year, and "cumulative number of content creators" refers to the total number of content creators whose album(s) is/are available at our platform as of the last day of each fiscal year.

The table below sets forth the number of active content creators for each of PGC, PUGC and UGC for the year ended December 31, 2018, 2019 and 2020:

| | For the Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| | (in thousands) | | |
| **Number of Active Content Creators*** | | | |
| – PGC | 1.0 | 2.0 | 2.1 |
| – PUGC | 1.6 | 2.6 | 4.6 |
| – UGC | 2,845.0 | 3,739.4 | 5,149.9 |
| Total | 2,847.6 | 3,744.0 | 5,156.6 |

Note:

* "Active content creator" refers to content creators who have uploaded at least one piece of audio content during the applicable period.

Our continued success in sourcing and producing a wide range of attractive content largely depends on our ability to (a) for PGC, produce or license popular and engaging audio content that enhances our leading position, and (ii) for PUGC and UGC, attract, retain and cultivate content creators across content types, and incentivize existing users to become content creators. Our ability to continue to cultivate and retain content creators, especially PUGC and UGC creators, and drive content creation depends on, among other things, the reputation and strength of our brand, the size and engagement of our user base, our audio technologies, and monetization opportunities available on our platform. We will continue to support content creators through our trainings and services that enhance the quality and popularity of their content and increase our content creators' stickiness to and level of engagement on our platform.





***Our ability to maximize monetization potential***

We have a diversified and balanced monetization model. We generated substantially all of our net revenues through subscription, including membership subscription and paid-on demand listening, advertising, live streaming, education services and with a small portion of net revenues generated from other innovative products and services, including sales from in-house developed IoT devices, cultural and creative IP derivative works, customized audioization services, e-commerce, and audio-to-text publishing which would enable us to convert popular albums into published books. Our ability to continue to monetize our user base is affected by a number of factors, such as our ability to cultivate users' willingness to pay for online audio content and our ability to integrate more monetization models into the overall user experience on our platform. Monetization of our user base is also affected by our ability to optimize our pricing strategy and fee models.

Thus far, revenues from users and members are mainly driven by subscription and live streaming. The following table sets forth our average monthly active mobile paying users and our average monthly active mobile user paying ratio for each quarter in 2018, 2019 and 2020 and the first quarter of 2021:

| | For the Three Months Ended | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2018 | June 30, 2018 | September 30, 2018 | December 31, 2018 | March 31, 2019 | June 30, 2019 | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 | September 30, 2020 | December 31, 2020 | March 31, 2021 |
| Average monthly active mobile paying users(1) (in millions) | 0.8 | 1.2 | 1.5 | 2.3 | 3.2 | 4.6 | 5.3 | 7.1 | 8.2 | 9.1 | 10.4 | 12.6 | 13.9 |
| Average monthly active mobile user paying ratio(2) | 1.8% | 2.5% | 2.7% | 3.3% | 4.3% | 5.9% | 6.7% | 7.5% | 7.9% | 9.0% | 10.2% | 12.2% | 13.3% |

Notes:

(1) "paying users" on our platform refers to users who make payments for various products and services on our platform, including payments for membership subscriptions, purchases of on-demand listening content, payments for consumable virtual gifts and items, purchases of education services and other innovative products and services. A user has to register an account with us in order to make payments for products and services offered on our platform. A user who makes payments across different products and services offered on our platform using the same registered account is counted as one paying user, and we treat each paying user who used our mobile apps at least once during a given period as an "active paying user" during the applicable period.

(2) "Average monthly active mobile user paying ratio" in this prospectus refers to the number of our average monthly active mobile paying users as a percentage of our average mobile MAUs only as we are still exploring the monetization methods and potentials for our IoT and other platform MAUs and have not offered paid products or services to generate meaningful revenue from those IoT and other platform MAUs.

Revenues from subscription are mainly driven by our ability to attract and retain paying members on our platform, which in turn is largely driven by our ability to offer premium content and attractive member rights and privileges. In addition to membership subscriptions, we also generate revenues from selling on-demand individual albums to users.

Our revenues derived from business customers are mainly attributable to our advertising revenues, which are primarily driven by our advertiser base, satisfaction level of advertisers and advertising price. Leveraging our massive and dynamic user base, we plan to further develop our advertising services, strengthen the effectiveness of our advertising solutions, tap into unutilized advertising capacity and expand our advertiser base.

Revenues generated from live streaming primarily include revenue from sales of virtual gift to our users. We share a percentage of such revenues with our live streaming content creators through agreements with them and their guilds. The increase in the revenues generated from live streaming was mainly due to the growth in our live streaming MAU and willingness of our users to purchase virtual gifts, primarily due to the enhanced quality of the live streaming content offered on our platform. Our average mobile live streaming MAUs increased from 1.6 million in 2018 to 2.4 million in 2019, and further to 3.4 million in 2020, representing a CAGR of 44.6%. We had average mobile live streaming MAUs of 3.6 million and 2.7 million in the three months ended March 31, 2020 and 2021, respectively.





Leveraging our steadily growing user base, we also seek to explore new monetization opportunities. For example, catering to users' strong and unmet needs for personal development, we have incubated a number of education services focusing on education for users aged 0-12 years, as well as training programs designed for businesses to provide workplace and skillset training to their employees. Revenues from education services increased from RMB12.9 million in 2019 to RMB228.3 million (US$35.0 million) in 2020. Revenues from education services increased by 495.1% from RMB25.2 million in the three months ended March 31, 2020 to RMB149.8 million (US$22.9 million) in the same period of 2021. We plan to further broaden our educational offerings and develop our education ecosystem.

***Our ability to further improve cost efficiency and economies of scale***

Our ability to manage and control our costs and expenses is critical to the success of our business. Our costs and expenses consist primarily of revenue-sharing fees and content costs, including payments to various IP providers and content creators. Our ability to continue to manage and control our revenue-sharing fees and content costs while maintaining our content quality affects our results of operations. We expect the absolute amount of our revenue-sharing fees and content costs to increase as our business grows. Our sales and marketing expenses primarily relate to user acquisition expenses. As we continue to gain economies of scale, we expect these costs and expenses as a percentage of total revenues to decrease over time.

***Our ability to further advance our technological capabilities and infrastructure***

Our cutting edge technological capabilities and infrastructure, in particular our AI and big data and audio technologies, support our business development. Our ability to effectively invest in those technologies allows us to create a superior user experience and to timely identify new trends in content offerings. We must continue to innovate to keep pace with the growth of our business and bring forward new technologies. In addition, our technology infrastructure is critical to the scalability and system flexibility of our platform. We plan to upgrade our technological capabilities and infrastructure to support the growth of our business. We expect the adoption of advanced AI technologies to improve our operational efficiency, which, together with our strong business growth, will enable us to benefit further from economies of scale.

### Impact of the COVID-19 Pandemic on Our Business

Although the COVID-19 pandemic has caused general business disruption in China and the rest of the world, we have experienced an increase in our operational performance, user base and user engagement in the first half of 2020. In an effort to contain the spread of COVID-19, China took precautionary measures, such as imposing travel restrictions, quarantining individuals infected with or suspected of having COVID-19, encouraging employees of enterprises to work remotely, and cancelling public activities, among others.

We have witnessed growth in our operational performance, user base, user engagement and willingness to pay since the end of the first half of 2020, when the pandemic had been largely contained in China; however, the duration and the development of the pandemic and its impact on our business are difficult to predict. For additional details, see "Risk Factors—Risks Relating to our Business and Industry—Our business, results of operation and financial condition may be adversely affected by the COVID-19 pandemic."





### Key Components of Results of Operations

***Revenues***

We derive our revenues from (i) subscription, (ii) advertising, (iii) live streaming, (iv) education services, and (v) other innovative products and services. The following table presents the breakdown of our total revenues, both in absolute amounts and as percentages of our total revenues for the periods presented.

| | For the Year Ended December 31, | | | | | | | For the Three Months Ended March 31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | | | 2020 | | 2021 | | |
| | RMB | % | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | | | | |
| **Revenues:** | | | | | | | | | | | | |
| Subscription | 643,676 | 43.6 | 1,240,169 | 46.3 | 1,752,651 | 268,606 | 43.3 | 393,956 | 56.3 | 515,542 | 78,687 | 44.6 |
| Advertising | 419,424 | 28.4 | 616,199 | 23.0 | 1,071,786 | 164,258 | 26.5 | 100,812 | 14.4 | 265,713 | 40,556 | 23.0 |
| Live streaming | 316,186 | 21.4 | 618,090 | 23.1 | 717,513 | 109,964 | 17.7 | 147,470 | 21.1 | 189,974 | 28,996 | 16.4 |
| Education services | — | 0.0 | 12,869 | 0.5 | 228,349 | 34,996 | 5.6 | 25,179 | 3.6 | 149,835 | 22,869 | 13.0 |
| Other innovative products and services | 96,489 | 6.6 | 189,681 | 7.1 | 279,722 | 42,869 | 6.9 | 31,858 | 4.6 | 34,166 | 5,215 | 3.0 |
| Total revenues | 1,475,775 | 100.0 | 2,677,008 | 100.0 | 4,050,021 | 620,693 | 100.0 | 699,275 | 100.0 | 1,155,230 | 176,323 | 100.0 |

*Subscription*

We generate revenues from subscription, including through membership subscription and paid on-demand listening services. Our membership subscription provides members with unlimited streaming and downloading of albums with the "VIP" mark in exchange for a nonrefundable upfront membership fee. Membership periods range from one month to twelve months. We also sell paid albums to users through our platform or the distributors designated by us.

*Advertising*

We generate revenues from advertising primarily from display advertisements, audio endorsements and brand promotional campaigns. We introduced programmatic advertising in 2019, through which purchase and sale of advertising inventories are facilitated by demand-side platforms utilizing algorithms to primarily track and devote resources automatically to platforms with larger user base and increasing user engagement in order to achieve the most optimized advertising results. Since our introduction of programmatic advertising, it has contributed to the increase in our advertising revenue and has accounted for increasing portion of our advertising revenue. Our advertising revenue generated by programmatic advertisements as a percentage of our total advertising revenue increased from 14% in 2019 to 34% in 2020. For the three months ended March 31, 2020 and 2021, such percentage also increased from 39% to 49%. We expect to further increase our programmatic advertisements to improve precision targeting and effectiveness. Advertisements on our platform are generally charged with a typical term of less than three months, and advertising contracts are signed to establish the fixed price and the advertising services to be provided. And our advertising revenues are recognized net of advertising agency rebates.

*Live streaming*

We generate revenues from live streaming services primarily from sales of consumable virtual gifts and items. Generally, a portion of the revenues is shared with the live streaming performers and their agents, based on an agreed-upon percentage. Consumable virtual items are mainly used as gifts sent to live streaming performers by users as a way for them to show support and appreciation for their performance. We also offer users the option to purchase virtual items which provide them with certain privileges or recognized status over a period of time, such as badges displayed for a certain period of time on the users' profile pages.





*Education services*

We generate education services revenue mainly from providing learning services focusing on education for users aged 0-12 years, subject-specific boot camps and vocational training, as well as training programs designed for businesses to provide workplace and skillset training.

*Other innovative products and services*

We generate revenues from various other channels, such as sales from in-house developed IoT devices, cultural and creative IP derivative works, customized audioization services, e-commerce, and audio-to-text publishing which would enable us to convert popular albums into published books.

***Cost of revenues***

The following table presents our cost of revenues for the periods presented, both in absolute amounts and as percentages of our total revenues.

| | For the Year Ended December 31, | | | | | | | For the Three Months Ended March31, | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | | | 2020 | | 2021 | | |
| | RMB | % | RMB | % | RMB | US$ | % | RMB | % | RMB | US$ | % |
| | (in thousands, except for percentages) | | | | | | | | | | | |
| **Cost of revenues:** | | | | | | | | | | | | |
| Revenue sharing fees | 457,804 | 31.0 | 899,721 | 33.6 | 1,294,796 | 198,436 | 32.0 | 282,026 | 40.3 | 384,938 | 58,754 | 33.3 |
| Content costs | 123,205 | 8.3 | 180,938 | 6.8 | 251,505 | 38,545 | 6.2 | 48,096 | 6.9 | 70,421 | 10,748 | 6.1 |
| Payment handling costs | 91,067 | 6.2 | 150,868 | 5.6 | 169,838 | 26,029 | 4.2 | 41,466 | 5.9 | 41,585 | 6,347 | 3.6 |
| Procurement cost of IoT devices | 58,233 | 3.9 | 133,940 | 5.0 | 115,841 | 17,753 | 2.9 | 9,852 | 1.4 | 24,791 | 3,784 | 2.1 |
| Bandwidth costs | 50,574 | 3.4 | 75,448 | 2.8 | 112,694 | 17,271 | 2.8 | 23,974 | 3.4 | 28,106 | 4,290 | 2.4 |
| Salaries and welfare costs | 34,528 | 2.3 | 49,756 | 1.9 | 91,681 | 14,051 | 2.3 | 26,542 | 3.8 | 33,356 | 5,091 | 2.9 |
| Other costs | 13,139 | 0.9 | 20,666 | 0.7 | 28,347 | 4,344 | 0.7 | 5,854 | 0.8 | 6,420 | 980 | 0.6 |
| Total | 828,550 | 56.0 | 1,511,337 | 56.4 | 2,064,702 | 316,429 | 51.1 | 437,810 | 62.5 | 589,617 | 89,994 | 51.0 |

Our cost of revenues mainly consists of (i) revenue sharing fees, (ii) content costs, (iii) payment handling costs, (iv) procurement cost of IoT devices, (iv) bandwidth costs, (v) salaries and welfare and (vi) other costs including cultural development fee and surcharge.

Our revenue sharing fees represent our payment to hosts or guilds based on an agreed-upon percentage of revenue. We expect the revenue sharing fees to increase generally in parallel with the expansion of our business.

Our content costs mainly represent the amortization expense of licensed copyrights. We expect the content costs to increase with more high-quality and popular licensed contents to be purchased in the foreseeable future.

Our payment handling costs represent fees that we pay to third-party payment processing platforms through which our users purchase our virtual currencies. We expect our payment handling costs to continue to increase in line with our business growth.





Our salaries and welfare costs represent payroll-related expenses incurred for our employees involved in content producing activities. We expect our salary and welfare benefits to continue to increase in absolute amount in parallel with our business growth.

Our bandwidth costs are the fees we pay to telecommunications carriers and other service providers for telecommunications and other content delivery-related services. As our user base and level of user engagement increase over time, we expect that our cost of revenues will increase in the foreseeable future.

***Operating expenses***

Our operating expenses consist of (i) research and development expenses, (ii) sales and marketing expenses, and (iii) general and administrative expenses.

Our research and development expenses primarily consist of salaries and welfare benefits, including share-based compensation of our research and development staff and depreciation costs of fixed assets relating to research and development activities associated with upgrading our platform. We expect our research and development expenses to increase as we expand our research and development team, enhance our AI technologies and big data analytics capabilities, and develop new features and functionalities on our platform.

Our sales and marketing expenses primarily consist of user acquisition costs, promotional and marketing expenses, salaries and welfare benefits for our sales and marketing personnel and commission to distributors and other platforms. We expect our sales and marketing expenses to increase in the foreseeable future as we plan to engage in more sales and marketing activities to attract new users and advertisers and to promote our brand recognition and content titles, as well as to grow our business.

Our general and administrative expenses consist primarily of salaries and welfare benefits for our general and administrative personnel, fees for legal, accounting and other professional services and provision for doubtful receivables. We expect our general and administrative expenses to increase in the foreseeable future as we grow our business and incur increased costs related to operating as a public company and complying with our reporting obligations under the U.S. securities laws.





### Results of Operations

The following table sets forth a summary of our consolidated results of operations for the period indicated, both in absolute amounts and as percentages of our total revenues. This information should be read together with our consolidated financial statements and related notes included elsewhere in this prospectus. The operating results in any period are not necessarily indicative of the results that may be expected for any future period.

RMB384.9 million (US$59.0 million) in 2020. The increase was primarily attributable to (i) the increase in our employee salary and benefit expenses of RMB38.3 million (US$5.9 million) and (ii) the increase in professional service expenses, partially offset by the decrease in allowance for doubtful receivables.

*Other income, net.* Our other income (net) increased by 74.2% from RMB27.9 million in 2019 to RMB48.6 million (US$7.4 million) in 2020. This increase was primarily attributable to government subsidies resulting from our cooperation in audio business with local governments in China.

### *Loss from operations*

Our loss from operations decreased by 15.2% from RMB762.8 million in 2019 to RMB647.2 million (US$99.2 million) in 2020.

### *Other income/(expenses)*

*Investment income.* Our investment income increased by 18.1% from RMB13.4 million in 2019 to RMB15.8 million (US$2.4 million) in 2020. The change in investment income was mainly due to investment gain arising from the disposal of our equity investments.

*Interest income.* Our interest income decreased by 71.9% from RMB5.5 million in 2019 to RMB1.6 million (US$0.2 million) in 2020.

*Interest expense.* Our interest expense increased by 55.3% from RMB22.5 million in 2019 to RMB35.0 million (US$5.4 million) in 2020. The increase is mainly relating to the increase in bank loans and debts in connection with our reorganization.

*Foreign exchange gain (loss).* We recorded foreign exchange losses of RMB3.3 million in 2019, and RMB1.7 million (US$0.3 million) in 2020, respectively.

*Fair value change of equity securities investments.* Our fair value change of equity securities investments increased by 6,956.1% from RMB0.5 million in 2019 to RMB33.0 million (US$5.1 million) in 2020. The increase is mainly relating to fair value gain from our equity investments in private companies.

*Other, net.* Others, net primarily consists of non-operating income and expenses. We incurred other gain of RMB0.4 million and RMB4.3 million (US$0.7 million) in 2019 and 2020, respectively.

### *Income tax expense*

We did not incur any income tax expense in 2019 and 2020 due to tax loss position.

### *Equity in losses or gains of affiliated companies*

We recorded equity in loss of affiliated companies of RMB4.5 million in 2019 and gains of affiliated companies of RMB24.2 million (US$3.7 million) in 2020, respectively. The increase is mainly relating to the increase of these companies' financial results.





### *Net loss*

As a result of foregoing, our net loss decreased by 21.8% from RMB773.3 million in 2019 to RMB605.1 million (US$92.7 million) in 2020.

### Year ended December 31, 2019 compared to year ended December 31, 2018

### *Revenues*

Our revenues increased by 81.4% from RMB1,475.8 million in 2018 to RMB2,677.0 million in 2019.

*Revenues from subscription.* Our revenues from subscription increased by 92.7% from RMB643.7 million in 2018 to RMB1,240.2 million in 2019, primarily driven by the increase in the number of active mobile paying members, evidenced by the increase in our average monthly active mobile paying members in each quarter of 2019, as compared to the same quarter of 2018, as well as the increase in sales of on-demand individual albums as we continue to optimize our content recommendation services.

*Revenues from advertising.* Our revenues from advertising increased by 46.9% from RMB419.4 million in 2018 to RMB616.2 million in 2019, mainly driven by the increase in the number of average MAUs and total listening time on our platform, which enhanced our attractiveness to advertisers.

*Revenues from live streaming.* Our revenues from live streaming increased by 95.5% from RMB316.2 million in 2018 to RMB618.1 million in 2019, mainly attributable to an increase in our live streaming MAUs from 1.6 million in 2018 to 2.4 million in 2019 and various new functions we introduced in live streaming to enhance users' willingness to purchase virtual gifts.

*Revenues from education services.* We generated education services revenue since 2019. We recorded revenue from education services of zero in 2018 and of RMB12.9 million in 2019.

*Revenues from other innovative products and services.* Our revenues from others innovative services and product increased by 96.6% from RMB96.5 million in 2018 to RMB189.7 million in 2019, mainly attributable to the increase in the sales of in-house developed IoT devices and creative IP derivative works.

### *Cost of revenues*

Our cost of revenues increased by 82.4% from RMB828.6 million in 2018 to RMB1,511.3 million in 2019, primarily due to our business growth and the expansion of our user base.

*Revenue sharing fees.* Revenue sharing fees, which primarily consisted of the portion of revenues shared with content creators, copyright owners and live streaming hosts increased by 96.5% from RMB457.8 million in 2018 to RMB899.7 million in 2019, primarily in line with the growth in our revenues from subscription and live streaming.

*Content costs.* Content costs increased by 46.9% from RMB123.2 million in 2018 to RMB180.9 million in 2019 as we continued to acquire high quality licensed content to expand and diversify our content offerings.

*Payment handling costs.* Payment handling costs increased by 65.7% from RMB91.1 million in 2018 to RMB150.9 million in 2019, primarily due to the increase in subscription and live streaming revenues.

*Procurement cost of IoT devices.* Procurement cost of IoT devices increased by 130.0% from RMB58.2 million in 2018 to RMB133.9 million in 2019, primarily due to the increase in revenue of other innovative products and services, especially IoT devices.





*Bandwidth costs.* Bandwidth costs increased by 49.2% from RMB50.6 million in 2018 to RMB75.4 million in 2019, primarily due to an increase in bandwidth capacity to keep pace with the increase in the number of active users and their total listening time on our platform.

### *Gross profit and gross profit margin*

As a result of the foregoing, our gross profit increased by 80.1% from RMB647.2 million in 2018 to RMB1,165.7 million in 2019. Our gross profit margin remained relatively stable at 43.6% during the same period.

### *Total operating expenses*

Our total operating expenses increased by 41.4% from RMB1,363.5 million in 2018 to RMB1,928.5 million in 2019.

*Research and development expenses.* Our research and development expenses increased by 73.5% from RMB249.6 million in 2018 to RMB433.0 million in 2019. The increase was primarily due to the increase in research and development personnel compensation expenses of RMB155.3 million, including increase in research and development personnel and increase in average salary of research and development personnel.

*Sales and marketing expenses.* Our sales and marketing expenses increased by 27.2% from RMB939.9 million in 2018 to RMB1,196.0 million in 2019. This increase was primarily attributable to the increase in online advertising and marketing to promote our brand image and mobile apps of RMB210.6 million in 2019. In addition, the commission to distributors and other platform increased in line with the expansion of our revenue.

*General and administrative expenses.* Our general and administrative expenses increased by 74.4% from RMB187.7 million in 2018 to RMB327.4 million in 2019. This increase was primarily attributable to (i) the increase in our employee salary and benefit expenses of RMB100.1 million, (ii) the increase in professional service expenses, and (iii) the increase in office expenses.

*Other income, net.* Our other income (net) increased by 103.4% from RMB13.7 million in 2018 to RMB27.9 million in 2019. This increase was primarily attributable to government subsidies resulting from our cooperation in audio business with local governments in China.

### *Loss from operations*

Our loss from operations slightly increased by 6.5% from RMB716.2 million in 2018 to RMB762.8 million in 2019.

### *Other income/(expenses)*

*Investment income.* Our investment income decreased by 40.8% from RMB22.6 million in 2018 to RMB13.4 million in 2019. The change in investment income was mainly due to the decrease of wealth management products we purchased from banks.

*Interest income.* Our total interest income increased by 20.5% from RMB4.6 million in 2018 to RMB5.5 million in 2019.

*Interest expense.* Our interest expense increased by 130.6% from RMB9.8 million in 2018 to RMB22.5 million in 2019. The increase is mainly relating to the increase in bank loans and debts in connection with our reorganization.





*Foreign exchange gains (losses).* We recorded foreign exchange gain of RMB1.9 million in 2018 and recorded foreign exchange loss of RMB3.3 million in 2019, respectively.

*Fair value change of equity securities investees.* Our fair value change of equity investees decreased by 91.8% from RMB5.7 million in 2018 to RMB0.5 million in 2019. The decrease is mainly relating to fair value gain from our equity investments in private companies.

*Other, net.* Others, net primarily consists of non-operating income and expenses. We incurred other gain of RMB1.1 million and RMB0.4 million in 2018 and 2019, respectively.

### *Income tax expense*

We did not incur any income tax expense in 2018 and 2019 due to tax loss position.

### *Equity in loss of affiliated companies*

Our equity in loss of affiliated companies of decreased by 94.6% from RMB83.6 million in 2018 to RMB4.5 million in 2019. The equity loss in 2018 was mainly related to one equity method investment and the carry amount of such investment was reduced to zero as of December 31, 2018. Thus, no such continue equity in loss recorded in 2019.

### *Net loss*

As a result of foregoing, our net loss slightly decreased from RMB773.7 million in 2018 to RMB773.3 million in 2019.





### Selected Quarterly Results of Operations

The following table sets forth our unaudited consolidated quarterly results of operations for the periods indicated. You should read the following table in conjunction with our consolidated financial statements and the related notes included elsewhere in this prospectus. We have prepared this unaudited condensed consolidated quarterly financial data on the same basis as we have prepared our audited consolidated financial statements. The unaudited condensed consolidated quarterly financial data includes all adjustments, consisting only of normal and recurring adjustments, that our management considered necessary for a fair statement of our financial position and operating results for the quarters presented.

| | For the Three Months ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | March 31, 2019 | June 30, 2019 | September 30, 2019 | December 31, 2019 | March 31, 2020 | June 30, 2020 | September 30, 2020 | December 31, 2020 | March 31, 2021 |
| | (RMB in thousands) | | | | | | | | |
| Revenue | 482,800 | 624,700 | 628,053 | 941,455 | 699,275 | 905,915 | 1,042,239 | 1,402,592 | 1,155,230 |
| Subscription | 237,273 | 285,166 | 316,896 | 400,834 | 393,956 | 401,729 | 444,840 | 512,126 | 515,542 |
| Advertising | 74,149 | 143,671 | 98,349 | 300,030 | 100,812 | 217,982 | 289,226 | 463,763 | 265,713 |
| Live streaming | 128,044 | 162,339 | 162,352 | 165,355 | 147,470 | 177,062 | 167,166 | 223,815 | 189,974 |
| Education services | — | 401 | 2,336 | 10,132 | 25,179 | 44,019 | 68,163 | 90,988 | 149,835 |
| Other innovative products and services | 43,334 | 33,123 | 48,120 | 65,104 | 31,858 | 65,120 | 72,844 | 109,900 | 34,166 |
| Cost of revenues | (311,818) | (351,955) | (386,620) | (460,944) | (437,810) | (457,415) | (504,822) | (664,655) | (589,617) |
| Gross profit | 170,982 | 272,745 | 241,433 | 480,511 | 261,465 | 448,500 | 537,417 | 737,937 | 565,613 |
| Operating expenses: | | | | | | | | | |
| Research and development expenses | (95,227) | (97,719) | (111,624) | (128,392) | (170,820) | (136,624) | (149,501) | (154,936) | (172,036) |
| Sales and marketing expenses | (277,626) | (268,531) | (215,143) | (434,701) | (291,775) | (331,313) | (385,731) | (673,460) | (565,225) |
| General and administrative expenses | (60,380) | (77,675) | (80,415) | (108,960) | (93,275) | (83,622) | (94,800) | (113,245) | (148,607) |
| Other income, net | 739 | 1,720 | 16,155 | 9,268 | 995 | 23,410 | 13,541 | 10,630 | 10,672 |
| Total operating expenses | (432,494) | (442,205) | (391,027) | (662,785) | (554,875) | (530,149) | (616,491) | (931,011) | (871,194) |
| Loss from operations | (261,512) | (169,460) | (149,594) | (182,274) | (293,410) | (81,649) | (79,074) | (193,074) | (305,581) |
| Investment income | 2,700 | 5,216 | 1,764 | 3,708 | 2,125 | 3,363 | 2,046 | 8,277 | 14,039 |
| Interest income | 756 | 2,890 | 769 | 1,116 | 840 | 305 | 116 | 295 | 1,415 |
| Interest expense | (6,009) | (1,354) | (7,334) | (7,813) | (11,347) | (14,304) | (8,678) | (635) | (847) |
| Foreign exchange gains (losses) | 275 | (47) | (2,361) | (1,152) | 731 | (1,209) | 913 | (2,107) | 826 |
| Fair value change of equity securities investments | — | — | — | 467 | 11,333 | (708) | 3,005 | 19,322 | 22,620 |
| Others, net | 269 | 182 | (8) | (4) | 284 | 389 | 2,375 | 1,122 | 589 |
| Loss before income tax expenses and equity in (losses) gains of affiliated companies | (263,521) | (162,573) | (156,764) | (185,952) | (289,344) | (93,813) | (79,297) | (166,800) | (266,939) |
| Income tax expense | — | — | — | — | — | — | — | — | — |
| Equity in (losses) gains of affiliated companies | 1,579 | 3,251 | 2,138 | (11,440) | 6,624 | 9,324 | 10,059 | (1,829) | (309) |
| Net loss | (261,942) | (159,322) | (154,626) | (197,392) | (282,720) | (84,489) | (69,238) | (168,629) | (267,248) |





Our quarterly revenues generally increased over these periods, subject to certain seasonal fluctuations. We typically generate less revenue in first quarter of each year, primarily due to less user traffic and business activities during Chinese New Year holiday season. Our quarterly cost of revenues generally increased during these periods, which was in line with the growth trend of our revenues. Our quarterly total operating expenses generally showed a gradual increasing trend during these periods with certain fluctuations as we incurred those operating expenses generally in line with our business development and operations. The trend we have experienced in the past may not apply to, or be indicative of, our future results of operations.

### Taxation

### *Cayman Islands*

Under the current laws of the Cayman Islands, we are not subject to tax on income or capital gains. Additionally, payments of dividends by us to our shareholders will not be subject to taxation in the Cayman Islands, and no withholding tax will be imposed on the payment of a dividend to any holder of our shares.

### *British Virgin Islands*

Under the current laws of the British Virgin Islands, entities incorporated in British Virgin Islands are exempted from income tax on their foreign-derived income in the British Virgin Islands. There are no withholding taxes in the British Virgin Islands.

### *United States*

Our subsidiary in California, United States is subject to U.S. federal corporate tax and California corporate franchise tax on its taxable income as reported in its statutory financial statements adjusted in accordance with relevant U.S. tax laws. The applicable U.S. federal corporate tax rate is 21% and the California corporate franchise tax rate is 8.84%.

### *Hong Kong*

Our subsidiaries in Hong Kong are subject to the uniform tax rate of 16.5%. Under Hong Kong tax law, our subsidiaries in Hong Kong are exempted from income tax on their foreign-derived income and there is no withholding tax in Hong Kong on remittance of dividends. No provision for Hong Kong profits tax was made as we had no estimated assessable profit that was subject to Hong Kong profits tax during 2018, 2019, 2020 or the three months ended March 31, 2021.

### *PRC*

Generally, our subsidiaries and consolidated VIEs in China are subject to enterprise income tax on their taxable income in China at a rate of 25%, except where a special preferential rate applies. The enterprise income tax is calculated based on the entity's global income as determined under PRC tax laws and accounting standards.

Shanghai Ximalaya and other four subsidiaries obtained the "High and New Technology Enterprises" ("HNTE") certificate with a valid period of three years during the track record periods. Therefore, Ximalaya VIE and other four subsidiaries are eligible to enjoy a preferential tax rate of 15% to the extent it has taxable income under the EIT Law, as long as it maintains the HNTE qualification and duly conducts relevant EIT filing procedures with the relevant tax authority.

We are subject to value-added tax, or VAT, at a rate of 6% on the services we provide, less any deductible VAT we have already paid or borne. We are also subject to surcharges on VAT payments in accordance with PRC law.





If our holding company in the Cayman Islands or any of our subsidiaries outside of China were deemed to be a "resident enterprise" under the PRC Enterprise Income Tax Law, it would be subject to enterprise income tax on its worldwide income at a rate of 25%. See "Risk Factors—Risks Relating to Doing Business in China—If we are classified as a PRC resident enterprise for PRC income tax purposes, such classification could result in unfavorable tax consequences to us and our non-PRC shareholders or ADS holders."

### Internal Control over Financial Reporting

Prior to this offering, we have been a private company with limited accounting personnel and other resources with which to address our internal control and procedures and we were never required to evaluate our internal control within a specified period, and, as a result, we may experience difficulty in meeting these reporting requirements in a timely manner. Our management has not completed assessment of the effectiveness of our internal control over financial reporting, and our independent registered public accounting firm has not conducted an audit of the effectiveness of our internal control over financial reporting.

In the course of preparing and auditing our consolidated financial statements for the years ended December 31, 2018, 2019 and 2020, we and our independent registered public accounting firm identified a material weakness in our internal control over financial reporting as of December 31, 2020. As defined in the standards established by the U.S. Public Company Accounting Oversight Board, a "material weakness" is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our company's annual or interim consolidated financial statements will not be prevented or detected on a timely basis. The material weakness identified relates to our lack of competent accounting and financial reporting personnel with appropriate knowledge of U.S. GAAP and SEC reporting requirements to formalize and carry out key controls over the financial reporting process and to properly address complex accounting issues and to prepare and review consolidated financial statements and related disclosures in accordance with U.S. GAAP and SEC financial reporting requirements.

We plan to implement a number of measures to address the material weakness, including: (1) hiring additional qualified resources equipped with relevant U.S. GAAP and SEC reporting experience and qualifications to strengthen the financial reporting function and to set up a financial and system control framework; (2) implementing regular and continuous U.S. GAAP accounting and financial reporting training programs for accounting and financial reporting personnel; (3) establishing effective oversight and clarifying reporting requirements for non-recurring and complex transactions to ensure consolidated financial statements and related disclosures are accurate, complete and in compliance with U.S. GAAP and SEC reporting requirements; and (4) preparing comprehensive accounting policies, manuals and closing procedures to improve the quality and accuracy of their period-end financial closing process. We intend to remediate this material weakness in multiple phases and expect that we will incur certain costs for implementing our remediation measures. As of the date of this prospectus, we just started to implement these remedial measures and have not made any material progress. We estimate that we will fully implement those remedial measures by the end of 2022 and incur remediation costs, including but not limited to professional service fee, recruitment fee, training fee and others, of approximately US$5 million. We cannot assure you, however, that all these measures will be sufficient to remediate our material weakness in time, or at all. See "Risk Factors—Risks Relating to Our Business and Industry—If we fail to maintain an effective system of internal control over financial reporting, we may be unable to accurately report our financial results or prevent fraud."

[illegible]

[illegible]




**Emerging Opportunities in the Online Audio Industry**

The development of the online pay-for-content market has created increased user demand for diversified content. As users gradually develop the habit of paying for content, the number of paying users in the market is growing rapidly. According to CIC, by the end of 2020, the number of paying users in the online pay-for-content market reached 400 million, implying a CAGR of 22.8% from 176 million in 2016.

The popularization of IoT technology has also further expanded online audio's distribution channels. The increase in demand for better user experience has accelerated the sales and acceptance of smart speakers in China. According to CIC, the shipment volume of smart speakers in China soared from less than 100 thousand units in 2016 to over 40 million units in 2020, at a CAGR of more than 370%. The applications of IoT technologies have greatly expanded the forms and application scenarios of smart hardware, which continues to bring traffic flows to the online audio market and facilitates the connection between IoT and the audio content ecosystem.

The expansion of online audio's application scenarios will continue to be fueled by the rise of V2X. As the world's largest automobile consumer market, China boasts massive car ownership and new car sales, which have provided a good market environment for the development of V2X technology. According to CIC, 48.8% of newly shipped cars were equipped with the V2X technology in 2020, and the ratio is expected to reach 75.9% by 2025. In-car audio is expected to become another mainstream scenario of online audio, driven by a combination of users' need for entertainment while driving and the wide application of in-car devices.

The development of the online education market has further broadened the boundaries of the online audio industry. Fierce competition in today's society compels people to incrementally use their fragmented daily free time to improve themselves. Online audio content with educational attributes can benefit from this trend by meeting users' demand for education. As a result, online audio players have expanded into the education segment, covering multiple verticals such as preschool education, parent-child education, foreign language learning, business finance education, vocational training, etc.





Lastly, the rise of audio social media has further expanded the market for online audio content. With its ability to enable easy, intimate and real-time interactions, audio social media has the potential to offer additional application scenarios for the "economy of ears."

**Competitive Landscape**

The three main types of players in China's online audio platform industry are content-focused platforms, interaction-focused platforms and comprehensive platforms. Among them, comprehensive platforms enjoy the most significant growth, thanks to their diversified audio content offerings and use case scenarios. Comprehensive platforms are expected to drive innovation in the online audio industry.

Entry barriers to China's online audio industry remain high for the following reasons:

***Comprehensive and exclusive content.*** Most new users are initially attracted to online audio platforms by the content offerings on such platforms, so a wide selection of exclusive audio content is critical to any online audio platform.

***Content creator ecosystem.*** Currently, many online audio platforms are trying to create a community that encourages more users to create original content, as this helps to improve user loyalty and engagement. Establishing such an ecosystem requires a large amount of capital and significant operational capacities, making it overwhelming for new entrants.

***Scale of user base.*** Some of the leading online audio platforms have accumulated a large number of active users and paying members. A large user base is critical for the monetization of traffic as well as driving content creation and consumption.

***Technological infrastructure.*** Effective use of advanced audio technologies including ASR, NLP and TTS is required to improve the efficiency of content production, distribution and quality control, as well as enhance the user experience.

***Monetization capabilities.*** Sustainable and diversified monetization is critical to online audio platforms. Currently, leading online audio platforms have already developed multiple streams of revenue, including paid on-demand content, membership subscription, advertising, virtual gifts in live streaming, among others.

**Key Success Factors**

The online audio industry has rich and diversified content offerings. Due to the varied sources of content and the short production cycle, platforms often have a strong bargaining power against content creators. For PGC IP holders, which primarily include traditional publishers, internet literature platforms, IP holders, celebrities and scholars, partnering with audio platforms can increase the influence of PGC by maximizing its reach. PUGC is produced by professional content creators such as broadcasters of audio programs, audiobooks, and paid educational content. Their premium content has not only brought cash flows to themselves, but also expanded the content library of platforms. Lastly, UGC can enrich platforms' long-tail content and social networking strategies and increase users' activity and engagement.

It is also becoming important for online audio platforms to build a community-based ecosystem with a positive feedback loop that stimulates content creators to produce more high-quality content. Since content creators are oftentimes users themselves, this will help online audio platforms to achieve better user interaction and loyalty.

In addition, with the development of other forms of media carriers, IoT devices and connected vehicles are becoming the next important user scenario for online audio platforms to expand their reach. Integration of audio content in IoT devices and connected vehicles is increasing rapidly, presenting a large opportunity for online audio platforms.





AI technologies and big data analytics capabilities are also critical in ensuring competitiveness. As all of the audio content on the platform needs to go through content censorship before it can be officially released, the introduction of ASR is critical in streamlining censorship to improve efficiency. In addition, the combination of ASR and TTS enables faster and more precise transitions between texts and audio, which greatly enhances the efficiency of content production.

Lastly, online audio platforms need to continue to explore diversified monetization models. These will not only help online audio platforms to achieve better cash flow, but also lead to the development of more innovative initiatives.





## BUSINESS

**Our Mission**

Our mission is to empower people to share wisdom and embrace a better life via voice.

**Our Vision**

Our vision is to become a leader of the global audio ecosystem and the best content creation platform in the world.

**Our Values**

Our core values are to be user-centric, and to be altruistic to our partners. We inspire people to scale new heights and reach their own Himalayas.

**Who We Are**

We are the largest online audio platform in China in terms of average MAUs, total mobile listening time, and total revenues in 2020, according to CIC. We have built a platform where our content creators and users can connect and interact with one another, and through which, we advocate for a brand new lifestyle and provide lifelong nourishment to every generation within the family. We aspire to redefine how people produce, share and consume knowledge, information and entertainment content, pioneering the audio-based "Economy of Ears," according to CIC.

Ximalaya has become an essential part of our users' daily lives. We are the online audio platform of choice by users, according to the survey conducted by CIC. In the first quarter of 2021, we had average MAUs of 250 million, including 104 million mobile MAUs from our mobile apps and 146 million MAUs who listened to our audio content through internet-of-things (IoT) and other third-party platforms. Meanwhile, in the first quarter of 2021, the average mobile MAUs on our flagship mobile app "Ximalaya" ranked first among China's independent online audio apps, and exceeded the sum of average mobile MAUs of the nine apps that were ranked immediately below us, according to CIC. In 2020, users on our mobile apps spent a total of 1,564.3 billion minutes listening to our audio content, accounting for approximately 75.0% of total mobile listening time among all online audio platforms in China, according to CIC.

**Our Understanding of "Audio"**

Since prehistoric times, voice has served as the primary means through which people communicate, share, discover and learn. For instance, *Analects of Confucius*, or *Lun Yu* (论语), a Chinese Confucian classic that records the words and deeds of Confucius as well as those of his disciples, and Buddhism preaching by Sakyamuni, the religious leader of Buddhism, were both initially handed down through word of mouth in conversational style. Nowadays, internet media has brought new vigor and vitality into voice as a critical means for cross-culture interaction and communication. Voice conveys emotions and companionship in a more touching and intimate way, and offers bigger room for imagination, as compared to text or video. Audio content consumption has become an important part of daily life, leading to a new lifestyle.

Deeply rooted in the mobile internet and IoT era, significant development of the audio industry is the trend of the times.

- *Audio is a rare medium that offers simultaneous companionship.* Audio is able to accompany people anywhere at any time with content that enriches their life experience and lightens up their days, in parallel to their bustling life;





- *Audio is the perfect match for IoT.* Due to its companionship nature, audio has a wide range of application scenarios, such as smart wearable devices, smart home devices and in-car devices. These devices deliver pleasure and services wherever a listener goes and greatly improve the quality of people's lives, which makes audio the perfect match for IoT product and service offerings;
- *Audio shields people from information overload and allows them to retain inner peace.* Information overload intrudes into people's minds and lives. Audio, on the other hand, provides an immersive experience. Audio allows listeners to focus on themselves, set them free from noises and information overload from the outside world. Voice calms the listeners down, enriches their well-being, and allows them to retain inner peace;
- *The production and consumption of audio content could be diversified, personalized and popularized, leveraging the mobile internet infrastructure and other technologies.* Leveraging mobile internet infrastructure and other technologies, audio content could be produced by anyone—bringing significant diversity and personal touch to the audio content, and also for anyone—representing personalized and popularized content offerings to users of different age groups. Utilization of such technologies and their integration with mobile internet infrastructure have made and will continue to make audio easily accessible in a variety of scenarios in people's daily lives, fulfilling the increasing needs for self-achievement, companionship, relaxation and nursery usages.
- *The "Economy of Ears" era is here.* We believe the power that audio could bring to human beings has not been fully unleashed. Despite the rapid growth of the audio industry in the past few years, the discovery and realization of the true value of audio has just been revealed. In particular, we believe the rising trend of IoT and in-car listening scenarios will bring enormous opportunities and potentials to the future prosperity of the "Economy of Ears."

**Our World of Voices**




According to CIC, we are the pioneer of the era of online audio and the "Economy of Ears." We have built a world of voices where everyone can easily listen to and share their ideas, connecting people's minds and wisdom.

- *Connecting and serving users through voice*: We connect and serve a massive and loyal user base through omni-channel coverage via voice. Our online audio service offerings create a world in parallel to the daily life of our users, through which we reach, connect and serve our users simultaneously when





  they wake up, during their commute, at their spare time or before bedtime with our diversified audio content. Our online audio content offerings also embrace comprehensive needs that a person may have throughout their lifespan, delivering diversified yet personalized audio content to address specific demands at different stages of their lives and conveying care to every generation within the family. Due to the companionship that voice offers, we are able to seamlessly expand the application scenarios from mobile applications to IoT and in-car devices as well as other third-party platforms, enabling us to serve our users more conveniently.
- *Understanding the world through voice*: We strategically and systematically audioize human history, civilization and wisdom, helping people better understand the world and share their wisdom through our high-quality and diversified audio content ecosystem. We offer a broad range of audio content across 100 genres, including but not limited to educational training, history and humanities, parenthood, business and commerce, and entertainment.
- *Facilitating the formation of communities with network effects through voice*: We have brought together communities of people who are connected with one another over billions of minutes of audio content. Utilizing voice as the medium and through our platform, our content creators attract and reach an audience of their own and form groups of users who share the same interest and appreciation, enabling them to communicate and interact with each other on our platform and in turn further attracting more users to such communities and inviting more in-depth communication and interaction.
- *Better understanding voice through technology*: Artificial intelligence (AI) technology and big data analytic capabilities play an important role in content production, distribution and operation. On one hand, leveraging our proprietary AI and big data technologies to conduct deep learning on our data, we have established an AI-enabled discovery and recommendation mechanism and smart tagging system to improve the content distribution accuracy and efficiency as well as the user experience. On the other hand, our proprietary technologies could also assist us in better producing high-quality audio content. For example, our cutting-edge text-to-speech (TTS) technology and automatic speech recognition (ASR) technology allow us to efficiently convert a large amount of text in news, articles and books to audio or vice versa, significantly expanding the size and variety of content available on our platform.
- *Creating value through voice*: Our deep insights into audio content and users, unique core values and robust execution abilities enable us to realize increased revenue for third-party IP partners and content creators. In 2020, we helped more than 161,000 content creators and third-party IP partners achieve income of RMB1.3 billion from our revenue sharing. In addition, we have realized the value of our platform and proven our diversified monetization venues. We generate revenue from subscription, advertising, live streaming, education services, and other innovative services and products. In the first quarter of 2021, our average monthly active mobile paying users from our platform reached 13.9 million, representing a 70.2% increase from the same period in 2020. During the same period of 2021, the average monthly active mobile user paying ratio on our mobile platform was approximately 13.3%.





**Our Scale and Financial Performance**




Notes:
(1) Among all online audio platforms in China, according to CIC.
(2) Excluding trial members.
(3) Refers to content creators who have uploaded at least one piece of audio content during the applicable period.
(4) As of March 31, 2021.

We have achieved strong revenue growth in recent years and demonstrated our diversified monetization capabilities. Our revenues increased by 81.4% from RMB1,475.8 million in 2018 to RMB2,677.0 million in 2019, and further by 51.3% to RMB4,050.0 million (US$620.7 million) in 2020. Our revenues increased by 65.2% from RMB699.3 million for the three months ended March 31, 2020 to RMB1,155.2 million (US$176.3 million) for the same period in 2021. We recorded gross profit of RMB647.2 million, RMB1,165.7 million and RMB1,985.3 million (US$304.3 million) in 2018, 2019 and 2020, respectively. We recorded gross profit of RMB261.5 million and RMB565.6 million (US$86.3 million) for the three months ended March 31, 2020 and 2021, respectively. Our net loss decreased from RMB773.7 million in 2018 to RMB773.3 million in 2019, and further decreased to RMB605.1 million (US$92.7 million) in 2020. Our net loss decreased from RMB282.7 million for the three months ended March 31, 2020 to RMB267.2 million (US$40.8 million) for the same period in 2021. Our adjusted net loss, a non-GAAP financial measure, was a loss of RMB773.7 million in 2018, RMB773.3 million in 2019 and RMB546.8 million (US$83.8 million) in 2020. Our adjusted net loss for the three months ended March 31, 2020 and 2021 was RMB224.5 million and RMB248.9 million (US$38.0 million), respectively. See "Summary Consolidated Financial and Operating Data—Non-GAAP Measure" for details.

**Our Strengths**

***The largest online audio platform in China***

We are the largest online audio platform in China in terms of average MAUs, total listening time and total revenues in 2020, according to CIC. We are the online audio platform of choice by users, according to the survey conducted by CIC.

We benefit from a strong leadership advantage that has enabled us to address and capture the market opportunities in China ahead of our peers. In the fourth quarter of 2020, the average mobile MAUs on our flagship mobile app "Ximalaya" ranked first among China's independent online audio apps, and exceeded the sum of average mobile MAUs of the nine apps that were ranked immediately below us. During 2020, users on





our mobile apps spent a total of 1,564.3 billion minutes listening to our audio content, accounting for approximately 75.0% of total mobile listening time among all online audio platforms in China, according to CIC.

Our dominant market position and excellent operating performance have resulted in strong operational resilience that serves to continually strengthen our industry leadership and position us well to further capitalize on the growth potential of China's online audio market.

***Rich content ecosystem with a massive and ever-growing content library***

According to CIC, we have the most comprehensive audio content ecosystem, including the largest audio content library and the most audio content creators.

As of March 31, 2021, we had audio tracks of more than 280 million with a total content hours of 2.1 billion minutes, consisting of professionally-generated content, or PGC, professional user-generated content, or PUGC, and user-generated content, or UGC, under a broad range of audio content across 100 genres, including but not limited to educational training, history and humanities, parentage, business and commerce, and entertainment. In 2020, we had approximately 5.2 million active content creators.

Leveraging our "PGC+PUGC+UGC" strategy, we have established a healthy, balanced and vibrant content ecosystem that achieves omni-coverage in audio content, ranging from top-tier professionally-generated content to long-tail user-generated content.

- *Strategic focus on top-tier PGC.* We have formulated our strategy since inception to collaborate with top-tier publishers, online literature platforms, content creators and key opinion leaders (KOLs) for copyright licensing and have successfully maintained long-term cooperative relationship with them. As a result, we have accumulated comprehensive copyrighted content resources and secured the upstream copyrights advantage for continuous production of high-quality audio content. As of December 31, 2020, we have established collaboration with over 140 top publishers, such as CITIC Press and Jinjiang Literature Network. We obtained exclusive copyright licensing for approximately 71.0% of our top 100 albums in terms of total listening time in the three months ended March 31, 2021. In 2015, we also entered into a 20-year online audio copyright agreement with affiliates of China Literature (阅文集团), a leading online literature platform in China, which grants us rights to produce and offer a large number of audiobooks. Additionally, we entered into cooperation with well-established institutions, such as Deyunshe (德云社), a well-known Chinese Xiangsheng (or "crosstalk") and folk art performance group, and MeWe Media, a leading online content production company. We also collaborated with renowned professionals and authors such as Wu Xiaobo (吴晓波), who hosts a business and finance course on our platform, and Yu Qiuyu (余秋雨), who focuses on creating content on history and humanities.
- *Unique PUGC model.* We are one of the earliest content platforms in China to promote PUGC, which has shown significant growth in popularity as it combines the content breadth offered by UGC and the quality and specialization offered by PGC. Leveraging our big data analytic capabilities and AI technologies, we established a marketplace platform named "A+" where we are able to match the right PUGC creators with the high-quality copyrighted content we have sourced to produce highly attractive content. We closely monitor and observe our PUGC creators and identify those with the most potential for success. We then offer them regular trainings, collaborate with them to produce professional-quality content and accelerate their growth by actively promoting their content on our platform. As a platform, we not only get stable production of high-quality audio content from those PUGC creators, but also provide compelling value propositions to retain them, including but not limited to through various cultivation and support initiatives as well as financial returns. As a result, 98.7% of all the PUGC creators who received compensation of more than RMB100,000 in 2019 from us continued to produce and upload audio content in 2020. Benefiting from our unique PUGC model, PUGC creators, such as *Voice of Zijin (有声的紫襟)*, *Cai Cai (采采)* and *Huan Ying Kong (幻樱空)*, got the opportunity





  to be heard by millions of people and to rise and shine in the online audio industry. Voice of Zijin was also included in Forbes China's 2019 Under 30 Elite List, receiving recognition from the mainstream commercial community.
- *Well-established UGC content ecosystem.* Inspired by our mission to empower people to share wisdom and embrace a better life via voice, we encourage and invite all of our users to showcase their talent and upload original audio content generated by them. We view UGC as an important part in maintaining our vibrant and diversified ecosystem as it helps to promote our brand, expand our reach through diversified content, and further drive user engagement and stickiness.

***An enormous and highly engaged user base***

We have an enormous and highly engaged user base. We attract users to our platform and help them discover their interests through a variety of smart discovery, recommendation and real-time interactive features on our platform. In the first quarter of 2021, the number of average MAUs across our platform reached 250.3 million, consisting of average mobile MAUs of 104.3 million and average IoT and other platform MAUs of 146.0 million. In 2020, the average daily time spent per active user on our mobile apps was approximately 141 minutes, as compared to 134 minutes in 2019 and 123 minutes in 2018, calculated by dividing the total time spent on our mobile apps in 2020, 2019 and 2018 by the average number of mobile active users per day of 29.0 million in 2020, 22.2 million in 2019 and 14.8 million in 2018, respectively, further divided by the number of days during the specified period.

The highly engaged dynamics are demonstrated by the paying behavior of our users. Thanks to our efforts in offering high-quality content and superior user experience, the number of paying users has been increasing over time. In the first quarter of 2021, our average monthly active mobile paying users on our platform reached 13.9 million, representing a 70.2% increase from the same period in 2020. Our automatic renewal paying members and annual paying members accounted for approximately 64.5% of our total active members in the first quarter of 2021. In the first quarter of 2021, the average monthly active mobile user paying ratio was approximately 13.3%.

Our platform also serves as a one-stop online audio destination that allows people to engage with each other whenever, wherever. By doing so, we have brought together a community of people who are connected with one another over approximately 2.1 billion minutes of audio content.

***Diversified scenario coverage laying a solid foundation for the era of IoT***

The rapid development of technologies has led us through the PC era and the mobile internet era, allowing our content to be simultaneously listened to by babies in their mothers' wombs, young children for bedtime stories, parents commuting to and from work, and retirees doing their morning exercises in the park. Now, the technology development has brought us to the era of IoT. With the extensive development of smart hardware devices, the means and scenarios we could adopt and integrate with in order to reach our users has become more diverse and easily accessible, making our idea to make everything audioized become truly possible.

We saw the potential of the application scenario of audio content long ago and have established our presence in this sector way ahead of any other industry players. In the first quarter of 2021, we already had average monthly MAUs of 48.3 million on IoT and in-car devices. We cooperate with over 60 automobile makers in China, including Tesla China, Mercedes-Benz, BMW, Audi, Geely and BYD, to provide in-car audio content through pre-installed devices. We have also established partnerships with major smart home appliance designers and manufacturers.

Benefiting from the first-mover advantage that has enabled us to capture the market potentials in the IoT sector in China ahead of our peers, we are well positioned to achieve significant growth and maximize our monetization capabilities in the era of IoT.





***AI-powered and data-driven platform***

We incorporate robust AI technologies and data analytics capabilities into various aspects of our operation, including but not limited to production, distribution and fine management of audio content. By doing so, we empower our content creators, our users and our platform to collectively build a content ecosystem with powerful network effects.

We apply our AI and industry-leading audio-related technologies and business intelligence to empower content creators and furnish them with a suite of basic technology infrastructure and tools. For instance, we apply our cutting-edge TTS technology to empower our content creators to enhance content creation efficiency. Also, we have accumulated massive business intelligence through years of operation and data analytics capabilities based on user behavior. We feed that business intelligence to our content creators for them to better understand evolving user preferences so that they can optimize their content to cater to the tastes and preferences of our users.

We apply our AI technologies and business intelligence to optimize user experience. Our algorithms are designed to anticipate a user's preferences using factors such as demographics and past listening behavior. Utilizing our AI technologies and operational capabilities, we manage to facilitate targeted and personalized content discovery and recommendation for our users so that we can increase their usage of and their listening time spent on our platform. We continuously perfect our understanding of our users, and in turn optimize and customize their content feeds and initiate effective interactions with our users to increase their stickiness and loyalty to our platform.

We apply our AI technologies and data analytics capabilities to create value for our advertisers. Leveraging our AI technologies and data analytics capabilities, we adjust the frequency and the format precisely to better match user preference, hence increasing users' acceptance of the advertisements and enhancing the effectiveness of such advertisement placements.

***Proven monetization capabilities with diversity***

We have a diversified and balanced monetization model. Our revenues increased by 81.4% from RMB1,475.8 million in 2018 to RMB2,677.0 million in 2019, and further by 51.3% to RMB4,050.0 million (US$620.7 million) in 2020. Our revenues increased by 65.2% from RMB699.3 million for the three months ended March 31, 2020 to RMB1,155.2 million (US$176.3 million) for the same period in 2021. We have also been able to generate more revenue per user over time.

We derive our revenues from (i) subscription, (ii) advertising, (iii) live streaming, (iv) education services, and (v) other innovative products and services.

- *Subscription.* Revenue from subscription includes membership subscription and paid on-demand listening, which is primarily driven by our ability to attract and retain paying users on our platform. The number of our average monthly active mobile paying users on our platform increased by 201.7% from 2.3 million in the fourth quarter of 2018 to 7.1 million in the fourth quarter of 2019, and further by 78.9% to 12.6 million in the fourth quarter of 2020. The number of our average monthly active mobile paying users on our platform also increased by 70.2% from 8.2 million in the first quarter of 2020 to 13.9 million in the first quarter of 2021.
- *Advertising.* We offer advertisers a full suite of advertising services to effectively reach their target audience based on our insights into users, including performance-based and brand advertisements. In particular, orders for performance-based advertisements doubled in 2020, representing enormous growth potential. We also continue to innovate and offer new technologies and products with the goal to provide the best value to both advertisers and our users. For example, we introduced programmatic advertising in 2019, which significantly improved precision targeting and effectiveness and could serve as a strong driving force for future increases in our advertising revenue.





- *Live streaming.* Live streaming is also one of our key revenue streams. We have established a live streaming platform for hosts which integrates key features such as virtual gifts purchases. Users can send virtual items to the live streaming hosts as a way for them to show support and appreciation, which helps the live streaming hosts establish fan economy and also increases the paying ratio of our users and their engagement. We derive revenue from the sales of virtual gifts and a portion of such revenue is shared with the live streaming hosts and their agents based on a pre-agreed percentage.
- *Education services.* We provide in-depth education products customized for different user groups on our platform and generate revenue from them. We incubated a suite of education product offerings based on a variety of demands we observed from our users. For example, we found that among our users, parents with young and teenage children have large unmet demands in finding high-quality educational materials for their children, people are in need of short but effective vocational training courses on the go to help them advance in their career, and businesses are also looking for flexible and effective ways to provide training to their employees. The education products we offer have gained significant traction and have created strong synergies across categories.
- *Other innovative products and services.* As we continue to innovate our services and products based on the needs of our users, we have also generated revenues from these innovations, primarily from sales from in-house developed IoT devices, cultural and creative IP derivative works, customized audioization services, e-commerce, and audio-to-text publishing which would enable us to convert popular albums into published books.

Our extensive audio content library and steadily growing user base provide us with great opportunities and prospects to accomplish further revenue growth. As certain of our revenue streams are still at their early stages of monetization, our monetization and growth potentials are enormous, especially given that we have not initiated large scale monetization efforts on our IoT and other platform user base yet.

***Visionary and dedicated management team as pioneer and trendsetter of industry***

We have a visionary and dedicated management team with proven track record of entrepreneurial success with solid, diversified and complementary background. Led by our management team, we are one of the earliest movers to step into online audio industry in China and have successfully evolved into the largest online audio platform in China as well as a pioneer of the era of online audio and the "Economy of Ears" according to CIC, making our management team pioneer and trendsetter of industry.

Our co-founder, chairman of the board and chief executive officer, Mr. Jianjun Yu, is a serial entrepreneur with 20 years of experience in entrepreneurship. He has profound insights and a wealth of practical experience and knowledge across internet and online audio industries as well as entrepreneurship and innovations. Mr. Yu founded City8.com in 2016, the world's first street view project, which was later acquired by Baidu. Mr. Yu's rich experience has made him a visionary pioneer and trendsetter of industry, leading the development of our company. In 2020, Mr. Yu was elected as one of the 36 most recognized names of the New Economy decade (from 2010 to 2020) by 36Kr. In addition to Mr. Yu, other members of our senior management team all have extensive and complementary experience across multiple fields, covering technology, internet, entertainment, finance and operation management. The average years of working experience of our senior management team exceeds 15 years.

We have cultivated a rich corporate culture. One of our core values is to inspire people to scale new heights and reach their own Himalayas. We offer our employees a variety of in-house innovative initiatives and incubation opportunities to incubate innovative businesses on our platform and to achieve self-fulfillment. Such culture has allowed us to discover, attract, cultivate and retain capable and talented employees who can more effectively serve our long-term success.





**Our Strategies**

We will continuously drive user value creation with innovation and pursue long-term sustainable strategic goals. Specifically, we plan to implement the following strategies:

***Continue to enrich content offerings and empower our content creators***

In order to further strength our leadership and advantage in content offerings and copyrighted content portfolio, we aim to establish additional long-term partnerships with more top-tier publishers, online literature platforms, content creators and KOLs for copyright licensing and collaboration and continue to produce audio content of superior quality based on those copyrighted content resources. We have been a leading player in adapting trending IP to audio content such as audiobooks and radio drama. Going forward, we strive to further explore the incubation of multiple innovative content formats, including but not limited to audio adaptation programs, audio dramas and audio comics, derived from well-established copyrighted content resources. In addition, we plan to relentlessly refine the granularity of our content offerings by further expanding our content genres to provide users with more diversified and customized content services to satisfy their evolving needs.

We endeavor to build a more engaging and balanced content ecosystem and provide content creators with more monetization opportunities. Through the continuous development and optimization of our easy-to-use audio content creation tools, we intend to actively invite more talented users to participate in our platform as content creators. We will also leverage the data-driven business intelligence and innovative service systems to meet our users' growing needs for more personalized content creation and consumption. Furthermore, we will continue to improve our content creator cultivation and support programs to make sure the needs and demands of our content creators are also addressed and satisfied, providing them with necessary resources and skill training for their growth. We hope such measures will assist our content creators in gaining more extensive influence and provide them with more monetization opportunities.

***Constantly optimize product and service experience based on users' needs, offer our users easier access to their desired content and grow our user base***

We intend to continue to adopt multi-tiered product portfolio and customized content offerings. In particular, we plan to continue to refine our customized *Ximalaya Kids* mobile application for children and their parents by providing extensive and high-quality content targeting children aged below 12, and offering personalized enlightenment and learning programs, such as children's favorite world classic fairy tales, literature, history, philosophy, and science. In the meantime, we will deliver our content to children in an interactive and immersive way to help them develop listening habits and lay a solid foundation for their lifelong learning and growth. We also aim to provide more targeted and localized content and services adapted to different regions to users in tier-3 and below cities. Furthermore, we will optimize user experience and therefore enhance our penetration rate in these markets with our *Ximalaya Lite* mobile application.

Benefiting from our large user base of different age groups, we plan to further implement our user strategy to achieve in-depth, full spectrum user

coverage across different age groups. We will enhance our product and content genres to provide nourishment to our users throughout their lifespan. We intend to enhance the experience of our users in each age group with our strong data analytic capabilities, making our products and services a lifelong companion to them.

We plan to further expand our user base through other innovative products and services. We will continue to provide seamless audio services to our users by developing our IoT and other platforms, in addition to our mobile platform, building audio infrastructure, and empowering various industries. We will offer extensive, seamless and in-depth audio services to satisfy users' different needs and under various scenarios. We will strengthen our positioning in the V2X market as well as connect to more high-quality smart speaker, smart watch, smart TV and other IoT device manufacturers, penetrating into more IoT scenarios and channels and achieving more extensive user reach.



Table of Contents

Building on a broader and larger user base, we aim to cultivate a more dynamic community with a stronger sense of belonging, where the interaction among users, hosts and fan circles will be strengthened via rich interest sharing and social features, therefore further enhancing our user stickiness through growing user interaction and engagement in our audio community.

***Continue to advance our next-generation technology, AI and big data capabilities***

We plan to continue to invest and develop our proprietary technologies as they are critical to our continued success. Our target is to constantly develop advanced and proprietary AI technologies and big data analytics capabilities to empower our innovations and improve our operating efficiency. We aim to achieve more efficient content creation, content recommendation and delivery by optimizing our automatic speech recognition (ASR), natural language processing (NLP) technologies. In the meantime, we will continuously strengthen our text-to-speech (TTS) technology, which will allow us to mass-produce audio content in a more cost-effective and efficient manner.

We strive to create long-term sustainable value for our users, content creators, advertisers and other partners in the audio ecosystem through continuous improvement of AI technologies and big data analytics capabilities. We will gain insights into user preferences and needs through such technology and capabilities and provide more content and services that cater to users' evolving needs in a more precise and efficient manner. We will assist our content creators in producing more targeted and high-quality content and thereby enabling advertisers to place more advertisements that match their targeted customers and make their advertisements more interactive and effective.

***Deliver unique value propositions through continuous innovation***

We plan to continue to bolster our membership privileges and increase paying ratio. To achieve greater scale and sustainable growth of our members, we will continue to enhance our value propositions to our members through more enriched, high-quality content and service offerings, as well as evolving membership privileges.

We also plan to innovate our advertising service offerings. We are committed to achieve sustainable growth in our advertiser base through continuous optimization and innovation of our advertising service offerings. We intend to continuously increase our advertisement inventory and inventory fill rate through innovation in our product, content, and service models. Leveraging AI algorithms and big data, we plan to match our performance-based advertisements with our audio content and end users more accurately, thereby increasing the efficiency and return of investment of advertisement placements for our advertisers. We are also exploring innovative formats to integrate the advertisements with our audio content seamlessly while preserving brands' tonality.

***Provide solutions for lifelong learning and drive the development and prosperity of our education ecosystem***

To address different needs of our users at different stages of their lives, we will provide customized learning content as well as practical and progressive education services to help every user achieve their full potentials. Our services include but are not limited to foundational learning programs for users aged below 18, vocational training for people from all works of life, and enterprise training courses for businesses in various industries to build their own e-learning solutions.

We plan to continuously provide tailored and in-depth education services throughout the life cycle of our users, which are not limited to audio format, to meet our users' personalized demands and enrich our education ecosystem.

**Our Users**

We believe audio has the innate power to bring people together and bond. Since prehistoric times, oral communication has served as the primary means through which we communicate, share, discover and learn. Our



Table of Contents

platform provides a one-stop online destination that allows people to easily listen to and share their ideas with each other. By doing so, we have bring together a community of people who are connected with one another over billions of minutes of audio content.

Our users are at the core of our community. We accompany our users throughout their lives with knowledge, insight, inspiration and entertainment. Our content may be enjoyed by expectant mothers for their unborn babies, young children for bedtime stories, parents commuting to and back from work, and retirees doing their morning exercises in the park. We attract users to our community and help them discover their interests. Through a variety of smart discovery, recommendation and real-time interactive features on our platform, our users can not only find interesting content, but also connect with other users with shared interests.

We have a highly diverse user base with 250 million average MAUs in the three months ended March 31, 2021, including 104 million MAUs from our mobile apps and 146 million MAUs from IoT and other platforms.

Tech-savvy young generation users are forming an increasingly significant part of our community, and we continue to expand our user base in lower-tier cities and rural areas. Based on information voluntarily furnished by users upon registration, as of March 31, 2021, approximately 24% of our users were born in the 1980s, 27% in the 1990s, and 26% in or after the 2000s. 50% were from first- and second-tier cities in China, 39% were from third- and fourth-tier cities and 11% were from lower-tier cities and rural areas.

The rich and convenient audio experience we offer has resulted in a high level of user engagement. In the three months ended March 31, 2021, users on our mobile apps spent a total of 400.8 billion minutes listening to our audio content. In 2020, the average daily time spent per active user on our mobile apps was approximately 141 minutes, as compared to 134 minutes in 2019 and 123 minutes in 2018, calculated by dividing the total time spent on our mobile apps in 2020, 2019 and 2018 by the average number of active users per day of 29.0 million in 2020, 22.2 million in 2019 and 14.8 million in 2018, respectively, further divided by the number of days during the specified period.

Our community has experienced significant and continuous growth during historical periods. In the three months ended March 31, 2018, 2019, 2020 and 2021, we had 73.0 million, 110.1 million 201.7 million and 250.3 million MAUs, respectively. Among the active paying members (excluding trial members) in 2019, 70.3% of them still remained as active paying members in 2020. The following table sets forth our average (i) mobile and (ii) IoT and other platform MAUs for the three months ended December 31, 2018, 2019, 2020 and for the three months ended March 31, 2021:

| | For the Three Months Ended December 31, 2018 | 2019 | 2020 | For the Three Months Ended March 31, 2021 |
|---|---|---|---|---|
| | (in millions) | | | |
| **Mobile MAUs** | 71.5 | 94.9 | 103.6 | 104.3 |
| **IoT and Other Platform MAUs** | 36.3 | 65.2 | 125.3 | 146.0 |
| **Total** | 107.8 | 160.1 | 228.9 | 250.3 |

**Our Content Creators**

Our content creators are also the foundation of our community. By creating and sharing content, they attract followers and form communities of users around their content. While content creators cultivate their follower base with high-quality content, feedback from users also guide and motivate them to create better content, further expanding their influence and user circles. Our large user base also provides content creators with vast opportunities to advance their career, achieve personal goals and realize economic gains. In 2020, we had approximately 5.2 million active content creators, as compared to 3.7 million in 2019 and 2.8 million in 2018.

We have prioritized the attraction, retention and cultivation of a diverse pool of content creators so that we can continue to expand our massive content library and engage more users. Many of our initial content creators



Table of Contents

were our users. As our online audio community continue to grow, these content creators become more professional in content production and many become PUGC creators with our support and cultivation. We also attract more established PGC creators to our platform as our active user base continues to expand. Our content creators now include celebrities and performing artists, professional audiobook narrators and radio drama performers, established experts and professionals from a variety of industries, and people from all walks of life who come to our platform to share their interests and life stories. We collaborate with our content creators to produce (i) professionally-generated content, or PGC, (ii) professional user-generated content, or PUGC, and (iii) user-generated content, or UGC, based on their field of expertise and experience level.

The table below sets forth the cumulative number of content creators and the cumulative number of albums for each of PGC, PUGC and UGC as of December 31, 2018, 2019 and 2020:

| | As of December 31, 2018 | 2019 | 2020 |
|---|---|---|---|
| | (in thousands) | | |
| **Cumulative Number of Albums*** | | | |
| – PGC | 10.7 | 21.4 | 32.5 |
| – PUGC | 13.9 | 22.7 | 34.4 |
| – UGC | 11,629.7 | 14,426.0 | 20,573.7 |
| **Cumulative Number of Content Creators*** | | | |
| – PGC | 1.3 | 2.4 | 3.1 |
| – PUGC | 1.9 | 3.0 | 5.2 |
| – UGC | 6,528.0 | 8,336.2 | 11,323.7 |

Note:
* An "album" refers to an episodic series of audio content in the form of digital audio files that a content creator uploads to our platform. "Cumulative number of albums" refers to the total number of albums available at our platform as of the last day of each fiscal year, and "cumulative number of content creators" refers to the total number of content creators whose album(s) is/are available at our platform as of the last day of each fiscal year.

The table below sets forth the number of active content creators for each of PGC, PUGC and UGC for the year ended December 31, 2018, 2019 and 2020:

| | For the Year Ended December 31, 2018 | 2019 | 2020 |
|---|---|---|---|
| | (in thousands) | | |
| **Number of Active Content Creators*** | | | |
| – PGC | 1.0 | 2.0 | 2.1 |
| – PUGC | 1.6 | 2.6 | 4.6 |
| – UGC | 2,845.0 | 3,739.4 | 5,149.9 |
| Total | 2,847.6 | 3,744.0 | 5,156.6 |

Note:
* "Active content creator" refers to content creators who have uploaded at least one piece of audio content during the applicable period.

The table below sets forth the percentages of the total listening time for each of PGC, PUGC and UGC for the years ended December 31, 2018, 2019 and 2020:

[illegible]



**PGC Creators**

[illegible]



[illegible]

Homepage Interface for PUGC Content



**UGC Creators**

[illegible]



[illegible]

***Content Creator Cultivation and Support***

[illegible]





**Our Content**

[illegible]

***Audiobooks—"audio-ization" of online literature and traditional publications***

[illegible]

***Audio Entertainment—"audio-ization" of entertainment***

[illegible]

***Podcasts—"audio-ization" of insights and experiences***

[illegible]



[illegible]

***Premium Knowledge Sharing***

[illegible]

***Audio Live Streaming***

[illegible]

**Our Interface**

[illegible]

***Mobile Platform***

[illegible]

| Mobile App Version | Target User Group | Key Features |
|---|---|---|
| Flagship | All users | Full suite of content and features |
| Lite | Users on the go | Streamlined and easy-to-use interface |



| Mobile App Version | Target User Group | Key Features |
|---|---|---|
| Kids | Children aged 0-12 and their parents | Integrated entertainment and learning |
| Business | Corporate users | Corporate and skilled training |
| Mental Wellness | All users | Meditation and sleep aid |

[illegible]

Flagship Version of Mobile Apps



***Mobile Platform Features and Solutions***

*Content Discovery and Listening*

[illegible]



[illegible]

[illegible]

promulgated by the MIIT in July, 2017, set forth more provisions to specify the types of licenses required to operate value-added telecommunications services, the qualifications and procedures for obtaining such licenses and the administration and supervision of such licenses. Under the Licenses Measures, a commercial operator of value-added telecommunications services must first obtain a value-added telecommunications services license and operate its telecommunications business in accordance with the type of telecommunications business that lies within the scope of business coverage as stated in its business permit, and pursuant to the provisions of the business permit. Otherwise, such operator might be subject to sanctions. Our consolidated affiliated entities and their subsidiaries hold licenses for value-added telecommunications services covering internet information services, or the ICP Licenses.

***Regulations relating to Foreign Investment Restriction on Value-Added Telecommunications Services***

Pursuant to the Regulations for the Foreign-Invested Telecommunications Enterprises, which was promulgated by the State Council on December 11, 2001 and most recently amended on February 6, 2016, foreign-invested value-added telecommunication enterprises in the PRC shall be established as Sino-foreign equity joint ventures, and the ultimate foreign equity ownership in a foreign-invested value-added telecommunication enterprise is subject to a cap of 50%. In addition, the main foreign investor investing in a value-added telecommunications enterprise in the PRC shall demonstrate a positive track record and experience in operating a value-added telecommunications business. The 2020 Negative List further states that the equity ratio of foreign investment in the value-added telecommunications enterprises shall not exceed 50% except for the investment in e-commerce operation business, domestic multi-party communication business, information storage and re-transmission business or call center business.

On July 13, 2006, the Ministry of Information Industry of PRC, or the MII, which is the predecessor of the MIIT, issued the Circular on Strengthening the Administration of Foreign Investment in and Operation of Value-added Telecommunications Business, according to which, a foreign investor in the telecommunications service industry in the PRC must establish a foreign invested enterprise and apply for a telecommunications business operation license, while a domestic company that holds a value-added telecommunications business operation licenses is prohibited from leasing, transferring or selling the license to foreign investors in any means, and from providing any assistance, including providing resources, sites or facilities, to foreign investors that illegally conduct value-added telecommunications business in the PRC.

**Regulations on Internet Content Services**

***Regulations relating to Internet Information Services***

On September 25, 2000, the State Council promulgated the Administrative Measures on Internet Information Service, or the ICP Measures, which was last amended on January 8, 2011. According to the ICP Measures, whoever intends to engage in commercial internet-based information services, shall apply to the





administrative organ in charge of telecommunications in the relevant province, autonomous region or directly administered municipality, or to the State Council department in charge of the information industry, for a license to operate value-added telecommunications business in internet-based information services. In addition, according to applicable PRC laws, administrative regulations or rules, providers of Internet information services in respect of news, publishing, education, medical treatment, health, pharmaceuticals or medical apparatuses shall obtain consent of the relevant PRC competent authority before applying for an operating permit or carrying out record-filing procedures.

Besides, the ICP Measures and other relevant measures also prohibit publication of any content that propagates, among others, obscenity, pornography, gambling and violence, incite the commission of crimes or infringe upon the lawful rights and interests of third parties. If an Internet information services provider detects that information transmitted on its system falls under the specified prohibition, such provider must immediately terminate the transmission and keep records and report it to the government authorities. Commercial internet-based information services provider's violation of these prohibitions, in serious cases, will lead to revocation of its value-added telecommunications license and non-commercial internet-based information services provider's serious violation in serious cases, will lead to the shutdown of its Internet systems.

***Regulations relating to Transmitting Audio-Visual Programs through the Internet***

On April 13, 2005, the State Council promulgated the Certain Decisions on the Entry of the Private Capital into the Cultural Industry, according to which non-state-owned capital and foreign investors are prohibited from engaging in the business of distributing audiovisual programs through information networks. On December 20, 2007, the State Administration of Radio, Film and Television, or SARFT, and the MIIT jointly promulgated the Administrative Provisions on Internet Audio-Visual Program Services, or the Audio-Visual Program Provisions, which took effect on January 31, 2008 and were subsequently amended on August 28, 2015. Providers of internet audio-visual program services are required to obtain the Audio-Visual License issued by SARFT, or complete certain registration procedures with SARFT. In general, providers of internet audio-visual program services must be either state-owned or state-controlled entities, and the business to be carried out by such providers must satisfy the overall planning and guidance catalog for internet audio-visual program service determined by SARFT.

On May 21, 2008, SARFT issued a Notice on Relevant Issues Concerning Application and Approval of License for the Online Transmission of Audio-Visual Programs, which was amended on August 28, 2015, and further sets out detailed provisions concerning the application and approval process regarding the Audio-Visual License. The notice also stipulates that internet audio-visual program services providers which had engaged in such services prior to the promulgation of the Audio-Visual Program Provisions are able to apply for the license so long as (i) the violation of the laws and regulations is minor in scope and can be rectified in a timely manner, and (ii) the providers had no violations of laws during the last three months prior to the promulgation of the Audio-Visual Program Provisions. Further, on March 30, 2009, SARFT promulgated the Notice on Strengthening the Administration of the Content of Internet Audio-Visual Programs, which reiterates the pre-approval requirements for the audio-visual programs transmitted via the internet, including through mobile networks, where applicable, and prohibits certain types of internet audiovisual programs containing violence, pornography, gambling, terrorism, superstition or other similarly prohibited elements.

On March 17, 2010, the SARFT issued the Internet Audio-Visual Program Services Categories (Provisional), or the Provisional Categories, as adjusted on March 10, 2017, which classified Internet audio/visual program services into four categories. In addition, the Notice concerning Strengthening the Administration of the Streaming Service of Online Audio/Visual Programs promulgated by the SAPPRFT, which is the predecessor of NRTA, on September 2, 2016 emphasizes that, unless a specific license is granted, the audio/visual programs service provider is forbidden from engaging in live streaming on major political, military, economic, social, cultural and sports events.

On November 4, 2016, the CAC, promulgated the Provisions on the Administration of Online Live Video Broadcast Services effective as of December 1, 2016. Under these provisions, an online live video broadcast





service provider shall (i) establish a live video broadcast content review platform; (ii) conduct authentication registration of internet live video broadcast issuers based on their identity certificates, business licenses and organization code certificates; and (iii) enter into a service agreement with internet live video broadcast services user to specify both parties' rights and obligations. On July 12, 2017, the CAC issue a notice requiring that online live video broadcast service providers shall file with local branches of the CAC from July 15, 2017 so as to tighten the scrutiny on the content distributed through the live video broadcast platforms.

In March 2018, the SAPPRFT issued the Notice on Further Regulating the Transmission Order of Internet Audio-Visual Programs, which requires that, among others, audio-visual platforms shall: (i) not produce or transmit programs intended to parody or denigrate classic works, (ii) not re-edit, re-dub, re-caption or otherwise ridicule classic works, radio and television programs, or original internet audio-visual programs without authorization, (iii) not transmit re-edited programs which unfairly distort the original content, (iv) strictly monitor the adapted content uploaded by platform users and not provide transmission channels for illicit content, (v) immediately take down unauthorized content upon receipt of complaints from copyright owners, radio and television stations, or film and television production institutions, (vi) strengthen the administration of movie trailers and prevent improper broadcasting of movie clips and trailers prior to authorized release, and (vii) strengthen the administration of sponsorship and endorsement for internet audio-visual programs. Pursuant to this notice, the provincial branches of SAPPRFT shall have the authority to supervise radio and television stations and websites that offer audio-visual programs within its jurisdiction and require them to further improve their content management systems and implement relevant management requirements.

***Regulations on Online Cultural Activities***

The Ministry of Culture (the predecessor of the Ministry of Culture and Tourism), or the MOC, promulgated the Interim Administrative Provisions on Internet Culture, or the Internet Culture Provisions on February 17, 2011 and further amended on December 15, 2017. Pursuant to the Internet Culture Provisions, internet cultural activities include: (i) producing, reproducing, importing, publishing or broadcasting Internet cultural products; (ii) publishing cultural products on the Internet or transmission thereof to computers, fixed-line or mobile phones, radios, television sets or gaming players for the purpose of browsing, reading, reviewing, using or downloading such products by online users; and (iii) exhibitions and competitions of Internet cultural products. Internet cultural activities are categorized as two categories, namely, commercial and non-commercial. Providers of internet audiovisual programs and internet game operations must file an application for establishment to the competent culture administration authorities for approval and must obtain the online culture operating permit. In addition, foreign-invested enterprises are not allowed to engage in the abovementioned services except online music.

***Regulations on Online Publication***

On February 4, 2016, the SAPPRFT and the MIIT issued the Measures for Online Publication Service Administration, or Online Publication Measures, which took effect on March 10, 2016. The Online Publication Measures introduced an internet publishing license regime for internet publications. According to the Online Publication Measures, the term "online publications" includes (a) original digital works, such as pictures, maps, games and comics; (b) digital works with content that is consistent with the type of content that, prior to being released online, typically was published in offline media such as books, newspapers, periodicals, audiovisual products and electronic publications; (c) digital works in the form of online databases compiled by selecting, arranging and compiling other types of digital works; and (d) other types of digital works identified by the SAPPRFT. Under the Online Publishing Measures, internet operators distributing online publications via internet are required to obtain an online publishing license from the SAPPRFT. As of the date of this prospectus, we have not obtained an internet publishing license. In addition, foreign-invested enterprises are not allowed to engage in the foregoing services.

On May 31, 2016, the SAPPRFT and the MOFCOM jointly promulgated the Provisions for the Administration of the Publication Market, which became effective on June 1, 2016. According to the Provisions,





an online trading platform that provides services for the distribution of publications shall go through recordation formalities with the competent publication department of the people's government of the province, autonomous region or centrally administered municipality at the place of its registration, and accept the guidance, supervision and administration by the competent publication department.

Pursuant to the Administrative Regulations on Publishing (2020 Revised), organizations and individually-owned businesses engaging in distribution of publications through information network such as the Internet shall obtain a "Publishing Business Permit" pursuant to the provisions of these Regulations. Operators providing online trading platform services shall examine the identity of the operating entity of organizations and individually-owned businesses applying to engage in distribution of publications through their online trading platform, and verify their "Publishing Business Permit".

***Regulations on Internet-based News***

On May 2, 2017, the CAC promulgated the Regulations on Internet-based News Information Services, which became effective on June 1, 2017. On May 22, 2017, the Implementation Rules for the Administration of the Licensing for Internet-based News Information Services was further promulgated. Pursuant to the Regulations on Internet-based News Information Services, an Internet news license shall be obtained from CAC by the service provider for the provision of internet news information services to the public in a variety of ways, including offering platforms for such dissemination. "News information" as mentioned therein includes reports and comments relating to social and public affairs such as politics, economy, military affairs and foreign affairs, as well as relevant reports and comments on social emergencies. The service providers shall meet various qualifications and requirements as listed in such regulation, and further, to provide Internet-based news information services, the service providers are also required to complete formalities for ICP License or filing with the competent telecommunications authorities in accordance with the law. In addition to the above, such regulation also stipulates that no organization may establish Internet-based news information service agencies in the form of Sino-foreign joint ventures, Sino-foreign cooperative ventures or wholly foreign-owned enterprises. It is prohibited from carrying out Internet-based news information service activities without a license or beyond the licensed scope.

***Regulations on Production and Operation of Radio and Television Programs***

Pursuant to the Administrative Provisions on the Production and Operation of Radio and Television Programs latest amended on October 29, 2020, entities engaging in the production of radio and television programs must obtain a License for Production and Operation of Radio and TV Programs from the SAPPRFT or its counterparts at the provincial level. Holders of such licenses must conduct their business operations strictly in compliance within the approved scope as provided in the licenses.

***Regulations on Online Advertising Services***

On October 27, 1994, the Standing Committee of National People's Congress, or the SCNPC, promulgated the Advertising Law of the PRC, or the Advertising Law, as amended on April 24, 2015 and most recently on October 26, 2018. The Advertising Law requires that advertisers, advertising operators, and advertisement publishers shall abide by the laws and administrative regulations, and by the principles of fairness and good faith while engaging in advertising activities. Administrative departments for industry and commerce at and above the county level are in charge of supervision and administration of advertising.

Besides, on July 4, 2016, State Administration of Industry and Commerce, or the SAIC, promulgated the Interim Measures for the Administration of Internet Advertising, or the Internet Advertising Measures, effective as of on September 1, 2016, specifying requirements that advertisers shall meet while operating advertising business online. Pursuant to the Internet Advertising Measures, the "internet advertising" refers to advertisements that promotes commodities or services and are (i) in the forms of texts, pictures or videos which contain links;





(ii) e-mail advertisements; (iii) paid search advertisements; (iv) advertisements in commercial display (except for the display of the information which shall be provided by business operators to consumers according to laws, regulations and rules); or (v) other commercial advertisements via internet. Internet advertisers shall be responsible for the authenticity of the advertising contents. The identity, administrative license, cited information and other certificates that the advertisers are required to have in publishing internet advertisements shall be true, lawful and valid.

***Regulations on Virtual Currency***

On June 4, 2009, the MOC and the MOFCOM jointly issued the Virtual Currency Circular. The Virtual Currency Circular requires that the operators who engage in issuance of online game virtual currency or offering of online game virtual currency transaction services shall apply for approval from the MOC through its provincial branches. Operators that issue virtual currency for online games are prohibited from offering services for virtual currency trading. Any company that fails to obtain the necessary approval will be subject to sanctions, including but not limited to mandatory corrective actions and fines.

On May 14, 2019, the Internal Office of Department of Culture and Tourism issued a notice that local culture and tourism authority will no longer be in charge of issuing approvals for Internet Culture Operation License to companies with the business scope in online gaming and publication of virtual currency. It is not clear from this notice or other applicable laws and regulations whether any other government office will regulate the online gaming and publication of virtual currency by form of an approval license or other methods.

On September 21, 2012, the Administrative Measures for Single-purpose Commercial Prepaid Cards was issue by the MOFCOM and was last amended on August 18、2016, which further requires enterprise that engages in the retail, accommodation, catering or resident service industries shall go through record-filing procedures within 30 days after they start single-purpose commercial prepaid card business.

***Regulations on Internet Infringement***

The PRC Consumer Rights and Interests Protection Law, or the Consumer Protection Law, was promulgated by SCNPC on October 31, 1993 and last amended on October 25, 2013, which became effective on March 15, 2014, to protect the legitimate rights and interests of consumers, to maintain social and economic order, and to promote the healthy development of the socialist market economy. To ensure that sellers and service providers comply with these laws and regulations, the platform operators are required to implement rules governing transactions on the platform, monitor the information posted by sellers and service providers, and report any violations by such sellers or service providers to the relevant authorities. Specifically, a consumer whose legitimate rights and interests are infringed in the purchase of commodities or receipt of services rendered through an online trading platform may seek compensation from the seller or the service provider. Where the online trading platform provider is unable to provide the true name, address and valid contact method of the seller or the service provider, the consumer may seek compensation from the online trading platform provider. In addition, online marketplace platform providers may be jointly and severally liable with sellers and manufacturers if they are aware or should be aware that any seller or manufacturer is using the online platform to infringe upon the lawful rights and interests of consumers and fail to take measures necessary to prevent or stop such activity.

On May 28, 2014, the SAIC issued the Guidelines for the Performance of Social Responsibilities by Online Trading Platform Operators. According to the Guidelines, operators of the online trading platform shall sign a service contract with the operator on the platform. The contract shall specify the rights and obligations of both parties, liability for breach of contract, dispute resolution, platform access and withdrawal, product quality and safety protection, consumer rights protection, bad information handling, etc.

The Civil Code of the PRC, or the Civil Code, was promulgated by the NPC on May 28, 2020 and became effective on January 1, 2021, which superseded the Tort Law of the PRC and the General Principles of Civil Law





of the PRC. The Civil Code provides that, if an internet service provider is aware or should be aware that an internet user is infringing on the civil rights and interests of others through its internet services and fails to take necessary measures, it shall be jointly and severally liable with the said internet user for such infringement.

**Regulations on Intellectual Property Rights**

***Copyright***

According to the Copyright Law of the PRC, or the Copyright Law promulgated by the SCNPC on September 7, 1990 and last amended on November 11, 2020 and will be effective on June 1, 2021, and its related Implementing Regulations issued by the State Council on August 2, 2002 and last amended on January 30, 2013 and became effective on March 1, 2013, Chinese citizens, legal persons, or other organizations shall, whether published or not, own copyright in their works, which include, among others, works of literature, art, natural science, social science, engineering technology and computer software. Copyright owners of protected works enjoy personal and property rights with respect to publication, authorship, alteration, integrity, reproduction, distribution, lease, exhibition, performance, projection, broadcasting, dissemination via information network, production, adaptation, translation, compilation and other rights shall be enjoyed by the copyright owners.

The PRC National Copyright Administration and MII jointly promulgated the Measures for Administrative Protection of Copyright Related to Internet, or the Copyright Measures, on April 29, 2005. These measures are formulated to strengthen the administrative protection of the right of communication through information network in Internet information services. Where a copyright owner finds any content communicated through Internet infringes upon his/its copyright, and sends a notice to the Internet information service provider or any other institution entrusted, the Internet information service provider shall immediately take measures to remove the relevant contents, and preserve the copyright owner's notice for 6 months. When imposing administrative penalties upon the act which infringes upon any user's right of communication through information networks, the Measures for Imposing Copyright Administrative Penalties, promulgated on May 7, 2009, shall be applied.

On 18 May 2006, the State Council promulgated the Regulations on Protection of Information Network Transmission Right, as amended on January 30, 2013, effective as of March 1, 2013. Pursuant to the Regulations, where a rights holder is of the opinion that the works, performances, audio and video products involved in the services of a network service provider which provide information storage space or searching or linking services infringe upon its information network transmission right or its digital rights management information have been altered or deleted, the rights holder may notify the network service provider in writing and request the network service provider to delete such works, performances, audio and video products or to remove the links to such works, performances, audio and video products.

***Trademark***

According to the Trademark Law of the PRC, adopted in 1982 and subsequently amended in 1993, 2001, 2013 and 2019, as well as the Implementation Regulation of the Trademark Law of the PRC, adopted by the State Council in 2002 and subsequently amended on April 29, 2014, registered trademarks are granted a term of ten years which may be renewed for consecutive ten-year periods upon request by the trademark owner. Trademark license agreements must be filed with the Trademark Office for record. Conducts that shall constitute an infringement of the exclusive right to use a registered trademark include but not limited to: using a trademark that is identical with or similar to a registered trademark on the same or similar goods without the permission of the trademark registrant, selling goods that violate the exclusive right to use a registered trademark, etc. Pursuant to the Trademark Law of the PRC, in the event of any of the foregoing acts, the infringing party will be ordered to stop the infringement immediately and may be fined; the counterfeit goods will be confiscated. The infringing party may also be held liable for the right holder's damages, which will be equal to gains obtained by the infringing party or the losses suffered by the right holder as a result of the infringement, including reasonable expenses incurred by the right holder for stopping the infringement.





***Patent***

In accordance with the Patent Law of the PRC promulgated on March 12, 1984, last amended on October 17, 2020 by the SCNPC, and will be effective on June 1,2021, and its Implementation Rules promulgated on January 19, 1985 and last amended on January 9, 2010 by the State Council, patent is divided in to 3 categories, i.e., invention patent, design patent and utility model patent. The duration of invention patent right is 20 years, the duration of utility model patent right is 10 years, and the duration of design patent right will be extended from 10 years to 15 years upon the effectiveness of the revised Patent Law of the PRC on June 1, 2021, which all calculated from the date of filing. An individual or entity who uses patent without the license of the patent holder, counterfeits patent products or engages in patent infringement activities shall be held liable for compensation to the patent holder and may be imposed a fine, or even subject to criminal liabilities.

***Domain Names***

On August 24, 2017, the MIIT promulgated the Measures on Administration of Internet Domain Names, which became effective as of November 1, 2017, and replaced the Measures on Administration of Domain Names for the Chinese Internet issued by the MIIT on November 5, 2004, which adopt "first to file" rule to allocate domain names to applicants, and provide that the MIIT shall supervise the domain names services nationwide and publicize PRC's domain name system. On May 28, 2012, the CNNIC issued a circular to authorize a domain name dispute resolution institution acknowledged by the CNNIC to decide relevant disputes. On January 1, 2018, the Circular of the Ministry of Industry and Information Technology on Regulating the Use of Domain Names in Providing Internet-based Information Services issued by the MIIT became effective, which stipulated that an internet access service provider shall, pursuant to requirements stated in the Anti-Terrorism Law of the PRC and the Cybersecurity Law of the PRC, verify the identities of internet-based information service providers, and the internet access service providers shall not provide access services for those who fail to provide their real identity information.

**Regulations on Internet Information Security and Privacy Protection**

***Regulations relating to Internet Information Security***

The Decisions on Protection of Internet Security enacted by the SCNPC on December 28, 2000, as amended in August 2009, provides that, among other things, the following activities conducted through the internet, if constituted a crime according to PRC laws, are subject to criminal punishment: (i) intrusion into a strategically significant computer or system; (ii) intentionally inventing and disseminating destructive programs, such as computer viruses, to attack the computer system and the communications network, thereby destroying the computer system and the communications networks; (iii) violating national regulations, suspending the computer networks or the communication services without authorization; (iv) leaking state secrets; (v) spreading false commercial information; or (vi) infringing intellectual property rights through internet.

On December 13, 2005, the Ministry of Public Security promulgated the Provisions on Technical Measures for the Internet Security Protection, which provides that internet service providers to take proper measures including anti-virus, data back-up, keeping records of certain information such as the login-in and exit time of uses, and other related measures, and to keep records of certain information about their users for at least 60 days, and detect illegal information. According to these measures, operators that hold value-added telecommunications service license must regularly update the information security and content control systems of their websites, and shall also report any public dissemination of prohibited content to the local public security authorities.

On November 7, 2016, the SCNPC promulgated the Cybersecurity Law of PRC, or the Cybersecurity Law, effective as of June 1, 2017, which applies to the construction, operation, maintenance and use of networks as well as the supervision and administration of cybersecurity in the PRC. The Cybersecurity Law defines "network" as a system comprising computers or other information terminals and relevant facilities used for the purpose of collecting, storing, transmitting, exchanging and processing information in accordance with specific rules and procedures. "Network operators", who are broadly defined as owners and administrators of networks





and network service providers, are subject to various security protection-related obligations, including: (i) complying with security protection obligations under graded system for cybersecurity protection requirements, which include formulating internal security management rules and operating instructions, appointing cybersecurity responsible personnel and their duties, adopting technical measures to prevent computer viruses, cyber-attack, cyber-intrusion and other activities endangering cybersecurity, adopting technical measures to monitor and record network operation status and cybersecurity events; (ii) formulating a emergency plan and promptly responding and handling security risks, initiating the emergency plans, taking appropriate remedial measures and reporting to regulatory authorities in the event comprising cybersecurity threats; and (iii) providing technical assistance and support to public security and national security authorities for protection of national security and criminal investigations in accordance with the law.

On July 3, 2020, the Data Security Law (Draft for comments) was published to solicit public comments. The Data Security Law (Draft for comments) mainly sets forth specific provisions regarding establishing basic systems for data security management, including hierarchical data classification management system, risk assessment system, monitoring and early warning system, and emergency disposal system. In addition, it clarifies the data security protection obligations of organizations and individuals carrying out data activities and implementing data security protection responsibility.

***Regulations relating to Privacy Protection***

Pursuant to the Decisions on Strengthening the Protection of Online information, issued by the SCNPC in 2012 and the Protection Provisions for the Personal Information of Telecommunications and Internet Users promulgated by the MIIT in 2013, telecommunication business operators and internet service providers are required to set up their own rules for collecting and use of internet users' information and are prohibited from collecting or using such information without consent from users. Moreover, telecommunication business operators and internet service providers shall strictly keep users' personal information confidential and shall not divulge, tamper with, damage, sell or illegally provide others with such information.

On February 4, 2015, the CAC promulgated the Provisions on the Administrative of Account Names of Internet Users, which became effective as of March 1, 2015, setting forth the authentication requirement for the real identity of internet users by requiring users to provide their real names during the registration process. In addition, these provisions specify that internet information service providers are required by these provisions to accept public supervision, and promptly remove illegal and malicious information in account names, photos, self-introductions and other registration-related information reported by the public in a timely manner.

***Regulations relating to Mobile Internet Application Information Services***

On June 28, 2016, the CAC issued the Administrative Provisions on Mobile Internet Application Information Services, which took effect on August 1, 2016. Pursuant to which, internet information service providers who provide information services through mobile internet applications are required to authenticate the identity of the registered users, establish procedures for protection of user information, establish procedures for information content censorship and management, ensure that users are given adequate information concerning an app and are able to choose whether an App is installed and whether or not to use an installed App and its functions and keep records of users' logs for 60 days. If an internet information service provider violates these regulations, mobile app stores through which it distributes its apps may issue warnings, suspend the release of its apps, or terminate the sale of its apps, and/or report the violations to governmental authorities.

The Announcement of Conducting Special Supervision against the Illegal Collection and Use of Personal Information by Applications issued by three authorities including MIIT and SAMR on January 23, 2019, Pursuant to which, (i) application operators are prohibited from collecting any personal information irrelevant to the services provided by such operator; (ii) information collection and usage policy should be presented in a simple and clear way, and such policy should be consented by the users voluntarily; (iii) authorization from users





should not be obtained by coercing users with default or bundling clauses or making consent a condition of a service. App operators violating such rules can be ordered by authorities to correct its incompliance within a given period of time, be reported in public; or even suspend its operation for rectification or cancel its business license or operational permits.

The MIIT issued the Notice on the Further Special Rectification of Apps Infringing upon Users' Personal Rights and Interests, or the Further Rectification Notice, on July 22, 2020. The Further Rectification Notice requires that certain conducts of app service providers should be inspected, including, among others, (i) collecting personal information without the user's consent, collecting or using personal information beyond the necessary scope of providing services, and forcing users to receive advertisements; (ii) requesting user's permission in a compulsory and frequent manner, or frequently launching third-parties apps; and (iii) deceiving and misleading users into downloading apps or providing personal information. The Further Rectification Notice also set forth that the period for the regulatory specific inspection on apps and that the MIIT will order the non-compliant entities to modify their business within five business days, or otherwise to make public announcement to remove the apps from the app stores and impose other administrative penalties.

**Regulations on Foreign Exchange**

The principal regulations governing foreign currency exchange in China are the Foreign Exchange Administration Regulations of the PRC, most recently amended in August 2008. Under the PRC foreign exchange regulations, payments of current account items, such as profit distributions, interest payments and trade and service-related foreign exchange transactions, can be made in foreign currencies without prior approval from the State Administration of Foreign Exchange, or the SAFE, by complying with certain procedural requirements. By contrast, approval from or registration with appropriate government authorities is required where Renminbi is to be converted into foreign currency and remitted out of China to pay capital account items, such as direct investments, repayment of foreign currency-denominated loans, repatriation of investments and investments in securities outside of China.

In February 2012, the SAFE issued the Notice on Issues Concerning the Foreign Exchange Administration for Domestic Individuals Participating in Stock Incentive Plan of Overseas Publicly Listed Company, or the SAFE Circular 7. Pursuant to SAFE Circular 7, employees, directors, supervisors, and other senior management participating in any share incentive plan of an overseas publicly-listed company who are PRC citizens or who are non-PRC citizens residing in China for a continuous period of not less than one year, subject to a few exceptions, are required to register with SAFE through a domestic agency.

On July 4, 2014, the SAFE issued the SAFE Circular on Relevant Issues Relating to Domestic Resident's Investment and Financing and Roundtrip Investment through Special Purpose Vehicles, or the SAFE Circular 37. SAFE Circular 37 regulates foreign exchange matters in relation to the use of special purpose vehicles, or the SPV, by PRC residents or entities to seek offshore investment and financing or conduct round trip investment in China. Under SAFE Circular 37, a SPV refers to an offshore entity established or controlled, directly or indirectly, by PRC residents or entities for the purpose of seeking offshore financing or making offshore investment, using legitimate onshore or offshore assets or interests, while "round trip investment" refers to direct investment in China by PRC residents or entities through SPVs, namely, establishing foreign-invested enterprises to obtain the ownership, control rights and management rights. SAFE Circular 37 provides that, before making contribution into an SPV, PRC residents or entities are required to complete foreign exchange registration with SAFE or its local branch. SAFE promulgated the Notice on Further Simplifying and Improving the Administration of the Foreign Exchange Concerning Direct Investment in February 2015, which took effect on June 1, 2015. This notice has amended SAFE Circular 37 requiring PRC residents or entities to register with qualified banks rather than SAFE or its local branch in connection with their establishment or control of an offshore entity established for the purpose of overseas investment or financing.

On March 30, 2015, the SAFE issued the Circular on the Reforming of the Management Method of the Settlement of Foreign Currency Capital of Foreign-Invested Enterprises, or the SAFE Circular 19, which took





effect on June 1, 2015, which expands a pilot reform of the administration of the settlement of the foreign exchange capitals of foreign-invested enterprises nationwide. On June 9, 2016, SAFE further promulgated the Notice of the State Administration of Foreign Exchange on Reforming and Standardizing the Foreign Exchange Settlement Management Policy of Capital Account, or the SAFE Circular 16, which, among other things, amends certain provisions of SAFE Circular 19. Pursuant to SAFE Circular 19 and SAFE Circular 16, the flow and use of the Renminbi capital converted from foreign currency denominated registered capital of a foreign-invested company is regulated such that Renminbi capital may not be used for business beyond its business scope or to provide loans to persons other than affiliates unless otherwise permitted under its business scope.

**Regulations on Tax**

***Enterprise Income Tax***

On March 16, 2007, the SCNPC promulgated the Enterprise Income Tax Law of the PRC which was latest amended on December 29, 2018. On December 6, 2007, the State Council enacted the Implementation Regulations for the Enterprise Income Tax Law of the PRC, or collectively, the PRC EIT Law. Under the PRC EIT Law, both resident enterprises and non-resident enterprises are subject to tax in the PRC. Resident enterprises are enterprises that are established in China in accordance with PRC laws, or that are established in accordance with the laws of foreign countries but are actually or in effect controlled from within the PRC. Non-resident enterprises are enterprises that are organized under the laws of foreign countries and whose actual management is conducted outside the PRC, but have established institutions or premises in the PRC, or have no such established institutions or premises but have income generated from inside the PRC.

Under the PRC EIT Law and relevant implementing regulations, a uniform enterprise income tax rate of 25% is applied. However, if non-resident enterprises have not formed permanent establishments or premises in the PRC, or if they have formed permanent establishment or premises in the PRC but there is no actual relationship between the relevant income derived in the PRC and the established institutions or premises set up by them, enterprise income tax is set at the rate of 10% with respect to their income sourced from inside the PRC.

Pursuant to the PRC EIT Law, the EIT tax rate of a high and new technology enterprise, or HNTE, is 15%. According to the Administrative Measures for the Recognition of HNTEs, effective on January 1, 2008 and amended on January 29, 2016, for each entity accredited as HNTE, its HNTE status is valid for three years if it meets the qualifications for HNTE on a continuing basis during such period.

***Value-added Tax***

On December 13, 1993 the State Council issued the Provisional Regulations of the PRC on Value-added Tax, which was most recently amended on November 19, 2017, and on December 25, 1993, the Ministry of Finance, or the MOF, issued the Detailed Rules for the Implementation of the Provisional Regulations of the PRC on Value-added Tax, which was latest amended on October 28, 2011, collectively referred to as VAT Law. According to VAT Law, entities and individuals selling goods in the PRC or providing processing services, repair services and importation services should be subject to VAT, and the payable tax amount shall be calculated by deducting input tax for the current period from output tax for the current period.

On March 23, 2016, the MOF and SAT jointly issued the Notice on Issues Relating to Cultural Undertaking Development Fee Policies Relating to the Pilot Scheme of Levying VAT in Place of Business Tax and Administration of Levying, which was partly amended by the MOF, SAT and the General Administration of Customs on March 20, 2019 and became effective on April 1, 2019, according to which the countrywide pilot practice of levying VAT in lieu of business tax, or the Pilot Practice, has been carried out since May 1, 2016.

According to the specific regulatory documents for the Pilot Practice, including the Implementation Measures for the Pilot Practice of Levying VAT in lieu of Business Tax, the VAT rates vary from 17%, 11%,





6%, 3% to 0% for taxpayers incurring taxable activities. According to the Notice of the MOF and SAT on Adjusting the Value-added Tax Rate effective on May 1, 2018, the VAT tax rates on sales, imported goods that were previously subject to 17% and 11% are now adjusted to 16% and 10%, respectively.

According to the Announcement of the Ministry of Finance, the SAT and the General Administration of Customs on Relevant Policies for Deepening the Value-Added Tax Reform promulgated on March 20, 2019 and came into effect on April 1, 2019, the VAT tax rates on sales, imported goods that were previously subject to 16% and 10% are now adjusted to 13% and 9%, respectively.

***Dividend Withholding Tax***

The PRC EIT Law provides that since January 1, 2008, an enterprise income tax rate of 10% will normally be applicable to dividends declared to non-PRC resident investors which do not have an establishment or place of business in the PRC, or which have such establishment or place of business but the relevant income is not effectively connected with the establishment or place of business, to the extent such dividends are derived from sources within the PRC.

Pursuant to the Arrangement Between the Mainland of China and the Hong Kong Special Administrative Region for the Avoidance of Double Taxation and the Prevention of Fiscal Evasion with Respect to Taxes on Incomes, or the Double Tax Avoidance Arrangement and other applicable PRC laws, if a Hong Kong resident enterprise is determined by the competent PRC tax authority to have satisfied the relevant conditions and requirements under such Double Tax Avoidance Arrangement and other applicable laws, the 10% withholding tax on the dividends the Hong Kong resident enterprise receives from a PRC resident enterprise may be reduced to 5%. However, based on the Notice of the State Administration of Taxation on Issues Relating to the Implementation of Dividend Clauses in Tax Treaties, or the SAT Notice 81, issued on February 20, 2009 by the State Administration of Taxation, or the SAT, if the relevant PRC tax authorities determine, in their discretion, that a company benefits from such reduced income tax rate due to a structure or arrangement that is primarily tax-driven, such PRC tax authorities may adjust the preferential tax treatment. According to the Announcement of the State Administration of Taxation on Issues Relating to "Beneficial Owner" in Tax Treaties, which was issued on February 3, 2018 by the SAT, effective as of April 1, 2018, when determining the applicant's status of the "beneficial owner" regarding tax treatments in connection with dividends, interests or royalties in the tax treaties, several factors, including without limitation, whether the applicant is obligated to pay more than 50% of its income in twelve months to residents in third country or region, whether the business operated by the applicant constitutes the actual business activities, and whether the counterparty country or region to the tax treaties does not levy any tax or grant tax exemption on relevant incomes or levy tax at an extremely low rate, will be taken into account, and it will be analyzed according to the actual circumstances of the specific cases. This notice further provides that applicants who intend to prove his or her status of the "beneficial owner" shall submit the relevant documents to the relevant tax bureau according to the Announcement of State Taxation Administration on Promulgation of the Administrative Measures on Non-resident Taxpayers Enjoying Treaty Benefits.

***Tax on Indirect Transfer***

On February 3, 2015, the SAT issued the Announcement of the State Administration of Taxation on Several Issues Relating to Enterprise Income Tax on Transfer of Assets between Non-resident Enterprises, or SAT Circular 7. According to SAT Circular 7, an "indirect transfer" of assets, including equity interests in a PRC resident enterprise, by non-PRC resident enterprises, may be recharacterized and treated as a direct transfer of PRC taxable assets, if such arrangement does not have a reasonable commercial purpose and was established for the purpose of avoiding payment of PRC enterprise income tax. Therefore, gains derived from such indirect transfer may be subject to PRC enterprise income tax.

When determining whether there is a "reasonable commercial purpose" of the transaction arrangement, features to be taken into consideration include, inter alia, whether the main value of the equity interest of the





relevant offshore enterprise derives directly or indirectly from PRC taxable assets; whether the assets of the relevant offshore enterprise mainly consist of direct or indirect investment in China or if its income is mainly derived from China; and whether the offshore enterprise and its subsidiaries directly or indirectly holding PRC taxable assets have real commercial nature which is evidenced by their actual function and risk exposure. According to SAT Circular 7, where the payer fails to withhold any or sufficient tax, the transferor shall declare and pay such tax to the tax authority by itself within the statutory time limit. Late payment of applicable tax will subject the transferor to default interest. SAT Circular 7 does not apply to transactions of sale of shares by investors through a public stock exchange where such shares were acquired on a public stock exchange.

On October 17, 2017, the SAT issued the Announcement of the State Administration of Taxation on Issues Relating to Withholding at Source of Income Tax of Non-resident Enterprises, or SAT Circular 37, latest amended on June 15, 2018, which further elaborates the relevant implemental rules regarding the calculation, reporting and payment obligations of the withholding tax by the non-resident enterprises. Nonetheless, there remain uncertainties as to the interpretation and application of SAT Circular 7. SAT Circular 7 may be determined by the tax authorities to be applicable to our offshore transactions or sale of our shares or those of our offshore subsidiaries where non-resident enterprises, being the transferors, were involved.

**Regulations on Employment and Social Welfare**

The Labor Law of the PRC, which was promulgated by the SCNPC on July 5, 1994, and amended on August 27, 2009 and December 29, 2018, provides that employees are entitled to equal opportunities in employment, selection of occupations, receiving labor remuneration, rest days and holidays, protection of occupational safety and healthcare, social insurance and welfare. Employers must establish and improve the system for occupational safety and healthcare, provide training on occupational safety and healthcare to employees, comply with national and local regulations on occupational safety and healthcare, and provide necessary labor protective supplies to employees.

The Labor Contract Law of the PRC, which was promulgated by the SCNPC on June 29, 2007 and amended on December 28, 2012 and came into effect on July 1, 2013, and the Implementation Regulations on Labor Contract Law which was promulgated by the State Council and came into effect on September 18, 2008, stipulate the relations of employer and the employee, and contain specific provisions including but not limited to the probationary period and liquidated damages to protect the rights and interests of the employees.

The Social Insurance Law of the PRC issued by the SCNPC on October 28, 2010, effective as of July 1, 2011 and last amended on December 29, 2018, provides that an employee shall participate in five types of social insurance funds, including pension insurance, medical insurance, unemployment insurance, maternity insurance and occupational injury insurance. The premiums for maternity insurance and occupational injury insurance are paid by the employer, while the premiums for pension insurance, medical insurance and unemployment insurance are paid by both the employer and the employee. If the employer fails to fully contribute to social insurance funds on time, the collection agency for such social insurance may demand the employer to make full payment or to pay the shortfall within a set period and collect a late charge. If the employer fails to pay after the due date, the relevant government administrative body may impose a fine on the employer.

The Regulation on the Administration of Housing Provident Funds issued by the State Council on April 3, 1999 and last revised on March 24, 2019 provides that enterprises must register with the competent managing center for housing funds and shall contribute to the Housing Provident Fund for any employee on its payroll. Where an employer fails to pay up housing provident funds within the prescribed time limit, the employer may be fined and ordered to make payment within a certain period.

**Regulations on Anti-monopoly**

The Anti-monopoly Law of the PRC promulgated by the SCNPC, which became effective on August 1, 2008, and the Rules of the State Council on Declaration Threshold for Concentration of Undertakings





promulgated by the State Council On August 3, 2008, and latest amended on September 18, 2018, require that where a concentration reaches one of the following thresholds, a declaration must be lodged in advance with the anti-monopoly law enforcement agency under the State Council, or otherwise the concentration shall not be implemented: (i)during the previous fiscal year, the total global turnover of all undertakings participating in the concentration exceeded RMB10 billion, and at least two of these undertakings each had a turnover of more than RMB400 million within China; or(ii) during the previous fiscal year, the total turnover within China of all the undertakings participating in the concentration exceeded RMB2 billion, and at least two of these undertakings each had a turnover of more than RMB400 million within China.

On November 21, 2009, the MOFCOM issued the Measures for Declaration of Concentration of Undertakings promulgated by which became effective on January 1, 2010. On October 23, 2020, the MOFCOM further issued the Measures for Examination and Approval of Concentration of Business Operators which became effective on December 1, 2020. According to the Examination Measures, concentration refers to (i) a merger of undertakings; (ii) acquiring control over other undertakings by acquiring equities or assets; or (iii) acquisition of control over, or the possibility of exercising decisive influence on, an undertaking by contract or by any other means.

In early February 2021, the Anti-monopoly Commission of the State Council published the Anti-monopoly Guidelines for the Internet Platform Economy Sector, which provides that the calculation of turnover in the field of platform economy may be different depending on the business model of the operators: for platform operators who only provide information matchings and collect commissions, their turnovers should be calculated including the service fee charged by the platform and other platform income; for the platform operators who participate in the market competition on the platform side, their turnovers shall be calculated including the transaction amount involved in the platform and other platforms. The concentration of undertakings involving the agreement control (VIE) structure falls within the scope of the antitrust review of concentration of undertakings. Where the concentration of undertakings meets the declaration standards set by the State Council, the operators shall declare to the Anti-monopoly Law Enforcement Agency of the State Council in advance, and the concentration shall not be implemented if the concentration is not declared. If business operators fail to comply with the mandatory declaration requirement, the anti-monopoly authority is empowered to terminate and/or unwind the transaction, dispose of relevant assets, shares or businesses within certain periods and impose fines of up to RMB500,000.

**Regulations on M&A and Overseas Listings**

On August 8, 2006, six PRC regulatory agencies, including the CSRC, jointly adopted the Regulations on Mergers of Domestic Enterprises by Foreign Investors, or the M&A Rules, which became effective on September 8, 2006 and late amended on June 22, 2009. Foreign investors shall abide by the M&A Rules, when purchasing equity interests or subscribing the increased capital of a domestic company, and thus changing the nature of the company from a domestic one to a foreign-invested enterprise; or when establishing a foreign-invested enterprise directly in the PRC and operating the assets purchased from a domestic company; or when purchasing the assets of a domestic company, establishing a foreign-invested enterprise by injecting such assets and then operating the assets.

The M&A Rules purport, among other things, to require offshore special purpose vehicles formed for overseas listing purposes through acquisitions of PRC domestic companies and controlled by PRC companies or individuals, to obtain the approval of the CSRC prior to publicly listing their securities on an overseas stock exchange. However, the FIL partially replaced the M&A Rules in its rules on foreign investors to acquire non-related domestic company stocks or assets, while the equity or assets acquisition of an affiliated domestic company by a foreign investor shall still be subject to the M&A Rules.

On August 25, 2011, the MOFCOM issued the Provisions on Implementation of Security Review System for Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, according to which mergers and acquisitions by foreign investors that raise "national defense and security" concerns and mergers and acquisitions

*Types of Awards*. The 2021 Plan permits the awards of options, restricted shares, restricted share units or any other type of awards approved by the plan administrator.

*Plan Administration*. Our board of directors or a committee of one or more members of the board of directors will administer the 2021 Plan. The committee or the full board of directors, as applicable, will determine the participants to receive awards, the type and number of awards to be granted to each participant, and the terms and conditions of each award.

*Award Agreement*. Awards granted under the 2021 Plan are evidenced by an award agreement that sets forth terms, conditions and limitations for each award, which may include the term of the award, the provisions applicable in the event that the grantee's employment or service terminates, and our authority to unilaterally or bilaterally amend, modify, suspend, cancel or rescind the award.

*Eligibility*. We may grant awards to our employees, directors and consultants of our company. However, we may grant options that are intended to qualify as incentive share options only to our employees and employees of our parent companies and subsidiaries. Mr. Jianjun Yu and Ms. Yuxin Chen are not eligible to participate in the 2021 Plan.

*Vesting Schedule*. In general, the plan administrator determines the vesting schedule, which is specified in the relevant award agreement.

*Exercise of Options*. The plan administrator determines the exercise price for each award, which is stated in the award agreement. The vested portion of option will expire if not exercised prior to the time as the plan administrator determines at the time of its grant. However, the maximum exercisable term is ten years from the date of a grant.

*Transfer Restrictions*. Awards may not be transferred in any manner by the participants other than in accordance with the exceptions provided in the 2021 Plan, such as transfers by will or the laws of descent and distribution.

*Termination and Amendment of the 2021 Plan*. Unless terminated earlier, the 2021 Plan has a term of ten years. Our board of directors has the authority to amend or terminate the plan. However, no such action may adversely affect in any material way any awards previously granted unless agreed by the participants.





## PRINCIPAL [AND SELLING] SHAREHOLDERS

The following table sets forth information concerning the beneficial ownership of our ordinary shares as of the date of this prospectus by:

- each of our directors and executive officers;
- each person known to us to beneficially own 5% or more of our total outstanding ordinary shares on an as-converted basis; [and]
- [the selling shareholders.]

The calculations in the table below are based on 318,328,334 ordinary shares outstanding (on an as-converted basis) as of the date of this prospectus, assuming all issued and outstanding preferred shares have been converted into ordinary shares, and Class A ordinary shares and Class B ordinary shares outstanding immediately after the completion of this offering, assuming that the underwriters do not exercise their option to purchase additional ADSs.

Beneficial ownership is determined in accordance with the rules and regulations of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, we have included shares that the person has the right to acquire within 60 days, including through the exercise of any option, warrant or other right or the conversion of any other security. These shares, however, are not included in the computation of the percentage ownership of any other person.

| | Ordinary Shares Beneficially Owned Prior to This Offering | | Ordinary Shares Being Sold in This Offering | | Ordinary Shares Beneficially Owned Immediately After This Offering | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number | % | Number | % | Class A Ordinary Shares | Class B Ordinary Shares | Total Ordinary Shares on an As-converted Basis | % of Total Ordinary Shares on an As-converted Basis | % of Aggregate Voting Power† |
| **Directors and Executive Officers**:** | | | | | | | | | |
| Jianjun Yu(1) | 54,665,351 | 17.2 | | | | | | | |
| Xingren Li | * | * | | | | | | | |
| Jieqiang Shen | * | * | | | | | | | |
| Mingwang Xiong(2) | 34,129,560 | 10.7 | | | | | | | |
| Xiaodong Liang | — | — | | | | | | | |
| Jennifer Xinzhe Li†† | — | — | | | | | | | |
| Xianghai Yu†† | — | — | | | | | | | |
| Jie Jiang | — | — | | | | | | | |
| Steve Lin | — | — | | | | | | | |
| Dong Li | * | * | | | | | | | |
| Dong Wang | * | * | | | | | | | |
| All directors and executive officers as a group | 91,047,337 | 28.6 | | | | | | | |
| **Principal [and Selling] Shareholders:** | | | | | | | | | |
| Xima Holdings Limited(3) | 43,278,304 | 13.6 | | | | | | | |
| Touch Sound Limited(4) | 43,054,513 | 13.5 | | | | | | | |
| Xingwang entities(2) | 34,129,560 | 10.7 | | | | | | | |
| Trustbridge Partners VII, L.P.(5) | 23,757,634 | 7.5 | | | | | | | |
| Image Frame Investment (HK) Limited(6) | 17,176,954 | 5.4 | | | | | | | |

Notes:

* Aggregate number of shares accounts for less than 1% of our total ordinary shares on an as-converted basis outstanding as of the date of this prospectus.





** Except as indicated otherwise below, the business address of our directors and executive officers is Building 1-2, Phase III, Guochuang Center, No. 799 Dangui Road, Pudong New District, Shanghai, People's Republic of China.

† For each person or group included in this column, percentage of total voting power represents voting power based on both Class A and Class B ordinary shares held by such person or group with respect to all outstanding shares of our Class A and Class B ordinary shares as a single class. Each holder of our Class A ordinary shares is entitled to one vote per share. Each holder of our Class B ordinary shares is entitled to ten votes per share. Our Class B ordinary shares are convertible at any time by the holder into Class A ordinary shares on a one-for-one basis, while Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances.

†† Each of Ms. Jennifer Xinzhe Li and Mr. Xianghai Yu has accepted our appointment to be a director of the company, effective upon the SEC's declaration of the effectiveness of our registration statement on Form F-1, of which this prospectus is a part.

(1) Represents (i) 33,342,943 ordinary shares, 5,650,736 Series Angel preferred shares, 1,026,677 Series A preferred shares, 2,004,322 Series B-1 preferred shares, 793,035 Series D preferred shares and 460,591 Series E-3 preferred shares held by Xima Holdings Limited, a British Virgin Islands company, and (ii) 11,387,047 ordinary shares held by Ximalaya Welfare Limited, a British Virgin Islands company. Xima Holding Limited is wholly owned by Mr. Jianjun Yu. Ximalaya Welfare Limited is a holding entity for the purpose of granting option awards to the plan participants according to the Legacy Plan, which administers the awards and acts according to the instruction of its sole director, Mr. Jianjun Yu. The number of ordinary shares beneficially owned immediately after this offering also includes 3,335,403 ordinary shares issuable upon the exercise of the option to purchase 3,335,403 ordinary shares held by Mr. Jianyun Yu in the event that we complete certain qualified financing activities by the end of 2021, assuming this offering satisfies certain pre-agreed conditions. The registered address of each of Xima Holdings Limited and Ximalaya Welfare Limited is Start Chambers, Wichham's Cay II, P.O. Box 2221, Road Town, Tortola, British Virgin Islands. All the ordinary shares and preferred shares held by Xima Holdings Limited will be automatically re-designated as Class B ordinary shares immediately prior to the completion of this offering, and the ordinary shares issuable upon the exercise of the option held by him will be Class A ordinary shares.

(2) Represents (i) 9,230,511 Series B-1 preferred shares, 1,307,273 Series C-1 preferred shares and 2,718,988 Series D preferred shares held by Shanghai Xing Chong Information Technology Partnership (Limited Partnership), a limited partnership organized under the laws of the PRC, (ii) 13,328,504 Series B-1 preferred shares held by Shanghai Ju Miao Information Technology Partnership (Limited Partnership), a limited partnership organized under the laws of the PRC, (iii) 6,623,100 Series E-2 preferred shares held by Grand Everlasting Limited Partnership, a limited partnership organized under the laws of Cayman Islands, and (iv) 921,184 Series E-3 preferred shares held by Eagle Power Enterprises Limited, a British Virgin Islands company. The general partner of both Shanghai Xing Chong Information Technology Partnership (Limited Partnership) and Shanghai Jumiao Information Technology Partnership (Limited Partnership) is Shenzhen Qianhai Xingwang Investment Management Limited, whose controlling shareholder is Mr. Mingwang Xiong. The general partner of Grand Everlasting Limited Partnership is Prosperity Limited, whose sole shareholder and only director is Mr. Mingwang Xiong. Eagle Power Enterprises Limited is controlled by Prosperity Limited, whose sole shareholder and director is Mr. Mingwang Xiong. The registered address of each of Shanghai Xing Chong Information Technology Partnership (Limited Partnership) and Shanghai Ju Miao Information Technology Partnership (Limited Partnership) is 1/F, Building 1, No. 251 Yaohua Road, China (Shanghai) Pilot Free Trade Zone, Shanghai, PRC. The registered address of Grand Everlasting Limited Partnership is CO Services Cayman Limited, P.O. Box 10008, Willow House, Cricket Square, Grand Cayman, KY1-1001, Cayman Islands. The registered address of Eagle Power Enterprises Limited is P.O. Box 957, Offshore Incorporations Centre, Road Town, Tortola, British Virgin Islands. All the preferred shares held by Shanghai Xing Chong Information Technology Partnership (Limited Partnership), Shanghai Ju Miao Information Technology Partnership (Limited Partnership), Grand Everlasting Limited Partnership and Eagle Power Enterprises Limited will be automatically re-designated as Class A ordinary shares immediately prior to the completion of this offering.





(3) Represents 33,342,943 ordinary shares, 5,650,736 Series Angel preferred shares, 1,026,677 Series A preferred shares, 2,004,322 Series B-1 preferred shares, 793,035 Series D preferred shares and 460,591 Series E-3 preferred shares held by Xima Holdings Limited, a British Virgin Islands company wholly owned by Mr. Jianjun Yu. The registered address of Xima Holdings Limited is Start Chambers, Wichham's Cay II, P.O. Box 2221, Road Town, Tortola, British Virgin Islands. All the ordinary shares and preferred shares held by Xima Holdings Limited will be automatically re-designated as Class B ordinary shares immediately prior to the completion of this offering.

(4) Represents 33,119,152 ordinary shares, 5,650,736 Series Angel preferred shares, 1,026,677 Series A preferred shares, 2,004,322 Series B-1 preferred shares, 793,035 Series D preferred shares and 460,591 Series E-3 preferred shares held by Touch Sound Limited, a British Virgin Islands company wholly owned by Ms. Yuxin Chen. The number of ordinary shares beneficially owned immediately after this offering also includes 3,335,403 ordinary shares issuable upon the exercise of the option to purchase 3,335,403 ordinary shares held by Ms. Yuxin Chen in the event that we complete certain qualified financing activities by the end of 2021, assuming this offering satisfies certain pre-agreed conditions. The registered address of Touch Sound Limited is Start Chambers, Wichham's Cay II, P.O. Box 2221, Road Town, Tortola, British Virgin Islands. All the ordinary shares and preferred shares held by Touch Sound Limited will be automatically re-designated as Class B ordinary shares immediately prior to the completion of this offering, and the ordinary shares issuable upon the exercise of the option held by her will be Class A ordinary shares.

(5) Represents 9,939,881 Series B-1 preferred shares and 13,817,753 Series E-3 preferred shares held by Trustbridge Partners VII, L.P., a limited partnership organized under the laws of Cayman Islands. Trustbridge Partners VII, L.P. is managed by an investment committee consisting of Shujun Li, Feng Ge, David Ning Lin, Hongyan Guan, Xiaodong Liang and Shuhong Ye, which by majority vote has the power to make investment or divestment decisions for Trustbridge Partners VII, L.P. The registered address of Trustbridge Partners VII, L.P. is Maples Corporate Services Limited, PO Box 309, Ugland House, Grand Cayman, KY1-1104, Cayman Islands. All the preferred shares held by Trustbridge Partners VII, L.P. will be automatically re-designated as Class A ordinary shares immediately prior to the completion of this offering.

(6) Represents 14,873,996 Series E-2 preferred shares and 2,302,958 Series E-3 preferred shares held by Image Frame Investment (HK) Limited, a company incorporated under the laws of Hong Kong. The sole member of Image Frame Investment (HK) Limited is Tencent Holdings Limited, a company listed on the Main Board of The Stock Exchange of Hong Kong Limited. The registered address of Image Frame Investment (HK) Limited is 29/F, Three Pacific Place, No.1 Queen's Road East, Wanchai, Hong Kong. All the preferred shares held by Image Frame Investment (HK) Limited will be automatically re-designated as Class A ordinary shares immediately prior to the completion of this offering.

Except as described hereof, we are not aware of any arrangement that may, at a subsequent date, result in a change of control of our company. To our knowledge, as of the date of this prospectus, a total of 808,054 ordinary shares, a total of 4,950,078 Series B-1 preferred shares, a total of 594,960 of Series E-1 preferred shares and a total of 4,605,918 Series E-3 preferred shares are held by four record holders in the United States, representing approximately 3.5% of our total outstanding shares on an as-converted basis.





## RELATED PARTY TRANSACTIONS

**Contractual Arrangements with Our Consolidated Affiliated Entities and Their Respective Shareholders**

See "Corporate History and Structure—Contractual Arrangements with Our Principal Consolidated Affiliated Entities."

**Shareholders Agreement**

See "Description of Share Capital—Shareholders Agreement."

**Private Placements**

On June 28, 2018, we issued 33,342,943 ordinary shares and 33,119,152 ordinary shares to Xima Holding Limited, an entity controlled by Mr. Jianjun Yu, and Touch Sound Limited, one of our principal shareholders, respectively, for a nominal consideration in connection with our reorganization in 2018. On December 3, 2018, we issued 793,035 Series D preferred shares and 793,035 Series D preferred shares to Xima Holdings Limited and Touch Sound Limited for an aggregate consideration of US$88,851 and US$88,851, respectively, in connection with our reorganization in 2018. On March 12, 2021, we issued 460,591 Series E-3 preferred shares and 460,591 Series E-3 preferred shares to Xima Holdings Limited and Touch Sound Limited for an aggregate consideration of US$4,999,991.66 and US$4,999,991.66, respectively.

On December 24, 2020, we issued 921,184 Series E-3 preferred shares to GENERAL ATLANTIC SINGAPORE XMYA PTE. LTD., an existing shareholder who nominated a director to our board, for an aggregate consideration of US$10,000,000.

On February 5, 2021, we issued 921,184 Series E-3 preferred shares, 2,302,958 Series E-3 preferred shares and 2,302,958 Series E-3 preferred shares to Eagle Power Enterprises Limited, an entity beneficially owned by Mr. Mingwang Xiong who serves as our director and the ultimate beneficial owner of entities that collectively constitute one of our principal shareholders, Cloudary Holdings Limited, an entity related to China Literature who nominated a director to our board, and Image Frame Investment (HK) Limited, an entity related to Tencent who nominated directors to our board, for an aggregate consideration of US$10,000,000, US$24,999,990.86 and US$24,999,990.86, respectively.

Other than the private placements disclosed above, none of the holders of our preferred shares or warrants to purchase our preferred shares was our related party prior to each holder's investment in our securities. The price of each series of preferred shares was determined based on arm's-length negotiations between us and the relevant investors and was approved by our the existing shareholders and board of directors.

**Employment Agreements and Indemnification Agreements**

See "Management—Employment Agreements and Indemnification Agreements."

**Share Incentive Plans**

See "Management—Share Incentive Plans."

**Other Related Party Transactions**

***Loans to senior management members***. We had historically extended loans to Mr. Jianjun Yu and Ms. Yuxin Chen, our co-founders, an entity affiliated with Mr. Dong Li, our co-chief financial officer, Mr. Xingren Li, currently our director and vice president, Mr. Dong Wang, our vice president, Mr. Jieqiang Shen,





currently our director and vice president, and a former executive officer for personal use. The loans are non-interest bearing with the loan repayment period ranging from one year to eight years. As of December 31, 2018, 2019 and 2020, we recorded outstanding principal amounts of RMB4.5 million, RMB46.8 million and RMB3.8 million (US$0.6 million), respectively, due from them. All of the loans extended to our senior management members have been repaid in full by the end of February 2021.

***Loans to companies controlled by our founders***. We had historically extended loans to companies controlled by Mr. Jianjun Yu and Ms. Yuxin Chen, our co-founders. The loans are non-interest bearing. As of December 31, 2018 and 2019, we recorded outstanding principal amounts of RMB7.4 million and RMB0.3 million, respectively, due from them. All of such loans were fully repaid in March 2020.

***Loans to other affiliated companies***. In July 2018, we entered into a loan agreement with Shanghai Xiyin Investment Management Co., Ltd., a company jointly owned by certain of our shareholders and Shanghai Ximalaya, one of our VIEs, with a principal amount of RMB28.0 million. The loan matured in one year with an interest rate of 2.6% per annum. The loan was repaid in July 2019. We received interest income of RMB0.4 million for such loan for each of 2018 and 2019.

We also provided loans of RMB21.4 million and RMB18.7 million with no interest to Carglass Inc., our equity investee over which we have significant influence, for its operation in 2018 and 2019, respectively. We provided doubtful accounts provision of RMB21.4 million and RMB18.7 million for such receivables in 2018 and 2019, respectively.

***Transactions with our shareholders or entities affiliated with our shareholders.*** As of December 31, 2018, 2019 and 2020 and March 31, 2021, we had amounts due from entities affiliated with Tencent Holdings Ltd., or Tencent Entities, of RMB3.5 million, RMB5.2 million, RMB15.4 million (US$2.4 million) and RMB9.6 million (US$1.5 million), respectively, representing advertising services we provided to Tencent and its controlled entities by facilitating the display of their advertisements on our platform, which amounted to RMB19.9 million, RMB29.9 million, RMB111.3 million (US$17.1 million) and RMB27.0 million (US$4.1 million) for the years ended December 31, 2018, 2019 and 2020 and the three months ended March 31, 2021, respectively. As of December 31, 2018, 2019 and 2020 and March 31, 2021, we had amounts due to Tencent Entities of RMB0.4 million, RMB6.4 million, RMB13.2 million (US$2.0 million) and RMB17.1 million (US$2.6 million), respectively, representing cloud services and text message services provided by Tencent Entities to us. Such cloud service fee was RMB1.5 million, RMB11.3 million, RMB23.3 million (US$3.6 million) and RMB10.1 million (US$1.5 million) for the years ended December 31, 2018, 2019 and 2020 and three months ended March 31, 2021, respectively. The text message service fee was zero, RMB3.2 million, RMB7.0 million (US$1.1 million) and RMB1.7 million (US$0.3 million) for the years ended December 31, 2018, 2019 and 2020 and three months ended March 31, 2021, respectively.

We provided advertising services to entities affiliated with Xiaomi Corporation, or Xiaomi Entities, by facilitating the display of their advertisements on our platform. Such advertising services amounted to zero, zero, RMB1.3 million (US$0.2 million) and RMB0.8 million (US$0.1 million) for the years ended December 31, 2018, 2019 and 2020 and the three months ended March 31, 2021, respectively. As of December 31, 2018, 2019 and 2020 and March 31, 2021, we had amounts due to Xiaomi Entities of RMB20.0 million, RMB2.1 million, RMB3.3 million (US$0.5 million) and RMB7.1 million (US$1.1 million), respectively, representing user acquisition services provided by Xiaomi Entities to us. Such user acquisition service fee was RMB66.8 million, RMB11.7 million, RMB13.0 million (US$2.0 million) and RMB3.6 million (US$0.5 million) for the years ended December 31, 2018, 2019 and 2020 and the three months ended March 31, 2021, respectively. As of December 31, 2018, 2019 and 2020 and March 31, 2021, we had amounts due from Xiaomi Entities of RMB10.4 million, RMB10.4 million, RMB10.4 million (US$1.6 million) and RMB10.4 million (US$1.6 million), respectively, representing receivable for deposit to Xiaomi Entities in exchange for a two-month payable cycle in connection with the user acquisition services.





In 2018, 2019 and 2020 and the three months ended March 31, 2021, we incurred RMB7.7 million, RMB33.6 million, RMB43.7 million (US$6.7 million) and RMB20.0 million (US$3.1 million) to China Literature Limited relating to revenue sharing fees for licensed contents. As of December 31, 2018, 2019 and 2020, we had amounts due to China Literature Limited of RMB6.7 million, RMB34.5 million, RMB25.7 million (US$3.9 million), respectively. In January 2021, we entered into an amendment to license agreement with China Literature and agreed on an updated calculation formula for revenue sharing arrangement in the next few years, subject to further adjustment. As of March 31, 2021, we had prepayment to China Literature Limited of RMB21.5 million (US$3.3 million).

In July 2020, we repurchased 4,947,628 convertible redeemable preferred shares from entities affiliated with Xingwang, or Xingwang Entities, for a total consideration of RMB309.3 million (US$47.4 million). The payables for the consideration was charged with an interest rate of 6% per annum since July 1, 2019. In 2019 and 2020, we paid interest expenses of RMB9.4 million and RMB8.7 million (US$1.3 million), respectively. As of December 31, 2019 and 2020, we had amount due to Xingwang Entities of RMB9.4 million and zero, respectively.

***Transactions with three investees***. In 2018, 2019 and 2020 and the three months ended March 31, 2021, we paid an aggregate of RMB10.7 million, RMB8.3 million, RMB3.7 million (US$0.6 million) and RMB0.2 million (US$0.03 million) to Shanghai Pubo Information Technology Co., Ltd., which is 22.5% owned by Shanghai Ximalaya, and Beijing Xinya Xinsheng Education Consulting Co., Ltd., which is 20% owned by Shanghai Ximalaya, relating to revenue sharing fees for licensed contents. Zhejiang Sanxi Culture Media Co., Ltd., or Zhejiang Sanxi, which is 30% owned by Shanghai Ximalaya, facilitated the display of our advertisements in a TV show. As of December 31, 2018, 2019 and 2020, we had amount due to Zhejiang Sanxi of RMB22.4 million, zero and zero, which represented the advertising expenses to be paid off through Zhejiang Sanxi.





## DESCRIPTION OF SHARE CAPITAL

We are a Cayman Islands exempted company with limited liability and our affairs are governed by our memorandum and articles of association, as amended and restated from time to time, and the Companies Act (As Revised) of the Cayman Islands, which is referred to as the Companies Act below.

As of the date hereof, our authorized share capital consists of 500,000,000 shares of a nominal or par value of US$0.0001 each, of which: (i) 254,007,958 shares are designated as ordinary shares, (ii) 24,577,820 shares are designated as Series Angel preferred shares; (iii) 2,161,425 shares are designated as Series A preferred shares; (iv) 77,967,338 shares are designated as Series B-1 preferred shares, (v) 10,902,758 shares are designated as Series B-2 preferred shares, (vi) 5,969,630 shares are designated as Series C-1 preferred shares, (vii) 4,661,482 shares are designated as Series C-2 preferred shares, (viii) 14,727,852 shares are designated as Series D preferred shares, (ix) 594,960 shares are designated as Series E-1 preferred shares, (x) 59,137,229 shares are designated as Series E-2 preferred shares, (xi) 29,938,466 shares are designated as Series E-3 preferred shares and (xii) 15,353,082 shares are designated as Series E-4 preferred shares. Immediately prior to the completion of this initial public offering, all of our issued and outstanding preferred shares will automatically convert into ordinary shares.

Immediately prior to the completion of this offering, our authorized share capital will be US$300,000 divided into divided into 3,000,000,000 shares comprising (i) 2,500,000,000 Class A ordinary shares of a par value of US$0.0001 each, (ii) 250,000,000 Class B ordinary shares of a par value of US$0.0001 each and (iii) 250,000,000 shares of a par value of US$0.0001 each of such class or classes (however designated) as the board of directors may determine in accordance with our post-offering memorandum and articles of association. Immediately after the completion of this offering, we will have Class A ordinary shares and Class B ordinary shares issued and outstanding, assuming the underwriters do not exercise their over-allotment option. All of our shares issued and outstanding prior to the completion of the offering are and will be fully paid, and all of our shares to be issued in the offering will be issued as fully paid.

**Our Post-offering Memorandum and Articles of Association**

We have conditionally adopted a tenth amended and restated memorandum and articles of association, which will become effective immediately prior to the completion of this offering and will replace our existing ninth amended and restated memorandum and articles of association in their entirety. The following are summaries of material provisions of our post-offering amended and restated memorandum and articles of association and the Companies Act insofar as they relate to the material terms of our ordinary shares.

***Objects of Our Company***

Under our post-offering memorandum and articles of association, the objects of our company are unrestricted and we have the full power and authority to carry out any object not prohibited by the laws of the Cayman Islands.

***Ordinary Shares***

Our ordinary shares are issued in registered form. We may not issue shares to bearer. Our shareholders who are non-residents of the Cayman Islands may freely hold and vote their shares. Our ordinary shares are divided into Class A ordinary shares and Class B ordinary shares. Holders of our Class A ordinary shares and Class B ordinary shares will have the same rights except for voting and conversion rights. Each Class A ordinary share shall entitle the holder thereof to one vote on all matters subject to vote at our general meetings, and each Class B ordinary share shall entitle the holder thereof to ten votes on all matters subject to vote at our general meetings. Our ordinary shares are issued in registered form and are issued when registered in our register of members.





***Conversion***

Each Class B ordinary share is convertible into one Class A ordinary share at any time by the holder thereof. Class A ordinary shares are not convertible into Class B ordinary shares under any circumstances. Any number of Class B ordinary shares held by a holder thereof will be automatically and immediately converted into an equal number of Class A ordinary shares upon the occurrence of (i) any direct or indirect sale, transfer, assignment or disposition of such number of Class B ordinary shares by the holder thereof or the direct or indirect transfer or assignment of the voting power attached to such number of Class B ordinary shares through voting proxy or otherwise to any person that is not Xima Holdings Limited, Touch Sound Limited, Mr. Jianjun Yu, Ms. Yuxin Chen, and any corporation, partnership or any other entity that is directly or indirectly through one or more intermediaries controlled by Mr. Jianjun Yu or Ms. Yuxin Chen (each, a "Specified Person"), or (ii) any direct or indirect sale, transfer, assignment or disposition of a majority of the issued and outstanding voting securities of, or the direct or indirect transfer or assignment of the voting power attached to such voting securities through voting proxy or otherwise, or the direct or indirect sale, transfer, assignment or disposition of all or substantially all of the assets of, a holder of Class B ordinary shares that is an entity to any person that is not a Specified Person.

***Dividends***

The holders of our ordinary shares are entitled to such dividends as may be declared by our board of directors. In addition, dividends may be declared by our shareholders by an ordinary resolution in general meeting (provided always that no dividend may be declared by our shareholders which exceeds the amount recommended by our directors). Under the laws of the Cayman Islands, dividends may be declared and paid only out of funds legally available therefor, namely out of either profits or our share premium account, provided that a dividend may not be paid if this would result in our company being unable to pay its debts as they fall due in the ordinary course of business.

***Voting Rights***

Voting at any meeting of shareholders is by show of hands unless a poll is demanded. A poll may be demanded by the chairperson of such meeting or any one shareholder present in person or by proxy. With respect to all matters subject to a shareholders' vote, each Class A ordinary share is entitled to one vote, and each Class B ordinary share is entitled to ten votes, voting together as one class, on all matters subject to a vote at general meetings of our company.

An ordinary resolution to be passed at a meeting by the shareholders requires the affirmative vote of a simple majority of the votes attaching to the ordinary shares cast at a meeting, while a special resolution requires the affirmative vote of no less than two-thirds of the votes cast attaching to the outstanding and issued ordinary shares cast at a meeting. A special resolution will be required for important matters such as a change of name or making changes to our post-offering memorandum and articles of association. Our shareholders may, among other things, divide or combine their shares by ordinary resolution.

An ordinary resolution to be passed by the shareholders requires the affirmative vote of a simple majority of the votes attached to the ordinary shares cast by those shareholders who are present in person or by proxy at a general meeting, while a special resolution requires the affirmative vote of no less than two-thirds of the votes attached to the ordinary shares cast by those shareholders who are present in person or by proxy at a general meeting. Both ordinary resolutions and special resolutions may also be passed by a unanimous written resolution signed by all the shareholders of our company, as permitted by the Companies Act and our memorandum and articles of association. A special resolution will be required for important matters such as a change of name or making changes to our memorandum and articles of association.





***General Meetings of Shareholders. and Shareholder Proposals***

As a Cayman Islands exempted company, we are not obliged by the Companies Act to call shareholders' annual general meetings. Our post-offering memorandum and articles of association provide that we may (but are not obliged to) in each year hold a general meeting as our annual general meeting in which case we shall specify the meeting as such in the notices calling it, and the annual general meeting shall be held at such time and place as may be determined by our directors.

Shareholders' general meetings may be convened by the chairman of the board or a majority of our board of directors. Advance notice of at least seven days is required for the convening of our annual general shareholders' meeting (if any) and any other general meeting of our shareholders. A quorum required for any general meeting of shareholders consists of at least one shareholder present or by proxy, representing not less than one-third of all votes attaching to all of our shares in issue and entitled to vote.

The Companies Act provides shareholders with only limited rights to requisition a general meeting, and does not provide shareholders with any right to put any proposal before a general meeting. However, these rights may be provided in a company's articles of association. Our post-offering memorandum and articles of association provide that upon the requisition of any one or more of our shareholders who together hold shares which carry in aggregate not less than one-third of the total number of votes attaching to all issued and outstanding shares of our company entitled to vote at general meetings, our board will convene an extraordinary general meeting and put the resolutions so requisitioned to a vote at such meeting. However, our post-offering memorandum and articles of association do not provide our shareholders with any right to put any proposals before annual general meetings or extraordinary general meetings not called by such shareholders.

***Transfer of Ordinary Shares***

Subject to the restrictions set out below, any of our shareholders may transfer all or any of his or her ordinary shares by an instrument of transfer in the usual or common form or any other form approved by our board of directors.

However, our board of directors may, in its absolute discretion, decline to register any transfer of any ordinary share which is not fully paid up or on which our company has a lien. Our board of directors may also decline to register any transfer of any ordinary share unless:

- the instrument of transfer is lodged with us, accompanied by the certificate for the ordinary shares to which it relates and such other evidence as our board of directors may reasonably require to show the right of the transferor to make the transfer;
- the instrument of transfer is in respect of only one class of shares;
- the instrument of transfer is properly stamped, if required;
- in the case of a transfer to joint holders, the transfer is not to more than four joint holders; and
- fee of such maximum sum as the New York Stock Exchange may determine to be payable or such lesser sum as our directors may from time to time require is paid to us in respect thereof.

If our directors refuse to register a transfer they are required, within two months after the date on which the instrument of transfer was lodged, to send to each of the transferor and the transferee notice of such refusal.

The registration of transfers may, after compliance with any notice required of the New York Stock Exchange, be suspended and the register closed at such times and for such periods as our board of directors may from time to time determine, provided, however, that the registration of transfers shall not be suspended nor the register closed for more than 30 days in any year as our board may determine.





***Liquidation***

If our company is wound up, and the assets available for distribution among our shareholders are insufficient to repay the whole of the share capital, those assets shall be distributed so that, as nearly as may be, the losses shall be borne by our shareholders in proportion to the par value of the shares held by them.

If in a winding up the assets available for distribution among our shareholders are more than sufficient to repay the whole of our share capital at the commencement of the winding up, the surplus shall be distributed among our shareholders in proportion to the par value of the shares held by them at the commencement of the winding up, subject to a deduction from those shares in respect of which there are monies due, of all monies payable to our company for unpaid calls or otherwise.

We are an exempted company with "limited liability" incorporated under the Companies Act, and under the Companies Act, the liability of our members is limited to the amount, if any, unpaid on the shares respectively held by them. Our memorandum of association contains a declaration that the liability of our members is so limited.

***Calls on Ordinary Shares and Forfeiture of Ordinary shares***

Our board of directors may from time to time make calls upon shareholders for any amounts unpaid on their ordinary shares in a notice served to such shareholders at least 14 days prior to the specified time and place of payment. The ordinary shares that have been called upon and remain unpaid are subject to forfeiture.

***Redemption, Repurchase and Surrender of Ordinary Shares***

We may issue shares on terms that such shares are subject to redemption, at our option or at the option of the holders thereof, on such terms and in such manner as may be determined, before the issue of such shares, by our board of directors or by a special resolution of our shareholders. Our company may also repurchase any of our shares provided that the manner and terms of such purchase have been approved by our board of directors or are otherwise authorized by our memorandum and articles of association. Under the Companies Act, the redemption or repurchase of any share may be paid out of our company's profits or out of the proceeds of a fresh issue of shares made for the purpose of such redemption or repurchase, or out of capital (including share premium account and capital redemption reserve) if our company can, immediately following such payment, pay its debts as they fall due in the ordinary course of business. In addition, under the Companies Act no such share may be redeemed or repurchased (i) unless it is fully paid up, (ii) if such redemption or repurchase would result in there being no shares outstanding, or (iii) if the company has commenced liquidation. In addition, our company may accept the surrender of any fully paid share for no consideration.

***Variations of Rights of Shares***

Whenever the capital of our company is divided into different classes of shares, the rights attached to any such class may be materially adversely varied with the consent in writing of the holders of at least two-thirds of the issued shares of that class or with the sanction of a special resolution passed at a separate meeting of the holders of the shares of that class.

The rights conferred upon the holders of the shares of any class issued with preferred or other rights shall not, subject to any rights or restrictions for the time being attached the shares of that class, be deemed to be materially adversely varied by, amongst other things, the creation, allotment or issue of further shares ranking pari passu with or subsequent to such existing class of shares, or the redemption or purchase of any shares of any class by our company. The rights of the holders of shares shall not be deemed to be materially adversely varied by the creation or issue of shares with preferred or other rights including, without limitation, the creation of shares with enhanced or weighted voting rights.





***Election and Removal of Directors***

Our post-offering memorandum and articles of association provide that, unless otherwise determined by our company in general meeting, our board will consist of not less than three directors. There are no provisions relating to retirement of directors upon reaching any age limit.

The directors have the power to appoint any person as a director either to fill a casual vacancy on the board or as an addition to the existing board.

Our shareholders may also appoint any person to be a director by way of ordinary resolution.

A director may be removed with or without cause by ordinary resolution.

A director shall cease to be a director if the director (i) becomes bankrupt or makes any arrangement or composition with his or her creditors; (ii) dies or is found to be or becomes of unsound mind; (iii) resigns his or her office by notice in writing to our company; (iv) without special leave of absence from our board of directors, is absent from meetings of our board for three consecutive meetings and our board resolves that his or her office be vacated; or (v) is removed from office pursuant to any other provision of our post-offering memorandum and articles of association.

***Proceedings of Board of Directors***

Our post-offering memorandum and articles of association provide that subject to the Companies Act and to any resolutions passed in a general meeting, our business shall be managed by our board of directors, who may exercise all powers of our company. The quorum necessary for board meetings may be fixed by the board and, unless so fixed at another number, will be a majority of the directors.

Our post-offering memorandum and articles of association provide that the board may from time to time at its discretion exercise all powers of our company to raise or borrow money, to mortgage or charge all or any part of the undertaking, property and assets (present and future) and uncalled capital of our company and issue debentures, debenture stock, bonds and other securities of our company, whether outright or as collateral security for any debt, liability or obligation of our company or of any third party.

***Inspection of Books and Records***

Holders of our ordinary shares have no general right under Cayman Islands law to inspect or obtain copies of our list of shareholders or our corporate records (other than our memorandum and articles of association, special resolutions of our shareholders, and our register of mortgages and charges). See "Where You Can Find Additional Information."

***Issuance of Additional Shares***

Our post-offering amended and restated memorandum of association authorizes our board of directors to issue additional ordinary shares from time to time as our board of directors shall determine, to the extent of available authorized but unissued shares.

Our post-offering amended and restated memorandum of association also authorizes our board of directors to establish from time to time one or more series of preferred shares and to determine, with respect to any series of preferred shares, the terms and rights of that series, including:

- the designation of the series;

- the number of shares of the series;





- the dividend rights, dividend rates, conversion rights, voting rights; and
- the rights and terms of redemption and liquidation preferences.

Our board of directors may issue preferred shares without action by our shareholders to the extent authorized but unissued. Issuance of these shares may dilute the voting power of holders of ordinary shares.

***Anti-takeover Provisions***

Some provisions of our post-offering memorandum and articles of association may discourage, delay or prevent a change of control of our company or management that shareholders may consider favorable, including provisions that:

- authorize our board of directors to issue preferred shares in one or more series and to designate the price, rights, preferences, privileges and restrictions of such preferred shares without any further vote or action by our shareholders; and
- limit the ability of shareholders to requisition and convene general meetings of shareholders.

However, under Cayman Islands law, our directors may only exercise the rights and powers granted to them under our post-offering memorandum and articles of association for a proper purpose and for what they believe in good faith to be in the best interests of our company.

***Changes in Capital***

Our shareholders may from time to time by ordinary resolution:

- increase our share capital by such sum, to be divided into shares of such amount, as the resolution shall prescribe;
- consolidate and divide all or any of our share capital into shares of a larger amount than our existing shares;
- sub-divide our existing shares, or any of them into shares of a smaller amount, provided that in the subdivision the proportion between the amount paid and the amount, if any, unpaid on each reduced share shall be the same as it was in case of the share from which the reduced share is derived; or
- cancel any shares which, at the date of the passing of the resolution, have not been taken or agreed to be taken by any person and diminish the amount of our share capital by the amount of the shares so cancelled.

Our shareholders may by special resolution, subject to confirmation by the Grand Court of the Cayman Islands on an application by our company for an order confirming such reduction, reduce our share capital or any capital redemption reserve in any manner permitted by law.

***Exempted Company***

We are an exempted company with limited liability under the Companies Act of the Cayman Islands. The Companies Act in the Cayman Islands distinguishes between ordinary resident companies and exempted companies. Any company that is registered in the Cayman Islands but conducts business mainly outside of the Cayman Islands may apply to be registered as an exempted company. The requirements for an exempted company are essentially the same as for an ordinary company except for the exemptions and privileges listed below:

- an exempted company does not have to file an annual return of its shareholders with the Registrar of Companies;





- an exempted company's register of members is not required to be open to inspection;
- an exempted company does not have to hold an annual general meeting;
- an exempted company may issue no par value, negotiable shares;
- an exempted company may obtain an undertaking against the imposition of any future taxation (such undertakings are usually given for 20 years in the first instance);
- an exempted company may register by way of continuation in another jurisdiction and be deregistered in the Cayman Islands;
- an exempted company may register as a limited duration company; and
- an exempted company may register as a segregated portfolio company.

"Limited liability" means that the liability of each shareholder is limited to the amount unpaid by the shareholder on that shareholder's shares of the company (except in exceptional circumstances, such as involving fraud, the establishment of an agency relationship or an illegal or improper purpose or other circumstances in which a court may be prepared to pierce or lift the corporate veil). Upon the closing of this offering, we will be subject to reporting and other informational requirements of the Exchange Act, as applicable to foreign private issuers. Except as otherwise disclosed in this prospectus, we currently intend to comply with the New York Stock Exchange rules in lieu of following home country practice after the closing of this offering.

***Register of Members***

Under Cayman Islands law, we must keep a register of members and there must be entered therein:

- the names and addresses of our members, together with a statement of the shares held by each member (which statement shall (i) distinguish each share by its number (so long as the share has a number); (ii) confirm the amount paid, or agreed to be considered as paid on the shares of each member; (iii) confirm the number and category of shares held by each member; and (iv) confirm whether each relevant category of shares held by a member carries voting rights under the articles of association of the company, and if so, whether such voting rights are conditional);
- the date on which the name of any person was entered on the register as a member; and
- the date on which any person ceased to be a member.

Under Cayman Islands law, the register of members of our company is prima facie evidence of the matters set out therein (i.e., the register of members will raise a presumption of fact on the matters referred to above unless rebutted). Upon the closing of this offering, the register of members will be immediately updated to reflect the issue of shares by us as to the depositary. Once our register of members has been updated, the shareholders recorded in the register of members will be deemed to have legal title to the shares set against their names.

If the name of any person is, without sufficient cause, entered in or omitted from the register of members, or if default is made or unnecessary delay takes place in entering on the register the fact of any person having ceased to be a member, the person or member aggrieved or any member or the company itself may apply to the Cayman Islands Grand Court for an order that the register be rectified, and the Court may either refuse such application or it may, if satisfied of the justice of the case, make an order for the rectification of the register.

**Differences in Corporate Law**

The Companies Act is derived, to a large extent, from the older Companies Acts of England but does not follow recent United Kingdom statutory enactments, and accordingly there are significant differences between the Companies Act and the current Companies Act of England.





In addition, the Companies Act differs from laws applicable to United States corporations and their shareholders. Set forth below is a summary of certain significant differences between the provisions of the Companies Act applicable to us and the laws applicable to United States corporations and companies incorporated in the State of Delaware.

[illegible]

from office (unless he has sooner vacated office) at the next or a subsequent annual general meeting or upon any specified event or after any specified period in a written agreement between the company and the director, if any; but no such term shall be implied in the absence of express provision. In addition, a director's office shall be vacated if the director (i) becomes bankrupt or makes any arrangement or composition with his creditors; (ii) dies or is found to be or becomes of unsound mind; (iii) resigns his office by notice in writing to the company; (iv) without special leave of absence from our board of directors, is absent from three consecutive meetings of the board and the board resolves that his office be vacated or; (v) is removed from





office pursuant to any other provisions of our post-offering amended and restated memorandum and articles of association.

***Transactions with Interested Shareholders***

The Delaware General Corporation Law contains a business combination statute applicable to Delaware public corporations whereby, unless the corporation has specifically elected not to be governed by such statute by amendment to its certificate of incorporation, it is prohibited from engaging in certain business combinations with an "interested shareholder" for three years following the date that such person becomes an interested shareholder. An interested shareholder generally is a person or a group who or which owns or owned 15% or more of the target's outstanding voting shares within the past three years.

This statute has the effect of limiting the ability of a potential acquirer to make a two-tiered bid for the target in which all shareholders would not be treated equally. The statute does not apply if, among other things, prior to the date on which such shareholder becomes an interested shareholder, the board of directors approves either the business combination or the transaction which resulted in the person becoming an interested shareholder. This encourages any potential acquirer of a Delaware corporation to negotiate the terms of any acquisition transaction with the target's board of directors.

Cayman Islands law has no comparable statute. As a result, we cannot avail ourselves of the types of protections afforded by the Delaware business combination statute. However, although Cayman Islands law does not regulate transactions between a company and its significant shareholders, it does provide that such transactions must be entered into bona fide in the best interests of the company and for a proper purpose and not with the effect of constituting a fraud on the minority shareholders.

***Dissolution; Winding Up***

Under the Delaware General Corporation Law, unless the board of directors approves the proposal to dissolve, dissolution must be approved by shareholders holding 100% of the total voting power of the corporation. Only if the dissolution is initiated by the board of directors may it be approved by a simple majority of the corporation's outstanding shares. Delaware law allows a Delaware corporation to include in its certificate of incorporation a supermajority voting requirement in connection with dissolutions initiated by the board.

Under the Companies Act, a Cayman Islands company may be wound up by either an order of the courts of the Cayman Islands or by a special resolution of its members or, if the company is unable to pay its debts as they fall due, by an ordinary resolution of its members. The court has authority to order winding up in a number of specified circumstances including where it is, in the opinion of the court, just and equitable to do so.

***Variation of Rights of Shares***

Under the Delaware General Corporation Law, a corporation may vary the rights of a class of shares with the approval of a majority of the outstanding shares of such class, unless the certificate of incorporation provides otherwise. Under our post-offering amended and restated articles of association, if our share capital is divided into more than one class of shares, the rights attached to any such class may be materially adversely varied with the consent in writing of the holders of at least two-thirds of the issued shares of that class or with the sanction of a special resolution passed at a separate meeting of the holders of the shares of that class.

***Amendment of Governing Documents***

Under the Delaware General Corporation Law, a corporation's governing documents may be amended with the approval of a majority of the outstanding shares entitled to vote, unless the certificate of incorporation provides otherwise.





Under the Companies Act and our post-offering amended and restated memorandum and articles of association, our memorandum and articles of association may only be amended by a special resolution of our shareholders.

***Rights of Non-resident or Foreign Shareholders***

There are no limitations imposed by our post-offering amended and restated memorandum and articles of association on the rights of non-resident or foreign shareholders to hold or exercise voting rights on our shares.

In addition, there are no provisions in our post-offering amended and restated memorandum and articles of association that require the Company to disclose shareholder ownership above any particular ownership threshold.

***Inspection of Books and Records***

Under the Delaware General Corporation Law, any shareholder of a corporation may for any proper purpose inspect or make copies of the corporation's stock ledger, list of shareholders and other books and records.

Holders of our shares will have no general right under Cayman Islands law to inspect or obtain copies of our list of shareholders or our corporate records (other than our memorandum and articles of association, special resolutions of our shareholders, and our register of mortgages and charges). See "Where You Can Find Additional Information."

**History of Securities Issuances**

The following is a summary of our securities issuances in the past three years.

***Ordinary Shares***

On June 28, 2018, we issued 33,342,943 ordinary shares, 33,119,152 ordinary shares and 2,899,883 ordinary shares to Xima Holding Limited, Touch Sound Limited and Sound Spread Limited, respectively, for a nominal consideration in connection with our reorganization.

On March 4, 2019, we issued 4,435,380 ordinary shares to Audio World Limited for an aggregate consideration of US$196,625.

On December 13, 2019, we issued 12,356,712 ordinary shares to Ximalaya Welfare Limited for a nominal consideration in connection with our reorganization.

***Preferred Shares***

Historically, we conducted equity financing activities primarily through Shanghai Ximalaya. As part of the reorganization in 2018, we issued the following preferred shares to our existing shareholders so that the shareholding structure of Ximalaya Inc. after the reorganization mirrors that of Shanghai Ximalaya:

On March 4, 2019, we issued 1,922,938 Series Angel preferred shares and 9,413,411 Series Angel preferred shares to Fly Sky Limited and ZendaiRadio Limited for an aggregate consideration of US$85,244 and US$417,295, respectively.

On March 4, 2019, we issued 1,026,677 Series A preferred shares, 1,026,677 Series A preferred shares and 108,071 Series A preferred shares to Xima Holdings Limited, Touch Sound Limited and Sound Spread Limited for an aggregate consideration of US$103, US$103 and US$11, respectively.





On March 4, 2019, we issued 2,004,322 Series B-1 preferred shares, 2,004,322 Series B-1 preferred shares, 20,302 Series B-1 preferred shares, 669 Series B-1 preferred shares, 9,024,746 Series B-1 preferred shares, 1,963,924 Series B-1 preferred shares and 7,514,056 Series B-1 preferred shares to Xima Holdings Limited, Touch Sound Limited, Audio World Limited, ZendaiRadio Limited, ZendaiFM LP, Kongzong Investment Limited and Cloudary Holdings Limited for an aggregate consideration of US$200, US$200, US$895, US$30, US$400,066, US$87,060 and RMB2,165,130, respectively.

On May 19, 2020, we issued 727,729 Series B-1 preferred shares to Shanghai Puchonghuaxi Information Technology Partnership (Limited Partnership) for an aggregate consideration of RMB209,691.

On March 4, 2019, we issued 1,153,472 Series C-1 preferred shares to Bright Venture Capital Limited for an aggregate consideration of US$51,133.

On March 4, 2019, we issued 2,979,788 Series C-2 preferred shares to TAL Education Group for an aggregate consideration of RMB65,000,000.

On December 3, 2018, we issued 793,035 Series D preferred shares and 793,035 Series D preferred shares to Xima Holdings Limited and Touch Sound Limited for an aggregate consideration of US$88,851 and US$88,851, respectively.

On March 4, 2019, we issued 4,531,648 Series D preferred shares to Eternity Group Limited for an aggregate consideration of RMB200,000,000.

In addition, as part of our reorganization, we issued the following warrants to our then-existing shareholders. All of the warrants set forth below have been exercised and converted into preferred shares as of the date of this prospectus:

On November 29, 2018, we issued a warrant to purchase 13,241,471 Series Angel preferred shares to Zendai Hima Investment Fund LP for a consideration of US$586,992. Zendai Hima Investment Fund LP exercised such warrant to acquire 13,241,471 Series Angel preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 9,230,511 Series B-1 preferred shares, 1,307,273 Series C-1 preferred shares and 2,718,988 Series D preferred shares to Shanghai Xing Chong Information Technology Partnership (Limited Partnership) for a consideration of RMB 2,659,716, RMB376,683 and RMB120,000,000, respectively. Shanghai Xing Chong Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 9,230,511 Series B-1 preferred shares, 1,307,273 Series C-1 preferred shares and 2,718,988 Series D preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 13,328,504 Series B-1 preferred shares to Shanghai Ju Miao Information Technology Partnership (Limited Partnership) for a consideration of RMB3,840,528. Shanghai Ju Miao Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 13,328,504 Series B-1 preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 21,924,360 Series B-1 preferred shares to Shanghai Puchonghuaxi Information Technology Partnership (Limited Partnership) for a consideration of RMB6,317,372. Shanghai Puchonghuaxi Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 21,924,360 Series B-1 preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 5,115,776 Series B-1 preferred shares and 1,681,694 Series C-2 preferred shares to Shanghai Chuangsi Information Technology Partnership (Limited Partnership) for a consideration of RMB1,474,051 and RMB484,561. Shanghai Chuangsi Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 5,115,776 Series B-1 preferred shares and 1,681,694 Series C-2 preferred shares on March 4, 2019.





On November 29, 2018, we issued a warrant to purchase 4,385,610 Series B-1 preferred shares to Red Eagle Limited Partnership for a consideration of US$194,413. An designated assignee of Red Eagle Limited Partnership exercised such warrant to acquire 4,385,610 Series B-1 preferred shares on December 30, 2020.

On November 29, 2018, we issued a warrant to purchase 10,902,758 Series B-2 preferred shares to Tianjin Jinxing Venture Capital Co., Ltd. for a consideration of RMB156,183,644. Shanghai Guanghao Information Technology Partners (Limited Partnership) exercised such warrant to acquire 10,902,758 Series B-2 preferred shares on May 19, 2020.

On November 29, 2018, we issued a warrant to purchase 722,507 Series B-1 preferred shares, 3,508,885 Series C-1 preferred shares and 1,812,660 Series D preferred shares to Whales Splendor Investment Co., Ltd for a consideration of RMB208,186, RMB1,011,064 and RMB80,000,000, respectively. Whales Splendor Investment Co., Ltd exercised such warrant to acquire 722,507 Series B-1 preferred shares, 3,508,885 Series C-1 preferred shares and 1,812,660 Series D preferred shares on May 19, 2020.

On November 29, 2018, we issued a warrant to purchase 1,132,913 Series D preferred shares to Shanghai Youliang Investment Management Center (Limited Partnership) for a consideration of RMB50,000,000. Shanghai Youliang Investment Management Center (Limited Partnership) exercised such warrant to acquire 1,132,913 Series D preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 1,812,660 Series D preferred shares to Shanghai Jingjiang Information Technology Partnership (Limited Partnership) for a consideration of RMB80,000,000. Shanghai Jingjiang Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 1,812,660 Series D preferred shares on March 4, 2019.

On November 29, 2018, we issued a warrant to purchase 1,132,913 Series D preferred shares to Shanghai Chongdu Information Technology Partnership (Limited Partnership) for a consideration of RMB50,000,000. Shanghai Chongdu Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 1,132,913 Series D preferred shares on March 4, 2019.

After the reorganization, we issued the following preferred shares and warrants:

On March 4, 2019, we issued 1,062,428 Series E-2 preferred shares, 1,540,521 Series E-2 preferred shares, 3,930,984 Series E-2 preferred shares, 1,381,157 Series E-2 preferred shares, 3,187,284 Series E-2 preferred shares, 2,124,857 Series E-2 preferred shares, 31,872,849 Series E-2 preferred shares, 14,873,996 Series E-2 preferred shares, 10,624,283 Series E-2 preferred shares, 2,124,857 Series E-2 preferred shares, 2,656,071 Series E-2 preferred shares and 531,214 Series E-2 preferred shares to Puhua Capital Ltd, Light Fund Speed I Manager Ltd., Hermitage Galaxy Fund SPC, ZendaiRadio Limited, Advantech Capital Investment VII Limited, LINDEN AUDIO KINGDOM LIMITED, Grand Everlasting Limited Partnership, Image Frame Investment (HK) Limited, GENERAL ATLANTIC SINGAPORE XMYA PTE. LTD., FinTrek China Industry Power Investment Fund Limited Partnership, TAL Education Group and TALPOLY Limited Partnership, for an aggregate consideration of US$10,000,000, US$14,500,000, US$37,000,000, US$13,000,000, US$30,000,000, US$20,000,000, US$300,000,000, US$140,000,000, US$100,000,000, US$20,000,000, US$25,000,000 and US$5,000,000, respectively. We forfeited 318,729 Series E-2 preferred shares issued to TALPOLY Limited Partnership in December 2019 and 743,700 Series E-2 preferred shares, 3,506,013 Series E-2 preferred shares, 235,435 Series E-2 preferred shares and 25,249,749 Series E-2 preferred shares issued to Puhua Capital Ltd, Hermitage Galaxy Fund SPC, LINDEN AUDIO KINGDOM LIMITED and Grand Everlasting Limited Partnership in May 2020.

On April 10, 2019, we issued 2,656,071 Series E-2 preferred shares to BROAD STREET EQUITY INVESTMENTS EUROPE LTD for an aggregate consideration of US$25,000,000.

On August 31, 2020, we issued 4,249,713 Series E-2 preferred shares to China Internet Investment Fund LLP for an aggregate consideration of US$40,000,000. On May 27, 2020, we issued an option to China Internet





Investment Fund LLP to purchase 6,374,569 Series E-2 preferred shares for an aggregate consideration of US$60,000,000, which was exercised by China Internet Investment Fund LLP on December 29, 2020.

On September 22, 2020, we issued 4,605,918 Series E-3 preferred shares and 1,381,775 Series E-3 preferred shares to Sony Music Entertainment and Shenzhen Songhe Chengzhang Equity Investment Partnership (Limited Partnership) for an aggregate consideration of US$50,000,000 and US$15,000,000, respectively.

On December 17, 2020, we issued 921,184 Series E-3 preferred shares and 7,369,468 Series E-3 preferred shares to Advantech Capital Investment VII Limited and Trustbridge Partners VII, L.P. for an aggregate consideration of US$10,000,000 and US$80,000,000, respectively.

On December 24, 2020, we issued 921,184 Series E-3 preferred shares to GENERAL ATLANTIC SINGAPORE XMYA PTE. LTD. for an aggregate consideration of US$10,000,000.

On December 30, 2020, we issued 6,448,285 Series E-3 preferred shares to Trustbridge Partners VII, L.P. for an aggregate consideration of US$70,000,000.

On December 30, 2020, we issued 1,535,308 Series E-4 preferred shares to UP Sources (HK) Limited for an aggregate consideration of US$20,000,000.

On February 5, 2021, we issued 921,184 Series E-3 preferred shares, 2,302,958 Series E-3 preferred shares and 2,302,958 Series E-3 preferred shares to Eagle Power Enterprises Limited, Cloudary Holdings Limited and Image Frame Investment (HK) Limited for an aggregate consideration of US$10,000,000, US$24,999,990.86 and US$24,999,990.86.

On January 15, 2021, we issued a warrant to purchase 1,842,367 Series E-3 preferred shares to Shanghai Jingsui Information Technology Partnership (Limited Partnership) for a consideration of US$20,000,000. Shanghai Jingsui Information Technology Partnership (Limited Partnership) exercised such warrant to acquire 1,842,367 Series E-3 preferred shares on March 1, 2021.

On March 12, 2021, we issued 460,591 Series E-3 preferred shares and 460,591 Series E-3 preferred shares to Xima Holdings Limited and Touch Sound Limited for an aggregate consideration of US$4,999,991.66 and US$4,999,991.66, respectively.

***Share Swap***

On June 26, 2019, we issued 594,960 Series E-1 preferred shares to SIG Asia Fund IV, LLLP in exchange of 36,363,636 Series A preferred shares owned by SIG Asia Fund IV, LLLP in Ximalaya Holding (Cayman) Limited.

**Shareholders Agreement**

We entered into a second amended and restated shareholders agreement on December 30, 2020 with our shareholders, which consist of holders of our ordinary shares and preferred shares. We refer to the shareholders agreement as amended and supplemented as the "Shareholders Agreement" in this prospectus.

The Shareholders Agreement provides for certain shareholders' rights, including information rights, right to subscribe for new shares, right of first offer and tag along right and contains provisions governing our board of directors and other corporate governance matters. Except for the registration rights, all shareholders' rights, as well as the provisions governing the board of directors, will automatically terminate upon the completion of this offering.





***Registration Rights***

Our registrable securities will include (i) the ordinary shares issued or issuable upon conversion of the preferred shares, (ii) any ordinary shares owned or hereafter acquired by any holder of preferred shares, and (iii) any ordinary shares issued as a dividend or other distribution with respect to, in exchange for, or in replacement of, the shares referenced in (i) and (ii) herein.

*Demand Registration Rights*

*Registration Other Than on Form F-3 or Form S-3*. At any time or from time to time after the earlier of (i) December 30, 2024 or (ii) the date that is six months after the closing of the IPO, holder(s) (x) holding at least 10% or more of the then outstanding registrable securities or (y) holding registrable securities representing an anticipated aggregate offering price no less than US$50,000,000 may request in writing that we effect a registration of registrable securities. Upon receipt of such a request, we shall (i) promptly give written notice of the proposed registration to all other holders and (ii) as soon as practicable, use our best efforts to cause the registrable securities specified in the request, together with any registrable securities of any holder who requests in writing to join such registration within 15 days after our delivery of written notice, to be registered and/or qualified for sale and distribution in such jurisdiction as the initiating holders may request. We shall not be obligated to effect more than two (2) registrations that have been declared and ordered effective; provided that if the sale of all of the registrable securities sought to be included is not consummated for any reason other than due to the action or inaction of the holders including registrable securities in such registration, such registration shall not be deemed to constitute one of the registration rights.

*Registration on Form F-3 or Form S-3*. If we qualify for registration on Form F-3 or Form S-3 (or any comparable form for registration in a jurisdiction other than the United States), holders holding at least 5% or more of the then outstanding registrable securities may request us to file, in any jurisdiction in which we have had a registered underwritten public offering, a registration statement on Form F-3 or Form S-3 (or any comparable form for registration in a jurisdiction other than the United States), including without limitation any registration statement filed under the Securities Act providing for the registration of, and the sale on a continuous or a delayed basis by the holders of, all of the registrable securities pursuant to Rule 415 under the Securities Act and/or any similar rule. Upon receipt of such a request, we shall (i) promptly give written notice of the proposed registration to all other holders and (ii) as soon as practicable, use our best efforts to cause the registrable securities specified in the request, together with any registrable securities of any holder who requests in writing to join such registration within 15 days after our delivery of written notice, to be registered and qualified for sale and distribution in such jurisdiction within 60 days of the receipt of such request. The holders shall be entitled to an unlimited number of registrations on Form F-3 or Form S-3 so long as an anticipated aggregate gross offering price of such registration offerings is no less than US$5,000,000; provided that, we shall be obligated to effect no more than two (2) registrations that have been declared and ordered effective within any 12-month period; provided further that, if the sale of all of the registrable securities sought to be included is not consummated for any reason other than due to the action or inaction of the holders including registrable securities in such registration, such registration shall not be deemed to constitute one of the registration rights.

*Piggyback Registration Rights*

If we propose to register for our own account any of our equity securities, or for the account of any holder of equity securities any of such holder's equity securities, in connection with the public offering of such securities (except for exempt registration), we shall promptly give each holder written notice of such registration and, upon the written request of any holder given within 15 days after delivery of such notice, we shall use our best efforts to include in such registration any registrable securities requested to be registered by such holder. If a holder decides not to include all or any of its registrable securities in such registration, such holder shall nevertheless continue to have the right to include any registrable securities in any subsequent registration statement or registration statements as may be filed by us, all upon the terms and conditions set forth herein. For avoidance of

[illegible]

exemption from the registration requirements. Under Rule 144 as currently in effect, a person who has beneficially owned our restricted shares for at least six months is generally entitled to sell the restricted securities without registration under the Securities Act beginning 90 days after the date of this prospectus, subject to certain additional restrictions. Persons who are our affiliates and have beneficially owned our restricted securities for at least six months may sell a number of restricted securities within any three-month period that does not exceed the greater of the following:

- 1% of the then outstanding ordinary shares, in the form of ADSs or otherwise, which will equal approximately          ordinary shares immediately after this offering; or





- the average weekly trading volume of our ordinary shares in the form of ADSs or otherwise, on the NYSE, during the four calendar weeks preceding the date on which notice of the sale is filed with the SEC.

Sales by our affiliates under Rule 144 are also subject to certain requirements relating to manner of sale, notice and the availability of current public information about us.

**Rule 701**

In general, under Rule 701 of the Securities Act as currently in effect, each of our employees, consultants or advisors who purchases our ordinary shares from us in connection with a compensatory stock plan or other written agreement executed prior to the completion of this offering is eligible to resell those ordinary shares in reliance on Rule 144, but without compliance with some of the restrictions, including the holding period, contained in Rule 144. However, the Rule 701 shares would remain subject to lock-up arrangements and would only become eligible for sale when the lock-up period expires.





## TAXATION

*The following summary of material Cayman Islands, PRC and U.S. federal income tax consequences of an investment in our ADSs or Class A ordinary shares is based upon laws and relevant interpretations thereof in effect as of the date of this prospectus, all of which are subject to change. This summary does not deal with all possible tax consequences relating to an investment in our ADSs or Class A ordinary shares, such as the tax consequences under state, local and other tax laws. To the extent that the discussion relates to matters of Cayman Islands tax law, it represents the opinion of Maples and Calder (Hong Kong) LLP, our Cayman Islands counsel; to the extent it relates to PRC tax law, it represents the opinion of CM Law Firm, our PRC counsel.*

**Cayman Islands Taxation**

The Cayman Islands currently levies no taxes on individuals or corporations based upon profits, income, gains or appreciation and there is no taxation in the nature of inheritance tax or estate duty. There are no other taxes likely to be material to us and the holders of our ordinary shares levied by the government of the Cayman Islands except for stamp duties which may be applicable on instruments executed in, or after execution brought within the jurisdiction of, the Cayman Islands. The Cayman Islands is not party to any double tax treaties that are applicable to any payments made to or by our company.

Payments of dividends and capital in respect of our ordinary shares and ADSs will not be subject to taxation in the Cayman Islands and no withholding will be required on the payment of a dividend or capital to any holder of our ordinary shares or the ADSs, nor will gains derived from the disposal of our ordinary shares or the ADSs be subject to Cayman Islands income or corporation tax.

**People's Republic of China Taxation**

Although we are incorporated in the Cayman Islands, we may be treated as a PRC resident enterprise for PRC tax purposes under the Enterprise Income Tax Law. The Enterprise Income Tax Law and its implementation rules provide that an enterprise established under the laws of a foreign country or region but whose "de facto management body" is located in the PRC is treated as a PRC resident enterprise for PRC tax purposes. The implementing rules of the Enterprise Income Tax Law merely define the "de facto management body" as the "organizational body which effectively manages and controls the production and business operation, personnel, accounting, properties and other aspects of operations of an enterprise." In April 2009, the State Administration of Taxation issued the Circular Regarding the Determination of Chinese-Controlled Overseas Incorporated Enterprises as PRC Tax Resident Enterprises on the Basis of De Facto Management Bodies, known as Circular 82, which provides certain specific criteria for determining whether the "de facto management body" of a PRC-controlled enterprise that is incorporated offshore is located in China. Although this circular only applies to offshore enterprises controlled by PRC enterprises or PRC enterprise groups, not those controlled by PRC individuals or foreigners, the criteria set forth in the circular may reflect the State Administration of Taxation's general position on how the "de facto management body" test should be applied in determining the tax resident status of all offshore enterprises. According to Circular 82, an offshore incorporated enterprise controlled by a PRC enterprise or a PRC enterprise group will be regarded as a PRC tax resident by virtue of having its "de facto management body" in China only if all of the following conditions are met: (i) the primary location of the day-to-day operational management is in China; (ii) decisions relating to the enterprise's financial and human resource matters are made or are subject to approval by organizations or personnel in China; (iii) the enterprise's primary assets, accounting books and records, company seals, and board and shareholder resolutions, are located or maintained in China; and (iv) at least 50% of voting board members or senior executives habitually reside in China. Based on a review of the facts and circumstances, we do not believe that Ximalaya Inc. should be considered a PRC resident enterprise for PRC tax purposes. However, there is limited guidance and implementation history of the Enterprise Income Tax Law and its implementation rules. The tax resident status of an enterprise is subject to determination by the PRC tax authorities and uncertainties remain with respect to the interpretation of the term "de facto management body." If Ximalaya Inc. were to be considered a PRC resident





enterprise, then PRC income tax at a rate of 10% would generally be applicable to any gain realized on the transfer of our ADSs or ordinary shares by investors that are "non-resident enterprises" of the PRC and to any interest or dividends payable by us to such investors. It is unclear whether our non-PRC individual shareholders (including our ADS holders) would be subject to any PRC tax on dividends or gains obtained by such non-PRC individual shareholders in the event we are determined to be a PRC resident enterprise. If any PRC tax were to apply to such dividends or gains, it would generally apply at a rate of 20% unless a reduced rate is available under an applicable tax treaty. However, it is also unclear whether non-PRC shareholders of Ximalaya Inc. would be able to claim the benefits of any tax treaties between their country of tax residence and China in the event that Ximalaya Inc. is treated as a PRC resident enterprise. See "Risk Factors—Risks Relating to Doing Business in China—If we are classified as a PRC resident enterprise for PRC income tax purposes, such classification could result in unfavorable tax consequences to us and our non-PRC shareholders or ADS holders."

**United States Federal Income Tax Considerations**

The following discussion is a summary of U.S. federal income tax considerations generally applicable to the ownership and disposition of our ADSs or Class A ordinary shares by a U.S. Holder (as defined below) that acquires our ADSs in this offering and holds our ADSs or Class A ordinary shares as "capital assets" (generally, property held for investment) under the U.S. Internal Revenue Code of 1986, as amended (the "Code"). This discussion is based upon existing U.S. federal tax law, which is subject to differing interpretations or change, possibly with retroactive effect, and there can be no assurance that the Internal Revenue Service (the "IRS") or a court will not take a contrary position. This discussion, moreover, does not address the U.S. federal estate, gift or other non-income tax considerations, alternative minimum tax, the Medicare tax on certain net investment income, or any state, local or non-U.S. tax considerations, relating to the ownership or disposition of our ADSs or Class A ordinary shares. The following summary does not address all aspects of U.S. federal income taxation that may be important to particular investors in light of their individual circumstances or to persons in special tax situations such as:

- banks and other financial institutions;
- insurance companies;
- pension plans;
- cooperatives;
- regulated investment companies;
- real estate investment trusts;
- broker-dealers;
- traders that elect to use a mark-to-market method of accounting;
- certain former U.S. citizens or long-term residents;
- tax-exempt entities (including private foundations);
- persons liable for alternative minimum tax;
- holders who acquire their ADSs or Class A ordinary shares pursuant to any employee share option or otherwise as compensation;
- investors that will hold their ADSs or Class A ordinary shares as part of a straddle, hedge, conversion, constructive sale or other integrated transaction for U.S. federal income tax purposes;
- investors that have a functional currency other than the U.S. dollar;
- holders that actually or constructively own ADSs or Class A ordinary shares representing 10% or more of our stock (by vote or value); or





- partnerships or other entities taxable as partnerships for U.S. federal income tax purposes, or persons holding ADSs or Class A ordinary shares through such entities;

all of whom may be subject to tax rules that differ significantly from those discussed below.

Each U.S. Holder is urged to consult its tax advisor regarding the application of U.S. federal taxation to its particular circumstances, and the state, local, non-U.S. and other tax considerations of the ownership and disposition of our ADSs or Class A ordinary shares.

***General***

For purposes of this discussion, a "U.S. Holder" is a beneficial owner of our ADSs or Class A ordinary shares that is, for U.S. federal income tax purposes:

- an individual who is a citizen or resident of the United States;
- a corporation (or other entity treated as a corporation for U.S. federal income tax purposes) created in, or organized under the laws of, the United States or any state thereof or the District of Columbia;
- an estate the income of which is includible in gross income for U.S. federal income tax purposes regardless of its source; or
- a trust (A) the administration of which is subject to the primary supervision of a U.S. court and which has one or more U.S. persons who have the authority to control all substantial decisions of the trust or (B) that has otherwise validly elected to be treated as a U.S. person under the Code.

If a partnership (or other entity treated as a partnership for U.S. federal income tax purposes) is a beneficial owner of our ADSs or Class A ordinary shares, the tax treatment of a partner in the partnership will generally depend upon the status of the partner and the activities of the partnership. Partnerships holding our ADSs or Class A ordinary shares and their partners are urged to consult their tax advisors regarding an investment in our ADSs or Class A ordinary shares.

For U.S. federal income tax purposes, it is generally expected that a U.S. Holder of ADSs will be treated as the beneficial owner of the underlying shares represented by the ADSs. The remainder of this discussion assumes that a U.S. Holder of our ADSs will be treated in this manner. Accordingly, deposits or withdrawals of Class A ordinary shares for ADSs will generally not be subject to U.S. federal income tax.

***Passive Foreign Investment Company Considerations***

A non-U.S. corporation, such as our company, will be classified as a PFIC for U.S. federal income tax purposes for any taxable year if either (i) 75% or more of its gross income for such year consists of certain types of "passive" income (the "income test") or (ii) 50% or more of the value of its assets (generally determined on the basis of a quarterly average) during such year is attributable to assets that produce or are held for the production of passive income (the "asset test"). For this purpose, cash and assets readily convertible into cash are categorized as passive assets and the company's goodwill and other unbooked intangibles not reflected on its balance sheet are taken into account. Passive income generally includes, among other things, dividends, interest, rents, royalties, and gains from the disposition of passive assets. We will be treated as owning a proportionate share of the assets and earning a proportionate share of the income of any other corporation in which we own, directly or indirectly, 25% or more (by value) of the stock.

Although the law in this regard is not entirely clear, we treat our consolidated VIEs and their subsidiaries as being owned by us for U.S. federal income tax purposes, not only because we exercise effective control over the operation of such entities but also because we are entitled to substantially all of their economic benefits. As a result, we consolidate their results of operations in our consolidated U.S. GAAP financial statements. If it were determined, however, that we are not the owner of our consolidated VIEs and their subsidiaries for U.S. federal income tax purposes, we may be treated as a PFIC for the current taxable year and any subsequent taxable year.





Assuming that we are the owner of our consolidated VIEs and their subsidiaries for U.S. federal income tax purposes, and based upon our current and projected income and assets, including the projected cash proceeds from this offering, and projections as to the value of our assets, taking into account the projected market value of our ADSs following this offering, we do not expect to be a PFIC for the current taxable year or the foreseeable future. However, while we do not expect to be or become a PFIC, no assurance can be given in this regard because the determination of whether we will be or become a PFIC for any taxable year is a fact intensive determination made annually that depends, in part, upon the composition and classification of our income and assets. Fluctuations in the market price of our ADSs may cause us to be or become classified as a PFIC for the current or future taxable years because the value of our assets for purposes of the asset test, including the value of our goodwill and other unbooked intangibles, may be determined by reference to the market price of our ADSs from time to time (which may be volatile). In estimating the value of our goodwill and other unbooked intangibles, we have taken into account the expected cash proceeds from, and our anticipated market capitalization following this offering. If our market capitalization is less than anticipated or subsequently declines, we may be or become classified as a PFIC for the current taxable year or future taxable years. Furthermore, the composition of our income and assets may also be affected by how, and how quickly, we use our liquid assets and the cash raised in this offering. Under circumstances where our revenue from activities that produce passive income significantly increases relative to our revenue from activities that produce non-passive income, or where we determine not to deploy significant amounts of cash for active purposes, our risk of being or becoming classified as a PFIC may substantially increase. Because PFIC status is a factual determination made annually after the close of each taxable year, there can be no assurance that we will not be a PFIC for the current taxable year or any future taxable year.

The discussion below under "—Dividends" and "—Sale or Other Disposition" is written on the basis that we will not be or become classified as a PFIC for U.S. federal income tax purposes. If we are classified as a PFIC for any taxable year during which a U.S. Holder holds our ADSs or Class A ordinary shares, the PFIC rules discussed below under "—Passive Foreign Investment Company Rules" generally will apply to such U.S. Holder for such taxable year, and unless the U.S. Holder makes certain elections, will apply in future years even if we cease to be a PFIC.

***Dividends***

Any cash distributions (including the amount of any PRC tax withheld) paid on our ADSs or Class A ordinary shares out of our current or accumulated earnings and profits, as determined under U.S. federal income tax principles, will generally be includible in the gross income of a U.S. Holder as dividend income on the day actually or constructively received by the U.S. Holder, in the case of Class A ordinary shares, or by the depositary, in the case of ADSs. Because we do not intend to determine our earnings and profits on the basis of U.S. federal income tax principles, the full amount of any distribution we pay will generally be treated as a "dividend" for U.S. federal income tax purposes. Dividends received on our ADSs or Class A ordinary shares will not be eligible for the dividends received deduction generally allowed to corporations. Dividends received by individuals and certain other non-corporate U.S. Holders may be subject to tax at the lower capital gain tax rate applicable to "qualified dividend income," provided that certain conditions are satisfied, including that (1) our ADSs or Class A ordinary shares on which the dividends are paid are readily tradeable on an established securities market in the United States, or, in the event that we are deemed to be a PRC resident enterprise under the PRC tax law, we are eligible for the benefits of the United States-PRC income tax treaty (the "Treaty"), (2) we are neither a PFIC nor treated as such with respect to such a U.S. Holder for the taxable year in which the dividend was paid and the preceding taxable year, and (3) certain holding period requirements are met. We expect our ADSs (but not our Class A ordinary shares), which we intend to apply to list on the NYSE will be considered readily tradeable on an established securities market in the United States, although there can be no assurance in this regard. There also can be no assurance that our ADSs will continue to be readily tradable on an established securities market in the United States in later years.

In the event that we are deemed to be a PRC resident enterprise under the PRC Enterprise Income Tax Law (see "Taxation—People's Republic of China Taxation"), we may be eligible for the benefits of the Treaty. If we





are eligible for such benefits, dividends we pay on our Class A ordinary shares, regardless of whether such shares are represented by the ADSs, would be eligible for the reduced rates of taxation described in the preceding paragraph.

Dividends paid on our ADSs or Class A ordinary shares, if any, will generally be treated as income from foreign sources and will generally constitute passive category income for U.S. foreign tax credit purposes. Depending on the U.S. Holder's individual facts and circumstances, a U.S. Holder may be eligible, subject to a number of complex limitations, to claim a foreign tax credit in respect of any nonrefundable foreign withholding taxes imposed on dividends received on our ADSs or Class A ordinary shares. A U.S. Holder who does not elect to claim a foreign tax credit for foreign taxes withheld may instead claim a deduction, for U.S. federal income tax purposes, in respect of such withholding, but only for a year in which such holder elects to do so for all creditable foreign income taxes. The rules governing the foreign tax credit are complex and their outcome depends in large part on the U.S. Holder's individual facts and circumstances. Accordingly, U.S. Holders are urged to consult their tax advisors regarding the availability of the foreign tax credit under their particular circumstances.

***Sale or Other Taxable Disposition***

A U.S. Holder will generally recognize capital gain or loss upon the sale or other taxable disposition of our ADSs or Class A ordinary shares in an amount equal to the difference between the amount realized upon the disposition and the holder's adjusted tax basis in such ADSs or Class A ordinary shares. Any capital gain or loss will be long-term if the ADSs or Class A ordinary shares have been held for more than one year and will generally be U.S.-source gain or loss for U.S. foreign tax credit purposes. Long-term capital gain of individuals and certain other non-corporate U.S. Holders will generally be eligible for a reduced rate of taxation. In the event that gain from the disposition of the ADSs or Class A ordinary shares is subject to tax in the PRC (for instance, because we are treated as a PRC resident enterprise for PRC tax purposes), a U.S. Holder that is eligible for the benefits of the Treaty may elect to treat such gain as PRC-source gain under the Treaty. If a U.S. Holder is not eligible for the benefits of the Treaty or fails to elect to treat any such gain as PRC-source, then such U.S. Holder would generally not be able to use any foreign tax credit arising from any PRC tax imposed on the disposition of the ADSs or Class A ordinary shares unless such credit can be applied (subject to applicable limitations) against U.S. federal income tax due on other income derived from foreign sources in the same income category (generally, the passive category). The deductibility of a capital loss may be subject to limitations. U.S. Holders are urged to consult their tax advisors regarding the tax consequences if a foreign tax is imposed on a disposition of our ADSs or Class A ordinary shares, including the availability of the foreign tax credit under their particular circumstances.

***Passive Foreign Investment Company Rules***

If we are classified as a PFIC for any taxable year during which a U.S. Holder holds our ADSs or Class A ordinary shares, and unless the U.S. Holder makes a mark-to-market election (as described below), the U.S. Holder will generally be subject to special tax rules on (i) any excess distribution that we make to the U.S. Holder (which generally means any distribution paid during a taxable year to a U.S. Holder that is greater than 125% of the average annual distributions paid to the U.S. Holder in the three preceding taxable years or, if shorter, the U.S. Holder's holding period for the ADSs or Class A ordinary shares), and (ii) any gain recognized on the sale or other disposition of ADSs or Class A ordinary shares. Under the PFIC rules:

- the excess distribution or gain will be allocated ratably over the U.S. Holder's holding period for the ADSs or Class A ordinary shares;
- the amount allocated to the current taxable year and any taxable years in the U.S. Holder's holding period prior to the first taxable year in which we are classified as a PFIC (each, a "pre-PFIC year"), will be taxable as ordinary income;
- the amount allocated to each prior taxable year, other than a pre-PFIC year, will be subject to tax at the highest tax rate in effect for individuals or corporations, as appropriate, for that year; and





- an additional tax equal to the interest charge generally applicable to underpayments of tax will be imposed on the tax attributable to each prior taxable year, other than a pre-PFIC year.

If we are a PFIC for any taxable year during which a U.S. Holder holds our ADSs or Class A ordinary shares and any of our subsidiaries, our consolidated VIEs or any subsidiaries of our consolidated VIEs is also a PFIC, such U.S. Holder would be treated as owning a proportionate amount (by value) of the shares of the lower-tier PFIC for purposes of the application of these rules. U.S. Holders are urged to consult their tax advisors regarding the application of the PFIC rules to any of our subsidiaries, our consolidated VIEs or any subsidiaries of our consolidated VIEs.

As an alternative to the foregoing rules, a U.S. Holder of "marketable stock" in a PFIC may make a mark-to-market election with respect to such stock, provided that such stock is regularly traded on a qualified exchange or other market, as defined in applicable United States Treasury Regulations. For those purposes, we expect that our ADSs, but not our Class A ordinary shares, will be treated as marketable stock upon their listing on the NYSE, which is a qualified exchange for these purposes. We anticipate that our ADSs should qualify as being regularly traded, but no assurances may be given in this regard. If a U.S. Holder makes this election with respect to our ADSs, the holder will generally (i) include as ordinary income for each taxable year that we are a PFIC the excess, if any, of the fair market value of ADSs held at the end of the taxable year over the adjusted tax basis of such ADSs and (ii) deduct as an ordinary loss the excess, if any, of the adjusted tax basis of the ADSs over the fair market value of such ADSs held at the end of the taxable year, but such deduction will only be allowed to the extent of the amount previously included in income as a result of the mark-to-market election. The U.S. Holder's adjusted tax basis in the ADSs would be adjusted to reflect any income or loss resulting from the mark-to-market election. If a U.S. Holder makes a mark-to-market election in respect of our ADSs and we cease to be classified as a PFIC, the holder will not be required to take into account the gain or loss described above during any period that we are not classified as a PFIC. If a U.S. Holder makes a mark-to-market election, any gain such U.S. Holder recognizes upon the sale or other disposition of our ADSs in a year when we are a PFIC will be treated as ordinary income and any loss will be treated as ordinary loss, but such loss will only be treated as ordinary loss to the extent of the net amount previously included in income as a result of the mark-to-market election.

Because a mark-to-market election cannot technically be made for any lower-tier PFICs that we may own, a U.S. Holder that makes the mark-to-market election may continue to be subject to the PFIC rules with respect to such U.S. Holder's indirect interest in any investments held by us that are treated as an equity interest in a PFIC for U.S. federal income tax purposes.

We do not intend to provide information necessary for U.S. Holders to make qualified electing fund elections which, if available, would result in tax treatment different from (and generally less adverse than) the general tax treatment for PFICs described above.

If a U.S. Holder owns our ADSs or Class A ordinary shares during any taxable year that we are a PFIC, the holder must generally file an annual IRS Form 8621. You should consult your tax advisors regarding the U.S. federal income tax consequences of owning and disposing of our ADSs or Class A ordinary shares if we are or become a PFIC.





## UNDERWRITING

We and the underwriters named below have entered into an underwriting agreement with respect to the ADSs being offered. Subject to certain conditions set out in the underwriting agreement, each underwriter has severally agreed to purchase, and we have agreed to sell to them, severally, the number of ADSs indicated in the following table. Goldman Sachs (Asia) L.L.C., Morgan Stanley & Co. LLC, BofA Securities, Inc. and China International Capital Corporation Hong Kong Securities Limited are acting as the representatives of the underwriters.

| Underwriters | Number of ADSs |
| --- | --- |
| Goldman Sachs (Asia) L.L.C. | |
| Morgan Stanley & Co. LLC | |
| BofA Securities, Inc. | |
| China International Capital Corporation Hong Kong Securities Limited | |
| **Total** | |

The underwriters are offering the ADSs subject to their receipt and acceptance of the ADSs from us [and the selling shareholders] and subject to prior sale. The underwriting agreement provides that the obligations of the several underwriters to pay for and accept delivery of the ADSs offered by this prospectus are subject to the approval of certain legal matters by their counsel and to certain other conditions. The underwriters are obligated, severally and not jointly, to take and pay for all of the ADSs offered by this prospectus if any such ADSs are taken, other than the ADSs covered by the underwriters' option to purchase additional ADSs described below. The underwriting agreement also provides that if an underwriter defaults, the purchase commitments of non-defaulting underwriters may be increased or the offering may be terminated.

Certain of the underwriters are expected to make offers and sales both inside and outside the United States through their respective selling agents. Any offers or sales in the United States will be conducted by broker-dealers registered with the SEC. Goldman Sachs (Asia) L.L.C. will offer ADSs in the United States through its SEC-registered broker-dealer affiliate in the United States, Goldman Sachs & Co. LLC. China International Capital Corporation Hong Kong Securities Limited is not a broker-dealer registered with the SEC and, to the extent that its conduct may be deemed to involve participation in offers or sales of ADSs in the United States, those offers or sales will be made through one or more SEC-registered broker-dealers in compliance with applicable laws and regulations.

The address of Goldman Sachs (Asia) L.L.C. is 68th Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong. The address of Morgan Stanley & Co. LLC is 1585 Broadway, New York, New York 10036, United States. The address of BofA Securities, Inc. is One Bryant Park, New York, NY 10036, United States. The address of China International Capital Corporation Hong Kong Securities Limited is 29th Floor, One International Finance Center, 1 Harbor View Street, Central, Hong Kong.

We [and the selling shareholders] have granted to the underwriters an option, exercisable for 30 days from the date of this prospectus, to purchase up to an aggregate of          additional ADSs from us [and          additional ADSs from the selling shareholders] at the initial public offering price listed on the cover page of this prospectus, less underwriters discounts and commissions. To the extent the option is exercised, each underwriter will become severally obligated, subject to certain conditions, to purchase additional ADSs approximately proportionate to each underwriter's initial amount reflected in the table above and will offer the additional ADSs on the same term as those on which the ADSs are being offered.

The underwriters initially propose to offer part of the ADSs directly to the public at the public offering price on the cover page of this prospectus and part of the ADSs to certain dealers at a price that represents a concession





not in excess of US$          per ADS from the initial public offering price. After the initial public offering, the offering price and other selling terms may from time to time be varied by the underwriters.

The following table shows the per ADS and total underwriting discounts and commissions to be paid to the underwriters by us [and the selling shareholders]. Such amounts are shown assuming both no exercise and full exercise of the underwriters' option to purchase additional ADSs.

| | | Total | |
| --- | --- | --- | --- |
| | Per ADS | Without Option to Purchase Additional ADSs | With Option to Purchase Additional ADSs |
| Initial public offering price | $ | $ | $ |
| Underwriting discounts and commissions paid by | | | |
| us from ADSs offered to the public | $ | $ | $ |
| [the selling shareholders from ADSs offered to the public] | $ | $ | $ |
| Proceeds, before expenses, to us from ADSs offered to the public | $ | $ | $ |
| [to the selling shareholders from ADSs offered to the public] | $ | $ | $ |

We estimate that the total expenses of this offering, excluding the underwriting discounts and commissions, will be approximately US$          million. We have agreed to reimburse the underwriters for expense relating to clearance of this offering up to US$          .

We have agreed that, without the prior written consent of the representatives on behalf of the underwriters and subject to certain exceptions, we will not, during the period ending 180 days after the date of this prospectus, (i) offer, pledge, sell, contract to sell, grant any option to purchase, make any short sale or otherwise transfer or dispose of, directly or indirectly, any ordinary shares or ADSs or any securities convertible into or exercisable or exchangeable for such ordinary shares or ADSs; (ii) enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the ordinary shares or ADSs; (iii) file any registration statement with the SEC relating to the offering of any ordinary shares, ADSs or any securities convertible into or exercisable or exchangeable for ordinary shares or ADSs; or (iv) publicly disclose the intention to make any offer, sale, pledge, disposition or filing, in each case regardless of whether any such transaction described above is to be settled by delivery of ordinary shares, ADSs, or such other securities, in cash or otherwise. [The restrictions contained in this paragraph shall not apply to (i) the grant of awards under share incentive plans as disclosed in this prospectus, or the issuance of our securities and the associated tender, sale or withholding by us of such securities for tax withholding purposes upon exercising and/or vesting, as applicable of awards granted under any such plan, (ii) any registration statement on Form S-8 to register securities to be issued pursuant to employee share option plans as disclosed in this prospectus, or (iii) the establishment of a trading plan pursuant to Rule 10b5-1 under the Exchange Act for the transfer of ordinary shares or ADSs, provided that (x) such plan does not provide for the transfer of ordinary shares or ADSs during the restricted period and (y) to the extent a public announcement or filing under the Exchange Act, if any, is required of or voluntarily made by us regarding the establishment of such plan, such announcement or filing shall include a statement to the effect that no transfer of ordinary shares or ADSs may be made under such plan during the restricted period.]

Our directors, officers and existing shareholders have agreed that, without the prior written consent of the representatives on behalf of the underwriters and subject to certain exceptions, they will not, during the period ending 180 days after the date of this prospectus, (i) offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, lend, or otherwise transfer or dispose of, directly or indirectly, any ordinary shares or ADSs or any securities convertible into or exercisable or exchangeable for such ordinary shares or ADSs, (ii) enter into any swap, hedge or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the ordinary shares or ADSs, whether any such transaction described above is to be settled by delivery of ordinary shares, ADSs or such other securities, in cash or otherwise, (iii) publicly disclose the intention to make any such offer, sale, pledge or disposition, or to enter into any such transaction, swap, hedge or other arrangement, or (iv) make any demand for, or exercise any right with respect to, the registration of any ordinary shares, ADSs, or any security convertible into or exercisable or exchangeable for ordinary shares or ADSs.





[The restrictions described in the immediately preceding paragraph and contained in the lock-up agreements between the underwriters and the lock-up parties do not apply, subject in certain cases to various conditions, to certain transactions, including (a) transactions relating to ADSs, ordinary shares or other securities acquired in this offering or in open market transactions after the completion of this offering, (b) transfers of the lock-up securities as a bona fide gift, through will or intestacy or by operation of law, including pursuant to an order of a court (including a domestic order or a negotiated divorce settlement) or regulatory agency, (c) distributions or tender of the lock-up securities to limited partners or shareholders of the lock-up party; provided that in the case of any transfer or distribution pursuant to clause (b) or (c), (i) each donee, distributee or transferee shall be subject to restrictions similar to those in the immediately preceding paragraph and (ii) no filing under the Exchange Act, reporting a reduction in beneficial ownership of ADSs or ordinary shares, shall be required or shall be voluntarily made during the lock-up period, (d) the establishment of a trading plan pursuant to Rule 10b5-1 under the Exchange Act for the transfer of ADSs or ordinary shares, provided that (i) such plan does not provide for the transfer of ADSs or ordinary shares during the lock-up period and (ii) to the extent a public announcement or filing under the Exchange Act, if any, is required of or voluntarily made by or on behalf of the lock-up party or us regarding the establishment of such plan, such announcement or filing shall include a statement to the effect that no transfer of ADSs or ordinary shares may be made under such plan during the lock-up period, (e) transfers of the lock-up securities to the immediate family of the lock-up party, any trust for the direct or indirect benefit of the lock-up party or the immediate family of the lock-up party, or to any entity beneficially owned and controlled by the lock-up party or any immediate family member of the lock-up party, provided that the transferee agrees to be bound in writing by the restrictions in the immediately preceding paragraph, and provided further that any such transfer shall not involve a disposition for value, or (f) the exercise or settlement of options, restricted share units or warrants exchangeable or exercisable for ADSs, ordinary shares or any security convertible into ADSs or ordinary shares that were granted pursuant to an option plan, incentive plan or stock purchase plan described in this prospectus and provided that any and all ordinary shares or ADSs issued or transferred because of such exercise or settlement will be held by the lock-up party subject to the restrictions in the immediately preceding paragraph. Furthermore, ADSs, ordinary shares or any security convertible into ADSs or ordinary shares sold to us or tendered to us by the lock-up party or withheld by us for tax withholding purposes in connection with the vesting of equity awards that are subject to a taxable event upon vesting will not be subject to the restrictions in the immediately preceding paragraph.]

The representatives, in their sole discretion, may release the ordinary shares, ADSs and other securities subject to the lock-up agreements described above in whole or in part at any time.

Record holders of our securities are the parties to the lock-up agreements with the underwriters referred to above, while holders of beneficial interests in our shares who are not also record holders in respect of such shares are not typically subject to any such agreements or other similar restrictions. Accordingly, we believe that certain holders of beneficial interests who are not record holders and are not bound by lock-up agreements could enter into transactions with respect to those beneficial interests that negatively impact the price of our ADSs.

Further, through a letter agreement, we will instruct Citibank, N.A., as depositary, not to accept any deposit of any ordinary shares or deliver any ADSs until after 180 days following the date of this prospectus unless we consent to such deposit or issuance. We will not provide such consent without the prior written consent of the representatives of the underwriters. The foregoing does not affect the right of ADS holders to cancel their ADSs and withdraw the underlying ordinary shares.

We have applied to list our ADSs on the New York Stock Exchange under the symbol "XIMA."

Prior to this offering, there has been no public market for our ordinary shares or the ADSs. The initial public offering price will be negotiated among the representatives and us and will not necessarily reflect the market price of the ADSs following this offering. Among the factors considered in determining the initial public offering price of the ADSs, in addition to prevailing market conditions, will be our historical performance, estimates of our business potential and earnings prospects, future prospects of our industry in general, our sales, earnings and certain other financial and operating information in recent periods, an assessment of our management and the consideration of the above factors in relation to market valuation of companies in related businesses. We cannot assure you that the initial public offering price will correspond to the price at which the ADSs will trade in the





public market subsequent to this offering or that an active trading market for the ADSs will develop and continue after this offering.

In connection with the offering, the underwriters may purchase and sell ADSs in the open market. These transactions may include short sales, stabilizing transactions and purchases to cover positions created by short sales. Short sales involve the sale by the underwriters of a greater number of ADSs than they are required to purchase in the offering, and a short position represents the amount of such sales that have not been covered by subsequent purchases. A "covered short position" is a short position that is not greater than the amount of additional shares for which the underwriters' option described above may be exercised. The underwriters may cover any covered short position by either exercising their option to purchase additional ADSs or purchasing ADSs in the open market. In determining the source of ADSs to cover the covered short position, the underwriters will consider, among other things, the price of ADSs available for purchase in the open market as compared to the price at which they may purchase additional ADSs pursuant to the option described above. "Naked" short sales are any short sales that create a short position greater than the amount of additional ADSs for which the option described above may be exercised. The underwriters must cover any such naked short position by purchasing ADSs in the open market. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the common stock in the open market after pricing that could adversely affect investors who purchase in the offering. Stabilizing transactions consist of various bids for or purchases of ADSs made by the underwriters in the open market prior to the completion of the offering.

The underwriters may also impose a penalty bid. This occurs when a particular underwriter repays to the underwriters a portion of the underwriting discount received by it because the representatives have repurchased ADSs sold by, or for the account of, such underwriter in stabilizing or short covering transactions.

Purchases to cover a short position and stabilizing transactions, as well as other purchases by the underwriters for their own accounts, may have the effect of preventing or retarding a decline in the market price of the ADSs, and together with the imposition of the penalty bid, may stabilize, maintain or otherwise affect the market price of the ADSs. As a result, the price of the ADSs may be higher than the price that otherwise might exist in the open market. The underwriters are not required to engage in these activities, and if these activities are commenced, they are required to be conducted in accordance with applicable laws and regulations, and they may be discontinued at any time. These transactions may be effected on the New York Stock Exchange, the over-the-counter market or otherwise.

A prospectus in electronic format may be made available on the websites maintained by one or more of the underwriters or one or more securities dealers. One or more of the underwriters participating in this offering may distribute prospectuses electronically. The underwriters may agree to allocate a number of ADSs for sale to their online brokerage account holders. Internet distributions will be allocated on the same basis as other allocations. In addition, ADSs may be sold by the underwriters to securities dealers who resell ADSs to online brokerage account holders.

[At our request, the underwriters have reserved up to          % of the ADSs being offered by this prospectus (assuming exercise in full by the underwriters of their option to purchase additional ADSs) for sale at the offering price to certain of our directors, executive officers, employees, business associates and members of their families. The directed ADS program will be administered by          . We do not know if these individuals will choose to purchase all or any portion of these reserved ADSs, but any purchases they do make will reduce the number of ADSs that are available to the general public. Any reserved ADSs that are not so purchased will be offered by the underwriters to the general public on the same terms as the other ADSs offered by this prospectus.]

The underwriters have informed us that they do not intend sales to discretionary accounts to exceed 5% of the total number of ADSs offered by them.

We [and the selling shareholders] have agreed to indemnify the several underwriters against certain liabilities, including liabilities under the Securities Act.





The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include sales and trading, commercial and investment banking, advisory, investment management, investment research, principal investment, hedging, market making, brokerage and other financial and non-financial activities and services. Certain of the underwriters and their respective affiliates have provided, and may in the future provide, a variety of these services to us and to persons and entities with relationships with us, for which they received or will receive customary fees and expenses.

In the ordinary course of their various business activities, the underwriters and their respective affiliates, officers, directors and employees may purchase, sell or hold a broad array of investments and actively trade securities, derivatives, loans, commodities, currencies, credit default swaps and other financial instruments for their own account and for the accounts of their customers, and such investment and trading activities may involve or relate to assets, securities and/or instruments of us (directly, as collateral securing other obligations or otherwise) and/or persons and entities with relationships with us. The underwriters and their respective affiliates may also communicate independent investment recommendations, market color or trading ideas and/or publish or express independent research views in respect of such assets, securities or instruments and may at any time hold, or recommend to clients that they should acquire, long and/or short positions in such assets, securities and instruments.

**Selling Restrictions**

No action has been taken in any jurisdiction (except in the United States) that would permit a public offering of the ADSs, or the possession, circulation or distribution of this prospectus or any other material relating to us or the ADSs in any jurisdiction where action for that purpose is required.

| | Note | 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current assets:** | | | | | |
| Cash and cash equivalents | 4 | 500,669 | 198,586 | 1,151,866 | 176,531 |
| Restricted cash | 2(i),11 | — | 16,550 | 770 | 118 |
| Short-term investments | 2(j) | 329,107 | 577,073 | 917,447 | 140,605 |
| Accounts receivable, net | 5 | 231,805 | 296,327 | 384,663 | 58,952 |
| Inventories, net | 2(m) | 12,801 | 40,202 | 51,192 | 7,846 |
| Prepayments and other current assets | 6 | 71,296 | 117,858 | 65,395 | 10,022 |
| Amounts due from related parties | 22 | 52,178 | 59,709 | 26,328 | 4,035 |
| **Total current assets** | | 1,197,856 | 1,306,305 | 2,597,661 | 398,109 |
| **Non-current assets:** | | | | | |
| Long-term investments | 7 | 400,760 | 491,979 | 574,994 | 88,122 |
| Property and equipment, net | 8 | 82,850 | 133,489 | 187,980 | 28,809 |
| Intangible assets, net | 9 | 223,082 | 445,080 | 504,539 | 77,324 |
| Other non-current assets | 10 | 24,664 | 69,943 | 57,221 | 8,770 |
| Amounts due from related parties | 22 | 2,000 | 2,951 | 3,234 | 496 |
| **Total non-current assets** | | 733,356 | 1,143,442 | 1,327,968 | 203,521 |
| **Total assets** | | 1,931,212 | 2,449,747 | 3,925,629 | 601,630 |
| **LIABILITIES, MEZZANINE EQUITY AND SHAREHOLDERS' (DEFICIT) EQUITY** | | | | | |
| **Current liabilities:** | | | | | |
| Short-term debts (including amounts of the variable interest entities ("VIEs") and VIEs' subsidiaries without recourse to the Company of RMB500,000, RMB438,487 and RMB50,000 as of December 31, 2018, 2019 and 2020, respectively) | 11 | 500,000 | 438,487 | 50,000 | 7,663 |
| Accounts payable (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB424,757, RMB476,664 and RMB780,352 as of December 31, 2018, 2019 and 2020, respectively) | 12 | 497,975 | 590,896 | 881,688 | 135,125 |
| Contract liabilities (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB328,316, RMB529,840 and RMB670,932 as of December 31, 2018, 2019 and 2020, respectively) | 2(s) | 333,014 | 535,229 | 673,605 | 103,234 |
| Salary and welfare payable (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB74,187, RMB105,773 and RMB113,423 as of December 31, 2018, 2019 and 2020, respectively) | | 122,103 | 178,322 | 172,438 | 26,427 |
| Tax payable (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB2,780, RMB8,563 and RMB15,537 as of December 31, 2018, 2019 and 2020, respectively) | | 3,847 | 21,500 | 20,422 | 3,130 |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED BALANCE SHEETS**
**AS OF DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | As of December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|---|
| Accrued expenses and other current liabilities (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB35,707, RMB39,888 and RMB67,522 as of December 31, 2018, 2019 and 2020, respectively) | 13 | 41,338 | 41,342 | 103,137 | 15,806 |
| Payables for repurchase of convertible redeemable preferred shares (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of nil and amounts due to related parties of RMB747,207, RMB309,342 and nil as of December 31, 2018, 2019 and 2020, respectively) | 15 | 1,732,785 | 309,342 | — | — |
| Advance payment from subscription of convertible redeemable preferred shares (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of nil and amounts due to related parties of nil, nil and RMB32,663 as of December 31, 2018, 2019 and 2020, respectively) | 15 | 941,569 | 295,084 | 32,663 | 5,006 |
| Amounts due to related parties (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB49,517, RMB49,569 and RMB36,213 as of December 31, 2018, 2019 and 2020, respectively) | 22 | 49,517 | 52,326 | 42,228 | 6,472 |
| **Total current liabilities** | | 4,222,148 | 2,462,528 | 1,976,181 | 302,863 |
| **Non-current liabilities:** | | | | | |
| Contract liabilities (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of RMB17,416, RMB24,651 and RMB39,135 as of December 31, 2018, 2019 and 2020, respectively) | 2(s) | 17,416 | 24,651 | 39,135 | 5,998 |
| Other non-current liabilities (including amounts of the VIEs and VIEs' subsidiaries without recourse to the Company of nil, RMB50,271 and RMB47,344 as of December 31, 2018, 2019 and 2020, respectively) | 14 | 676 | 50,744 | 47,614 | 7,297 |
| **Total non-current liabilities** | | 18,092 | 75,395 | 86,749 | 13,295 |
| **Total liabilities** | | 4,240,240 | 2,537,923 | 2,062,930 | 316,158 |
| **Commitments and contingencies** | 24 | | | | |
| **Mezzanine equity:** | | | | | |
| Series A convertible redeemable preferred shares (US$0.0001 par value; 2,161,425 shares authorized, issued and outstanding as of December 31, 2018, 2019 and 2020) | 15 | 20,610 | 20,277 | 20,277 | 3,108 |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED BALANCE SHEETS**
**AS OF DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | As of December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|---|
| Series B convertible redeemable preferred shares (US$0.0001 par value; 88,142,367, 88,870,096 and 88,870,096 shares authorized, issued and outstanding as of December 31, 2018, 2019 and 2020, respectively) | 15 | 1,526,599 | 1,668,862 | 1,817,822 | 278,593 |
| Series C convertible redeemable preferred shares (US$0.0001 par value; 10,631,112 shares authorized, issued and outstanding as of December 31, 2018, 2019 and 2020) | 15 | 254,845 | 275,036 | 297,208 | 45,549 |
| Series D convertible redeemable preferred shares (US$0.0001 par value; 14,727,852 shares authorized, issued and outstanding as of December 31, 2018, 2019 and 2020) | 15 | 715,751 | 773,237 | 835,149 | 127,992 |
| Series E convertible redeemable preferred shares (US$0.0001 par value; 84,282,730, 84,282,730 and 105,023,737 shares authorized, nil, 49,107,906 and 82,915,310 shares issued and outstanding as of December 31, 2018, 2019 and 2020, respectively) | 15 | — | 3,296,861 | 5,994,706 | 918,729 |
| Redeemable non-controlling interests | 16 | 29,337 | — | — | — |
| Subscription receivables | 15 | — | (129,802) | — | — |
| **Total mezzanine equity** | | 2,547,142 | 5,904,471 | 8,965,162 | 1,373,971 |
| **Shareholders' deficit:** | | | | | |
| Ordinary shares (US$0.0001 par value; 275,476,694, 274,748,965 and 254,007,958 shares authorized, 86,154,070 shares issued and outstanding as of December 31, 2018, 2019 and 2020, respectively) | 17 | 56 | 56 | 56 | 9 |
| Series Angel preferred shares (US$0.0001 par value; 24,577,820 shares authorized, issued and outstanding as of December 31, 2018, 2019 and 2020) | 18 | 16 | 16 | 16 | 2 |
| Additional paid-in capital | | — | — | — | — |
| Accumulated other comprehensive income | | 7,592 | 40,273 | 53,291 | 8,167 |
| Accumulated deficit | | (4,868,104) | (6,053,190) | (7,170,513) | (1,098,928) |
| **Total Ximalaya Inc. shareholders' deficit** | | (4,860,440) | (6,012,845) | (7,117,150) | (1,090,750) |
| Non-controlling interests | 16 | 4,270 | 20,198 | 14,687 | 2,251 |
| **Total shareholders' deficit** | | (4,856,170) | (5,992,647) | (7,102,463) | (1,088,499) |
| **Total liabilities, mezzanine equity and shareholders' deficit** | | 1,931,212 | 2,449,747 | 3,925,629 | 601,630 |

The accompanying notes are an integral part of these consolidated financial statements.



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | For the Year Ended December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note2(f)) |
|---|---|---|---|---|---|
| Revenues (including amounts of related parties of RMB19,920, RMB29,941 and RMB112,611 (US$17,258) for the years ended December 31, 2018, 2019 and 2020, respectively) | 2(ff),22 | 1,475,775 | 2,677,008 | 4,050,021 | 620,693 |
| Cost of revenues (including amounts of related parties of RMB19,945, RMB53,116 and RMB70,643 (US$10,827) for the years ended December 31, 2018, 2019 and 2020, respectively) | 22 | (828,550) | (1,511,337) | (2,064,702) | (316,429) |
| **Gross profit** | | 647,225 | 1,165,671 | 1,985,319 | 304,264 |
| **Operating expenses:** | | | | | |
| Research and development expenses | | (249,563) | (432,962) | (611,881) | (93,775) |
| Sales and marketing expenses (including amounts of related parties of RMB66,812, RMB14,878 and RMB19,988 (US$3,063) for the years ended December 31, 2018, 2019 and 2020, respectively) | 22 | (939,901) | (1,196,001) | (1,684,279) | (258,127) |
| General and administrative expenses | | (187,708) | (327,430) | (384,942) | (58,995) |
| Other income, net | 2(x) | 13,710 | 27,882 | 48,576 | 7,445 |
| **Total operating expenses** | | (1,363,462) | (1,928,511) | (2,632,526) | (403,452) |
| **Loss from operations** | | (716,237) | (762,840) | (647,207) | (99,188) |
| Investment income | 2(j) | 22,626 | 13,388 | 15,811 | 2,423 |
| Interest income (including amounts of related parties of RMB362, RMB362 and nil for the years ended December 31, 2018, 2019 and 2020, respectively) | 22 | 4,591 | 5,531 | 1,556 | 238 |
| Interest expense (including amounts of related parties of nil, RMB9,364 and RMB8,696 (US$1,333) for the years ended December 31, 2018, 2019 and 2020, respectively) | 11,14,22 | (9,763) | (22,510) | (34,964) | (5,358) |
| Foreign exchange gains (losses) | | 1,926 | (3,285) | (1,672) | (256) |
| Fair value change of equity securities investments | 7 | 5,670 | 467 | 32,952 | 5,051 |
| Others, net | | 1,102 | 439 | 4,270 | 654 |
| **Loss before income tax expenses and equity in (losses) gains of affiliated companies** | | (690,085) | (768,810) | (629,254) | (96,436) |
| Income tax expense | 21 | — | — | — | — |
| Equity in (losses) gains of affiliated companies | 7 | (83,567) | (4,472) | 24,178 | 3,705 |
| **Net loss** | | (773,652) | (773,282) | (605,076) | (92,731) |
| Net loss attributable to non-controlling interests | | 1,630 | 13,562 | 10,541 | 1,615 |
| **Net loss attributable to Ximalaya Inc.** | | (772,022) | (759,720) | (594,535) | (91,116) |
| Accretion to convertible redeemable preferred shares redemption value | 15 | (248,334) | (410,121) | (506,128) | (77,568) |
| Accretion to redeemable non-controlling interest's redemption value | 16 | (1,135) | (792) | — | — |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | For the Year Ended December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note2(f)) |
|---|---|---|---|---|---|
| Effect of modification of convertible redeemable preferred shares | 15 | — | (9,402) | — | — |
| Deemed dividend to convertible redeemable preferred shareholders upon subscription of preferred shares | 15 | — | — | (94,818) | (14,531) |
| Contribution from convertible redeemable preferred shareholders upon subscription of preferred shares | 15 | — | — | 19,895 | 3,049 |
| Effect of repurchase of convertible redeemable preferred shares | 15 | (1,557,716) | — | — | — |
| Effect of settlement of redeemable non-controlling interests | 16 | — | (5,051) | — | — |
| Effect of repurchase of Series Angel preferred shares | 18 | (198,248) | — | — | — |
| Net loss attributable to Series Angel preferred shares | 23 | 671,012 | 263,039 | 260,931 | 39,989 |
| **Net loss attributable to Ximalaya Inc.'s ordinary shareholders** | | (2,106,443) | (922,047) | (914,655) | (140,177) |
| Net loss | | (773,652) | (773,282) | (605,076) | (92,731) |
| Other comprehensive income | | | | | |
| Foreign currency translation adjustment, net of nil tax | | 8,444 | 32,681 | 13,018 | 1,995 |
| **Comprehensive loss** | | (765,208) | (740,601) | (592,058) | (90,736) |
| Comprehensive loss attributable to non-controlling interests | | 1,630 | 13,562 | 10,541 | 1,615 |
| **Comprehensive loss attributable to Ximalaya Inc.** | | (763,578) | (727,039) | (581,517) | (89,121) |
| **Net loss per share attributable to Ximalaya Inc.'s ordinary shareholders** | | | | | |
| — Basic and diluted | 23 | (24.45) | (10.70) | (10.62) | (1.63) |
| **Weighted average number of ordinary shares used in per share calculation:** | | | | | |
| — Basic and diluted | 23 | 86,154,070 | 86,154,070 | 86,154,070 | 86,154,070 |
| **Share-based compensation expenses included in:** | | | | | |
| Cost of revenues | 19 | — | — | 4,284 | 657 |
| Research and development expenses | 19 | — | — | 44,586 | 6,833 |
| Sales and marketing expenses | 19 | — | — | 949 | 145 |
| General and administrative expenses | 19 | — | — | 8,444 | 1,294 |

The accompanying notes are an integral part of these consolidated financial statements.



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' DEFICIT**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | Ordinary shares Number of Shares | Ordinary shares Amount | Series Angel preferred shares Number of Shares | Series Angel preferred shares Amount | Additional paid-in capital | Accumulated other comprehensive (loss) income | Accumulated deficit | Non-controlling interests | Total shareholders' deficit |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2018 | | 86,154,070 | 56 | 27,748,640 | 18 | — | (852) | (2,090,649) | — | (2,091,427) |
| Foreign currency translation adjustment | | — | — | — | — | — | 8,444 | — | — | 8,444 |
| Accretion of convertible redeemable preferred shares | 15 | — | — | — | — | — | — | (248,334) | — | (248,334) |
| Accretion of redeemable non-controlling interests | 16 | — | — | — | — | — | — | (1,135) | — | (1,135) |
| Effect of repurchase of Series Angel preferred shares | 18 | — | — | (3,170,820) | (2) | — | — | (198,248) | — | (198,250) |
| Effect of repurchase of convertible redeemable preferred shares | 15 | — | — | — | — | — | — | (1,557,716) | — | (1,557,716) |
| Net loss for the year | | — | — | — | — | — | — | (772,022) | (1,630) | (773,652) |
| Capital contribution from non-controlling interests | 16 | — | — | — | — | — | — | — | 5,900 | 5,900 |
| Balance as of December 31, 2018 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 7,592 | (4,868,104) | 4,270 | (4,856,170) |
| Foreign currency translation adjustment | | — | — | — | — | — | 32,681 | — | — | 32,681 |
| Accretion of convertible redeemable preferred shares | 15 | — | — | — | — | — | — | (410,121) | — | (410,121) |
| Accretion of redeemable non-controlling interests | 16 | — | — | — | — | — | — | (792) | — | (792) |
| Effect of modification of convertible redeemable preferred shares | 15 | — | — | — | — | — | — | (9,402) | — | (9,402) |
| Effect of settlement of redeemable non-controlling interests | 16 | — | — | — | — | — | — | (5,051) | — | (5,051) |
| Net loss for the year | | — | — | — | — | — | — | (759,720) | (13,562) | (773,282) |
| Capital contribution from non-controlling interests | 16 | — | — | — | — | — | — | — | 29,490 | 29,490 |
| Balance as of December 31, 2019 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 40,273 | (6,053,190) | 20,198 | (5,992,647) |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' DEFICIT**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | Ordinary shares Number of Shares | Ordinary shares Amount | Series Angel preferred shares Number of Shares | Series Angel preferred shares Amount | Additional paid-in capital | Accumulated other comprehensive (loss) income | Accumulated deficit | Non-controlling interests | Total shareholders' deficit |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of December 31, 2019 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 40,273 | (6,053,190) | 20,198 | (5,992,647) |
| Foreign currency translation adjustment | | — | — | — | — | — | 13,018 | — | — | 13,018 |
| Accretion of convertible redeemable preferred shares | 15 | — | — | — | — | (78,158) | — | (427,970) | — | (506,128) |
| Deemed dividend to convertible redeemable preferred shareholders upon subscription of preferred shares | 15 | — | — | — | — | — | — | (94,818) | — | (94,818) |
| Contribution from convertible redeemable preferred shareholders upon subscription of preferred shares | 15 | — | — | — | — | 19,895 | — | — | — | 19,895 |
| Net loss for the year | | — | — | — | — | — | — | (594,535) | (10,541) | (605,076) |
| Share-based compensation | 19 | — | — | — | — | 58,263 | — | — | — | 58,263 |
| Transaction with non-controlling interests | | — | — | — | — | — | — | — | (300) | (300) |
| Capital contribution from non-controlling interests | 16 | — | — | — | — | — | — | — | 5,330 | 5,330 |
| Balance as of December 31, 2020 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 53,291 | (7,170,513) | 14,687 | (7,102,463) |

The accompanying notes are an integral part of these consolidated financial statements.



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | For the Year Ended December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|
| **Cash flows from operating activities** | | | | |
| Net loss | (773,652) | (773,282) | (605,076) | (92,731) |
| Adjustments for: | | | | |
| Depreciation of property and equipment | 17,570 | 37,525 | 57,250 | 8,774 |
| Amortization of intangible assets | 123,737 | 181,665 | 221,765 | 33,987 |
| Share-based compensation expenses | — | — | 58,263 | 8,929 |
| Foreign exchange (gains) losses | (167) | (648) | 1,659 | 256 |
| Provision for doubtful receivables | 27,277 | 19,598 | 3,853 | 590 |
| Losses on disposal of property and equipment | 1 | 382 | 1 | — |
| Fair value change of short-term investments | (22,626) | (13,388) | (11,478) | (1,759) |
| Gain on disposal of equity securities investments | — | — | (4,333) | (664) |
| Dividend received from affiliated companies | — | — | 497 | 76 |
| Equity in losses (gains) of affiliated companies | 83,567 | 4,472 | (24,178) | (3,705) |
| Fair value change of equity securities investments | (5,670) | (467) | (32,952) | (5,051) |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (52,416) | (65,387) | (92,189) | (14,129) |
| Inventories | (8,553) | (27,401) | (10,990) | (1,684) |
| Prepayments and other current assets | (38,142) | (52,244) | 52,463 | 8,040 |
| Other non-current assets | (5,311) | (10,462) | (638) | (98) |
| Amounts due from related parties | (11,828) | (36,482) | 33,098 | 5,072 |
| Accounts payable | 271,200 | 50,956 | 202,092 | 30,972 |
| Contract liabilities | 180,235 | 209,450 | 152,860 | 23,427 |
| Salary and welfare payable | 57,771 | 56,219 | (5,884) | (902) |
| Tax payable | 1,215 | 17,653 | (1,078) | (165) |
| Accrued liabilities and other current liabilities | 15,321 | 4 | 61,795 | 9,470 |
| Other non-current liabilities | (203) | 9,603 | (1,106) | (170) |
| Amounts due to related parties | 48,179 | 2,809 | (10,098) | (1,548) |
| Net cash (used in) provided by operating activities | (92,495) | (389,425) | 45,596 | 6,987 |
| **Cash flows from investing activities:** | | | | |
| Purchase of short-term investments | (6,018,904) | (6,966,930) | (8,059,260) | (1,235,136) |
| Proceeds from maturity of short-term investments | 6,018,835 | 6,738,034 | 7,730,364 | 1,184,730 |
| Payment for acquisitions of long-term investments | (242,618) | (95,224) | (32,880) | (5,039) |
| Proceeds from disposal of equity securities investments | — | — | 9,500 | 1,456 |
| Loans provided to affiliated companies | (49,431) | (18,732) | — | — |
| Loan repaid by an affiliated company | — | 28,000 | — | — |
| Purchase of property and equipment | (57,518) | (111,371) | (47,368) | (7,259) |
| Purchase of intangible assets | (158,853) | (332,911) | (243,874) | (37,375) |
| Net cash flow arising from disposal of property and equipment | — | 180 | 45 | 7 |
| Net cash used in investing activities | (508,489) | (758,954) | (643,473) | (98,616) |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | For the Year Ended December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|
| **Cash flows from financing activities:** | | | | |
| Proceeds from short-term loans | 500,000 | 497,387 | 1,152,833 | 176,679 |
| Repayment of short-term loans | — | (558,900) | (1,541,320) | (236,218) |
| Repayment of long-term installment payment | — | (494) | (1,733) | (266) |
| Proceeds from issuance of convertible redeemable preferred shares, net of issuance cost (including amounts from related parties of RMB96,309, RMB1,140,307 and RMB137,315 (US$21,044) for the years ended December 31, 2018, 2019 and 2020, respectively) | 1,224,343 | 2,417,452 | 2,429,649 | 372,361 |
| Refund of advance payment for subscription of convertible redeemable preferred shares | — | (101,003) | (191,910) | (29,411) |
| Payment for purchase of non-controlling interests | — | — | (300) | (46) |
| Capital contribution from non-controlling interests | 5,900 | 29,490 | 5,330 | 817 |
| Repurchase of Series Angel preferred shares | (198,250) | — | — | — |
| Repurchase of convertible redeemable preferred shares (including amounts of related parties of RMB372,700, RMB437,865 and RMB309,342 (US$47,409) for the years ended December 31, 2018, 2019 and 2020, respectively) | (868,533) | (1,423,443) | (309,342) | (47,409) |
| Net cash provided by financing activities | 663,460 | 860,489 | 1,543,207 | 236,507 |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 62,476 | (287,890) | 945,330 | 144,878 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 5,286 | 2,357 | (7,830) | (1,200) |
| Cash, cash equivalents and restricted cash at the beginning of year | 432,907 | 500,669 | 215,136 | 32,971 |
| **Cash, cash equivalents and restricted cash at the end of year** | 500,669 | 215,136 | 1,152,636 | 176,649 |
| **Supplemental disclosure of cash flow information:** | | | | |
| Cash paid for interest expense | — | (22,909) | (43,007) | (6,591) |
| **Supplemental disclosure of non-cash investing and financing activities:** | | | | |
| Accretion to convertible redeemable preferred shares redemption value | 248,334 | 410,121 | 506,128 | 77,568 |
| Accretion to redeemable non-controlling interest's redemption value | 1,135 | 792 | — | — |
| Effect of modification of convertible redeemable preferred shares | — | 9,402 | — | — |
| Subscription receivables due from convertible redeemable preferred shareholders | — | 129,802 | — | — |



Table of Contents

**XIMALAYA INC.**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDED DECEMBER 31, 2018, 2019 AND 2020**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | For the Year Ended December 31, 2018 RMB | 2019 RMB | 2020 RMB | 2020 US$ (Note 2(f)) |
|---|---|---|---|---|
| Deemed dividend to convertible redeemable preferred shareholder upon subscription of preferred shares | — | — | 94,818 | 14,531 |
| Effect of settlement of redeemable non-controlling interests | — | 5,051 | — | — |
| Payables for acquisition of licensed copyrights | 87,007 | 177,228 | 176,369 | 27,030 |
| Payables for acquisition of property and equipment | 13,054 | 5,263 | 52,168 | 7,995 |
| Payables for repurchase of convertible redeemable preferred shares | 1,732,785 | 309,342 | — | — |
| **Reconciliation of cash, cash equivalents and restricted cash in the consolidated balance sheets to the total of the same amounts shown in the consolidated statements of cash flows** | | | | |
| Cash and cash equivalents | 500,669 | 198,586 | 1,151,866 | 176,531 |
| Restricted cash | — | 16,550 | 770 | 118 |
| Total cash, cash equivalents, and restricted cash shown in the consolidated statements of cash flows | 500,669 | 215,136 | 1,152,636 | 176,649 |

[illegible]

Translations of amounts from RMB into US$ for the convenience of the





**2. Significant Accounting Policies (continued)**

***(f) Convenience translation (continued)***

reader were calculated at the rate of US$1.00 = RMB6.5250 on December 31, 2020, representing the noon buying rate in The City of New York for cable transfers of RMB as certified for customs purposes by the Federal Reserve Board. No representation is made that the RMB amounts could have been, or could be, converted into US$ at that rate on December 31, 2020, or at any other rate.

***(g) Fair value of financial instruments***

Fair value is the price that would be received from selling an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. When determining the fair value measurements for assets and liabilities required or permitted to be recorded at fair value, the Group considers the principal or most advantageous market in which it would transact and it considers assumptions that market participants would use when pricing the asset or liability.

The established fair value hierarchy requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. A financial instrument's categorization within the fair value hierarchy is based upon the lowest level of input that is significant to the fair value measurement.

The three levels of inputs that may be used to measure fair value include:

- Level 1: Quoted prices (unadjusted) in active markets for identical assets or liabilities.
- Level 2: Observable, market-based inputs, other than quoted prices, for the assets or liabilities either directly or indirectly.
- Level 3: Unobservable inputs to the valuation methodology that are significant to the measurement of the fair value of the assets or liabilities.

Accounting guidance also describes three main approaches to measuring the fair value of assets and liabilities: (1) market approach; (2) income approach and (3) cost approach. The market approach uses prices and other relevant information generated from market transactions involving identical or comparable assets or liabilities. The income approach uses valuation techniques to convert future amounts to a single present value amount. The measurement is based on the value indicated by current market expectations about those future amounts. The cost approach is based on the amount that would currently be required to replace an asset.

The Group's financial instruments consist principally of cash and cash equivalents, restricted cash, short-term investments, accounts receivable, other current assets, amounts due from related parties, certain equity and debt securities investments, other non-current assets, short-term debts, accounts payable, payables for repurchase of convertible redeemable preferred shares, advance payment from subscription of convertible redeemable preferred shares, other current liabilities, amounts due to related parties and other non-current liabilities.

*Short-term investments*

The short-term investments mainly consist of wealth management products and are measured at fair value by referencing to expected rate of return published by banks.





**2. Significant Accounting Policies (continued)**

***(g) Fair value of financial instruments (continued)***

*Equity and debt securities investments*

The Group remeasures its investments in equity securities without readily determinable fair value at fair values when there is qualifying observable prices in orderly transactions for the identical or a similar investment. Any changes in carrying value is recorded within fair value change of equity securities investments in the consolidated statements of comprehensive loss. Equity securities without readily determinable fair value are classified within Level 3 in the fair value hierarchy because the Company estimates the fair value of these securities based on valuation methods, using the transaction price of similar securities issued by the investee adjusted for contractual rights and obligations of the securities it holds.

The Group reports available-for-sale debt securities at fair value at each balance sheet date and changes in fair value are reflected in the consolidated statements of comprehensive loss. The inputs used to measure the estimated fair value of available-for-sale debt securities are classified as Level 3 in the fair value hierarchy due to the significance of unobservable inputs using company-specific information.

*Other financial instruments*

The carrying amounts of short-term financial instruments other than above mentioned, approximate their fair values due to the short-term maturities of these instruments. The carrying amounts of long-term financial instruments mainly including deposits for rental and others and long-term payables for licensed copyrights, approximate their fair values as the interest rates they bear reflected the current quoted market yield for comparable instruments or the impact of discounted cash flow was not material.

*Assets and liabilities measured at fair value on a recurring basis*

The following table sets forth the Group's assets and liabilities that are measured at fair value on a recurring basis and are categorized using the fair value hierarchy:

| | As of December 31, 2020 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Balance at fair value |
| Short-term investments | — | — | 917,447 | 917,447 |
| Available-for-sale debt securities | — | — | 6,000 | 6,000 |

| | As of December 31, 2019 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Balance at fair value |
| Short-term investments | — | — | 577,073 | 577,073 |
| Available-for-sale debt securities | — | — | 3,000 | 3,000 |

| | As of December 31, 2018 | | | |
|---|---|---|---|---|
| | Level 1 | Level 2 | Level 3 | Balance at fair value |
| Short-term investments | — | — | 329,107 | 329,107 |

For the years ended December 31, 2018, 2019 and 2020, the fair value change of the available-for-sales debt securities is not material, no unrealized gains and losses were recognized.





**2. Significant Accounting Policies (continued)**

***(g) Fair value of financial instruments (continued)***

*Assets and liabilities measured at fair value on a recurring basis (continued)*

The following table provides information about the reconciliation of the Level 3 fair value measurement of short-term investments using significant unobservable inputs for the periods indicated:

| | Years ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Balance at the beginning of the year | 312,094 | 329,107 | 577,073 |
| Total gain for the year | | | |
| Included in earnings | 22,626 | 13,388 | 11,478 |
| Purchase and sales | | | |
| Purchases | 6,013,222 | 6,966,930 | 8,059,260 |
| Sales | (6,018,835) | (6,732,352) | (7,730,364) |
| Balance at the end of the year | 329,107 | 577,073 | 917,447 |

The significant unobservable inputs as of December 31, 2020 were expected rate of return ranging from 1.15% to 4.00% per annum. The weighted average of expected rate of return as of December 31, 2020 was 3.47%.

*Assets and liabilities measured at fair value on a non-recurring basis*

The equity securities without readily determinable fair value are measured at fair value on a non-recurring basis. The following is a summary of unrealized gains and losses from remeasurement (referred to as upward or downward adjustments) recorded as adjustments to the carrying value of equity securities without readily determinable fair value held as of December 31, 2018, 2019 and 2020 based on the observable price in an orderly transaction for the same or similar security of the same issuers:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Upward adjustments | 5,670 | 467 | 36,261 |
| Downward adjustments (including impairment) | — | — | (3,309) |
| Total unrealized gain | 5,670 | 467 | 32,952 |

The following table summarizes information about the significant unobservable inputs used in the valuation for the equity securities without readily determinable fair value for the years ended December 31, 2018, 2019 and 2020:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Expected volatility | 41.0%-49.1% | 45.0% | 44.0%-58.0% |
| Initial public offering probability | 25.0%-30.0% | 20.0% | 30.0%-45.0% |





**2. Significant Accounting Policies (continued)**

***(g) Fair value of financial instruments (continued)***

*Assets and liabilities measured at fair value on a non-recurring basis (continued)*

The Group did not record any realized gains or losses for the Group's equity securities without readily determinable fair value measured at fair value on a non-recurring basis as of December 31, 2018, 2019 and 2020.

The following table summarizes the total carrying value of the Group's equity securities without readily determinable fair value measured at fair value on a non-recurring basis held as of December 31, 2018, 2019 and 2020 including cumulative unrealized upward and downward adjustments made to the initial cost basis of the securities:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Initial cost basis | 109,858 | 167,377 | 172,759 |
| Upward adjustments | 5,670 | 6,137 | 42,398 |
| Downward adjustments (including impairment) | — | — | (3,309) |
| Total carrying value at the end of the period | 115,528 | 173,514 | 211,848 |

***(h) Cash and cash equivalents***

Cash and cash equivalents include cash in bank and time deposits placed with banks or other financial institutions, which have original maturities of three months or less at the time of purchase and are readily convertible to known amounts of cash.

***(i) Restricted cash***

The Group's restricted cash mainly represents secured deposits held in designated bank accounts as security for short-term debts arrangement and is recorded separately in the consolidated balance sheets. The Group adopted ASU No. 2016-18, *Statement of Cash Flows: Restricted Cash* (Topic 230) for all period presented.

***(j) Short-term investments***

Short-term investments are comprised of wealth management products issued by certain banks in the PRC with a variable interest rate indexed to the performance of underlying assets. The Group measures the short-term investments at fair value.The change in fair value is recorded as investment income amounted to RMB22,626, RMB13,388 and RMB11,478 for the years ended December 31, 2018, 2019 and 2020, respectively in the consolidated statements of comprehensive loss. Among the total fair value changes, the unrealized gains were RMB607, RMB943 and RMB1,967 for the years ended December 31, 2018, 2019 and 2020, respectively.

***(k) Accounts receivable, net***

Accounts receivable primarily represents those receivables derived from advertising services and other innovative products and services in relation to corporate customers and is presented net of allowance for doubtful accounts. The Group offers payment terms in the range of 90 to 120 days to its advertising service





**2. Significant Accounting Policies (continued)**

***(k) Accounts receivable, net (continued)***

customers and payment terms in the range of 30 to 180 days to its other innovative products and services customers. The Group maintains an allowance for doubtful accounts which reflects its best estimate of amounts that potentially will not be collected. The Group determines the allowance for doubtful accounts by taking into consideration various factors including but not limited to historical collection experience and credit-worthiness of the customers as well as the age of the individual receivables balance. Additionally, the Group makes specific bad debt provisions based on any specific knowledge the Group has acquired that might indicate that an account is uncollectible. The facts and circumstances of each account may require the Group to use substantial judgment in assessing its collectability.

***(l) Receivables from iOS online payment agency***

Receivables from iOS online payment agency are cash due from the third-party online payment service providers for clearing transactions. The cash was paid or deposited by customers or users through these online payment agencies for services provided by the Group. The Group carefully considers and monitors the credit worthiness of the third-party payment service providers used. An allowance for doubtful accounts is recorded in the period in which a loss is determined to be probable. Receivable balances are written off after all collection efforts have been exhausted. The balances are included in accounts receivable on the consolidated balance sheets.

***(m) Inventories, net***

Inventories, consisting of smart devices and other cultural and creative products which are available for sale, are stated at the lower of cost and net realizable value. Cost of inventory is determined using the weighted average cost method. Adjustments are recorded to write down the cost of inventory to the estimated net realizable value due to slow-moving merchandise and damaged goods, which is dependent upon factors such as historical and forecasted consumer demand, and promotional environment. The Group takes ownership, risks and rewards of the products purchased. No write down for inventory was made by the Group for the years ended December 31, 2018, 2019 and 2020.

***(n) Property and equipment, net***

Property and equipment are stated at historical cost less accumulated depreciation and impairment loss, if any. Depreciation is calculated using the straight-line method over their estimated useful lives of these assets which are summarized as follows:

| Category | Estimated useful lives |
|---|---|
| Servers and computers | 3 years |
| Office equipment | 3 years |
| Leasehold improvements | Shorter of the lease term or the estimated useful life |
| Building | 50 years |
| Vehicles | 5 years |

Expenditures for maintenance and repairs are expensed as incurred. The gain or loss on the disposal of property and equipment is the difference between the net sales proceeds and the carrying amount of the relevant assets and is recognized in the consolidated statements of comprehensive loss.





**2. Significant Accounting Policies (continued)**

***(o) Intangible assets, net***

(i) Licensed copyrights

The Group purchases various types of licensed copyrights from copyright owners (licensor) to meet the needs of the online audio business. The licensed copyrights of audio content are recorded in intangible assets. Intangible assets are measured at cost minus accumulative amortization and impairment loss, if any in accordance with ASC topic 350, *Intangibles-Goodwill and Other ("ASC 350").*

The Group monetizes the licensed copyrights through either selling audio contents to paid users on album by album basis ("Sales Model" i.e. paid on-demand listening services.) or through paid membership programs ("Membership Subscription Model"). Some audios are also offered to users for free for the purpose of attracting traffic to access the Group's platform.

Fixed or minimum guaranteed license fee ("Fixed License Fee") to licensor are capitalized as intangible assets when the Group obtains control of the licensed copyrights which is normally upon receipt of the licensed contents. If control of the licensed contents has not been obtained when the payment is made, the payment is recorded as a prepayment in other non-current assets in the consolidated balance sheets. Such capitalized intangible assets is amortized according to the pattern in which the economic benefits of the intangible asset are consumed. For licensed contents with monetization strategy under Sales Model, the Fixed License Fee is amortized according to revenue generating pattern of the licensed contents; for licensed contents with monetization strategy under Membership Subscription Model, the Fixed License Fee is amortized on straight-line over the shorter of license period and expected useful lives of the licensed contents. For licensed contents used to produce audios for free, the Fixed License Fee is amortized on straight-line over the shorter of license period and expected useful lives of the licensed contents.

Under certain license agreements, the Group also pays variable fees to licensors based on sharing percentage of revenue from that licensed contents ("Revenue Sharing Fee"). For licensed contents with monetization strategy under Sales Model, the Revenue Sharing Fee is recorded as cost of revenue in the pattern that consistent with the revenue generating pattern; for licensed contents with monetization strategy under Membership Subscription Model, the Revenue Sharing Fee is recorded in cost of revenue as incurred. There is no Revenue Sharing Fee incurred for licensed contents used to produce audios for free.

Estimates of the consumption patterns for licensed copyrights are reviewed periodically and revised, if necessary. Revisions to the amortization pattern are accounted for as a change in accounting estimate prospectively in accordance with ASC topic 250, *Accounting Changes and Error Corrections* ("ASC 250").

(ii) Libraries

The Group also entered into license agreements where the Group obtains right to the library of the licensor which mainly contains vast number of books and the Group can produce audios from the content of any book from the library during the contract period. The future monetization strategy for each individual audio to be produced is not decided when the Group obtains the right to the library. Fixed License Fee is capitalized as intangible assets when the Group has access to the library and is amortized on a straight-line basis over the contract period; the Revenue Sharing Fee is recorded in cost of revenue as incurred.





**2. Significant Accounting Policies (continued)**

***(o) Intangible assets, net (continued)***

(iii) Other intangible assets

Other intangible assets including broadcasting license and software purchased from third parties are initially recorded at cost and are amortized using the straight-line approach over the estimated economic useful lives of the assets.

The estimated useful lives of intangible assets are as follows:

| Category | Estimated useful lives |
|---|---|
| Licensed copyrights | 1 to 10 years |
| Libraries | 7 to 20 years |
| Others | 1 to 10 years |

(iv) Impairment of licensed copyrights and libraries

Intangible assets are tested for recoverability whenever events or changes in circumstances indicate that the carrying amount may not be recoverable. For the licensed copyrights with monetization strategy under Sales Model, the recoverable amount is determined by estimating the expected cash flows generated from sales of the audio contents as each licensed copyright can generate cash flow independently of the cash flow from other licensed copyrights. While for the licensed copyrights with monetization strategy under Membership Subscription Model, including those are for free to users, those intangible assets are grouped together, and the recoverable amount is determined by estimating the expected cash flows generated from membership subscription and advertising of the Group.

When the intangible asset is tested for recoverability, the amortization estimates and method will also be reviewed.

***(p) Long-term investments***

The Group's long-term investments include equity method investments, equity securities without readily determinable fair values and available-for-sales debt securities.

(i) Equity method investments

The Group applies the equity method of accounting to account for an equity investment, in common stock or in-substance common stock, according to ASC 323 *Investment—Equity Method and Joint Ventures*, over which it has significant influence but does not own a majority equity interest or otherwise control. Under the equity method, the Group initially records investments at cost and subsequently recognizes proportionate share of each equity investee's net income or loss and to reflect the amortization of basis differences in the consolidated statements of comprehensive loss and accordingly adjusts the carrying amount of the investment. An impairment charge is recorded if the carrying amount of the investment exceeds its fair value and this condition is determined to be other-than-temporary. When the Group's share of losses in the equity investee equals or exceeds its interest in the equity investee, the Group does not recognize further losses, unless the Group has incurred obligations or made payments or guarantees on behalf of the equity investee.





**2. Significant Accounting Policies (continued)**

***(p) Long-term investments (continued)***

(ii) Equity securities without readily determinable fair values

The Group holds investments in equity securities of private companies, over which the Group does not have the ability to exercise significant influence or control. These equity investments are not considered as debt securities or equity securities that have readily determinable fair values. The Group makes the election to record and measure these investments using a measurement alternative that measures the investments at cost less impairment, if any, plus or minus changes resulting from qualifying observable price changes in orderly transactions for the identical or a similar investment of the same issuer. The Group adopted ASU No. 2016-01, *Financial Instruments—Overall* (Subtopic 825-10) for all period presented.

(iii) Available-for-sales debt securities

The Group's investments in preferred shares of the investees with currently exercisable redemption rights at the option of the holders are considered as debt securities. Debt securities that the Group has the intent to hold for an indefinite period are classified as available-for-sale and reported at fair value. Unrealized gains and losses (other than impairment losses) are reported, net of the related tax effect, in other comprehensive income. Upon sale, realized gains and losses are reported in net income. For the years ended December 31, 2018, 2019 and 2020, the fair value change of the available-for-sales debt securities is not material, no unrealized gains and losses were recognized.

The Group continually reviews its investments to determine whether a decline in fair value to below the carrying value is other-than-temporary. The primary factors the Group considers in its determination are the duration and severity of the decline in fair value; the financial condition, operating performance and the prospects of the equity investee; and other company specific information such as recent financing rounds. If the decline in fair value is deemed to be other-than-temporary, the carrying value of the investment is written down to fair value.

***(q) Impairment of long-lived assets***

For other long-lived assets including property and equipment, other intangible assets and other non-current assets, the Group evaluates for impairment whenever events or changes (triggering events) indicate that the carrying amount of an asset may no longer be recoverable. The Group assesses the recoverability of the long-lived assets by comparing the carrying value of the long-lived assets to the estimated undiscounted future cash flows expected to receive from use of the assets and their eventual disposition. Such assets are considered to be impaired if the sum of the expected undiscounted cash flows is less than the carrying amount of the assets. The impairment to be recognized is measured by the amount by which the carrying amount of the assets exceeds the fair value of the assets, which is generally determined using the income approach, market approach, or a combination thereof.

***(r) Revenue recognition***

A. Significant accounting policy

The Group early adopted ASC Topic 606, *Revenue from Contracts with Customers* ("ASC 606") at January 1, 2017, by applying the full retrospective method for all periods presented. Revenues are recognized when or as the control of a good or service is transferred to the customer. Depending on the





**2. Significant Accounting Policies (continued)**

***(r) Revenue recognition (continued)***

terms of the contract and the laws that apply to the contract, control of the goods and services may be transferred over time or at a point in time. Control of the goods and services is transferred over time if the Group's performance:

- provides all of the benefits received and consumed simultaneously by the customer;
- creates and enhances an asset that the customer controls as the Group performs; or
- does not create an asset with an alternative use to the Group and the Group has an enforceable right to payment for performance completed to date.

If control of the goods and services transfers over time, revenue is recognized over the period of the contract by reference to the progress towards complete satisfaction of that performance obligation. Otherwise, revenue is recognized at a point in time when the customer obtains control of the goods and services.

The progress towards complete satisfaction of the performance obligation is measured based on one of the following methods that best depict the Group's performance in satisfying the performance obligation:

- direct measurements of the value transferred by the Group to the customer; or
- the Group's efforts or inputs to the satisfaction of the performance obligation.

B. Nature of revenue streams

The following is a description of principal activities of the Group from which the Group generates its revenue.

(i) Subscription

(i-1) Membership subscription

The Group offers membership subscription which provides subscribing members unlimited streaming and downloading of albums with the "VIP" mark in exchange for a nonrefundable upfront membership fee. Membership periods range from one month to twelve months and in certain promotion or renew situation, the membership periods would be extended to three years. The membership subscription is required to pay cash in advance and is not subject to refund. The receipt of membership fees is initially recorded as a contract liability and revenue is recognized ratably over the membership period as services are rendered. When membership is sold through designated distributors to end users, the distributors are considered agent of the Group.

Membership subscriptions are sometimes bundled with some other goods and services, such as hardware, and sold as a package at a discounted price to the customer. In determining whether membership and other goods and services are distinct performance obligations, the Group considers the following factors: whether these products and services are often sold separately, the nature of these performance obligations, and the inter-dependency among these performance obligations. The Group has concluded that membership subscription and other goods and services included in bundled-sale contracts with multiple performance obligations are distinct. Transaction price is allocated to the membership and other goods and services according to their relative stand-alone selling price ("SSP").

In addition, the Group enters into joint membership programs with other platforms. Users who subscribe for the joint membership can get membership from the Group and from the other platform at the same time. The





**2. Significant Accounting Policies (continued)**

***(r) Revenue recognition (continued)***

(i) Subscription (continued)

transaction is considered as two distinct performance obligations, one is to sell the Group's membership and the other one is to provide agency service to other platforms to sell their memberships from accounting perspective. For the sales of the Group's membership, the Group is the principal for providing its own membership subscription to the users. For the agency service, the Group is an agent to other platform and earns commission income. The revenue amount recognized is based on their relative SSP. The commission service provided by the other platform to the Group is recognized as contract acquisition cost and is recorded in sales and marketing expenses immediately as the contract period is less than one year.

The above-mentioned SSP is the price at which the Group would sell a promised product or service separately to a customer. The Group determines SSP for each distinct performance obligation by reference to its overall pricing objectives and observable prices of products or services sold or priced separately on the market. The SSP of membership subscription is determined by reference to the fee of membership subscription that the Group sells separately for the same membership period. Similarly, the SSP for hardware of a bundled sale is by reference to selling price when hardware is sold individually. The SSP of agency service is determined by reference to service fees that would have been charged if membership subscription is sold through third-party agents. Price allocation to each distinct performance obligation is also reflecting the discount to the total contractual considerations proportionally based on its SSP.

The price of the membership is recognized ratably over the membership period. The price of the other goods or services is recognized upon the

[illegible]

(ii) Uncertain tax positions

In order to assess uncertain tax positions, the Group applies a more likely than not threshold and a two-step approach for the tax position measurement and financial statement recognition. Under the two-step approach, the first step is to evaluate the tax position for recognition by determining if the weight of available evidence indicates that it is more likely than not that the position will be sustained, including resolution of related appeals or litigation processes, if any. The second step is to measure the tax benefit as the largest amount that has a more than 50% likelihood of being realized upon settlement. The Group recognizes interest and penalties, if any, under accrued expenses and other current liabilities on its consolidated balance sheets and under other expenses in its consolidated statement of comprehensive loss. The Group did not have any unrecognized uncertain tax positions as of and for the years ended December 31, 2018, 2019 and 2020.

***(aa) Share-based compensation***

The Group follows ASC 718, *Compensation—Stock Compensation*, to determine whether a share award should be classified and accounted for as a liability award or equity award. All grants of share-based awards to employees and management classified as equity awards are recognized in the financial statements based on their grant date fair values.

The Group early adopted Accounting Standards Update ("ASU") 2018-07, *Compensation—Stock Compensation (Topic 718): Improvements to Nonemployee Share-Based Payment Accounting* to be consistent with its ASC 606 adoption date as of January 1, 2017. Upon the adoption of this guidance, the Company no longer re-measures equity-classified share-based awards granted to consultants or non-employees at each reporting date through the vesting date and the accounting for these share-based awards to consultants or non-employees and employees will be substantially aligned. The impact of the adoption is not material.

Employees' share-based compensation awards are measured at the grant date fair value of the awards and recognized as expenses (a) immediately at the grant date if no vesting conditions are required; or (b) for share based awards granted with only service conditions, using the straight-line method, over the vesting period; or (c) for share-based awards granted with service conditions and the occurrence of an initial public offering ("IPO") as performance condition, cumulative share-based compensation expenses for the share based awards that have satisfied the service condition should be recorded upon the completion of the IPO, using the graded vesting method. The Group recognizes the effect of forfeitures in compensation costs when they occur. For the share-based awards granted by the Founders to the Group's employees or non-employees for the services provided or to be provided to the Group, the compensation expense of these awards is pushed down to the Group.

Cancellation of an award accompanied by the grant of a replacement award is accounted for as a modification of the terms of the canceled award ("modified awards"). Modification accounting is required only if the fair value, the vesting conditions, or the classification of the award (as equity or liability) changes as a result of the change in terms or conditions. The compensation costs associated with the modified awards are recognized if either the original vesting condition or the new vesting condition has been achieved. For the modification from improbable-to-probable, the incremental fair value is equal to the fair value of the modified awards (the value of the modified awards compared to its prior zero value) and the incremental compensation cost is recognized over the remaining requisite service period, if any. For the





**2. Significant Accounting Policies (continued)**

***(aa) Share-based compensation (continued)***

modification from improbable-to-improbable, the Group will recognize compensation cost equal to the fair value of the awards at the modification date when the Group determines it is probable the employees will vest in the modified awards.

***(bb) Related parties***

Parties are considered to be related if one party has the ability, directly or indirectly, to control the other party or exercise significant influence over the other party in making financial and operating decisions. Parties are also considered to be related if they are subject to common control or significant influence, such as an immediate family member, shareholder, or a related corporation.

***(cc) Dividends***

Dividends are recognized when declared. No dividends were declared for the years ended December 31, 2018, 2019 and 2020, respectively. The Group does not have any present plan to pay any dividends on ordinary shares in the foreseeable future. The Group currently intends to retain the available funds and any future earnings to operate and expand its business.

***(dd) Loss per share***

Basic loss per share is computed by dividing net loss attributable to holders of ordinary shares by the weighted average number of ordinary shares outstanding during the year using the two-class method. Using the two-class method, net loss is allocated between ordinary shares and other participating securities (that is, Series Angel preferred shares and convertible redeemable preferred shares) based on their participating rights.

Diluted loss per share is calculated by dividing net loss attributable to ordinary shareholders as adjusted for the effect of dilutive ordinary equivalent shares, if any, by the weighted average number of ordinary and dilutive ordinary equivalents shares outstanding during the year. Dilutive equivalent shares are excluded from the computation of diluted loss per share if their effects would be anti-dilutive. Ordinary share equivalents consist of the ordinary shares issuable in connection with the Group's Series Angel preferred shares and convertible redeemable preferred shares using the if-converted method, and ordinary shares issuable upon the conversion of the stock options and restricted share units, using the treasury stock method.

***(ee) Comprehensive income (loss)***

Comprehensive income (loss) is defined to include all changes in equity (deficit) of the Group during a period arising from transactions and other events and circumstances excluding transactions resulting from investments by shareholders and distributions to shareholders. Other comprehensive income (loss), as presented in the consolidated balance sheets, consists of accumulated foreign currency translation adjustments.

***(ff) Segment reporting***

Operating segments are defined as components of an enterprise engaging in businesses activities for which separate financial information is available that is regularly evaluated by the Group's chief operating decision





**2. Significant Accounting Policies (continued)**

***(ff) Segment reporting (continued)***

makers ("CODM") in deciding how to allocate resources and assess performance. The Group's CODM has been identified as the Chief Executive Officer, who reviews consolidated results including revenue, gross profit and operating profit at a consolidated level. The CODM does not distinguish between markets for the purpose of making decisions about resources allocation and performance assessment. Hence, the Group has only one operating segment and one reportable segment. As the Group's long-lived assets and revenue are substantially located in and derived from the PRC, no geographical segments are presented.

Key revenues streams are as below:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Subscription: | | | |
| Membership subscription | 143,692 | 587,598 | 1,212,393 |
| Paid on-demand listening services | 499,984 | 652,571 | 540,258 |
| Total subscription revenue | 643,676 | 1,240,169 | 1,752,651 |
| Advertising | 419,424 | 616,199 | 1,071,786 |
| Live streaming | 316,186 | 618,090 | 717,513 |
| Education services | — | 12,869 | 228,349 |
| Other innovative products and services | 96,489 | 189,681 | 279,722 |
| Total | 1,475,775 | 2,677,008 | 4,050,021 |

***(gg) Recently issued accounting pronouncements***

The Group qualifies as an "emerging growth company", or EGC, pursuant to the Jumpstart Our Business Startups Act of 2012, as amended, or the JOBS Act. As an EGC, the Group does not need to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards. The Group adopts the following standards based on extended transition period provided to private companies or early adopts as necessary as permitted by the respective standards.

*New and amended standards adopted by the Group*

In June 2018, the FASB issued ASU 2018-07, *Compensation—Stock Compensation (Topic 718)—Improvements to Nonemployee Share-Based Payment Accounting*, to align the accounting for share-based payment awards issued to nonemployees with the guidance applicable to grants to employees and remove requirement to reassess classification of nonemployee awards under other literature upon vesting. ASU 2018-07 is effective for the Company for fiscal years beginning after December 15, 2020, and interim periods within fiscal years beginning after December 15, 2021, with early adoption permitted but no earlier than the entity's adoption of ASC 606. The Company elected to early adopt ASU 2018-07 on January 1, 2017, consistent with its ASC 606 adoption date. Based on ASU 2018-07, entities will generally apply the same guidance to both employee and nonemployee share-based awards, which nonemployee share-based payment equity awards are measured at the grant-date fair value of the equity instruments, similar to employee share-based payment equity awards. All awards to nonemployee and employee fall under the scope of ASC 718 since January 1, 2017 are measured under the same method and the awards granted to consultants whom are not employees under common law definition fell under the scope of ASC 505 until January 1, 2017 with transition impact to opening retained earnings on the adoption date to be immaterial.





**2. Significant Accounting Policies (continued)**

***(gg) Recently issued accounting pronouncements (continued)***

*New and amended standards adopted by the Group (continued)*

In August 2018, the FASB issued ASU 2018-13, *Fair Value Measurement (Topic 820): Disclosure Framework—Changes to the Disclosure Requirements for Fair Value Measurement*, which eliminates, adds and modifies certain disclosure requirements for fair value measurements. Under the guidance, public companies will be required to disclose the range and weighted average used to develop significant unobservable inputs for Level 3 fair value measurements. The guidance is effective for all entities for fiscal years beginning after December 15, 2019 and for interim periods within those fiscal years, but entities are permitted to early adopt either the entire standard or only the provisions that eliminate or modify the requirements. The Company adopted the new standard effective January 1, 2020 on a prospective basis. The adoption of the new standard did not have a material impact.

*New and amended standards not yet adopted by the Group*

In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. Under the new guidance, lessees will be required to recognize a lease liability and a lease asset for all leases, including operating leases, with a term greater than 12 months on its balance sheet. The update also expands the required quantitative and qualitative disclosures surrounding leases. The standard is effective for the Company in the fiscal years beginning after December 15, 2021 and interim periods within the fiscal years beginning after December 15, 2022, with early adoption permitted. The Group will assess the impact of the adoption of the new lease standard before the effective date.

In June 2016, the FASB issued ASU 2016-13, *Financial Instruments—Credit Losses (Topic 326)*, to provide financial statement users with more useful information about expected credit losses. ASU 2016-13 also changes how entities measure credit losses on financial instruments and the timing of when such losses are recorded. ASU 2016-13 is effective for the Company in the fiscal years beginning after December 15, 2022, including interim periods within those fiscal years, with early adoption permitted. The Group will assess the impact of the adoption of the new standard before the effective date.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes*. This update simplifies the accounting for income taxes as part of the FASB's overall initiative to reduce complexity in accounting standards. The amendments include removal of certain exceptions to the general principles of ASC 740, Income taxes, and simplification in several other areas such as accounting for a franchise tax (or similar tax) that is partially based on income. ASU 2019-12 is effective for the Company in fiscal years beginning after December 15, 2021, and interim periods within the fiscal years beginning after December 15, 2022, with early adoption permitted. Certain amendments in this update should be applied retrospectively or modified retrospectively, all other amendments should be applied prospectively. The Group will assess the impact of the adoption of the new standard before the effective date.

In January 2020, the FASB issued ASU 2020-01, *Investments—Equity Securities (Topic 321), Investments—Equity Method and Joint Ventures (Topic 323), and Derivatives and Hedging (Topic 815), Clarifying the Interactions between Topic 321, Topic 323, and Topic 815*, which clarifies the interaction of the accounting for equity investments under Topic 321 and investments accounted for under the equity method of accounting in Topic 323 and the accounting for certain forward contracts and purchased options accounted for under Topic 815. ASU 2020-01 is effective for the Company in the fiscal years beginning after





**2. Significant Accounting Policies (continued)**

***(gg) Recently issued accounting pronouncements (continued)***

*New and amended standards not yet adopted by the Group (continued)*

December 15, 2021, including interim periods within those fiscal years, with early adoption permitted. The Group will assess the impact of the adoption of the new standard before the effective date.

**3. Risk and concentration**

***(a) PRC regulations***

(i) VIEs

Though the PRC has, since 1978, implemented a wide range of market-oriented economic reforms, continued reforms and progress towards a full market-oriented economy are uncertain. In addition, the PRC government regulates telecommunications-related businesses through strict business licensing requirements and other government regulations. These laws and regulations also include limitations on foreign ownership of PRC companies that engage in telecommunications-related businesses. Specifically, foreign investors are not allowed to own more than a 50% equity interest in any PRC company engaging in value-added telecommunications businesses. The primary foreign investor must also have experience and a good track record in providing value-added telecommunications services, or VATS, overseas.

Restrictions are currently in place and are unclear with respect to which segments of these industries foreign owned entities, like the Company, may operate. The Chinese government may issue from time to time new laws or new interpretations on existing laws to regulate areas such as telecommunication, information and media. Regulatory risk also encompasses the interpretation by the tax authorities of current tax laws, and the Group's legal structure and scope of operations in the PRC, which could be subject to further restrictions resulting in limitations on the Company's ability to conduct business in the PRC. There are uncertainties regarding the interpretation and application of current and future PRC laws, rules and regulations, including but not limited to the laws, rules and regulations governing the validity and enforcement of the contractual arrangements with consolidated VIEs. The Company believes that the structure for operating its business in China (including the ownership structure and the contractual arrangements with the consolidated VIEs) is in compliance with all applicable existing PRC laws, rules and regulations, and does not violate, breach, contravene or otherwise conflict with any applicable PRC laws, rules or regulations.

However, as there are substantial uncertainties regarding the interpretation and application of PRC laws and regulations, including the Regulations on Mergers and Acquisitions of Domestic Enterprises by Foreign Investors, or the M&A Rules, and the Telecommunications Regulations and the relevant regulatory measures concerning the telecommunications industry, there can be no assurance that the PRC government authorities, such as the MOFCOM or the MIIT, or other authorities that regulate Internet content providers and other participants in the telecommunications industry, would agree that the Company's corporate structure or the contractual arrangements with the consolidated VIEs comply with PRC licensing, registration or other regulatory requirements, with existing policies or with requirements or policies that may be adopted in the future. PRC laws and regulations governing the validity of these contractual arrangements are uncertain and the relevant government authorities have broad discretion in interpreting these laws and regulations.

If the Company's corporate structure and contractual arrangements are deemed by the MIIT or the MOFCOM or other regulator shaving competent authority to be illegal, either in whole or in part, the Company may lose control of their consolidated VIEs and have to modify such structure to comply with





**3. Risk and concentration (continued)**

***(a) PRC regulations (continued)***

(i) VIEs (continued)

regulatory requirements. Furthermore, if the Company and its consolidated VIEs are found to be in violation of any existing or future PRC laws or regulations, or fail to obtain or maintain any of the required permits or approvals, the relevant PRC regulatory authorities would have broad discretion in dealing with such violations, including:

- revoking the business and operating licenses;
- levying fines on the Company;
- confiscating any of the Company's income that they deem to be obtained through illegal operations;
- shutting down the services;
- discontinuing or restricting the operations in China;
- imposing conditions or requirements with which the Company may not be able to comply;
- requiring the Company to change corporate structure and contractual arrangements;
- restricting or prohibiting the use of the proceeds from overseas offering to finance the consolidated VIE's business and operations; and
- taking other regulatory or enforcement actions that could be harmful to the business.

If the imposition of any of these penalties precludes the Company from operating its business, it would no longer be in a position to generate revenue or cash from it. If the imposition of any of these penalties causes the Company to lose its rights to direct the activities of its consolidated VIEs or its rights to receive its economic benefits, the Company would no longer be able to consolidate these entities, and its financial statements would no longer reflect the results of operations from the business conducted by VIEs except to the extent that the Company receives payments from VIEs under the contractual arrangements. Either of these results, or any other significant penalties that might be imposed on the Company in this event, would have a material adverse effect on its financial condition and results of operations. Nevertheless, the laws and regulations that imposed restrictions on foreign ownership in advertising companies, including the Administrative Provisions on Foreign-Invested Advertising Enterprises were abolished in June 2015. To the extent any current or future business of VIEs can be directly operated by the Company's wholly owned subsidiaries under PRC law, the Company expect to transfer such business to the Company's wholly owned subsidiaries. When permissible by the PRC laws and regulations, the Company expects that WFOE will replace VIEs and its subsidiary as contracting party for their business that are operated by VIEs and its subsidiary.

On March 15, 2019, the National People's Congress of the PRC adopted the Foreign Investment Law, which came into force on January 1, 2020. The Foreign Investment Law defines the "foreign investment" as the investment activities in China conducted directly or indirectly by foreign investors in the following manners: (i) the foreign investor, by itself or together with other investors establishes a foreign invested enterprises in China; (ii) the foreign investor acquires shares, equities, asset tranches, or similar rights and interests of enterprises in China; (iii) the foreign investor, by itself or together with other investors, invests and establishes new projects in China; (iv) the foreign investor invests through other approaches as stipulated by laws, administrative regulations or otherwise regulated by the State Council. The Foreign Investment Law keeps silent on how to define and regulate the VIEs, while adding a catch-all clause that





**3. Risk and concentration (continued)**

***(a) PRC regulations (continued)***

(i) VIEs (continued)

"other approaches as stipulated by laws, administrative regulations or otherwise regulated by the State Council" can fall into the concept of "foreign investment," which leaves uncertainty as to whether the foreign investor's controlling PRC onshore variable interest entities via contractual arrangements will be recognized as "foreign investment." Pursuant to the Foreign Investment Law, PRC governmental authorities will regulate foreign investment by applying the principle of pre-entry national treatment together with a "negative list," which will be promulgated by or promulgated with approval by the State Council. Foreign investors are prohibited from making any investments in the industries which are listed as "prohibited" in such negative list; and, after satisfying certain additional requirements and conditions as set forth in the "negative list," are allowed to make investments in the industries which are listed as "restricted" in such negative list. For any foreign investor that fails to comply with the negative list, the competent authorities are entitled to ban its investment activities, require such investor to take measures to correct its non-compliance and impose other penalties.

It is uncertain whether any of the businesses that the Company currently operate or plan to operate in the future through the consolidated VIEs would be on the "negative list" as updated by the governmental authority from time to time and therefore be subject to any foreign investment restrictions or prohibitions. If any of the businesses that the Company operates were in the "restricted" category on the to-be-issued "negative list," such determination would materially and adversely affect the value of the ADSs. The Company also faces uncertainties as to whether the to-be-issued "negative list" would mandate further actions, such as MOFCOM market entry clearance, to be completed by companies with existing VIE structure and whether such clearance can be timely obtained, or at all. If they are not able to obtain any approval when required, the VIE structure may be regarded as invalid and illegal under the promulgated Foreign Investment Law, which may materially and adversely affect business, results of operations and financial condition, for instance, the Company may not be able to (i) continue business in China through their contractual arrangements with their consolidated affiliated entities, (ii) exert effective control over their consolidated affiliated entities, or (iii)consolidate the financial results of, and receive economic benefits from their consolidated affiliated entities under existing contractual arrangements.

VIEs holds assets that are important to the operation of the Group's business, including patents for proprietary technology and trademarks. If VIEs falls into bankruptcy and all or part of its assets become subject to liens or rights of third-party creditors, the Group may be unable to conduct major part of its business activities in China, which could have a material adverse effect on the Group's future financial position, results of operations or cash flows. However, the Group believes this is a normal business risk many companies face. The Group will continue to closely monitor the financial conditions of VIEs.

VIEs' assets comprise both recognized and unrecognized revenue-producing assets. The recognized revenue-producing assets include leasehold improvements, computers and network equipment and purchased intangible assets which are recognized in the Company's consolidated balance sheet. The unrecognized revenue-producing assets mainly consist of patents, trademarks and assembled workforce which are not recorded in the financial statements of VIEs as they did not meet the recognition criteria set in ASC 350-30-25.

In accordance with the VIE arrangements, the Group has power to direct activities of the VIEs, and can have assets transferred out of the VIEs. Therefore, the Group considers that there is no assets of the VIEs can be used only to settle their obligations.





**3. Risk and concentration (continued)**

***(b) Foreign exchange risk***

The Group's sales, purchase and expense transactions are generally denominated in RMB and a significant portion of the Group's liabilities are denominated in RMB. RMB is not freely convertible into foreign currencies.

In the PRC, foreign exchange transactions are required by law to be transacted only by authorized financial institutions at exchange rates set by the People's Bank of China. In addition, the Group's cash denominated in US$ subject the Group to risks associated with changes in the exchange rate of RMB against US$ and may affect the Group's results of operations going forward.

***(c) Credit and concertation risk***

(i) Concentration of customers and suppliers

There are no customers or suppliers from whom revenues or purchases individually represent greater than 10% of the total revenues or the total purchases of the Group for the years ended December 31, 2018, 2019 and 2020.

(ii) Concentration of credit risk

Financial instruments that potentially subject the Group to concentration of credit risk consist of cash and cash equivalents, restricted cash, short-term investments, amounts due from related parties and accounts receivable.

The Group deposits its cash and cash equivalents, restricted cash and short-term investments with major financial institutions which the Group believes that no significant credit risk with high credit quality. The Group has not experienced any significant recoverability issue with respect to its accounts receivable and amounts due from related parties.

The Group has no significant concentrations of credit risk with respect to above financial instruments.

The Group assesses the creditworthiness of each customer when providing services and may require the customers to make advance payments or a deposit before the services are rendered. The Group offers payment terms to its customers based on their creditworthiness. The Group also periodically determines an allowance for doubtful accounts based on the accounting policy indicated in Note 2(k). The following table summarized customers with greater than 10% of the accounts receivable:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Customer A | * | * | 12% |
| Customer B | * | * | 11% |

* Less than 10%





**4. Cash and cash equivalents**

The following table sets forth a breakdown of cash and cash equivalents by currency denomination as of December 31, 2018, 2019 and 2020:

| | As of December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2019 | | 2020 | |
| | Amount | RMB equivalent | Amount | RMB equivalent | Amount | RMB equivalent |
| RMB | 310,367 | 310,367 | 97,218 | 97,218 | 99,636 | 99,636 |
| US$ | 27,363 | 187,799 | 14,359 | 100,179 | 161,225 | 1,051,976 |
| Others | | 2,503 | | 1,189 | | 254 |
| Total | | 500,669 | | 198,586 | | 1,151,866 |

**5. Accounts receivable, net**

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Receivables from customers | 213,750 | 270,892 | 359,270 |
| Receivables from iOS online payment agency (Note 2(l)) | 28,536 | 36,781 | 40,592 |
| Accounts receivable | 242,286 | 307,673 | 399,862 |
| Less: allowance for doubtful accounts | (10,481) | (11,346) | (15,199) |
| Accounts receivable, net | 231,805 | 296,327 | 384,663 |

The following table presents movement of the allowance for doubtful accounts:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Balance at the beginning of the year | (5,118) | (10,481) | (11,346) |
| Provisions | (5,846) | (865) | (3,853) |
| Write off | 483 | — | — |
| Balance at the end of the year | (10,481) | (11,346) | (15,199) |

**6. Prepayments and other current assets**

The prepayments and other current assets consist of the following:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Deposits for marketing, rental and others | 24,712 | 22,784 | 22,252 |
| Value-added tax ("VAT") recoverable (a) | 5,859 | 15,736 | 6,771 |
| Prepaid marketing expense | 7,031 | 40,543 | 5,008 |
| Prepaid rental expenses | 1,617 | 10,646 | 2,195 |
| Others | 32,077 | 28,149 | 29,169 |
| Total | 71,296 | 117,858 | 65,395 |





**6. Prepayments and other current assets (continued)**

(a) VAT recoverable represented the balances that the Group can utilize to deduct its VAT liabilities within the next 12 months.

**7. Long-term investments**

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Equity method investments (a) | 285,232 | 315,465 | 357,146 |
| Equity securities without readily determinable fair values (Note 2(g)) | 115,528 | 173,514 | 211,848 |
| Available-for-sales debt securities | — | 3,000 | 6,000 |
| Total | 400,760 | 491,979 | 574,994 |

(a) Equity method investments

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Balance at the beginning of the year | 161,627 | 285,232 | 315,465 |
| Addition | 206,618 | 34,705 | 18,000 |
| Share of results of investees | (40,334) | (4,472) | 24,178 |
| Dividend received | — | — | (497) |
| Other-than-temporary impairment | (43,233) | — | — |
| Foreign currency translation adjustments | 554 | — | — |
| Balance at the end of the year | 285,232 | 315,465 | 357,146 |

Investment funds

In December 2017, the Group subscribed certain equity interests in an investment fund partnership as a limited partner for an aggregate purchase price of RMB240,000, of which RMB120,000 and RMB120,000 was paid in the years ended December 31, 2017 and 2018, respectively. The investment fund is managed by a general partner who is an affiliated company of the Company's more than 10% shareholding preferred shareholder. The equity interests held by the Group are 28.92% as of December 31, 2020. The share of the gains (losses) of this investment fund was RMB6,571, RMB(5,771) and RMB21,724 for the years ended December 31, 2018, 2019 and 2020, respectively.

Investments in partnerships as a limited partner are accounted for using the equity method as the Group doesn't have control over the partnership but has more than minor interests. The funds focus on exploring opportunities and making investments in companies that primarily engaged in internet content business in China.

Carglass Inc. ("Carglass")

In 2018, the Group acquired 77.42% equity interest in Carglass, who operated online audio book streaming platform in U.S., for an aggregate purchase price of RMB84,418. As the founder of Carglass had veto rights on all significant financial and operating decisions, the Group did not control Carglass and the investment in Carglass was accounted for as an equity method investment. In addition, the Group provided loans of RMB21,431 and RMB18,733 with no interest for the operation of Carglass in the years ended December 31, 2018 and 2019, respectively.





**7. Long-term investments (continued)**

As Carglass continued to experience significant losses and its business performance continued to worsen with no sign of improvements, an other-than-temporary impairment charge of RMB43,233 was made by the Group for such investment in the year ended December 31, 2018. Additionally, full provision of RMB21,431 and RMB18,732 for the loan granted was made when such investment's value was reduced to zero for the years ended December 31, 2018 and 2019, respectively.

In December 2020, the Group and the founder of Carglass reached an agreement to acquire the founder's equity interests in Carglass whose value is minimal for no consideration. After the acquisition, founder did not have veto rights and thus, the Group obtained control over Carglass.

**8. Property and equipment, net**

Property and equipment, net consists of the following:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| **Cost:** | | | |
| Servers and computers | 88,078 | 131,416 | 223,143 |
| Leasehold improvements | 6,812 | 45,106 | 61,428 |
| Building | 18,352 | 18,352 | 18,360 |
| Office equipment | 5,071 | 10,994 | 14,461 |
| Vehicles | 344 | 344 | 344 |
| Total cost | 118,657 | 206,212 | 317,736 |
| Less: accumulated depreciation | (35,807) | (72,723) | (129,756) |
| Property and equipment, net | 82,850 | 133,489 | 187,980 |

Depreciation expense recognized for the years ended December 31, 2018, 2019 and 2020 are summarized as follows:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Cost of revenues | 1,166 | 1,821 | 1,964 |
| Research and development expenses | 9,646 | 24,409 | 40,198 |
| Sales and marketing expenses | 2,327 | 4,734 | 7,068 |
| General and administrative expenses | 4,431 | 6,561 | 8,020 |
| Total | 17,570 | 37,525 | 57,250 |





**9. Intangible assets, net**

Intangible assets subject to amortization consists of the following:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| **Cost:** | | | |
| Licensed copyrights | 347,481 | 731,939 | 1,008,324 |
| Libraries | 74,067 | 74,067 | 74,067 |
| Others | 8,473 | 27,678 | 32,517 |
| Total cost | 430,021 | 833,684 | 1,114,908 |
| **Less: accumulated amortization** | | | |
| Licensed copyrights | (186,860) | (359,813) | (573,016) |
| Libraries | (18,211) | (23,754) | (29,297) |
| Others | (1,868) | (5,037) | (8,056) |
| Total accumulated amortization | (206,939) | (388,604) | (610,369) |
| Intangible assets, net | 223,082 | 445,080 | 504,539 |

Amortization expense recognized for the years ended December 31, 2018, 2019 and 2020 are summarized as follows:

| | Year ended December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Cost of revenues | 123,223 | 178,947 | 215,996 |
| General and administrative expenses | 514 | 2,718 | 5,769 |
| Total | 123,737 | 181,665 | 221,765 |

As of December 31, 2020, amortization expenses related to the intangible assets for future periods are estimated to be as follows:

| For the year ending December 31, | |
|---|---|
| 2021 | 179,676 |
| 2022 | 145,445 |
| 2023 | 85,967 |
| 2024 | 31,549 |
| 2025 and thereafter | 61,902 |
| Total | 504,539 |





**10. Other non-current assets**

Other non-current assets consist of the following:

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Prepayments for licensed copyrights | 10,328 | 30,290 | 32,733 |
| Deposits for rental and others | 9,504 | 7,962 | 15,009 |
| Prepayments for property and equipment | 4,461 | 19,316 | 3,513 |
| Prepaid marketing expense | 101 | 7,366 | 2,522 |
| Others | 270 | 5,009 | 3,444 |
| Total | 24,664 | 69,943 | 57,221 |

**11. Short-term debts**

| | As of December 31, | | |
|---|---|---|---|
| | 2018 | 2019 | 2020 |
| Bank borrowings (a) | — | 290,487 | 50,000 |
| Other borrowings (b) | 500,000 | 148,000 | — |
| Total | 500,000 | 438,487 | 50,000 |

14. **Other non-current liabilities (continued)**

ended December 31, 2018, 2019 and 2020, respectively. The installment payment made was classified as financing activities in the consolidated statement of cash flows.

According to the repayment schedules, future instalment payments under the above copyright license agreement as of December 31, 2020 are as follows:

| For the year ending December 31, | |
|---|---|
| 2021 | 2,189 |
| 2022 | 2,401 |
| 2023 | 3,974 |
| 2024 | 4,174 |
| 2025 and thereafter | 27,892 |
| Total | 40,630 |

15. **Convertible redeemable preferred shares**

As of January 1, 2018, before the 2018 Reorganization, 2,161,425 Series A convertible redeemable preferred shares (the "Series A Preferred Shares"), 109,557,091 Series B convertible redeemable preferred shares (the "Series B Preferred Shares"), 23,619,335 Series C convertible redeemable preferred shares (the "Series C Preferred Shares") and 22,658,235 Series D convertible redeemable preferred shares (the "Series D Preferred Shares") were issued and outstanding. As of January 1, 2018, consideration for issuance of Series D Preferred Shares of RMB280,000 remained outstanding which was fully received by April 2018.

As part of the 2018 Reorganization in November 2018, 20,686,995 Series B Preferred Shares, 12,988,223 Series C Preferred Shares and 7,930,383 Series D Preferred Shares were repurchased at fair value for a total cash consideration of RMB2,601,318, which was accounted for as extinguishment of convertible redeemable preferred shares and the difference between the carrying amount and repurchase consideration amounted to RMB1,557,716 was recorded in accumulated deficit. As of December 31, 2018, 2019 and 2020, the unsettled repurchase consideration of RMB1,732,785, RMB309,342 and nil was recorded in payables for repurchase of convertible redeemable preferred shares in consolidated balance sheets. Meanwhile, the Company issued 2,161,425 Series A Preferred Shares, 88,870,096 Series B Preferred Shares, 10,631,112 Series C Preferred Shares and 14,727,852 Series D Preferred Shares to its remaining convertible redeemable preferred shareholders at the ratio of one-for-one, in exchange for the equity interest they held in Ximalaya VIE before the 2018 Reorganization.

In March and April 2019, the Company issued 48,512,946 Series E-2 convertible redeemable preferred shares (the "Series E-2 Preferred Shares") with an aggregate purchase price of US$456,623 (equivalent to RMB3,061,765) to certain investors. As of December 31, 2019, consideration for issuance of Series E-2 Preferred Shares of US$19,356 (equivalent to RMB129,802) remained outstanding and was presented as subscriptions receivable, a contra-equity balance on the consolidated balance sheets. The remaining consideration was fully received in May 2020.

In June 2019, the Company issued 594,960 Series E-1 convertible redeemable preferred shares (the "Series E-1 Preferred Shares") to settle redeemable non-controlling interests. Refer to Note 16 for detail.

In August 2019, the Company, the Ximalaya VIE and an investor entered into a loan agreement with a detachable warrant. Prior to obtaining of requisite overseas direct investment approvals, the investor agreed to provide a loan in an aggregate principal amount of RMB103,398 to the Ximalaya VIE, with no interest





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

15. **Convertible redeemable preferred shares (continued)**

and receive a warrant to subscribe Series E-3 convertible redeemable preferred shares (the "Series E-3 Preferred Shares") of the Company with an aggregate purchase price of US$15,000 (equivalent to RMB101,808). As the exercise price of the warrant is determined at fair value of the Series E-3 Preferred Shares when exercise, the warrant was not separately accounted for because the intrinsic value of such warrant was minimal for the warrant outstanding period. The loan received from the investor was recoded as advance payment from the subscription of convertible redeemable preferred shares in consolidated balance sheets. The warrant was exercised in September 2020 and the Company issued 1,381,775 Series E-3 Preferred Shares to the investor.

In the second half year of 2020, the Company issued 10,624,282 Series E-2 Preferred Shares with an aggregate purchase price of US$100,000 (equivalent to RMB667,126) to a new financial investor. As the purchase price is lower than the fair value, the difference between the purchase price and fair value amounted to US$14,217 (equivalent to RMB94,818) was recoded as deemed dividend to the preferred shareholder in accumulated deficit.

In the second half year of 2020, the Company issued 20,266,039 Series E-3 Preferred Shares with an aggregate purchase price of US$220,000 (equivalent to RMB1,450,254) to certain investors.

In December 2020, the Company issued 1,535,308 Series E-4 convertible redeemable preferred shares (the "Series E-4 Preferred Shares") with an aggregate purchase price of US$20,000 (equivalent to RMB130,650) to a new investor. As the purchase price is higher than the fair value, the difference between the purchase price and fair value amounted to US$3,046 (equivalent to RMB19,895) was recoded as contribution from preferred shareholders in additional paid-in capital.

The Series E-1, Series E-2, Series E-3 and Series E-4 Preferred Shares are collectively referred to as the Series E Preferred Shares.

Certain investors who had intention to subscribe Series E Preferred Shares but were not yet ready to make the subscription paid a refundable down-payment to the Company for the amounts of RMB941,569, RMB295,084 and RMB32,663 as of December 31, 2018, 2019, and 2020, respectively, which were recorded in advance payment from subscription of convertible redeemable preferred shares in consolidated balance sheets.

The above-mentioned Series A, Series B, Series C, Series D and Series E Preferred Shares are collectively referred as the "Preferred Shares".

As disclosed in Note 1(b), the Group had undergone Historical Reorganization and 2018 Reorganization and each reorganization changed the issuer of the Preferred Shares to be the reporting entity through share swaps. The major terms and number of shares of the Preferred Shares have remained the same. As further discussed in Note 1(b), the Historical Reorganization and 2018 Reorganization were accounted for in a manner similar to a common control transaction. The equity structure of the Company after the 2018 Reorganization is assumed to have existed from the earliest period presented in the consolidated financial statements.

The key terms of the Preferred Shares issued by the Company are as follows:

*Dividend rights*

When, and if approved by the majority preferred shareholders, the Company shall pay dividends to all the Shareholders in proportion to the number of fully paid Shares held by such Shareholder on an as-converted basis.





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

15. **Convertible redeemable preferred shares (continued)**

*Voting rights*

Each Preferred Share has voting rights equivalent to the number of ordinary shares to which it is convertible at the record date. Preferred Shares shall vote separately as a class with respect to certain specified matters. Otherwise, the holders of Preferred Shares and ordinary shares shall vote together as a single class.

*Liquidation preference*

In the event of any liquidation (including deemed liquidation, such as change in control, etc.), dissolution or winding up of the Company, all assets and funds of the Company legally available for distribution to the shareholders shall, by reason of the shareholders' ownership of the shares, be distributed as follows:

First, the holders of the Preferred Shares shall be entitled to receive for each outstanding Preferred Share held and fully paid, as applicable, the amount equal to one hundred percent (100%) of the applicable Preferred Share's purchase price, plus all accrued but unpaid dividends on such Preferred Shares. If the related assets and funds are insufficient for the full payment to such holders of the such Preferred Shares, then the entire assets and funds legally available for distribution shall be distributed ratably among such holders in proportion.

Upon the liquidation, in order of preference, first to the holders of Series E-4 Preferred Shares, then to the holders of Series E-3, E-2, E-1, D, C and B Preferred Shares, and last to the holders of Series A Preferred Shares.

Second, if there are any assets or funds remaining after the aggregate amount have been distributed or paid in full to the applicable holders of Preferred Shares, the remaining assets and funds legally available for distribution shall be distributed ratably among all the Shareholders in proportion to the number of Shares held by them (calculated on an as converted to ordinary shares basis).

A Deemed Liquidation Event shall be deemed to be any change of control event such as a merger and acquisition, reorganization of the Company, a sale, transfer, lease or other disposition of all or substantially all of the assets of any Group Company or the exclusive, irrevocable licensing of all or substantially all of any Group Company's intellectual property to a third party. Any proceeds, whether in cash or properties, resulting from a Deemed Liquidation Event shall be distributed in accordance with the liquidation preference above.

*Redemption right*

The Company shall redeem, at the option of any holder of outstanding Preferred Shares, all of the outstanding Preferred Shares (other than the unpaid shares) held by the requesting holder, at any time after the earliest to occur of (a) December 31, 2022 (Series E and D preferred shareholders) or December 31, 2021 (Series C, B and A preferred shareholders) or, if no Qualified IPO has been consummated prior to such date, (b) any material adverse impact on the business operation of the Company or the IPO due to material violation of any laws or regulations, (c) any material breach of any transaction document by any founder or any Group Company, (d) any material default under any of the control documents or the occurrence of any other event that results in the Company being incapable of consolidating the financial results of the VIE, or (d) any holders of any other class or series of shares elects to exercise its redemption rights.

A Qualified IPO is defined as an IPO consummated on or prior to December 31, 2022 on the New York Stock Exchange, NASDAQ, Hong Kong Stock Exchange, Shanghai Stock Exchange, Shenzhen Stock





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

15. **Convertible redeemable preferred shares (continued)**

*Redemption right (continued)*

Exchange or such other reputable stock exchange approved by the Board with an implied pre-money valuation of (i) the Post-Series E-3 Valuation plus an interest calculated at the annual rate of 15% compounded annually and accrued for the period from the Series E-3 Closing to the date of the IPO, or (ii) such other amount as approved by the Majority Preferred Shareholders. If the event of a qualified IPO were to occur on December 31, 2020, the actual pre-money valuation would have been US$3.67 billion.

The redemption price for each fully paid Preferred Share (other than the unpaid shares) shall be equal to one hundred (100%) of the Preferred Share's purchase price, plus an annual compounded interest rate of 8% accrued for the period from the Preferred Share's deemed issue date up to and until the date when such Preferred Share is redeemed, plus all declared but unpaid dividends.

Upon the redemption, in order of preference, first to the holders of Series E-4 Preferred Shares, then to the holders of Series E-3, E-2, E-1, D, C and B Preferred Shares, and last to the holders of Series A Preferred Shares.

*Conversion rights*

Each Preferred Share shall be convertible into such number of fully and non-assessable ordinary shares at the Preferred Share-to-ordinary share conversion ratio equal to Preferred Share Purchase Price divided by the then-effective Conversion Price (as defined below) for such Preferred Share. The Conversion Price for each Preferred Share shall initially be the applicable Preferred Share purchase price for such Preferred Share, resulting in an initial conversion ratio for the Preferred Shares of 1:1, and shall be subject to adjustment and readjustment from time to time.

Each Preferred Share may, at the option of the holders thereof, be converted at any time after the date of issuance of such Preferred Shares into ordinary shares based on the then-effective applicable Conversion Price.

In addition, each Preferred Shares shall automatically be converted into ordinary shares based on the then-effective applicable Conversion Price for such Preferred Share in effect at the time immediately upon the closing of a Qualified IPO.

The Company determined that there were no beneficial conversion features identified for any of the Preferred Shares during any of the periods. In making this determination, the Company compared the fair value of the ordinary shares into which the Preferred Shares are convertible with the respective effective conversion price at the issuance date. In all instances, the effective conversion price was greater than the fair value of the ordinary shares. To the extent a conversion price adjustment occurs, as described above, the Company will re-evaluate whether or not a beneficial conversion feature should be recognized.

*Accounting of Preferred Shares*

The Company classifies the Preferred Shares as mezzanine equity in the consolidated balance sheets because they are redeemable at the holders' option any time after a certain date or are contingently redeemable upon the occurrence of certain events outside of the Company's control. The Preferred Shares were determined to be mezzanine equity with no embedded feature to be bifurcated and no beneficial conversion features to be recognized. The Preferred Shares are recorded initially at fair value, net of issuance costs. For the years ended December 31, 2018, 2019 and 2020, the issuance costs were immaterial.





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

15. **Convertible redeemable preferred shares (continued)**

*Accounting of Preferred Shares (continued)*

The Company concluded that the Preferred Shares are not currently redeemable, but are probable of becoming redeemable based on passage of time. For each reporting period, the Company recorded accretions on the Series B, C, D and E Preferred Shares to the respective redemption value by using the interest method from the issuance dates to the earliest redemption dates. The Company concluded that there is no accretion to be recognized for Series A and certain Series E Preferred Shares for the years ended December 31, 2018, 2019 and 2020 because their carrying amount is greater than the redemption value. Therefore, no adjustment will be made to the carrying amount of the Series A and certain Series E Preferred Shares until the redemption amount exceeds the carrying amount.

The accretion is recorded against retained earnings, or in the absence of retained earnings, by charges against additional paid-in-capital, or in the absence of additional paid-in-capital, by charges to accumulated deficit. The accretion of the Preferred Shares was RMB248,334, RMB410,121 and RMB506,128 for the years ended December 31, 2018, 2019 and 2020, respectively.

The redemption amount of the Series A, B, C, D and E Preferred Shares was RMB5,136, RMB1,833,696, RMB297,314, RMB835,028 and RMB5,923,109 as of December 31, 2020, respectively. The difference between the redemption amount and the carrying amount of Series B, C and D Preferred Shares was caused by the impact of the modification.

*Modification of Preferred Shares*

The Company assesses whether an amendment to the terms of its Preferred Shares is an extinguishment or a modification based on a qualitative and quantitative evaluation of the amendment. The Company also assesses if the change in the terms results in value transfer between preferred shareholders or between preferred shareholders and ordinary shareholders.

As a result of the 2018 Reorganization, the redemption price of Series B Preferred Shares held by one preferred shareholder was amended. The amendment is accounted for as a modification rather than extinguishment as the fair values of the Preferred Shares immediately after the amendment were not significantly different from their respective fair values immediately before the amendment. When Preferred Shares are modified and such modification results in value transfer between preferred shareholders and ordinary shareholders, the value transferred is treated as a deemed dividend to or deemed contribution from the preferred shareholders. The change in fair value of Preferred Shares immediately before and after the modification during the 2018 Reorganization was RMB9,402, which was recorded in accumulated deficit for the year ended December 31, 2018.

All other modifications, such as the extension of the consummation of Qualified IPO date, had an overall immaterial impact.





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

15. **Convertible redeemable preferred shares (continued)**

The Company's convertible redeemable preferred shares activities for the years ended December 31, 2018, 2019 and 2020 are summarized below:

| | Series A | | Series B | | Series C | | Series D | | Series E | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Amount (RMB) |
| Balances as of January 1, 2018 | 2,161,425 | 20,610 | 109,557,091 | 1,758,128 | 23,619,335 | 514,532 | 22,658,235 | 1,019,803 | — | — | 3,313,073 |
| Accretion on convertible redeemable preferred shares to redemption value | — | — | — | 130,407 | — | 39,086 | — | 78,841 | — | — | 248,334 |
| Repurchase of convertible redeemable preferred shares | — | — | (20,686,995) | (361,936) | (12,988,223) | (298,773) | (7,930,383) | (382,893) | — | — | (1,043,602) |
| Balances as of December 31, 2018 | 2,161,425 | 20,610 | 88,870,096 | 1,526,599 | 10,631,112 | 254,845 | 14,727,852 | 715,751 | — | — | 2,517,805 |
| Issuance of Series E-2 Preferred Shares | — | — | — | — | — | — | — | — | 48,512,946 | 3,061,765 | 3,061,765 |
| Issuance of Series E-1 Preferred Shares to settlement of redeemable non-controlling interests (Note 16) | — | — | — | — | — | — | — | — | 594,960 | 35,180 | 35,180 |
| Effect of modification of convertible redeemable preferred shares | — | (333) | — | 9,696 | — | (262) | — | 301 | — | — | 9,402 |
| Accretion on convertible redeemable preferred shares to redemption value | — | — | — | 132,567 | — | 20,453 | — | 57,185 | — | 199,916 | 410,121 |
| Balances as of December 31, 2019 | 2,161,425 | 20,277 | 88,870,096 | 1,668,862 | 10,631,112 | 275,036 | 14,727,852 | 773,237 | 49,107,906 | 3,296,861 | 6,034,273 |
| Issuance of Series E-2 Preferred Shares | — | — | — | — | — | — | — | — | 10,624,282 | 761,944 | 761,944 |
| Issuance of Series E-3 Preferred Shares | — | — | — | — | — | — | — | — | 21,647,814 | 1,552,062 | 1,552,062 |
| Issuance of Series E-4 Preferred Shares | — | — | — | — | — | — | — | — | 1,535,308 | 110,755 | 110,755 |
| Accretion on convertible redeemable preferred shares to redemption value | — | — | — | 148,960 | — | 22,172 | — | 61,912 | — | 273,084 | 506,128 |
| Balances as of December 31, 2020 | 2,161,425 | 20,277 | 88,870,096 | 1,817,822 | 10,631,112 | 297,208 | 14,727,852 | 835,149 | 82,915,310 | 5,994,706 | 8,965,162 |





**XIMALAYA INC.**
**NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

16. **Redeemable non-controlling interests and non-controlling interests**

(a) Redeemable non-controlling interests

In June 2017, Ximalaya Holding (Cayman) Limited ("Ximalaya Cayman"), the Company's subsidiary had its redeemable preferred share ("Ximalaya Cayman PS") financing of US$4,000 from a third-party investor, representing 26.67% of total equity interest of Ximalaya Cayman. The Ximalaya Cayman PS are with liquidation preference and also is redeemable at the holders' option under certain events, which are not solely within the control of Ximalaya Cayman. Accordingly, such Ximalaya Cayman PS is recorded and accounted for as redeemable non-controlling interests outside of permanent equity. Subsequently, the redeemable non-controlling interests should be carried at the higher of (1) the carrying amount after the attribution of net income of Ximalaya Cayman, or (2) the expected redemption value which should be the higher of (i) 140% of those shares' issue price at the sixth anniversary of those shares issued, plus any accrued but unpaid dividends, or (ii) the fair market value of those shares.

In June 2019, the minority shareholder of Ximalaya Cayman entered into a share swap agreement with the Company to exchange its Ximalaya Cayman PS for 594,960 Series E-1 Preferred Shares of the Company with fair value of RMB35,180. The Company recognized the issuance of Series E-1 Preferred Shares as mezzanine equity by derecognizing the redeemable non-controlling interest, and the difference between the carrying amount of RMB30,129 and the fair value of RMB35,180 amounted to RMB5,051 was charged to accumulated deficit.

The change in the carrying amount of redeemable non-controlling interests for the years ended December 31, 2018, 2019 and 2020 is as follows:

| | Year ended December 31, 2018 | 2019 | 2020 |
|---|---|---|---|
| Balance at the beginning of the year | 28,202 | 29,337 | — |
| Accretion to redemption value of redeemable non-controlling interests | 1,135 | 792 | — |
| Settlement of redeemable non-controlling interests | — | (30,129) | — |
| Balance at the end of the year | 29,337 | — | — |

| | Note | | | |
|---|---|---|---|---|
| shares authorized, issued and outstanding as of December 31, 2020 and March 31, 2021) | 14 | 1,817,822 | 1,856,554 | 283,365 |
| Series C convertible redeemable preferred shares (US$0.0001 par value; 10,631,112 shares authorized, issued and outstanding as of December 31, 2020 and March 31, 2021) | 14 | 297,208 | 302,928 | 46,236 |
| Series D convertible redeemable preferred shares (US$0.0001 par value; 14,727,852 shares authorized, issued and outstanding as of December 31, 2020 and March 31, 2021) | 14 | 835,149 | 851,119 | 129,906 |
| Series E convertible redeemable preferred shares (US$0.0001 par value; 105,023,737 shares authorized, 82,915,310 and 91,205,959 shares issued and outstanding as of December 31, 2020 and March 31, 2021, respectively) | 14 | 5,994,706 | 6,804,602 | 1,038,585 |
| Redeemable non-controlling interests | 15 | — | 11,595 | 1,770 |
| **Total mezzanine equity** | | 8,965,162 | 9,847,075 | 1,502,957 |
| **Shareholders' deficit:** | | | | |
| Ordinary shares (US$0.0001 par value; 254,007,958 shares authorized, 86,154,070 shares issued and outstanding as of December 31, 2020 and March 31, 2021) | 16 | 56 | 56 | 9 |
| Series Angel preferred shares (US$0.0001 par value; 24,577,820 shares authorized, issued and outstanding as of December 31, 2020 and March 31, 2021) | 17 | 16 | 16 | 2 |
| Accumulated other comprehensive income | | 53,291 | 41,445 | 6,326 |
| Accumulated deficit | | (7,170,513) | (7,691,737) | (1,173,988) |
| **Total Ximalaya Inc. shareholders' deficit** | | (7,117,150) | (7,650,220) | (1,167,651) |
| Non-controlling interests | | 14,687 | 4,259 | 650 |
| **Total shareholders' deficit** | | (7,102,463) | (7,645,961) | (1,167,001) |
| **Total liabilities, mezzanine equity and shareholders' deficit** | | 3,925,629 | 4,074,267 | 621,856 |

The accompanying notes are an integral part of these unaudited interim condensed consolidated financial statements.





**XIMALAYA INC.**
**UNAUDITED INTERIM CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
**FOR THE THREE MONTHS ENDED MARCH 31, 2020 and 2021**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | For the Three Months Ended March 31, 2020 | 2021 | |
|---|---|---|---|---|
| | | RMB | RMB | US$ (Note 2(e)) |
| Revenues (including amounts of related parties of RMB11,636 and RMB27,801 (US$4,243) for the three months ended March 31, 2020 and 2021, respectively) | 2(k), 19 | 699,275 | 1,155,230 | 176,323 |
| Cost of revenues (including amounts of related parties of RMB13,797 and RMB30,334 (US$4,630) for the three months ended March 31, 2020 and 2021, respectively) | 19 | (437,810) | (589,617) | (89,994) |
| **Gross profit** | | 261,465 | 565,613 | 86,329 |
| **Operating expenses:** | | | | |
| Research and development expenses | | (170,820) | (172,036) | (26,258) |
| Sales and marketing expenses (including amounts of related parties of RMB2,907 and RMB5,268 (US$804) for the three months ended March 31, 2020 and 2021, respectively) | 19 | (291,775) | (565,223) | (86,270) |
| General and administrative expenses | | (93,275) | (144,607) | (22,071) |
| Other income, net | | 995 | 10,672 | 1,629 |
| **Total operating expenses** | | (554,875) | (871,194) | (132,970) |
| **Loss from operations** | | (293,410) | (305,581) | (46,641) |
| Investment income | 2(f) | 2,125 | 14,039 | 2,143 |
| Interest income | | 840 | 1,415 | 216 |
| Interest expense (including amounts of related parties of RMB4,613 and nil for the three months ended March 31, 2020 and 2021, respectively) | 13,19 | (11,347) | (847) | (129) |
| Foreign exchange gains | | 731 | 826 | 126 |
| Fair value change of equity securities investments | 2(f) | 11,333 | 22,620 | 3,452 |
| Others, net | | 384 | 589 | 90 |
| **Loss before income tax expenses and equity in gains (losses) of affiliated companies** | | (289,344) | (266,939) | (40,743) |
| Income tax expense | | — | — | — |
| Equity in gains (losses) of affiliated companies | 6 | 6,624 | (309) | (47) |
| **Net loss** | | (282,720) | (267,248) | (40,790) |
| Net loss attributable to non-controlling interests | | 4,271 | 11,476 | 1,752 |
| **Net loss attributable to Ximalaya Inc.** | | (278,449) | (255,772) | (39,038) |
| Accretion to convertible redeemable preferred shares redemption value | 14 | (119,287) | (164,680) | (25,135) |
| Accretion to redeemable non-controlling interest's redemption value | 15 | — | (134) | (20) |
| Deemed dividend to convertible redeemable preferred shareholders upon subscription of preferred shares | 14 | — | (104,649) | (15,973) |
| Net loss attributable to Series Angel preferred shares | 20 | 88,281 | 116,580 | 17,794 |
| **Net loss attributable to Ximalaya Inc.'s ordinary shareholders** | | (309,455) | (408,655) | (62,372) |





**XIMALAYA INC.**
**UNAUDITED INTERIM CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
**FOR THE THREE MONTHS ENDED MARCH 31, 2020 and 2021**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | For the Three Months Ended March 31, 2020 | 2021 | |
|---|---|---|---|---|
| | | RMB | RMB | US$ (Note 2(e)) |
| Net loss | | (282,720) | (267,248) | (40,790) |
| Other comprehensive income (loss) | | | | |
| Foreign currency translation adjustment, net of nil tax | | 2,863 | (11,846) | (1,808) |
| **Comprehensive loss** | | (279,857) | (279,094) | (42,598) |
| Comprehensive loss attributable to non-controlling interests | | 4,271 | 11,476 | 1,752 |
| **Comprehensive loss attributable to Ximalaya Inc.** | | (275,586) | (267,618) | (40,846) |
| **Net loss per share attributable to Ximalaya Inc.'s ordinary shareholders** | | | | |
| — Basic and diluted | 20 | (3.59) | (4.74) | (0.72) |
| **Weighted average number of ordinary shares used in per share calculation:** | | | | |
| — Basic and diluted | 20 | 86,154,070 | 86,154,070 | 86,154,070 |
| **Share-based compensation expenses included in:** | | | | |
| Cost of revenues | 18 | 4,284 | — | — |
| Research and development expenses | 18 | 44,586 | — | — |
| Sales and marketing expenses | 18 | 949 | — | — |
| General and administrative expenses | 14,18 | 8,444 | 18,377 | 2,805 |

The accompanying notes are an integral part of these unaudited interim condensed consolidated financial statements.





**XIMALAYA INC.**
**UNAUDITED INTERIM CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN SHAREHOLDERS' DEFICIT**
**FOR THE THREE MONTHS ENDED MARCH 31, 2020 and 2021**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | Note | Ordinary shares: Number of Shares | Amount | Series Angel preferred shares: Number of Shares | Amount | Additional paid-in capital | Accumulated other comprehensive income | Accumulated deficit | Non-controlling interests | Total shareholders' deficit |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2020 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 40,273 | (6,053,190) | 20,198 | (5,992,647) |
| Foreign currency translation adjustment | | — | — | — | — | — | 2,863 | — | — | 2,863 |
| Accretion of convertible redeemable preferred shares | 14 | — | — | — | — | (58,263) | — | (61,024) | — | (119,287) |
| Net loss for the period | | — | — | — | — | — | — | (278,449) | (4,271) | (282,720) |
| Share-based compensation | 18 | — | — | — | — | 58,263 | — | — | — | 58,263 |
| Capital contribution from non-controlling interests | | — | — | — | — | — | — | — | 2,830 | 2,830 |
| Balance as of March 31, 2020 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 43,136 | (6,392,663) | 18,757 | (6,330,698) |
| Balance as of January 1, 2021 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 53,291 | (7,170,513) | 14,687 | (7,102,463) |
| Foreign currency translation adjustment | | — | — | — | — | — | (11,846) | — | — | (11,846) |
| Accretion of convertible redeemable preferred shares | 14 | — | — | — | — | (4,011) | — | (160,669) | — | (164,680) |
| Accretion of redeemable non-controlling interests | 15 | — | — | — | — | — | — | (134) | — | (134) |
| Deemed dividend to convertible redeemable preferred shareholders upon subscription of preferred shares | 15 | — | — | — | — | — | — | (104,649) | — | (104,649) |
| Net loss for the period | | — | — | — | — | — | — | (255,772) | (11,476) | (267,248) |
| Capital contribution from non-controlling interests | 15 | — | — | — | — | 4,011 | — | — | 1,048 | 5,059 |
| Balance as of March 31, 2021 | | 86,154,070 | 56 | 24,577,820 | 16 | — | 41,445 | (7,691,737) | 4,259 | (7,645,961) |

The accompanying notes are an integral part of these unaudited interim condensed consolidated financial statements.





**XIMALAYA INC.**
**UNAUDITED INTERIM CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE THREE MONTHS ENDED MARCH 31, 2020 and 2021**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | For the Three Months Ended March 31, 2020 | 2021 | |
|---|---|---|---|
| | RMB | RMB | US$ (Note 2(e)) |
| **Cash flows from operating activities** | | | |
| Net loss | (282,720) | (267,248) | (40,790) |
| Adjustments for: | | | |
| Depreciation of property and equipment | 12,086 | 18,379 | 2,805 |
| Amortization of intangible assets | 49,441 | 75,026 | 11,451 |
| Share-based compensation expenses | 58,263 | 18,377 | 2,805 |
| Foreign exchange losses (gains) | 822 | (2,002) | (306) |
| Provision for doubtful receivables | — | 1,059 | 162 |
| Gains on disposal of property and equipment | — | (18) | (3) |
| Fair value change of short-term investments | (2,125) | (14,039) | (2,143) |
| Dividend received from affiliated companies | 109 | 328 | 50 |
| Equity in losses (gains) of affiliated companies | (6,624) | 309 | 47 |
| Fair value change of equity securities investments | (11,333) | (22,620) | (3,452) |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (31,347) | 37,076 | 5,659 |
| Inventories | 500 | 9,505 | 1,451 |
| Prepayments and other current assets | 31,569 | (24,748) | (3,777) |
| Other non-current assets | (483) | (3,335) | (509) |
| Amounts due from and prepayments to related parties | 41,374 | (11,863) | (1,811) |
| Accounts payable | 34,720 | 57,604 | 8,792 |
| Contract liabilities | 30,357 | (32,001) | (4,884) |
| Salary and welfare payable | 5,056 | (44,317) | (6,764) |
| Tax payable | (6,772) | 8,003 | 1,221 |
| Accrued liabilities and other current liabilities | 14,822 | (45,269) | (6,909) |
| Other non-current liabilities | (1,171) | 7,382 | 1,127 |
| Amounts due to related parties | (2,136) | (17,993) | (2,746) |
| Net cash used in operating activities | (65,592) | (252,405) | (38,524) |
| **Cash flows from investing activities:** | | | |
| Purchase of short-term investments | (1,816,350) | (4,037,670) | (616,269) |
| Proceeds from maturity of short-term investments | 2,025,468 | 3,324,293 | 507,386 |
| Payment for acquisitions of long-term investments | — | (30,960) | (4,725) |
| Purchase of property and equipment | (17,456) | (58,696) | (8,959) |
| Purchase of intangible assets | (46,297) | (108,309) | (16,531) |
| Proceeds from disposal of property and equipment | — | 31 | 5 |
| Net cash provided by (used in) investing activities | 145,365 | (911,311) | (139,093) |





**XIMALAYA INC.**
**UNAUDITED INTERIM CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**FOR THE THREE MONTHS ENDED MARCH 31, 2020 and 2021**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

| | For the Three Months Ended March 31, 2020 | 2021 | |
|---|---|---|---|
| | RMB | RMB | US$ (Note 2(e)) |
| **Cash flows from financing activities:** | | | |
| Proceeds from short-term loans | 287,833 | 18,000 | 2,747 |
| Repayment of short-term loans | (210,427) | (67,000) | (10,226) |
| Repayment of long-term installment payment | (284) | (495) | (76) |
| Proceeds from issuance of convertible redeemable preferred shares, net of issuance cost (including amounts from related parties of nil and RMB420,817 (US$64,229) for the three months ended March 31, 2020 and 2021, respectively) | — | 550,325 | 83,996 |
| Proceeds from redeemable non-controlling interests holders (including amounts from related parties of nil and RMB10,893 (US$1,663) for the three months ended March 31, 2020 and 2021, respectively) | — | 11,461 | 1,749 |
| Capital contribution from non-controlling interests (including amounts from related parties of nil and RMB5,059 (US$772) for the three months ended March 31, 2020 and 2021, respectively) | 2,830 | 5,059 | 772 |
| Repurchase of convertible redeemable preferred shares (including amounts of related parties of RMB10,000 and nil for the three months ended March 31, 2020 and 2021, respectively) | (10,000) | — | — |
| Net cash provided by financing activities | 69,952 | 517,350 | 78,962 |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 149,725 | (646,366) | (98,655) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 1,719 | (10,460) | (1,597) |
| Cash, cash equivalents and restricted cash at the beginning of period | 215,136 | 1,152,636 | 175,927 |
| **Cash and cash equivalents and restricted cash at the end of period** | 366,580 | 495,810 | 75,675 |
| **Supplemental disclosure of cash flow information:** | | | |
| Cash paid for interest expense | 6,734 | 2,169 | 331 |
| **Supplemental disclosure of non-cash investing and financing activities:** | | | |
| Accretion to convertible redeemable preferred shares redemption value | 119,287 | 164,680 | 25,135 |
| Accretion to redeemable non-controlling interest's redemption value | — | 134 | 20 |
| Deemed dividend to convertible redeemable preferred shareholder upon subscription of preferred shares | — | 104,649 | 15,973 |
| Payables for acquisition of licensed copyrights | 115,816 | 182,967 | 27,926 |
| Payables for acquisition of property and equipment | 3,979 | 4,542 | 693 |
| **Reconciliation of cash, cash equivalents and restricted cash in the unaudited interim condensed consolidated balance sheets to the total of the same amounts shown in the unaudited interim condensed consolidated statements of cash flows** | | | |
| Cash and cash equivalents | 350,479 | 495,149 | 75,574 |
| Restricted cash | 16,101 | 661 | 101 |
| Total cash, cash equivalents and restricted cash shown in the consolidated statements of cash flows | 366,580 | 495,810 | 75,675 |

The accompanying notes are an integral part of these unaudited interim condensed consolidated financial statements.





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**1. Organization and Principal Activities**

***(a) Principal activities***

Ximalaya Inc. (the "Company"), an exempted company with limited liability incorporated in the Cayman Islands in September 2013, its various equity-owned consolidated subsidiaries, its variable interest entities ("VIEs"), and the subsidiaries of its VIEs are collectively referred to as the "Group". The Group's principal activity is to operate online broadcast and audio streaming platform for distributing audio contents to users. The Group generates revenue primarily by providing subscription, including membership subscription and paid on-demand listening services, advertising, live streaming, education services and other innovative products and services through its platforms in the People's Republic of China ("PRC"). The Company's VIEs and their subsidiaries are collectively referred to as the "Affiliated Entities".

As of March 31, 2021, the Company's major subsidiaries and consolidated Affiliated Entities are as follows:

| Name of major subsidiaries and VIEs | Date of establishment /acquisition | Place of incorporation | Percentage of direct or indirect ownership |
|---|---|---|---|
| **Subsidiaries of the Company:** | | | |
| Ximalaya (BVI) Limited | November 2019 | British Virgin Islands ("BVI") | 100% |
| Wonder Education Tech Limited | November 2020 | Cayman Islands | 77% |
| Ximalaya (Hong Kong) Limited | September 2013 | Hong Kong | 100% |
| Wonder Education Tech (Hong Kong) Holdings Limited | December 2020 | Hong Kong | 77% |
| Himalaya Media Inc. | July 2018 | United States of America ("U.S.") | 100% |
| Ximalaya Holding (Cayman) Limited | December 2016 | Cayman Islands | 100% |
| Ximalaya Japan Co., Ltd. | March 2017 | Japan | 100% |
| Xizhang (Shanghai) Internet Technology Co., Ltd. ("Xizhang WFOE") | September 2018 | PRC | 100% |
| Qizhi (Shanghai) Network Techology Co., Ltd. ("Qizhi WFOE") | January 2021 | PRC | 77% |
| Xida (Shanghai) Internet Technology Co., Ltd. | April 2014 | PRC | 100% |
| Shanghai Xiri Electronic Technology Co., Ltd. | December 2015 | PRC | 100% |
| Chengdu Xiyuan Internet Technology Co., Ltd. | December 2016 | PRC | 100% |
| **Variable Interest Entity ("VIEs")** | | | |
| Shanghai Ximalaya Technology Co., Ltd. ("Ximalaya" or "Ximalaya VIE") | August 2012 | PRC | 100% |
| Shenzhen Tianbo Internet Media Co., Ltd. ("Tianbo VIE") | February 2017 | PRC | 100% |
| Shanghai Wonder Education Co., Ltd. ("Wonder Education VIE") | September 2020 | PRC | 77% |
| **Subsidiaries of Ximalaya VIE ("VIE's subsidiaries")** | | | |
| Shanghai Xiangting Culture Propagation Co., Ltd. | April 2010 | PRC | 100% |
| Beijing Xihe Electronic Technology Co., Ltd. | January 2016 | PRC | 100% |
| Xi'an Ximalaya Internet Technology Co., Ltd. | June 2018 | PRC | 100% |
| Beijing Xiaoya Sky Technology Co., Ltd. | December 2018 | PRC | 65% |
| Shanghai Xiangting Culture Propagation Limited | April 2010 | PRC | 100% |
| Xiamen Ximalaya Information Technology Co., Ltd. | October 2019 | PRC | 100% |
| Tianjin Tianxi Zhongda Culture Development Co., Ltd. | July 2019 | PRC | 55% |





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**1. Organization and Principal Activities (continued)**

***(b) Consolidated variable interest entities***

In order to comply with the PRC laws and regulations which prohibit or restrict foreign control of companies involved in the Internet sector, the Group operates its businesses in the PRC through the VIEs. The Company obtained control over the VIEs by entering into a series of contractual arrangements, including the Exclusive Business Cooperation Agreement, Exclusive Call Option Agreement, Power of Attorney, Share Pledge Agreements, and Spousal Consent Letters, with the legal shareholders who are also referred to as nominee shareholders. These nominee shareholders are the legal owners of the VIE. However, the rights of those nominee shareholders have been transferred to the Company through a series of contractual arrangement as described in Note 1(c) of the audited consolidated financial statements as of and for the year ended December 31, 2020.

Management concluded that the Company, through the WFOEs and the contractual arrangements, has the power and the control to direct the activities that most significantly impact the VIEs' economic performance, bears the risks and enjoys the rewards normally associated with ownership of the VIEs, receives substantially all of the economic benefits and residual returns, and absorbs substantially all the risks and expected losses from the VIEs as if it was their sole shareholder and therefore the Company is the ultimate primary beneficiary of the VIEs. As such, the Group consolidates the financial results of the VIEs which are prepared in accordance with the basis of presentation as stated in Note 2 below.





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**1. Organization and Principal Activities (continued)**

***(b) Consolidated variable interest entities (continued)***

The following financial information of the Group's VIEs and VIEs' subsidiaries as of December 31, 2020 and March 31, 2021 and for the three months ended March 31, 2020 and 2021 set forth the assets, liabilities, results of operations and changes in cash, cash equivalents and restricted cash of the consolidated VIEs taken as a whole, which was included in the accompanying unaudited interim condensed consolidated financial statements ("consolidated financial statements") of the Group with intercompany transactions eliminated as follows:

| | As of December 31, 2020 | March 31, 2021 |
|---|---|---|
| **Assets** | | |
| **Current assets** | | |
| Cash and cash equivalents | 81,027 | 266,653 |
| Restricted cash | 770 | 661 |
| Short-term investments | 549,914 | 764,900 |
| Accounts receivable, net | 347,923 | 345,994 |
| Inventories, net | 45,468 | 35,876 |
| Prepayments and other current assets | 52,182 | 58,504 |
| Amounts due from and prepayments to related parties | 23,382 | 41,425 |
| **Total current assets** | 1,100,666 | 1,514,013 |
| **Non-current assets** | | |
| Long-term investments | 534,891 | 586,873 |
| Property and equipment, net | 100,895 | 100,940 |
| Intangible assets, net | 495,300 | 532,109 |
| Other non-current assets | 45,230 | 61,452 |
| Amounts due from related parties | 2,724 | — |
| **Total non-current assets** | 1,179,040 | 1,281,374 |
| **Total assets** | 2,279,706 | 2,795,387 |
| **Liabilities** | | |
| **Current liabilities** | | |
| Short-term debts | 50,000 | 1,000 |
| Accounts payable | 780,352 | 698,293 |
| Contract liabilities | 670,932 | 650,024 |
| Salary and welfare payable | 113,423 | 91,236 |
| Tax payable | 15,537 | 24,984 |
| Accrued expenses and other current liabilities | 67,522 | 48,103 |
| Amounts due to related parties | 3,009,714 | 3,848,563 |
| **Total current liabilities** | 4,707,480 | 5,362,203 |
| **Non-current liabilities** | | |
| Contract liabilities | 39,135 | 27,665 |
| Other non-current liabilities | 47,344 | 54,430 |
| **Total non-current liabilities** | 86,479 | 82,095 |
| **Total liabilities** | 4,793,959 | 5,444,298 |





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**1. Organization and Principal Activities (continued)**

***(b) Consolidated variable interest entities (continued)***

| | Three months ended March 31, 2020 | 2021 |
|---|---|---|
| Revenues | 694,610 | 1,149,274 |
| Net loss | (274,458) | (224,272) |
| Net cash used in operating activities | (286,052) | (212,402) |
| Net cash provided by (used in) investing activities | 340,869 | (403,413) |
| Net cash (used in) provided by financing activities | (2,048) | 801,332 |
| Net increase in cash, cash equivalents and restricted cash | 52,769 | 185,517 |

**2. Significant Accounting Policies**

***(a) Basis of preparation***

The accompanying unaudited interim condensed consolidated financial statements of the Group have been prepared in accordance with the accounting principles generally accepted in the United States of America ("U.S. GAAP") for interim financial information. Accordingly, they do not include all of the information and footnotes normally included in the annual financial statements prepared in accordance with U.S. GAAP. Certain information and footnote disclosures normally included in the annual financial statements prepared in accordance with U.S. GAAP have been condensed or omitted consistent with Article 10 of Regulation S-X. In the opinion of management, the Group's unaudited interim condensed consolidated financial statements and accompanying notes include all adjustments (consisting of normal recurring adjustments) considered necessary for the fair statement of the Group's financial position as of March 31, 2021, and results of operations and cash flows for the three months ended March 31, 2020 and 2021. Interim results of operations are not necessarily indicative of the results for the full year or for any future period. These unaudited interim condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements as of and for the year ended December 31, 2020, and related notes included in the Group's audited consolidated financial statements. The financial information as of December 31, 2020 presented in the unaudited interim condensed consolidated financial statements is derived from the audited consolidated financial statements as of December 31, 2020. Significant accounting policies followed by the Group in the preparation of the accompanying unaudited interim condensed consolidated financial statements are summarized below.

***(b) Use of estimates***

The preparation of the Group's consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period.

The Company believes that revenue recognition, valuation of preferred shares and share-based awards, amortization of intangible assets, allowance for doubtful accounts, valuation of certain debt and equity securities investments, impairment assessment of long-lived assets and consolidation of VIEs that reflect more significant judgments and estimates used in the preparation of its consolidated financial statements.





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**2. Significant Accounting Policies (continued)**

***(b) Use of estimates (continued)***

Management bases the estimates on historical experience and on various other assumptions as discussed elsewhere to the consolidated financial statements that are believed to be reasonable, the results of which form the basis for making judgments about the carrying values of assets and liabilities. Actual results could materially differ from these estimates.

***(c) Consolidation***

The Group's consolidated financial statements include the financial statements of the Company, its subsidiaries, its VIEs and the VIE's subsidiaries for which the Company or its subsidiary is the primary beneficiary. All transactions and balances among the Company, its subsidiaries, its VIEs and the VIE's subsidiaries have been eliminated upon consolidation.

A subsidiary is an entity in which the Company, directly or indirectly: (1) controls more than one half of the voting power; (2) has the power to appoint or remove the majority of the members of the board of directors; (3) casts a majority of votes at the meeting of the board of directors; or (4) governs the financial and operating policies of the investee under a statute or agreement among the shareholders or equity holders.

The Company applies the guidance codified in Accounting Standard Codification ("ASC") 810, *Consolidations*, which contains guidance of accounting for VIEs. The guidance requires certain variable interest entities to be consolidated by the primary beneficiary of the entity in which it has a controlling financial interest. A consolidated VIE is an entity in which the Company, or its subsidiary, through contractual arrangements, bears the risks of, and enjoys the rewards normally associated with, ownership of the entity, and therefore the Company or its subsidiary is the primary beneficiary of the entity.

***(d) Functional currency and foreign currency translation***

The Group uses Renminbi ("RMB") as its reporting currency. The functional currency of the Company and its subsidiaries incorporated in Cayman Islands, BVI and U.S. is the United States dollar ("US$"). The functional currency of the Group's PRC subsidiaries and consolidated VIEs is RMB. The determination of the respective functional currency is based on the criteria of ASC Topic 830, *Foreign Currency Matters*.

Transactions denominated in other than the functional currencies are re-measured into the functional currency of the entity at the exchange rates prevailing on the transaction dates. Financial assets and liabilities denominated in other than the functional currency are re-measured at the balance sheet date exchange rate. The resulting exchange differences are recorded in the consolidated statements of comprehensive loss as foreign exchange gains or losses.

The financial statements of the Group's entities using functional currency other than RMB are translated from the functional currency to the reporting currency, RMB. Assets and liabilities of the Company and its subsidiaries incorporated outside of PRC are translated into RMB at period-end exchange rates at each balance sheet date, while income and expense items are translated at average exchange rates prevailing during the period, representing the index rates stipulated by the People's Bank of China. Translation adjustments arising from these are reported as foreign currency translation adjustments and are shown as accumulated other comprehensive income (loss) on the consolidated financial statements.





**XIMALAYA INC.**
**NOTES TO THE UNAUDITED INTERIM CONDENSED**
**CONSOLIDATED FINANCIAL STATEMENTS**
**(All amounts in thousands, except for share and per share data, or otherwise noted)**

**2. Significant Accounting Policies (continued)**

***(e) Convenience translation***

The United States dollar amounts disclosed in the accompanying consolidated financial statements are presented solely for the convenience of the readers. Translations of amounts from RMB into US$ for the convenience of the reader were calculated at the rate of US$1.00 = RMB6.5518 on March 31, 2021, representing the noon buying rate in The City of New York for cable transfers of RMB as certified for customs purposes by the Federal Reserve Board. No representation is made that the RMB amounts could have been, or could be, converted into US$ at that rate on March 31, 2021, or at any other rate.

***(f) Fair value of financial instruments***

*Assets and liabilities measured at fair value on a recurring basis*

The following table sets forth the Group's assets and liabilities that are measured at fair value on a recurring basis and are categorized using the fair value hierarchy:

| | As of March 31, 2021: Level 1 | Level 2 | Level 3 | Balance at fair value |
|---|---|---|---|---|
| Short-term investments | — | — | 1,644,863 | 1,644,863 |
| Available-for-sale debt securities | — | — | 6,000 | 6,000 |

| | As of December 31, 2020: Level 1 | Level 2 | Level 3 | Balance at fair value |
|---|---|---|---|---|
| Short-term investments | — | — | 917,447 | 917,447 |
| Available-for-sale debt securities | — | — | 6,000 | 6,000 |

As of December 31, 2020 and March 31, 2021, the fair value change of the available-for-sales debt securities is not material, no unrealized gains or losses were recognized.

The following table provides information about the reconciliation of the Level 3 fair value measurement of short-term investments using significant unobservable inputs for the periods indicated:

balance at the beginning of the year, respectively.

As of March 31, 2021, the aggregate amount of transaction price allocated to our unsatisfied performance obligations is RMB402,206, which includes contract liabilities balances and amounts to be recognized as revenue in future periods. The Group expect to recognize a significant majority of the balance as revenue over the next 12 months, and the remainder thereafter.

*(j) Share-based compensation*

The Group follows ASC 718, *Compensation—Stock Compensation*, to determine whether a share award should be classified and accounted for as a liability award or equity award. All grants of share-based awards to employees and management classified as equity awards are recognized in the financial statements based on their grant date fair values.

Employees' share-based compensation awards are measured at the grant date fair value of the awards and recognized as expenses (a) immediately at the grant date if no vesting conditions are required; or (b) for share based awards granted with only service conditions, using the straight-line method, over the vesting period; or (c) for share-based awards granted with service conditions and the occurrence of an initial public offering ("IPO") as performance condition, cumulative share-based compensation expenses for the share based awards that have satisfied the service condition should be recorded upon the completion of the IPO, using the graded vesting method. The Group recognizes the effect of forfeitures in compensation costs when they occur. For the share-based awards granted by the Founders to the Group's employees or non-employees for the services provided or to be provided to the Group, the compensation expense of these awards is pushed down to the Group.

Cancellation of an award accompanied by the grant of a replacement award is accounted for as a modification of the terms of the canceled award ("modified awards"). Modification accounting is required only if the fair value, the vesting conditions, or the classification of the award (as equity or liability) changes as a result of the change in terms or conditions. The compensation costs associated with the modified awards are recognized if either the original vesting condition or the new vesting condition has been achieved. For the modification from improbable-to-probable, the incremental fair value is equal to the fair value of the modified awards (the value of the modified awards compared to its prior zero value) and the





**2. Significant Accounting Policies (continued)**

*(j) Share-based compensation (continued)*

incremental compensation cost is recognized over the remaining requisite service period, if any. For the modification from improbable-to-improbable, the Group will recognize compensation cost equal to the fair value of the awards at the modification date when the Group determines it is probable the employees will vest in the modified awards.

*(k) Segment reporting*

Operating segments are defined as components of an enterprise engaging in businesses activities for which separate financial information is available that is regularly evaluated by the Group's chief operating decision makers ("CODM") in deciding how to allocate resources and assess performance. The Group's CODM has been identified as the Chief Executive Officer, who reviews consolidated results including revenue, gross profit and operating profit at a consolidated level. The CODM does not distinguish between markets for the purpose of making decisions about resources allocation and performance assessment. Hence, the Group has only one operating segment and one reportable segment. As the Group's long-lived assets and revenue are substantially located in and derived from the PRC, no geographical segments are presented.

Key revenues streams are as below:

| | Three months ended March 31, 2020 | Three months ended March 31, 2021 |
|---|---|---|
| Subscription: | | |
| Membership subscription | 243,447 | 429,057 |
| Paid on-demand listening services | 150,509 | 86,485 |
| Total subscription revenue | 393,956 | 515,542 |
| Advertising | 100,812 | 265,713 |
| Live streaming | 147,470 | 189,974 |
| Education services | 25,179 | 149,835 |
| Other innovative products and services | 31,858 | 34,166 |
| Total | 699,275 | 1,155,230 |

*(l) Recently issued accounting pronouncements*

The Group qualifies as an "emerging growth company", or EGC, pursuant to the Jumpstart Our Business Startups Act of 2012, as amended, or the JOBS Act. As an EGC, the Group does not need to comply with any new or revised financial accounting standards until such date that a private company is otherwise required to comply with such new or revised accounting standards. The Group adopts the following standards based on extended transition period provided to private companies or early adopts as necessary as permitted by the respective standards.

*New and amended standards not yet adopted by the Group*

In February 2016, the FASB issued ASU 2016-02, *Leases (Topic 842)*. Under the new guidance, lessees will be required to recognize a lease liability and a lease asset for all leases, including operating leases, with a





**2. Significant Accounting Policies (continued)**

*(l) Recently issued accounting pronouncements (continued)*

*New and amended standards not yet adopted by the Group (continued)*

term greater than 12 months on its balance sheet. The update also expands the required quantitative and qualitative disclosures surrounding leases. The standard is effective for the Company in the fiscal years beginning after December 15, 2021 and interim periods within the fiscal years beginning after December 15, 2022, with early adoption permitted. The Group will assess the impact of the adoption of the new lease standard before the effective date.

In June 2016, the FASB issued ASU 2016-13, *Financial Instruments—Credit Losses (Topic 326)*, to provide financial statement users with more useful information about expected credit losses. ASU 2016-13 also changes how entities measure credit losses on financial instruments and the timing of when such losses are recorded. ASU 2016-13 is effective for the Company in the fiscal years beginning after December 15, 2022, including interim periods within those fiscal years, with early adoption permitted. The Group will assess the impact of the adoption of the new standard before the effective date.

In December 2019, the FASB issued ASU 2019-12, *Income Taxes (Topic 740): Simplifying the Accounting for Income Taxes*. This update simplifies the accounting for income taxes as part of the FASB's overall initiative to reduce complexity in accounting standards. The amendments include removal of certain exceptions to the general principles of ASC 740, Income taxes, and simplification in several other areas such as accounting for a franchise tax (or similar tax) that is partially based on income. ASU 2019-12 is effective for the Company in fiscal years beginning after December 15, 2021, and interim periods within the fiscal years beginning after December 15, 2022, with early adoption permitted. Certain amendments in this update should be applied retrospectively or modified retrospectively, all other amendments should be applied prospectively. The Group will assess the impact of the adoption of the new standard before the effective date.

In January 2020, the FASB issued ASU 2020-01, *Investments—Equity Securities (Topic 321), Investments—Equity Method and Joint Ventures (Topic 323), and Derivatives and Hedging (Topic 815), Clarifying the Interactions between Topic 321, Topic 323, and Topic 815*, which clarifies the interaction of the accounting for equity investments under Topic 321 and investments accounted for under the equity method of accounting in Topic 323 and the accounting for certain forward contracts and purchased options accounted for under Topic 815. ASU 2020-01 is effective for the Company in the fiscal years beginning after December 15, 2021, including interim periods within those fiscal years, with early adoption permitted. The Group will assess the impact of the adoption of the new standard before the effective date.

In August 2020, the FASB issued ASU 2020-06, *Debt—Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging —Contracts in Entity's Own Equity (Subtopic 815-40): Accounting for Convertible Instruments and Contracts in an Entity's Own Equity*, which simplifies the accounting for certain financial instruments with characteristics of liability and equity, including convertible instruments and contracts on an entity's own equity. The standard reduces the number of models used to account for convertible instruments, removes certain settlement conditions that are required for equity contracts to qualify for the derivative scope exception, and requires the if-converted method for calculation of diluted earnings per share for all convertible instruments. ASU 2020-06 is effective for the Company in the fiscal years beginning after December 15, 2023, including interim periods within those fiscal years, with early adoption permitted. The Group will assess the impact of the adoption of the new standard before the effective date.





**3. Cash and cash equivalents**

The following table sets forth a breakdown of cash and cash equivalents by currency denomination as of December 31, 2020 and March 31, 2021:

| | As of December 31, 2020 | | As of March 31, 2021 | |
|---|---|---|---|---|
| | Amount | RMB equivalent | Amount | RMB equivalent |
| RMB | 99,636 | 99,636 | 437,923 | 437,923 |
| US$ | 161,225 | 1,051,976 | 8,531 | 56,057 |
| Others | | 254 | | 1,169 |
| Total | | 1,151,866 | | 495,149 |

**4. Accounts receivable, net**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Receivables from customers | 359,270 | 333,571 |
| Receivables from iOS online payment agency | 40,592 | 29,215 |
| Accounts receivable | 399,862 | 362,786 |
| Less: allowance for doubtful accounts | (15,199) | (16,258) |
| Accounts receivable, net | 384,663 | 346,528 |

The following table presents movement of the allowance for doubtful accounts:

| | Three months ended March 31, 2020 | Three months ended March 31, 2021 |
|---|---|---|
| Balance at the beginning of the period | (11,346) | (15,199) |
| Provisions | — | (1,059) |
| Balance at the end of the period | (11,346) | (16,258) |

**5. Prepayments and other current assets**

The prepayments and other current assets consist of the following:

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Deposits for marketing, rental and others | 22,252 | 24,683 |
| Prepaid marketing expense | 5,008 | 19,675 |
| Value-added tax ("VAT") recoverable (a) | 6,771 | 8,330 |
| Prepaid rental expenses | 2,195 | 3,121 |
| Others | 29,169 | 34,334 |
| Total | 65,395 | 90,143 |





**5. Prepayments and other current assets (continued)**

(a) VAT recoverable represented the balances that the Group can utilize to deduct its VAT liabilities within the next 12 months.

**6. Long-term investments**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Equity method investments (a) | 357,146 | 387,469 |
| Equity securities without readily determinable fair values (Note 2(f)) | 211,848 | 234,709 |
| Available-for-sales debt securities | 6,000 | 6,000 |
| Total | 574,994 | 628,178 |

(a) Equity method investments

| | Three months ended March 31, 2020 | Three months ended March 31, 2021 |
|---|---|---|
| Balance at the beginning of the period | 315,465 | 357,146 |
| Addition | — | 30,960 |
| Share of results of investees | 6,624 | (309) |
| Dividend received | (109) | (328) |
| Balance at the end of the period | 321,980 | 387,469 |

The equity method investments mainly included equity interest in investment fund partnerships as a limited partnership over which the Company does not have control but has more than minor interests. These funds focus on exploring opportunities and making investments in companies that primarily engage in internet content business in China.

**7. Property and equipment, net**

Property and equipment, net consists of the following:

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| **Cost:** | | |
| Servers and computers | 223,143 | 232,696 |
| Leasehold improvements | 61,428 | 61,802 |
| Building | 18,360 | 18,360 |
| Office equipment | 14,461 | 15,670 |
| Vehicles | 344 | 1,262 |
| Total cost | 317,736 | 329,790 |
| Less: accumulated depreciation | (129,756) | (147,890) |
| Property and equipment, net | 187,980 | 181,900 |





**7. Property and equipment, net (continued)**

Depreciation expense recognized for the three months ended March 31, 2020 and 2021 are summarized as follows:

| | Three months ended March 31, 2020 | Three months ended March 31, 2021 |
|---|---|---|
| Cost of revenues | 379 | 984 |
| Research and development expenses | 9,023 | 10,695 |
| Sales and marketing expenses | 1,150 | 2,655 |
| General and administrative expenses | 1,534 | 4,045 |
| Total | 12,086 | 18,379 |

**8. Intangible assets, net**

Intangible assets subject to amortization consists of the following:

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| **Cost:** | | |
| Licensed copyrights | 1,008,324 | 1,119,787 |
| Libraries | 74,067 | 74,067 |
| Others | 32,517 | 33,211 |
| Total cost | 1,114,908 | 1,227,065 |
| **Less: accumulated amortization** | | |
| Licensed copyrights | (573,016) | (645,438) |
| Libraries | (29,297) | (30,683) |
| Others | (8,056) | (9,274) |
| Total accumulated amortization | (610,369) | (685,395) |
| Intangible assets, net | 504,539 | 541,670 |

Amortization expense recognized for three months ended March 31, 2020 and 2021 are summarized as follows:

| | Three Months ended March 31, 2020 | Three Months ended March 31, 2021 |
|---|---|---|
| Cost of revenues | 48,096 | 73,230 |
| General and administrative expenses | 1,345 | 1,796 |
| Total | 49,441 | 75,026 |





**8. Intangible assets, net (continued)**

As of March 31, 2021, amortization expenses related to the intangible assets for future periods are estimated to be as follows:

| For the year ending December 31, | |
|---|---|
| Remainder of 2021 | 151,033 |
| 2022 | 156,744 |
| 2023 | 114,187 |
| 2024 | 47,877 |
| 2025 and thereafter | 71,829 |
| Total | 541,670 |

**9. Other non-current assets**

Other non-current assets consist of the following:

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Prepayments for licensed copyrights | 32,733 | 35,092 |
| Deposits for rental and others | 15,009 | 12,597 |
| Prepaid marketing expense | 2,522 | 3,058 |
| Prepayments for property and equipment | 3,513 | 2,661 |
| Others | 3,444 | 8,655 |
| Total | 57,221 | 62,063 |

**10. Accounts payable**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Payables for revenue sharing fee | 348,436 | 387,413 |
| Payables for marketing expense | 227,973 | 264,257 |
| Payables for licensed copyrights | 178,558 | 185,008 |
| Payables for property and equipment | 52,168 | 4,542 |
| Others | 74,553 | 56,896 |
| Total | 881,688 | 898,116 |





**11. Contract liabilities**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Contract liabilities, current: | | |
| Subscription | 431,141 | 394,022 |
| Redemption code | 102,900 | 103,012 |
| Virtual currency | 80,667 | 82,002 |
| Advertising | 31,264 | 29,311 |
| Live streaming | 18,590 | 18,926 |
| Other innovative products and services | 9,043 | 25,801 |
| Total | 673,605 | 653,074 |
| Contract liabilities, non-current: | | |
| Subscription | 39,135 | 27,665 |

**12. Accrued expenses and other current liabilities**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Deposits from advertisers and others | 18,945 | 19,156 |
| Accrued lease expense | 10,822 | 11,151 |
| Accrued settlement expense (Note 21(c)) | 36,983 | 428 |
| Others | 36,387 | 27,133 |
| Total | 103,137 | 57,868 |

**13. Other non-current liabilities**

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Long-term payables for license copyrights (a) | 38,441 | 38,094 |
| Government grants | 9,173 | 16,555 |
| Total | 47,614 | 54,649 |

(a) Long-term payables for license copyrights

| | As of December 31, 2020 | As of March 31, 2021 |
|---|---|---|
| Long-term payables for license copyrights | 40,630 | 40,135 |
| Less: current portion recorded in accounts payable | (2,189) | (2,041) |
| Total | 38,441 | 38,094 |

The Group obtained a 10-year copyright license agreement by installment payment in May 2019. The interest expense associated with the financing component was RMB518 and RMB496 for the three months ended March 31, 2020 and 2021, respectively. The installment payment made was classified as financing activities in the consolidated statement of cash flows.





**13. Other non-current liabilities (continued)**

According to the repayment schedules, future instalment payments under the above copyright license agreement as of March 31, 2021 are as follows:

| For the year ending December 31, | |
|---|---|
| Remainder of 2021 | 1,694 |
| 2022 | 2,401 |
| 2023 | 3,974 |
| 2024 | 4,174 |
| 2025 and thereafter | 27,892 |
| Total | 40,135 |

**14. Convertible redeemable preferred shares**

As of January 1, 2021, 2,161,425 Series A convertible redeemable preferred shares (the "Series A Preferred Shares"), 88,870,096 Series B convertible redeemable preferred shares (the "Series B Preferred Shares"), 10,631,112 Series C convertible redeemable preferred shares (the "Series C Preferred Shares"), 14,727,852 Series D convertible redeemable preferred shares (the "Series D Preferred Shares") and 82,915,310 Series E convertible redeemable preferred shares (the "Series E Preferred Shares") were issued and outstanding.

In the first quarter of 2021, the Company issued 8,290,649 Series E-3 Preferred Shares (the same as Series E Preferred Shares above) with an aggregate purchase price of US$90,000 (equivalent to RMB582,612) to the Founders and certain other investors. Among the total purchase consideration, consideration of US$5,000 was received in December 2020 and recorded as advance payment from subscription of convertible redeemable preferred shares as of December 31, 2020, and consideration of US$85,000 (equivalent to RMB550,325) was received in the first quarter of 2021. As the purchase price is lower than the fair value of US$109,002 (equivalent to RMB705,638), the difference between the purchase price and fair value amounted to US$2,834 (equivalent to RMB18,377) related to Series E Preferred Shares subscribed by the Founders was recorded as shared-based compensation expenses in general and administrative expenses and the difference between the purchase price and fair value amounted to US$16,168 (equivalent to RMB104,649) related to Series E Preferred Shares subscribed by other investors was recoded as deemed dividends to preferred shareholders in accumulated deficit for the three months ended March 31, 2021.

The above-mentioned Series A, Series B, Series C, Series D and Series E Preferred Shares are collectively referred as the "Preferred Shares".

The key terms of the Preferred Shares issued by the Company are as follows:

*Dividend rights*

When, and if approved by the majority preferred shareholders, the Company shall pay dividends to all the Shareholders in proportion to the number of fully paid Shares held by such Shareholder on an as-converted basis.





**14. Convertible redeemable preferred shares (continued)**

*Voting rights*

Each Preferred Share has voting rights equivalent to the number of ordinary shares to which it is convertible at the record date. Preferred Shares shall vote separately as a class with respect to certain specified matters. Otherwise, the holders of Preferred Shares and ordinary shares shall vote together as a single class.

*Liquidation preference*

In the event of any liquidation (including deemed liquidation, such as change in control, etc.), dissolution or winding up of the Company, all assets and funds of the Company legally available for distribution to the shareholders shall, by reason of the shareholders' ownership of the shares, be distributed as follows:

First, the holders of the Preferred Shares shall be entitled to receive for each outstanding Preferred Share held and fully paid, as applicable, the amount equal to one hundred percent (100%) of the applicable Preferred Share's purchase price, plus all accrued but unpaid dividends on such Preferred Shares. If the related assets and funds are insufficient for the full payment to such holders of the such Preferred Shares, then the entire assets and funds legally available for distribution shall be distributed ratably among such holders in proportion.

Upon the liquidation, in order of preference, first to the holders of Series E-4 Preferred Shares, then to the holders of Series E-3, E-2, E-1, D, C and B Preferred Shares, and last to the holders of Series A Preferred Shares.

Second, if there are any assets or funds remaining after the aggregate amount have been distributed or paid in full to the applicable holders of Preferred Shares, the remaining assets and funds legally available for distribution shall be distributed ratably among all the Shareholders in proportion to the number of Shares held by them (calculated on an as converted to ordinary shares basis).

A Deemed Liquidation Event shall be deemed to be any change of control event such as a merger and acquisition, reorganization of the Company, a sale, transfer, lease or other disposition of all or substantially all of the assets of any Group Company or the exclusive, irrevocable licensing of all or substantially all of any Group Company's intellectual property to a third party. Any proceeds, whether in cash or properties, resulting from a Deemed Liquidation Event shall be distributed in accordance with the liquidation preference above.

*Redemption right*

The Company shall redeem, at the option of any holder of outstanding Preferred Shares, all of the outstanding Preferred Shares (other than the unpaid shares) held by the requesting holder, at any time after the earliest to occur of (a) December 31, 2022 (Series E and D preferred shareholders) or December 31, 2021 (Series C, B and A preferred shareholders) or, if no Qualified IPO has been consummated prior to such date, (b) any material adverse impact on the business operation of the Company or the IPO due to material violation of any laws or regulations, (c) any material breach of any transaction document by any founder or any Group Company, (d) any material default under any of the control documents or the occurrence of any other event that results in the Company being incapable of consolidating the financial results of the VIE, or (d) any holders of any other class or series of shares elects to exercise its redemption rights.

A Qualified IPO is defined as an IPO consummated on or prior to December 31, 2022 on the New York Stock Exchange, NASDAQ, Hong Kong Stock Exchange, Shanghai Stock Exchange, Shenzhen Stock





**14. Convertible redeemable preferred shares (continued)**

*Redemption right (continued)*

Exchange or such other reputable stock exchange approved by the Board with an implied pre-money valuation of (i) the Post-Series E-3 Valuation plus an interest calculated at the annual rate of 15% compounded annually and accrued for the period from the Series E-3 Closing to the date of the IPO, or (ii) such other amount as approved by the Majority Preferred Shareholders. If the event of a qualified IPO were to occur on March 31, 2021, the actual pre-money valuation would have been US$3.89 billion.

The redemption price for each fully paid Preferred Share (other than the unpaid shares) shall be equal to one hundred (100%) of the Preferred Share's purchase price, plus an annual compounded interest rate of 8% accrued for the period from the Preferred Share's deemed issue date up to and until the date when such Preferred Share is redeemed, plus all declared but unpaid dividends.

Upon the redemption, in order of preference, first to the holders of Series E-4 Preferred Shares, then to the holders of Series E-3, E-2, E-1, D, C and B Preferred Shares, and last to the holders of Series A Preferred Shares.

and B Preferred Shares, and last to the holders of Series A Preferred Shares.



*Conversion rights*

Each Preferred Share shall be convertible into such number of fully and non-assessable ordinary shares at the Preferred Share-to-ordinary share conversion ratio equal to Preferred Share Purchase Price divided by the then-effective Conversion Price (as defined below) for such Preferred Share. The Conversion Price for each Preferred Share shall initially be the applicable Preferred Share purchase price for such Preferred Share, resulting in an initial conversion ratio for the Preferred Shares of 1:1, and shall be subject to adjustment and readjustment from time to time.

Each Preferred Share may, at the option of the holders thereof, be converted at any time after the date of issuance of such Preferred Shares into ordinary shares based on the then-effective applicable Conversion Price.

In addition, each Preferred Shares shall automatically be converted into ordinary shares based on the then-effective applicable Conversion Price for such Preferred Share in effect at the time immediately upon the closing of a Qualified IPO.

The Company determined that there were no beneficial conversion features identified for any of the Preferred Shares during any of the periods. In making this determination, the Company compared the fair value of the ordinary shares into which the Preferred Shares are convertible with the respective effective conversion price at the issuance date. In all instances, the effective conversion price was greater than the fair value of the ordinary shares. To the extent a conversion price adjustment occurs, as described above, the Company will re-evaluate whether or not a beneficial conversion feature should be recognized.

*Accounting of Preferred Shares*

The Company classifies the Preferred Shares as mezzanine equity in the consolidated balance sheets because they are redeemable at the holders' option any time after a certain date or are contingently redeemable upon the occurrence of certain events outside of the Company's control. The Preferred Shares were determined to be mezzanine equity with no embedded feature to be bifurcated and no beneficial conversion features to be recognized. The Preferred Shares are recorded initially at fair value, net of issuance costs. For the three months ended March 31, 2021, the issuance costs were immaterial.



Table of Contents



**14. Convertible redeemable preferred shares (continued)**

*Accounting of Preferred Shares (continued)*

The Company concluded that the Preferred Shares are not currently redeemable, but are probable of becoming redeemable based on passage of time. For each reporting period, the Company recorded accretions on the Series B, C, D and E Preferred Shares to the respective redemption value by using the interest method from the issuance dates to the earliest redemption dates. The Company concluded that there is no accretion to be recognized for Series A and certain Series E Preferred Shares for the three months ended March 31, 2020 and 2021 because their carrying amount is greater than the redemption value. Therefore, no adjustment will be made to the carrying amount of the Series A and certain Series E Preferred Shares until the redemption amount exceeds the carrying amount.

The accretion is recorded against retained earnings, or in the absence of retained earnings, by charges against additional paid-in-capital, or in the absence of additional paid-in-capital, by charges to accumulated deficit. The accretion of the Preferred Shares was RMB119,287 and RMB164,680 for the three months ended March 31, 2020 and 2021, respectively.

The redemption amount of the Series A, B, C, D and E Preferred Shares was RMB5,234, RMB1,868,825, RMB303,010, RMB851,119 and RMB6,624,724 as of March 31, 2021, respectively. The difference between the redemption amount and the carrying amount of Series B, C and D Preferred Shares was caused by the impact of the modification.



Table of Contents



**14. Convertible redeemable preferred shares (continued)**

*Accounting of Preferred Shares (continued)*

The Company's convertible redeemable preferred shares activities for the three months ended March 31, 2020 and 2021 are summarized below:

| | Series A | | Series B | | Series C | | Series D | | Series E | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Number of shares | Amount (RMB) | Amount (RMB) |
| Balances as of January 1, 2020 | 2,161,425 | 20,277 | 88,870,096 | 1,668,862 | 10,631,112 | 275,036 | 14,727,852 | 773,237 | 49,107,906 | 3,296,861 | 6,034,273 |
| Accretion on convertible redeemable preferred shares to redemption value | — | — | — | 35,795 | — | 5,353 | — | 14,951 | — | 63,188 | 119,287 |
| Balances as of March 31, 2020 | 2,161,425 | 20,277 | 88,870,096 | 1,704,657 | 10,631,112 | 280,389 | 14,727,852 | 788,188 | 49,107,906 | 3,360,049 | 6,153,560 |
| Balances as of January 1, 2021 | 2,161,425 | 20,277 | 88,870,096 | 1,817,822 | 10,631,112 | 297,208 | 14,727,852 | 835,149 | 82,915,310 | 5,994,706 | 8,965,162 |
| Issuance of Series E-3 Preferred Shares | — | — | — | — | — | — | — | — | 8,290,649 | 705,638 | 705,638 |
| Accretion on convertible redeemable preferred shares to redemption value | — | — | — | 38,732 | — | 5,720 | — | 15,970 | — | 104,258 | 164,680 |
| Balances as of March 31, 2021 | 2,161,425 | 20,277 | 88,870,096 | 1,856,554 | 10,631,112 | 302,928 | 14,727,852 | 851,119 | 91,205,959 | 6,804,602 | 9,835,480 |



Table of Contents



**15. Redeemable non-controlling interests**

Wonder Education Tech Limited ("Wonder Education Holding") was set up in 2020 to hold the Company's education service business and was a wholly owned subsidiary of the Company. For the future development strategy purpose, the Company conducted the following equity transactions and after the transactions, the Company holds 52% of total equity interest of Wonder Education Holding and maintains control over Wonder Education Holding on as-if-converted basis:

1. Wonder Education Holding issued new ordinary shares to the senior management of the Company with cash consideration of US$770 (equivalent to RMB5,059) received in the first quarter of 2021 which represents 3% of total equity interest of Wonder Education Holding.
2. Wonder Education Holding raised new financing for the amount of US$13,916 (equivalent to RMB90,990) by issuing 40,501,300 convertible redeemable preferred shares to other investors including the Founders, senior managements of the Company and certain existing preferred shareholders of the Company representing 45% of total equity interest of Wonder Education Holding on as-if-converted basis. Among the 40,501,300 convertible redeemable preferred shares, 8,526,589 shares were sold by the Company for the cash consideration of US$1,766 (equivalent to RMB11,461) in the first quarter of 2021. The remaining 31,974,711 shares were issued for the cash consideration of US12,150 (equivalent to RMB79,529) received in April 2021.

The above transaction with the Founders, senior managements of the Company did not result in additional share-based compensation expense.

On April 1, 2021, 7,000,000 ordinary shares of Wonder Education Holding held by the Company was granted to employees of Wonder Education Holding, subject to a four-year vesting schedule, under which one fourth (1/4) vest upon the first anniversary of the stated vesting commencement date and the remaining vest ratably over the following 36 months. The relevant share-based compensation expense is recorded by Wonder Education Holding.

The above-mentioned convertible redeemable preferred shares are with liquidation preference and also are redeemable at the holders' option under certain events (1) the qualified IPO has not been accomplished within 6 years upon the closing, or (2) any material breach of the transaction documents or the relevant laws and regulations, which are not solely within the control of Wonder Education Holding. Accordingly, such preferred shares held by the other investors are recorded and accounted for as redeemable non-controlling interests outside of permanent equity of the Company. Subsequently, the redeemable non-controlling interests should be carried at the higher of (1) the carrying amount after the attribution of net income of Wonder Education Holding, or (2) the expected redemption value of 100% of those shares' issue price plus interest at a simple rate of 8% per annum accruing from issue date to redemption date, plus any accrued but unpaid dividends.

The change in the carrying amount of redeemable non-controlling interests for the three months ended March 31, 2021 is as follows:

| | Three months ended March 31, 2021 |
|---|---|
| Balance at the beginning of the period | — |
| Issuance of redeemable non-controlling interests | 11,461 |
| Accretion to redemption value of redeemable non-controlling interests | 134 |
| Balance at the end of the period | 11,595 |



Table of Contents



**16. Ordinary shares**

The Company was incorporated as a limited liability company with authorized share capital of US$50,000 divided into 500,000,000 shares with par value US$0.0001 each. As of December 31, 2020 and March 31, 2021, the authorized ordinary shares are 254,007,958 shares, of which 86,154,070 shares were issued and outstanding.

**17. Series Angel preferred shares**

As of December 31, 2020 and March 31, 2021, 24,577,820 Series Angel preferred shares were issued and outstanding. The holders of Series Angel preferred shares have the same rights as the ordinary shareholders except for the right of conversion to the ordinary shares. The Series Angel preferred shares can be converted into ordinary shares at any time at the option of the holders after the date of issuance, or automatically be converted into ordinary shares immediately upon the closing of a Qualified IPO, at conversion ratio of one-for-one. Accordingly, such Series Angel preferred shares are recorded in permanent equity.

**18. Share-based compensation**

***Legacy Plan***

The Founders have had the Amended and Restated Employee Equity Incentive Plan ("Legacy Plan") since March 4, 2019 to grant maximum 12,356,712 ordinary shares owned by them to the officers, directors, employees and consultants of the Company. The grants are controlled and managed at the discretion of the Founders The shares issued from exercise of options granted under the Legacy Plan will be transferred from shares belonged to the Founders.

Share options granted under the Legacy Plan are generally subject to a four-year vesting schedule, under which one fourth (1/4) vest upon the first anniversary of the stated vesting commencement date and the remaining vest ratably over the following 36 months. The vested options will be exercisable upon the Company completes an IPO. The options granted under the Legacy Plan have a contractual term of ten years from the date of grant. If an IPO is not achieved, a share option will lapse automatically upon the expiry of the contractual term.

In January 2020, the Founders approved an option modification to reduce exercise price for certain employees' options and reduce their respective number of options granted. Other terms of the option granted remained unchanged. The modification from improbable to improbable resulted in a remeasurement for the modified awards based on fair value at the modification date. The modification resulted in an increase of total compensation cost by US$20,947 which is deferred due to exercisability upon an IPO condition is not probable to incur. In addition, at the same month, the Founders approved another option modification to remove the IPO condition of certain employee's vested options, while their unvested options are still subject to the IPO condition to be exercisable. The modification from improbable to probable resulted in an immediate recognition of total compensation cost of RMB58,263 for these vested options based on the fair value at the modification date, which was pushed down from the Founders and was recorded in the consolidated statements of comprehensive loss for the three months ended March 31, 2020.

As the modified options were fully exercised in 2020, the remaining outstanding options continue to be unexercisable as of March 31, 2021 and prior to the Group completing an IPO. The awards are equity classified. Cumulative share-based compensation expenses for the options that have satisfied the service condition should be recorded upon the completion of the IPO, using the graded vesting method.



Table of Contents



**18. Share-based compensation (continued)**

***Legacy Plan (continued)***

The following table summarizes the share options activity under the Legacy Plan for the three months ended March 31, 2021:

| | Number of options | Weighted average exercise price | Weighted average remaining contractual life | Aggregate intrinsic value |
|---|---|---|---|---|
| | | US$ | In Years | US$'000 |
| Outstanding at January 1, 2021 | 8,611,989 | 0.90 | 5.10 | 78,894 |
| Forfeited | (126,544) | 1.76 | — | — |
| Outstanding at March 31, 2021 | 8,485,445 | 0.89 | 4.85 | 119,965 |
| Vested and expected to vest at March 31, 2021 | 8,485,445 | 0.89 | 4.85 | 119,965 |
| Exercisable at March 31, 2021 | — | — | — | — |

The aggregate intrinsic value is calculated as the difference between the exercise price of the options and the estimated fair value of the underlying shares of US$15.03 at March 31, 2021.

As of March 31, 2021, there was US$32,342 (equivalent to RMB212,530) of unrecognized share-based compensation expenses related to share options granted by the Founders with a performance condition of an IPO, out of which US$32,093 (equivalent to RMB210,890) related to options for which the service condition had been met and are expected to be recognized upon occurrence of the IPO.

***Global Plan***

On July 22, 2019, the board of directors of the Company adopted the Company's Employee Equity Incentive Plan ("Global Plan") and reserved 15,211,970 ordinary shares for issuance under share options and restricted share units ("RSUs") to be granted to the officers, directors, employees and consultants of the Company.

Share options granted under the Global Plan are generally subject to a four-year vesting schedule, under which the shares vest in four equal instalments over the four years. The vested options will be exercisable upon the Company completes an IPO. The options granted under the Global plan have a contractual term of ten years from the date of grant. If an IPO is not achieved, a share option will lapse automatically upon the expiry of the contractual term.

RSUs granted under the Global Plan are either fully vested upon the grant or vested after one year or vested over a period of four years of continuous services and the RSUs will be exercisable upon the Company completes an IPO.

The awards are equity classified. Cumulative share-based compensation expenses for the options and RSUs that have satisfied the service condition should be recorded upon the completion of the IPO, using the graded vesting method. No options or RSUs are exercisable as of March 31, 2021.

In March 2021, the board of directors of the Company approved the amended Global Plan and approved additional 16,677,016 share options, out of which i) 3,335,403 shares was granted to each of the Founders with an exercise price of US$6.5134 which will be fully vested upon the completion of a new round of qualified financing including the IPO, ii) 1,667,702 shares was reserved at an exercise price of US$6.5134,



Table of Contents



**18. Share-based compensation (continued)**

***Global Plan (continued)***

to be fully vested immediately upon the Company's completion of the qualified financing and with other terms and conditions to be determined and administered at the sole discretion of one of the Founder; iii) 6,670,806 shares was granted to one of the Founders with an exercise price of US$6.5134, subject to a four-year vesting schedule in equal instalment from the completion date of a new round of qualified financing including the IPO, and iv) 1,667,702 shares was reserved at an exercise price of US$6.5134, subject to a four-year vesting schedule in equal instalment from the completion date of a new round of qualified financing including the IPO and with other terms and conditions to be determined and administered at the sole discretion of one of the Founders. All the 16,677,016 options shall be redeemed and cancelled by the Company for no consideration if the Company fails to complete the qualified financing by December 31, 2021.

The following table summarizes the share options activity under the Global Plan for the three months ended March 31, 2021:

| | Number of options | Weighted average exercise price | Weighted average remaining contractual life | Aggregate intrinsic value |
|---|---|---|---|---|
| | | US$ | In Years | US$'000 |
| Outstanding at January 1, 2021 | 3,789,667 | 4.97 | 8.45 | 19,320 |
| Granted | 14,748,112 | 6.51 | — | — |
| Forfeited | (142,141) | 4.86 | — | — |
| Outstanding at March 31, 2021 | 18,395,638 | 6.20 | 9.63 | 162,336 |
| Vested and expected to vest at March 31, 2021 | 18,395,638 | 6.20 | 9.63 | 162,336 |
| Exercisable at March 31, 2021 | — | — | — | — |

The weighted-average grant-date fair value of options granted during the three months ended March 31, 2021 was US$10.15. The aggregate intrinsic value is calculated as the difference between the exercise price of the options and the estimated fair value of the underlying shares of US$15.03 at March 31, 2021.

As of March 31, 2021, there was US$163,821 (equivalent to RMB1,076,515) of unrecognized share-based compensation expenses related to share options granted with a performance condition of an IPO, out of which US$81,465 (equivalent to RMB535,330) related to options for which the service condition had been met and are expected to be recognized upon occurrence of IPO.

The following table summarizes the RSUs activity under the Global Plan for the three months ended March 31, 2021:

| | Number of shares | Weighted average grant date fair value |
|---|---|---|
| | | US$ |
| Non-vested at January 1, 2021 | 2,178,246 | 6.94 |
| Granted | 2,159,208 | 15.03 |
| Forfeited | (21,335) | 6.92 |
| Non-vested at March 31, 2021 | 4,316,119 | 10.99 |



Table of Contents



**18. Share-based compensation (continued)**

***Global Plan (continued)***

As of March 31, 2021, there was US$47,419 (equivalent to RMB311,607) of unrecognized share-based compensation expenses related to RSUs granted with a performance condition of an IPO, out of which US$13,661 (equivalent to RMB89,771) related to RSUs for which the service condition had been met and are expected to be recognized upon occurrence of IPO.

***2021 Plan***

In March 2021, the board of directors of the Company approved 2021 Employee Equity Incentive Plan ("2021 Plan"), effective upon the completion of the IPO, in order to provide appropriate incentives to the relevant directors, executive officers and other employees of the Company and its affiliates. The maximum number of shares available for issuance pursuant to all awards under the 2021 Plan (the "Award Pool") shall be an annual increase determined by the Board on or around the first day of each fiscal year of the Company during the term of this Plan commencing from the fiscal year beginning January 1, 2022, provided that the increase to the Award Pool in any fiscal year shall not exceed 1% of the total number of shares issued and outstanding on the last day of the immediately preceding fiscal year.

***Fair value of share options***

The fair value of share options under the Legacy Plan and Global Plan was determined by the binomial option pricing model, with the assistance from an independent third-party appraiser. The binomial model requires the input of highly subjective assumptions, including the expected volatility, the exercise multiple, the risk-free rate and the dividend yield.

The assumptions used to estimate the fair value of the awards granted are as follows:

| | Three months ended March 31, 2020 | 2021 |
|---|---|---|
| Expected volatility | 51.85%-51.89% | 50.73% |
| Risk-free interest rate | 0.82%-0.87% | 1.96% |
| Expected dividend yield | 0% | 0% |
| Contractual term | 10 years | 10 years |
| Expected forfeiture rate (post-vesting) | 5% | 5% |
| Fair value of the ordinary share on the date of option grant | US$7.85 | US$15.03 |

Notes:

(i) The risk-free interest rate of periods within the contractual life of the share option is based on the market yield of U.S. treasury bonds with a maturity life equal to the expected life to expiration.

(ii) The Company has no history or expectation of paying dividends on its ordinary shares.

(iii) Expected volatility is estimated based on the average of historical volatilities of the comparable companies in the same industry as at the valuation dates.



Table of Contents



**19. Related party transactions**

In addition to the transactions related to convertible redeemable preferred shares and redeemable non-controlling interests as disclosed in Notes 14 and Note 15, the material transactions and balance amounts due to/from with related parties for the three months ended March 31, 2020 and 2021 and as of December 31, 2020 and March 31, 2021 were as follows:

| Transaction amount with related parties | 2020 | 2021 |
|---|---|---|
| Advertising service provided to preferred shareholders | 11,636 | 27,801 |
| Cost of revenue sharing charged by preferred shareholders and affiliated companies for their licensed contents | 10,802 | 20,233 |
| Bandwidth cost charged by preferred shareholders | 2,995 | 10,101 |
| User acquisition cost charged by preferred shareholders | 2,594 | 3,588 |
| Short message service fee charged by preferred shareholders | 313 | 1,680 |
| Interest expense charged by a preferred shareholder (d) | 4,613 | — |

| Balance with related parties | December 31, 2020 | March 31, 2021 |
|---|---|---|
| Due from preferred shareholders (a) | 25,730 | 19,963 |
| Due from senior managements (b) | 598 | — |
| Due from related parties - current | 26,328 | 19,963 |
| Prepayments to preferred shareholders (c) | — | 21,462 |
| Due from senior managements – non-current (b) | 3,234 | — |
| Due to preferred shareholders (d) | 42,228 | 24,235 |

(a) It represented receivable for advertising service provided to a preferred shareholder, receivable for deposit to a preferred shareholder for user acquisition cost.

(b) It represented loans to senior managements of the Group with no interest and the loan repayment period ranges from 1 year to 8 years.

(c) It represented the prepayments to a preferred shareholder related to revenue sharing fee for its licensed copyright. In January 2021, the Group entered into an amendment of license agreement where the Group has obtained the right to the library of the licensor who is the preferred shareholder of the Group, under which the Group has to pay a revenue sharing fee at higher of (i) a pre-agreed fixed fee in each of 2021, 2022 and 2023 which is ranged from RMB85,000 to RMB122,400, and the fee for the years after 2023 will be further negotiated; or (ii) variable fee at an increased rate.

(d) It included:

(1) Payables to preferred shareholders related to revenue sharing fee for its licensed copyrights, bandwidth cost, short message service and user acquisition cost;

(2) Interest expenses related to payables for repurchase of convertible redeemable preferred shares. The interest was charged with an interest rate of 6% per annum since July 1, 2019.



Table of Contents



**20. Basic and diluted net loss per share**

Basic and diluted net loss per share have been calculated in accordance with ASC 260, *Earnings Per Share*. Basic net loss per share is computed using the weighted average number of ordinary shares outstanding during the period. Diluted net loss per share is computed using the weighted average number of ordinary shares and dilutive potential ordinary shares outstanding during the period. The computation of loss per share parties for the three months ended March 31, 2020 and 2021 as follows:

| | 2020 | 2021 |
|---|---|---|
| Numerator: | | |
| Net loss attributable to Ximalaya Inc. | (278,449) | (255,772) |
| Accretion on convertible redeemable preferred shares | (119,287) | (164,680) |
| Accretion on redeemable non-controlling interests | — | (134) |
| Deemed dividend to convertible redeemable preferred shareholders upon subscription of preferred shares | — | (104,649) |
| Net loss attributable to Series Angel preferred shares | 88,281 | 116,580 |
| Net loss attributable to ordinary shareholders-basic and diluted | (309,455) | (408,655) |
| Denominator: | | |
| Denominator for basic and diluted loss per share weighted-average ordinary shares outstanding | 86,154,070 | 86,154,070 |
| Basic and diluted loss per share | (3.59) | (4.74) |

All outstanding Preferred Shares of 165,498,391 and 203,430,649 and share-based awards including share options and restricted share units of 5,094,435 and 14,339,835 were excluded from the computation of diluted net loss per share for the three months ended March 31, 2020 and 2021, respectively, as their effects would be anti-dilutive.



Table of Contents



**21. Commitments and contingencies**

**(a) Operating lease commitments**

The Group has entered into non-cancellable agreements with initial or remaining terms in excess of one year for the rental and property management fee of office premises and for the lease of office equipment. Total lease expenses under all operating leases was RMB10,312 and RMB15,266 for the three months ended March 31, 2020 and 2021, respectively. As of March 31, 2021, future minimum payments under non-cancellable operating leases for office rental, office equipment and property management fee of office premises consist of the following.

| For the year ending December 31, | RMB |
|---|---|
| Remainder of 2021 | 40,995 |
| 2022 | 44,176 |
| 2023 | 42,090 |
| 2024 | 41,794 |
| 2025 and thereafter | 9,399 |
| Total | 178,454 |

**(b) Purchase commitments**

As of March 31, 2021, the purchase commitments related to the licensed copyrights was amounted to RMB425,985.

| For the year ending December 31, | RMB |
|---|---|
| Remainder of 2021 | 98,481 |
| 2022 | 40,787 |
| 2023 | 40,787 |
| 2024 | 145,930 |
| 2025 and thereafter | 100,000 |
| Total | 425,985 |

**(c) Litigation**

In the ordinary course of the business, the Group is subject to periodic legal or administrative proceedings. These claims are mainly related to allegation of copyright infringement. Based on the information available to the Company, it determined that it is probable to incur liabilities of RMB36,983 (out of which RMB35,000 was settled in the three months ended March 31, 2021) and RMB428 as of December 31, 2020 and March 31, 2021, respectively, which are recorded in "accrued expenses and other current liabilities". Other than that, the Group is not a party to any legal or administrative proceedings which will have a material adverse effect on the Group's business, financial position, results of operations and cash flows.



**PART II**

**INFORMATION NOT REQUIRED IN PROSPECTUS**

**ITEM 6. INDEMNIFICATION OF DIRECTORS AND OFFICERS.**

Cayman Islands law does not limit the extent to which a company's articles of association may provide for indemnification of officers and directors, except to the extent any such provision may be held by the Cayman Islands courts to be contrary to public policy, such as to provide indemnification against civil fraud or the consequences or committing a crime. Our post-offering amended and restated memorandum and articles of association provide that each officer or director of our company shall be indemnified against all actions, proceedings, costs, charges, expenses, losses, damages or liabilities incurred or sustained by such director or officer, other than by reason of such person's own dishonesty, willful default or fraud, in or about the conduct of our company's business or affairs (including as a result of any mistake of judgment) or in the execution or discharge of his duties, powers, authorities or discretions, including without prejudice to the generality of the foregoing, any costs, expenses, losses or liabilities incurred by such director or officer in defending (whether successfully or otherwise) any civil proceedings concerning our company or its affairs in any court whether in the Cayman Islands or elsewhere.

Pursuant to the form of indemnification agreement filed as Exhibit 10.2 to this Registration Statement, we will agree to indemnify our directors and senior officers against certain liabilities and expenses that they incur in connection with claims made by reason of their being a director or officer of our company.

The form of Underwriting Agreement to be filed as Exhibit 1.1 to this Registration Statement will also provide for indemnification of us and our officers and directors.

Insofar as indemnification for liabilities arising under the Securities Act of 1933, as amended (the "Securities Act") may be permitted to directors, officers or persons controlling us pursuant to the foregoing provisions, we have been informed that in the opinion of the SEC such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable.

**ITEM 7. RECENT SALES OF UNREGISTERED SECURITIES.**

During the past three years, we have issued the following securities. We believe that each of the following issuances was exempt from registration under the Securities Act in reliance on Regulation D and Rule 701 under the Securities Act or pursuant to Section 4(a)(2) of the Securities Act regarding transactions not involving a public offering or in reliance on Regulation S under the Securities Act regarding sales by an issuer in offshore transactions. No underwriters were involved in any of these securities issuances.

| Purchaser | Date of Issuance | Number of Securities | Class of Securities | Consideration |
|---|---|---|---|---|
| Xima Holding Limited | June 28, 2018 | 33,342,943 | ordinary shares | Nominal |
| Touch Sound Limited | June 28, 2018 | 33,119,152 | ordinary shares | Nominal |
| Sound Spread Limited | June 28, 2018 | 2,899,883 | ordinary shares | Nominal |
| Audio World Limited | March 4, 2019 | 4,435,380 | ordinary shares | US$196,625 |
| Ximalaya Welfare Limited | December 13, 2019 | 12,356,712 | ordinary shares | Nominal |
| Fly Sky Limited | March 4, 2019 | 1,922,938 | Series Angel preferred shares | US$85,244 |
| ZendaiRadio Limited | March 4, 2019 | 9,413,411 | Series Angel preferred shares | US$417,295 |
| Zendai Hima Investment Fund LP | March 4, 2019 | 13,241,471 | Series Angel preferred shares | US$586,992 |
| Xima Holdings Limited | March 4, 2019 | 1,026,677 | Series A preferred shares | US$103 |



| Purchaser | Date of Issuance | Number of Securities | Class of Securities | Consideration |
|---|---|---|---|---|
| Touch Sound Limited | March 4, 2019 | 1,026,677 | Series A preferred shares | US$103 |
| Sound Spread Limited | March 4, 2019 | 108,071 | Series A preferred shares | US$11 |
| Xima Holdings Limited | March 4, 2019 | 2,004,322 | Series B-1 preferred shares | US$200 |
| Touch Sound Limited | March 4, 2019 | 2,004,322 | Series B-1 preferred shares | US$200 |
| Audio World Limited | March 4, 2019 | 20,302 | Series B-1 preferred shares | US$895 |
| ZendaiRadio Limited | March 4, 2019 | 669 | Series B-1 preferred shares | US$30 |
| ZendaiFM LP | March 4, 2019 | 9,024,746 | Series B-1 preferred shares | US$400,066 |
| Kongzong Investment Limited | March 4, 2019 | 1,963,924 | Series B-1 preferred shares | US$87,060 |
| Cloudary Holdings Limited | March 4, 2019 | 7,514,056 | Series B-1 preferred shares | RMB2,165,130 |
| Shanghai Xing Chong Information Technology Partnership (Limited Partnership) | March 4, 2019 | 9,230,511 | Series B-1 preferred shares | RMB2,659,716 |
| Shanghai Ju Miao Information Technology Partnership (Limited Partnership) | March 4, 2019 | 13,328,504 | Series B-1 preferred shares | RMB3,840,528 |
| Shanghai Puchonghuaxi Information Technology Partnership (Limited Partnership) | March 4, 2019 | 21,924,360 | Series B-1 preferred shares | RMB6,317,372 |
| Shanghai Chuangsi Information Technology Partnership (Limited Partnership) | March 4, 2019 | 5,115,776 | Series B-1 preferred shares | RMB1,474,051 |
| Red Eagle Limited Partnership | December 30, 2020 | 4,385,610 | Series B-1 preferred shares | US$194,413 |
| Whales Splendor Investment Co., Ltd | May 19, 2020 | 722,507 | Series B-1 preferred shares | RMB208,186 |
| Shanghai Puchonghuaxi Information Technology Partnership (Limited Partnership) | May 19, 2020 | 727,729 | Series B-1 preferred shares | RMB209,691 |
| Tianjin Jinxing Venture Capital Co., Ltd. | May 19, 2020 | 10,902,758 | Series B-2 preferred shares | RMB156,183,644 |
| Bright Venture Capital Limited | March 4, 2019 | 1,153,472 | Series C-1 preferred shares | US$51,133 |



| Purchaser | Date of Issuance | Number of Securities | Class of Securities | Consideration |
|---|---|---|---|---|
| Shanghai Xing Chong Information Technology Partnership (Limited Partnership) | March 4, 2019 | 1,307,273 | Series C-1 preferred shares | RMB376,683 |
| Whales Splendor Investment Co., Ltd | May 19, 2020 | 3,508,885 | Series C-1 preferred shares | RMB1,011,064 |
| TAL Education Group | March 4, 2019 | 2,979,788 | Series C-2 preferred shares | RMB65,000,000 |
| Shanghai Chuangsi Information Technology Partnership (Limited Partnership) | March 4, 2019 | 1,681,694 | Series C-2 preferred shares | RMB484,561 |
| Xima Holdings Limited | December 3, 2018 | 793,035 | Series D preferred shares | US$ 88,851 |
| Touch Sound Limited | December 3, 2018 | 793,035 | Series D preferred shares | US$ 88,851 |
| Eternity Group Limited | March 4, 2019 | 4,531,648 | Series D preferred shares | RMB200,000,000 |
| Shanghai Xing Chong Information Technology Partnership (Limited Partnership) | March 4, 2019 | 2,718,988 | Series D preferred shares | RMB120,000,000 |
| Whales Splendor Investment Co., Ltd | May 19, 2020 | 1,812,660 | Series D preferred shares | RMB80,000,000 |
| Shanghai Youliang Investment Management Center (Limited Partnership) | March 4, 2019 | 1,132,913 | Series D preferred shares | RMB50,000,000 |
| Shanghai Jingjiang Information Technology Partnership (Limited Partnership) | March 4, 2019 | 1,812,660 | Series D preferred shares | RMB80,000,000 |
| Shanghai Chongdu Information Technology Partnership (Limited Partnership) | March 4, 2019 | 1,132,913 | Series D preferred shares | RMB50,000,000 |
| SIG Asia Fund IV, LLLP | June 26, 2019 | 594,960 | Series E-1 preferred shares | 36,363,636 Series A preferred shares of Ximalaya Holding (Cayman) Limited |
| Puhua Capital Ltd | March 4, 2019 | 1,062,428(1) | Series E-2 preferred shares | US$ 10,000,000 |
| Light Fund Speed I Manager Ltd. | March 4, 2019 | 1,540,521 | Series E-2 preferred shares | US$ 14,500,000 |
| Hermitage Galaxy Fund Spc | March 4, 2019 | 3,930,984(2) | Series E-2 preferred shares | US$ 37,000,000 |
| ZendaiRadio Limited | March 4, 2019 | 1,381,157 | Series E-2 preferred shares | US$ 13,000,000 |



| Purchaser | Date of Issuance | Number of Securities | Class of Securities | Consideration |
|---|---|---|---|---|
| Advantech Capital Investment VII Limited | March 4, 2019 | 3,187,284 | Series E-2 preferred shares | US$ 30,000,000 |
| FinTrek China Industry Power Investment Fund Limited Partnership | March 4, 2019 | 2,124,857 | Series E-2 preferred shares | US$ 20,000,000 |
| Grand Everlasting Limited Partnership | March 4, 2019 | 31,872,849(3) | Series E-2 preferred shares | US$300,000,000 |
| Image Frame Investment (HK) Limited | March 4, 2019 | 14,873,996 | Series E-2 preferred shares | US$140,000,000 |
| General Atlantic Singapore XMYA Pte. Ltd. | March 4, 2019 | 10,624,283 | Series E-2 preferred shares | US$100,000,000 |
| Linden Audio Kingdom Limited | March 4, 2019 | 2,124,857(4) | Series E-2 preferred shares | US$ 20,000,000 |
| TAL Education Group | March 4, 2019 | 2,656,071 | Series E-2 preferred shares | US$ 25,000,000 |
| TALPOLY Limited Partnership | March 4, 2019 | 531,214(5) | Series E-2 preferred shares | US$ 5,000,000 |
| Broad Street Equity Investments Europe Ltd | April 10, 2019 | 2,656,071 | Series E-2 preferred shares | US$ 25,000,000 |
| China Internet Investment Fund LLP | August 31, 2020 | 4,249,713 | Series E-2 preferred shares | US$ 40,000,000 |
| China Internet Investment Fund LLP | December 29, 2020 | 6,374,569 | Series E-2 preferred shares | US$ 60,000,000 |
| Sony Music Entertainment | September 22, 2020 | 4,605,918 | Series E-3 preferred shares | US$ 50,000,000 |
| Shenzhen Songhe Chengzhang Equity Investment Partnership (Limited Partnership) | September 22, 2020 | 1,381,775 | Series E-3 preferred shares | US$ 15,000,000 |
| Advantech Capital Investment VII Limited | December 17, 2020 | 921,184 | Series E-3 preferred shares | US$ 10,000,000 |
| Trustbridge Partners VII, L.P. | December 17, 2020 | 7,369,468 | Series E-3 preferred shares | US$ 80,000,000 |
| GENERAL ATLANTIC SINGARPORE XMYA PTE. LTD. | December 24, 2020 | 921,184 | Series E-3 preferred shares | US$ 10,000,000 |
| Trustbridge Partners VII, L.P. | December 30, 2020 | 6,448,285 | Series E-3 preferred shares | US$ 70,000,000 |



| Purchaser | Date of Issuance | Number of Securities | Class of Securities | Consideration |
|---|---|---|---|---|
| Eagle Power Enterprises Limited | February 5, 2021 | 921,184 | Series E-3 preferred shares | US$ 10,000,000 |
| Cloudary Holdings Limited | February 5, 2021 | 2,302,958 | Series E-3 preferred shares | US$24,999,990.86 |
| Image Frame Investment (HK) Limited | February 5, 2021 | 2,302,958 | Series E-3 preferred shares | US$24,999,990.86 |
| Shanghai Jingsui Information Technology Partnership (Limited Partnership) | March 1, 2021 | 1,842,367 | Series E-3 preferred shares | US$ 20,000,000 |
| UP SOURCES (HK) LIMITED | December 30, 2020 | 1,535,308 | Series E-4 preferred shares | US$ 20,000,000 |
| Xima Holdings Limited | March 12, 2021 | 460,591 | Series E-3 preferred shares | US$ 4,999,991.66 |
| Touch Sound Limited | March 12, 2021 | 460,591 | Series E-3 preferred shares | US$ 4,999,991.66 |

Notes:

(1) 743,700 Series E-2 preferred shares issued to Puhua Capital Ltd were forfeited in May 2020.

(2) 3,506,013 Series E-2 preferred shares issued to Hermitage Galaxy Fund SPC were forfeited in May 2020.

(3) 25,249,749 Series E-2 preferred shares issued to Grand Everlasting Limited Partnership were forfeited in May 2020.

(4) 235,435 Series E-2 preferred shares issued to LINDEN AUDIO KINGDOM LIMITED were forfeited in May 2020.

(5) 318,729 Series E-2 preferred shares issued to TALPOLY Limited Partnership were forfeited in December 2019.

**ITEM 8. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES.**

(a) Exhibits

See Exhibit Index beginning on page II-6 of this registration statement.

(b) Financial Statement Schedules

Schedules have been omitted because the information required to be set forth therein is not applicable or is shown in the Consolidated Financial Statements or the Notes thereto.

**ITEM 9. UNDERTAKINGS.**

The undersigned registrant hereby undertakes to provide to the underwriter at the closing specified in the underwriting agreements, certificates in such denominations and registered in such names as required by the underwriter to permit prompt delivery to each purchaser.



The undersigned registrant hereby undertakes that:

(1) For purposes of determining any liability under the Securities Act, the information omitted from the form of prospectus filed as part of this registration statement in reliance upon Rule 430A and contained in a form of prospectus filed by the registrant under Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this registration statement as of the time it was declared effective.

(2) For the purpose of determining any liability under the Securities Act, each post-effective amendment that contains a form of prospectus shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.



**Ximalaya Inc.**

**Exhibit Index**

| Exhibit Number | Description of Document |
|---|---|
| 1.1* | Form of Underwriting Agreement |
| 3.1 | Ninth Amended and Restated Memorandum and Articles of Association of the Registrant, as currently in effect |
| 3.2 | Form of Tenth Amended and Restated Memorandum and Articles of Association of the Registrant, as effective upon the completion of this offering |