EXHIBIT C TO AFFIDAVIT OF KAI JIANG

# Wechat Record

## Kai JIANG ( Investor of Ximalaya )
## Jianjun YU ( CO Founder & CEO, Ximalaya )

Mr. Yu is aware that the investor, Mr. Jiang, is from Chicago, Illinois, USA, as Mr. Jiang personally shared this information. After finalizing a 200 million RMB equity investment in Ximalaya, Mr. Jiang has been leveraging his resources in the United States to facilitate connections between Ximalaya, Ximalaya USA (Ximalaya Media Inc., based in San Francisco) and the CEO of Ximalaya, identifying key development and financing opportunities such as partnerships with Porsche for in-car audio integration, content collaboration with DashRadio, and investment engagements with SoftBank.



**Mont GU** ➡
*(General Partner, Cheng Wei Capital)*

**Kai JIANG** ➡

**Jianjun YU** ➡
*( CO Founder & CEO, Ximalaya )*

1 vs 1 Chat
Date: May 31, 2017, at 13:19
Kai Jiang Location: Shanghai

Kai JIANG ( Investor of Ximalaya )   Green Label
Jianjun YU ( CO Founder & CEO, Ximalaya )   White Label
Mont GU (General Partner, Cheng Wei Capital )   White Label

"Mont" invited Kai Jiang and Yu Jianjun to the group chat.

Mont: @Kai, Jianjun is the CEO of Himalaya.
Mont: @Yu Jianjun Investor Jiang Kai
Mont: I'd suggest You should find time to chat.

Kai Jiang : Jianjun, hello. Last year, Dai Zhikang and I came to your office to meeting.

May 31, 2017, 1:28 PM

Kai Jiang : @Mont Thank you.

May 31, 2017, 1:34 PM

Jianjun YU: I remember.
Jianjun YU: @Kai Nice to meet you.

Kai Jiang : @Yu Jianjun Would you be available to meet up tomorrow?



**Jianjun YU** ➡️
( CO Founder & CEO, Ximalaya )

**Jerry SHEN** ➡️
( CFO，Ximalaya )

群聊(3)

2017年5月31日 下午1:42

"余建军" invited you and 小强 Jerry to the group chat

余建军
@凯 @小强 Jerry 是我们 cfo，他来对接

余建军
@小强 Jerry @凯 希望投资我们，你来跟进下

小强Jerry喜听cfo
好的。@凯 您好! 🙏

1 vs 1 Chat
Date: May 31, 2017, at 13:42
Kai Jiang Location: Shanghai

Kai JIANG ( Investor of Ximalaya )　　Green Label
Jianjun YU ( CO Founder & CEO, Ximalaya )　　White Label
Jerry SHEN  (CFO, Ximalaya)　　White Label

"Jianjun YU" invited Kai Jiang and Jerry to the group chat.

Jianjun YU : @Kai @ Jerry, Jerry is CFO of Ximalaya,

Jianjun YU : @Jerry @Kai is interested in investing in Ximalaya. Please follow up on this.

Jerry SHEN: Got it. @Kai Nice to e-meet you!



1 vs 1 Chat
Date: July 14, 2017, at 12:37

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

Kai Jiang:  @Yu Jianjun President Yu, how is the Series D round progressing?

July 14, 2017, 12:41 PM

Kai Jiang : Thanks.

July 14, 2017, 12:51 PM

Jianjun YU : It's wrapping up.

July 14, 2017, 12:54 PM

Kai Jiang : @Yu Jianjun Thank you.

Wechat 1 vs 1 Chat History
Date: May 31 – June 21, 2017
Kai Jiang Location:  Shanghai

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

<u>Investor, Mr. Jiang, is from Chicago, Illinois</u>
<u>Invested 200 million RMB equity investment in Ximalayain Ximalaya</u>



10:23

余建军

**Jianjun YU** ➡️
( CO Founder & CEO, Ximalaya )

2017年5月31日 下午13:34

I've accepted your friend request. Now let's chat!

2017年5月31日 下午13:39

您看什么时候有空见一下

我安排 cfo 和你对接

好的

2017年6月1日 下午17:34

我们在您这里，聊得很好，能和您聊几分钟吗？

2017年6月5日 下午16:43

**Kai JIANG** ➡️ 刚刚通过戴总这里投了你们二个亿，余总加油！！

你们接了戴总那个基金 lp 是么

是新股还是老股

2017年6月5日 下午16:51

---

1 vs 1 Chat
Date: May 31, 2017, at 13:34
Kai Jiang Location: Shanghai

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

1:34 p.m., May 31, 2017
Jianjun YU: I've accepted your friend request. Now let's chat!

1:39 p.m., May 31, 2017
Kai Jiang : When are you available for a meet - up?

Jianjun YU: I'll arrange for our CFO to connect with you.

Kai Jiang: OK.

5:34 p.m., June 1, 2017
Kai Jiang: We're at your office and would like to chat with you for a few minutes.

4:43 p.m., June 5, 2017
Kai Jiang: Just invested 200 million RMB in your company. through Mr.Dai.
( Original Ximalaya Founder,  and Largest Share Holder in Ximalaya Company.

Keep it up, Mr. Yu!!

Jianjun YU: Did you buy from Mr. Dai's fund?

Jianjun YU:  New shares or old shares?



1 vs 1 Chat
Date: June 21, 2017, at 16:51
Kai Jiang Location:  Shanghai

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

16:51, Jun. 5, 2017
Kai JIANG: Yes.
Kai JIANG: Mr. Yu, your phone number?

Jianjun YU: 18621263008

Jianjun YU: Jerry will handle the communication on this matter.

Jianjun YU: I'm currently on a business trip.

18:34, Jun. 21, 2017

Kai JIANG: Congratulations on the birth of Xiaoya, Mr. Yu! Are you free for dinner next week? I'll also invite some influential KOL.. I hope they could join your platform for Ximalaya.

18:37, Jun. 21, 2017
Jianjun YU: Thank you.
Jianjun YU: Who are they?

18:41, Jun. 21, 2017
Kai JIANG: Chen Yanhua, Xiao Chen, Wang Youjia, V蒂妮, Gao Shanfeng, etc.

Wechat 1 vs 1 Chat History
Date: June 21 - Aug 07, 2017
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

After finalizing a 200 million RMB equity investment in Ximalaya,
Mr. Jiang has been leveraging his resources in the United States to facilitate
connections Ximalaya and its U.S. subsidiary with U.S. audio platforms, in-car audio
pre-installation solutions, and investment firms in the U.S.



1 vs 1 Chat
Date: Aug 03, 2017, at 01:55
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

June 21, 2017, at 6:45 p.m.
Jianjun YU: I've been traveling a lot lately. Can you introduce the people who in charge of content to join the meeting?

June 21, 2017, at 6:51 p.m.
Kai JIANG: Let's reschedule for next time.

June 21, 2017, at 7:01 p.m.
Jianjun YU: Okay, sorry about that.
Jianjun YU: Let's see if we can reschedule in July.

June 21, 2017, at 8:30 p.m.
Kai JIANG: Alright.

August 3, 2017, at 1:55 a.m.
Kai JIANG: I'd like to have a conference call with you and Ms.Chen (Ximalaya CO Found) to discuss the details of our cooperation with Porsche and BMW. The current president of Porsche China is a close friend of mine. See his introduction below; he was also the former president of BMW.



1 vs 1 Chat
Date: Aug 03, 2017, at 03:42
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

August 3, 2017, at 3:42 a.m.

Jianjun YU: Great!
Jianjun YU: Thank you.

August 3, 2017, at 9:22 a.m.

Kai JIANG : I'm currently in the U.S. Let's find a time for a conference call.

Jianjun YU: Can we do it 15 minutes later? Just via WeChat.
Jianjun YU: It's just between the two of us. I'll handle this business, and Xiaoyu will focus on the product.

Kai JIANG: Sounds good.

August 7, 2017, at 9:44 a.m.
Kai JIANG: Mr. Yu, let's schedule a call when you're free.

August 7, 2017, at 5:49 p.m.
Kai JIANG: ?

Wechat 1 vs 1 Chat History
Date: Aug 09, 2017at 23:10
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

## Analysis of U.S. Audio Business Models for Himalaya's Business Growth



1 vs 1 chat
Date: Aug 09, 2017, at 23:10
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

August 9, 2017, at 11:10 p.m.

Jianjun YU :This really can't be linked to investment.

Kai JIANG: I think as long as we try, there must be a way to satisfy everyone.

Kai JIANG: With the right incentive mechanism, things would be easier.

Kai JIANG: First, you set the general direction. The rest is just about finding the method.

[23"]
Jianjun YU : Hey, President Jiang, we definitely want to do this. But anything related to equity is impossible to operate. It would involve communicating with so many shareholders, which is definitely very difficult. But if it's purely business - related, like a revenue - sharing mechanism. Then, this kind of sharing mechanism, like if I don't deal with him but only with you, that's feasible.

10:26

**余建军**

2017年8月9日 晚上23:21

Kai JIANG ➡️

44" ))

李总啊，就是是这样子，我们想个办法，因为怎么说呢，他也知道这个和谁做最大的反应，可能就是在那个公司的价值上面。你说对不对，如果说单单只是跟他那个，可能我我觉得是蛮就是说，他不一定会同意，这是第一，第二呢，就是想想办法，有没有什么员工啊。特殊贡献激励股啊，或者说反正想一个什么东西金额嘛，可以大家都可以谈嘛，这个事情我觉得好不啦。

30" ))

因为你也知道，在美国也就三个三个调频，AMFM，还有一个微信你就放上去了，这个这个这局面是完全两回事情啊，我就怕我万一。就是我给他那个，就是开了这个眼界了，他想去找人家去做这个事情了，这个这个这个事情，这个局面就就就很难看了。

做不下来，我不会去提醒他的，但我觉得只是时间问题

2017年8月9日 晚上23:29

😊 ➕

---

1 vs 1 Chat
Date: Aug 09, 2017, at 23:21
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

August 9, 2017, at 11:21 p.m.
Kai Jiang :"President YU, here's the thing. We need to figure out a way. Because, you know, he's aware that his actions could trigger the most significant response in the company's value. Right? If we only approach him in a conventional way, I think he might not agree. First off, he might not be willing. Secondly, let's brainstorm. Are there any employee shares? Any special contribution incentive stocks? Or something along those lines? There's always a figure we can negotiate. I think this could work out."

Kai Jiang :"Also, as you know, in the U.S., there are only three radio formats: AM, FM, and something like WeChat. This is a completely different ballgame. I'm just afraid that if he gets a taste of this, he might go elsewhere. This situation would be really awkward if it doesn't pan out.

Kai Jiang :I won't alert him, but I think it's just a matter of time."



1 vs 1 chat
Date: Aug 09, 2017, at 23:29
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

August 9, 2017, at 11:29 p.m.
Kai Jiang: I think we need to view this issue from a business perspective. If successful, the stock value could multiply by ten or even higher. If you agree with this view, how would you reward an employee who can bring such significant benefits to the company?

[9"]
Jianjun YU :We are basically cooperating with all these car manufacturers; we are already working with over 80% of them.

August 9, 2017, at 11:40 p.m.
Kai Jiang: How much economic benefit do you think he can bring? Could his contribution lead to a change in our stock value, potentially making you the Chinese version of SiriusXM, or helping us reach this goal more quickly? As far as I know, the current capital market doesn't seem to recognize this potential and tends to compare you with Pandora instead.

August 9, 2017, at 11:46 p.m.
Jianjun YU : I was previously familiar with SiriusXM.

Wechat 1 vs 1 Chat History
Date: AUGEST 10-16, 2017, at 00:00
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

<u>Connecting Ximalaya with Porsche's in car audio business</u>



1 vs 1 Chat
Date: Aug 10, 2017, at 00:00
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

August 10, 2017, at 12:00 a.m.

Kai JIANG : XM is now valued at 2.5 billion USD. Typically, Chinese counterpart companies' market values aren't too far from their US counterparts after going public. For instance, Amazon is valued at 400 billion USD, and Alibaba at 340 billion USD. Moreover, if you list on the A - share market, your company's value is likely to be even higher. XM provides a concrete benchmark for evaluating your company's worth.

Kai JIANG : Knowledge - based paid services may be good now, but what if they lose popularity? What's the backup plan? Diversification is key for long - term strategy. XM's model is well - recognized.

Kai JIANG : What's the penetration rate of cooperation? In the US, nearly 100% of cars have it.

Kai JIANG : You're the boss and the decision - maker; you set the company's course.



1 vs 1 Chat
Date: Aug 10, 2017, at 23:11
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )   Green Label
Jianjun YU ( Founder & CEO, Ximalaya )   White Label

August 10, 2017, at 11:11 p.m.

Kai JIANG : In the US, all cars come with it pre - installed; and it has very strong exclusivity.

Kai JIANG : This isn't just a cooperation but also the sole right of distribution.

August 16, 2017, at 12:07 p.m.

Kai JIANG : The Porsche China headquarters will contact you in the next few days.

August 16, 2017, at 12:42 p.m.

Jianjun YU : Thank you

August 16, 2017, at 5:40 p.m.

Kai JIANG : Tobias Hoffmann

余建军

2017年8月10日 晚上23:11

2017年8月10日 晚上23:12

在美国所有车都预装了；而且非常强排它性

这不只是合作而是渠道的唯一佣有权

2017年8月16日 中午12:07

保时捷中国区总部这几天会联系你们

2017年8月16日 中午12:42

2017年8月16日 下午17:40

Kai JIANG

Jianjun YU
( CO Founder & CEO, Ximalaya )

Wechat 1 vs 1 Chat History
Date: AUGEST 16, 2017, at 17:45
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )



Kai JIANG

告诉他，你们的需求，记得要 xm 的商业模式

Jianjun YU
( CO Founder & CEO, Ximalaya )

xm 是啥?

他们会联系谁?

要不要要微信引见人对接

能通话吗?

不好意思刚醒

Kai JIANG

我给你的名片，是保时捷中国总部的产品部主管，你让你的部下和他联系，他已在等你们电话了；保时捷想知道 1，喜玛拉雅的公司情况和背景 2，你们想和他们的合作方式；他们可以做个评估；

我也不认识这个人，也没有他的微信

1 vs 1 Chat
Date: Aug 16, 2017, at 17:45
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

17:45, Aug. 16, 2017
Kai JIANG :Tell him your requirements and remember to mention Ximalaya's business model.

7:14 p.m., Aug. 16, 2017
Jianjun YU :What's XM?
Jianjun YU : Who will they contact?
Jianjun YU : Do we need someone to connect via WeChat?

10:57 p.m., Aug. 16, 2017
Kai JIANG : Can we talk?
Kai JIANG : Sorry, I just woke up.

00:42 a.m., Aug. 17, 2017
Kai JIANG : The business card I gave you is for the head of the product department at Porsche China headquarters. Have your staff contact him; he's waiting for your call. Porsche wants to know: 1.Ximalaya's company profile and background 2.Your desired cooperation model for assessment

Kai JIANG : I don't know him personally and don't have his WeChat.



Kai JIANG

Jianjun YU
( CO Founder & CEO, Ximalaya )

1 vs 1 Chat
Date: Aug 17, 2017, at 00:42
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )

Kai JIANG : Porsche wants to know two things: first, the background and details of Ximalaya company; second, your planned cooperation model with them. They will conduct an assessment based on this information.

Kai JIANG : I don't know this person either, nor do I have his WeChat contact.

Kai JIANG : XM is the satellite radio service in the U.S.

Jianjun YU : Okay.

Jianjun YU :Is this person a foreigner?

Kai JIANG : Yes, he's the one I introduced to you before, from the company valued at twenty-six billion USD.

Kai JIANG : Judging from the business card, he should be a foreigner.

Jianjun YU :Alright.

Kai JIANG : When you discuss cooperation with him, it's best to focus on XM's business model. That way, you can ensure your service is unique and exclusive. The CEO of Porsche has assigned him to be the liaison with you.

Wechat 1 vs 1 Chat History
Date: September 6, 2017, at 09:32
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )



**1 vs 1 Chat**
Date: Sept 06, 2017, at 8:40
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )

Kai JIANG : From the business card, it seems he's a foreigner.

Jianjun YU : Okay

Kai JIANG : I think when you discuss cooperation with him, it's better to talk about XM's business model. Then you can ensure your service is unique and exclusive.

Kai JIANG : The CEO of Porsche assigned him to connect with you.

Kai JIANG : Let's first establish the process.

Kai JIANG : We can discuss other matters privately later.

September 6, 2017, at 8:40 a.m.

Kai JIANG : Mr. Yu, in the US, there's a company called Dash Radio. It's an internet radio station with over 70 channels, all music - from classical to rap. Its owner is the world's top DJ. I talked with him, and he agreed to put Dash Radio's content on Ximalaya for free. They have global broadcasting rights. Are you interested?

September 6, 2017, at 9:05 a.m.
Jianjun YU : Sure. Do we need to pay them?



Jianjun YU
( Founder & CEO, Ximalaya )

Kai JIANG

**余建军**

好啊，需要给他们付费吗？

还是先做起来后面有收入分成模式

2017年9月6日 上午09:15

不需要给他们费用

对，我和他们讲先做起来再分成

2017年9月6日 上午09:19

那挺好

要不你让产品经理先看看他们的产品，好了，我去帮你们谈

他们有专门的脏话软件可将赃话去除

Dash radio

2017年9月6日 上午09:27

好

他们有个主要特点：有许多演唱会的现场直播权

---

1 vs 1 Chat
Date: Sept 06, 2017, at 9:15
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )

Jianjun YU : Do we need to pay them upfront?
Jianjun YU : Or should we start first and then share revenue later?

September 6, 2017, at 9:15 a.m.
Kai JIANG : No, no fees are needed.
Kai JIANG : Yes, I told them we can start first and then share revenue later.

September 6, 2017, at 9:19 a.m.

Jianjun YU : That sounds good.

Kai JIANG : Why don't you have the product manager check out their product first? Okay, I'll help you negotiate with them.

Kai JIANG : They have special software to filter out swear words.

Kai JIANG : Dash Radio.

September 6, 2017, at 9:27 a.m.

Jianjun YU : Okay.

Kai JIANG : One of their key features is that they have live - broadcast rights to numerous concerts.



Jianjun YU ➡️
( CO Founder & CEO, Ximalaya )

Kai JIANG ➡️

余建军

的现场直播权

好

2017年9月6日 上午09:32

还有一件事，勒羽西让我和你说一下是否能帮她在你们上面东西多推广一下

2017年9月7日 晚上23:11

1，保时捷那里如果有什么问题和我说 2，dash radio 如果产品可行的话，我就去帮你们谈合作，可派个人与我对接

2017年9月8日 上午06:59

在和保时捷谈时，尽量以喜马拉雅利益为主，设计一个排它性的方案

2017年9月8日 上午08:05

好的，感谢

2017年9月14日 上午11:29

余总，听说你有意向开展美国的业

1 vs 1 Chat
Date: Sept 06, 2017, at 9:32
Kai Jiang Location: State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( Founder & CEO, Ximalaya )

Live broadcasting rights
Jianjun YU : OK

09:32, Sep. 6, 2017

Kai JIANG : Jin Yuxi asked me to talk to you. She wonders if you can help promote more of her stuff on your platform.

23:11, Sep. 7, 2017
Kai JIANG : 1.If there are any issues with Porsche, let me know. 2.If the Dash Radio product is feasible, I can help negotiate the cooperation. Please assign someone to connect with me.

06:59, Sep. 8, 2017
Kai JIANG : When negotiating with Porsche, prioritize Ximalaya's interests and try to design an exclusive scheme.

08:05, Sep. 8, 2017
Jianjun YU : OK, thanks.

11:29 a.m., Sep. 14, 2017
Kai JIANG : Hi, Mr. Yu. I heard you're planning to expand your business to the US.

Wechat Group Chat History
Date: September 7, 2017, at 23:13
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )
Qiming Yin ( VP of Operation , Ximalaya )
Xiaobo SONG ( VP of Automotive Audio, Ximalaya )

<u>Connecting Ximalaya's content business
cooperation with DASH RADIO in the United States</u>



**Group Chat**
Date: September 7, 2017, at 23:13
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )  Green Label
Jianjun YU ( Founder & CEO, Ximalaya )  White Label
Qiming Yin ( VP of Operation , Ximalaya )  White Label
Xiaobo SONG ( VP of Automotive Audio, Ximalaya )  White Label

"Yu Jianjun" invited you (Kai Jiang) and "Yin Qiming, Song Xiaobo" to join the group chat.

Jianjun YU : 1.If there are any issues with Porsche, let me know. 2.If the dash radio product is feasible, I will help you negotiate a cooperation agreement. You can assign someone to liaise with me.

Jianjun YU : @Kai @Song Xiaobo are our automotive business leaders.

Jianjun YU : @Song Xiaobo, please update us on the communication progress with Porsche.If you encounter any difficulties, seek help from @Kai Jiang

Jianjun YU : @Kai @Yin Qiming are our operations leaders.

Jianjun YU : @Yin Qiming, please provide Jiang with a feedback on the dash radio situation. Mr.Jiang is one of our company's investors and is fully committed to assisting us.

Xiaobo SONG : Okay.

Xiaobo SONG : I have already had a discussion with Porsche and will prepare a proposal for further communication with them.

---

**Left panel (WeChat screenshot):**

1:12

群聊(3)

2017年9月7日 晚上23:13

"余建军"邀请你和"殷启明、宋晓波"加入了群聊

Jianjun YU (CO Founder & CEO, Ximalaya)

1，保时捷那里如果有什么问题和我说 2，dash radio 如果产品可行的话，我就去帮你们谈合作，可派个人与我对接

@凯 @宋晓波 是我们汽车业务责人

@宋晓波 你汇报下和保时捷的沟通进展

有啥困难找我@凯 姜总帮忙

@凯 @殷启明 是我们运营负责人

@殷启明 dash radio 的情况你给姜总做个反馈

姜总是我们公司投资人，在全力帮我们

好的

Xiaobo SONG (VP of Automotive Audio, Ximalaya)

我已经去保时捷谈过一次了，我这边会准备一个方案，跟他们进一步交流。从之前谈的情况来看，保时捷目前没有很明确的方案来支持我们……



**Xiaobo SONG**
( VP of Automotive Audio, Ximalaya )



我已经去保时捷谈过一次了，我这边会准备一个方案，跟他们进一步交流。之前谈的情况来看，保时捷目前没有很明确的方案来接我内容

**Qiming Yin**
(VP of Operation , Ximalaya )



好的 余总 @凯 姜总您好 dash radio 我们了解下，内容肯定很棒，就是引入涉及两个问题，一个是全球播放权是否等同于全球版权，不知道会不会有版权问题，另外引入的形式是直接的广播流还是能把内容拆分制作专辑，前者的效果会弱不少，而且海外广播流恐怕没法直接引入，这个 app 国内下不了

@凯 姜总，晚上好

目前保时捷那边暂时没有遇到问题，而且里面有我老朋友，

2017年9月7日 晚上23:28

**Kai JIANG**

@宋晓波 保时捷那边你们有什么方案想法尽管提，遇到困难尽管找我；主要点：让喜马拉雅有独立通道及排他性，可作为将来与其它汽车公司合作标杆模式



---

Group Chat
Date: September 7, 2017, at 23:28
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )  Green Label
Jianjun YU ( Founder & CEO, Ximalaya )  White Label
Qiming Yin ( VP of Operation , Ximalaya )  White Label
Xiaobo SONG ( VP of Automotive Audio, Ximalaya )  White Label

Xiaobo SONG : I've had an initial discussion with Porsche and am preparing a proposal for further talks. Currently, they don't have a clear plan for our content integration.

Qiming Yin : Okay, Mr.Yu. @ Hello Mr.Jiang Dash Radio, the content is great, but there are two main issues. First, does the global broadcasting right equal global copyright? There might be copyright concerns. Second, will the content be provided as a direct broadcast stream or can it be broken down into albums? The former has a weaker effect and may not be accessible overseas due to app availability issues in China.

Xiaobo SONG : @Kai Mr.Jiang, good evening.

Xiaobo SONG : There haven't been any issues on the Porsche side, and I have connections there.

Kai JIANG : @Song Xiaobo, feel free to propose ideas and solutions for the Porsche collaboration. Remember the key points: secure an exclusive channel for Ximalaya and make this collaboration a benchmark for future automotive partnerships.

Group Chat
Date: September 7, 2017, at 23:33
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )    Green Label
Jianjun YU ( Founder & CEO, Ximalaya )    White Label
Qiming Yin ( VP of Operation , Ximalaya )    White Label
Xiaobo SONG (VP of Automotive Audio, Ximalaya )    White Label

Xiaobo SONG : OK. Thanks, Mr. Jiang. We'll submit our proposal soon.

Kai JIANG : @Yin Qiming Dash Radio has communicated with them. Its boss is the world - famous DJ. 1,The company owns global music broadcasting rights (we specially discussed copyright issues). 2,Dash Radio's biggest advantage is that it has live - broadcasting rights to many concerts. 3, Since its app can't be used in China, Ximalaya can be its only channel, which will benefit us. 4,They also have patented software to remove swear words.

Qiming Yin: @Kai Yeah, it's great if we can introduce it.

Kai JIANG : @Yin Qiming Come up with a way to cooperate, and I'll talk with them.

Qiming Yin: @Kai OK, we'll hurry to work out the proposal.

23:44, Sep. 7, 2017

Kai JIANG : @Yin Qiming Also, when you have time, share with him some of their profit - making models in the US, like the iHeartRadio model.



Xiaobo SONG
(VP of Automotive Audio, Ximalaya )

Kai JIANG

Qiming Yin
(VP of Operation , Ximalaya )



Date: September 7, 2017, at 23:45
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )    Green Label
Jianjun YU ( Founder & CEO, Ximalaya )    White Label
Qiming Yin ( VP of Operation , Ximalaya )    White Label
Xiaobo SONG ( VP of Automotive Audio, Ximalaya )    White Label

23:45, Sep. 7, 2017

Qiming Yin : Need to do some research.

Qiming Yin : @Kai Do they have an intro to the music content they have? We need it to design our proposal,

Qiming Yin : especially for the concert livestreaming part. I wonder what kind of celebrities they have.

Kai JIANG : @Yin Qiming They have 75 radio stations, all music - from classical to rap.

They have a special celebrity - dedicated station and a good relationship with celebrities, and the copyright is clear.

Qiming Yin : @Kai Got it.

Kai JIANG : They have the broadcasting rights to most of the concerts and can provide them to us.

Qiming Yin : This gives us the chance to create some targeted features.

00:00, Sep. 8, 2017

Kai JIANG : Also, I'm currently in Los Angeles.



Group Chat

Date: September 8, 2017, at 00:00
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )  Green Label
Jianjun YU ( CO Founder & CEO, Ximalaya )  White Label
Qiming Yin ( VP of Operation , Ximalaya )  White Label
Xiaobo SONG ( VP of Automotive Audio, Ximalaya )  White Label

00:00, Sep. 8, 2017

Kai JIANG : I'm currently in Los Angeles, the global center for entertainment production. Besides music and in - car services, let me know if there's anything else you need. I'll see what I can do to help.@Yu Jianjun

00:15, Sep. 18, 2017

Jianjun YU : @Kai @Yin Qiming from Dash Radio will be the contact person.

Jianjun YU : @Yin Qiming Please update@Kai on what we've learned about Dash Radio and our strategy.

Kai JIANG : @Yu Jianjun We've already connected with them and are now waiting for the technical integration.

Qiming Yin @Yu Jianjun We've been in touch with GM Jiang all last week.

Jianjun YU : @Yin Qiming Let's meet up after work.

Qiming Yin OK.

Wechat 1 vs 1 Chat History
Date: September 14, 2017, at 11:29
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

Collaborate with Ximalaya CEO to conduct business in the United States



10:29

**余建军**

2017年9月14日 上午11:29

**Kai JIANG** ➡️

余总，听说你有意向开展美国的业务。戴总让我来帮你的忙，如果你有需要的话，你看什么时候我们聊一聊～音乐的事情，我们在有条不紊的进行中，有 2 个主要把控点：1.中国版权由对方解决。2.以免费内容为将来收费内容作铺垫。

2017年9月14日 中午12:45

**Jianjun YU** ➡️
**( CO Founder & CEO, Ximalaya )**

好

我下周在上海

看你什么时候在上海

2017年9月14日 中午12:51

我最近的安排一直在美国，我太太在美国待产...如果可以的话，我们电话会议沟通，我这段时间住在美国也可以把我们谈的事情执行得更好些，效率更高～

2017年9月14日 下午13:04

好

---

Date: September 14, 2017, at 11:29
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

11:29 a.m., Sep. 14, 2017

Kai JIANG: Jianjun Yu, I heard that you plan to expand your business to the US. General Manager Dai asked me to assist you. Let me know when you're available for a chat. The music project is ongoing, with two key points: 1.The Chinese copyright will be handled by the other party. 2.We'll use free content to pave the way for future paid content.

12:45 p.m., Sep. 14, 2017

Jianjun YU : Sounds good.

Jianjun YU : I'll be in Shanghai next week.

Jianjun YU : Let me know when you'll be in Shanghai.

12:51 p.m., Sep. 14, 2017
Kai JIANG : I'm mostly based in the US recently as my wife is here for the delivery... If possible, let's communicate via phone calls. Being in the US allows me to better and more efficiently handle the matters we've discussed.

1:04 p.m., Sep. 14, 2017
Jianjun YU : OK.



Date: September 14, 2017, at 13:04
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

September 14, 2017, at 1:04 p.m.
Jianjun YU : Okay
Jianjun YU : no rush.

September 14, 2017, at 1:09 p.m.
Kai JIANG: My return to China is planned for February next year. You can start preparing as we discussed before, and I'll help push it forward.

September 14, 2017, at 1:27 p.m.
Jianjun YU : Ok

September 15, 2017, at 2:23 p.m.
Kai JIANG : Spotify is about to go public in the U.S. with a market value of around $18 billion, so the paid music model is feasible.

Jianjun YU: Ok

September 18, 2017, at 00:11 a.m.
Kai JIANG : Music: Next week, await the technical team's connection from your side. Hope there's no significant issues; Mr. Yu, will you be in Shanghai during the National Day holiday?

Wechat 1 vs 1 Chat History
Date: September 18, 2017, at 00:11
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )


<u>Connecting Ximalaya's content business
cooperation with DASH RADIO in the United States</u>



**Kai JIANG** ➡️

**Jianjun YU** ➡️
( CO Founder & CEO, Ximalaya )

Date: September 18, 2017, at 00:11
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

September 18, 2017, at 12:11 a.m.

Kai JIANG : Music: Next week, await the technical team's connection from your side. Hope there's no significant issues; Mr. Yu, will you be in Shanghai during the National Day holiday?

Jianjun YU : I'll be visiting my hometown in Fujian for the National Day holiday.

Jianjun YU : Does the technical connection refer to Dash Radio?

Kai JIANG : Yes, they're waiting. They don't have any Chinese-speaking technicians.
Kai JIANG : When will you be back? The CEO of Dash Radio and I will be in Shanghai on October 5th with the NBA's reigning champion, the Golden State Warriors, for an exhibition match.

Jianjun YU : I expect to be back in Shanghai on the 7th.

Kai JIANG : Great, let's meet then?

Jianjun YU: Okay

Kai JIANG : If the technology works, sign a contract with Dash; then we'll officially launch. What do you think?
Kai JIANG : The general idea is that Dash provides free content and handles the copyright, with a 50/50 revenue split.



Date: September 18, 2017, at 00:40
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

September 18, 2017, at 12:40 a.m.

Kai JIANG : The general idea is Dash provides free content and handles the copyright, with a 50/50 revenue split.

September 18, 2017, at 12:46 a.m.

Jianjun YU : But radio is broadcast content, right? I'm concerned that it's not easy to charge directly for broadcast content.
Jianjun YU : It's quite difficult.

September 18, 2017, at 1:06 a.m.

Kai JIANG : The modes I mentioned are: first, live concerts, which can be recorded and rebroadcast due to time - zone differences; second, celebrity interviews with user - submitted questions in the style of Zhihu; and third, artist live streams.

September 18, 2017, at 8:07 a.m.

Kai JIANG : Why can't broadcast radio stations charge?



**Jianjun YU**
( CO Founder & CEO, Ximalaya )

2017年9月18日 上午08:38

目前能收费的都是类培训内容，而且都是新的原创内容，一般电台节目可替代性大，没付费动力

2017年9月18日 上午08:45

**Kai JIANG**

我的想法：他的电台是无广告的，现在有很多有钱的年轻人都会在国外参加各类的电子音乐节。再加上最近国内中国有嘻哈这个节目很火，所以很多年轻人都在积极去了解接受更多的美国说唱音乐。嘻哈说唱和电子音乐现在在中国是年轻人激励追捧的两种音乐风格，而且同时喜欢这两类音乐的年轻人都很富裕，所以这是这两种音乐进入中国市场最好的时机。尤其是觉得演唱会的直播和录播会有收费的机会，您看呢？

而且我们这些台都是原创艺人的电台，都是播的原创的歌曲，其它电台是没有的。最近在上海举办的中国第一届 Ultra 电子音乐节一个卡座是 20 万人名币，门票至少几百块。整个音乐节爆棚

2017年9月18日 上午08:54



---

Date: September 18, 2017, at 08:38
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )

September 18, 2017, at 8:38 a.m.

Jianjun YU : Currently, only tutorial content, especially new and original material, can be paid for. General radio programs are easily substitutable, so there's little motivation to pay for them.

September 18, 2017, at 8:45 a.m.

Kai JIANG : My idea is that his radio station is ad - free. Now, many wealthy young people attend various electronic music festivals abroad. Also, with the recent popularity of "China Rap Show" domestically, many young people are actively learning about and embracing American rap music. Hip - hop and electronic music are two styles eagerly pursued by Chinese youth. Moreover, the young people who like both genres are quite affluent. So this is the best time for these two types of music to enter the Chinese market. Especially, I think there's potential for charging for live and recorded concert broadcasts. What's your opinion?

Kai JIANG : All our radio stations are hosted by original artists and play original songs, which other stations don't have. At the first - ever Ultra Music Festival in China held in Shanghai recently, a booth cost 200,000 RMB, and tickets were at least hundreds of RMB. The entire festival was a huge success.

Wechat 1 vs 1 Chat History
Date: Jan 07, 2019, at 03:39
Kai Jiang Location:  State

Kai JIANG ( Investor of Ximalaya )
Jianjun YU ( CO Founder & CEO, Ximalaya )
Aaron Yiran Wang (Investment Director of SoftBank Vision Fund)

Connecting Ximalaya with SoftBank Vision Fund for Financing



**Kai JIANG** →

@余建军 余总这位是软银Vison fund 的王总，他们主要管大中华区的项目

@Aaron 王一然 王总这是喜马拉雅听的CE〇余建军先生


🤝🤝谢谢 Kai @凯

**Yiran WANG** →
(Investment Director SoftBank Vision Fund)

@余建军 余总新年好！久仰喜马拉雅FM大名，有机会去学习下。之前Kai也有帮我介绍过，当时了解到软银愿景基金有其他团队之前了解过贵公司，故而我没能跟进。

要是您有一些资料，或者公司的融资计划，您可以先和我们分享下。🤝谢谢🙏

2019年1月7日 上午8:19

**Jianjun YU** →
( CO Founder & CEO, Ximalaya )


@凯 感谢哈

@Aaron 王一然 幸会幸会，我准备一个teaser。我们过去在国内融资，最近新搭了vie。


软银日本团队想和我们见，但我们当时没想融资，所以我也没去见

---

Date: Jan 07, 2019, at 03:39
Kai Jiang Location: Los Angeles

Kai JIANG ( Investor of Ximalaya )   Green Label
Jianjun YU ( CO Founder & CEO, Ximalaya )   White Label
Aaron Yiran Wang (Investment Director of SoftBank Vision Fund)   White Label

January 7, 2019, 3:39 AM

Kai JIANG : @Yu Jianjun President Yu, this is President Wang from SoftBank Vision Fund. They primarily manage projects in Greater China.
Kai JIANG : @Aaron Wang Yiran, President Wang, this is Mr. Yu Jianjun, CEO of Ximalaya.

Aaron Yiran Wang : Thanks, Kai!
Aaron Yiran Wang : @Yu Jianjun President Yu, Happy New Year! I've long admired Himalaya FM and would love the opportunity to learn more. Kai previously introduced us, and at the time, I learned that another team within SoftBank Vision Fund had already been in touch with the company, so I wasn't able to follow up.

Aaron Yiran Wang : If you have any materials or information about the company's financing plans, please feel free to share them with us.
Thank you.

January 7, 2019, 8:19 AM

Jianjun YU : @Kai Thanks!
Jianjun YU : @Aaron Wang Yiran, pleased to connect! I'll prepare a teaser. We've previously raised funds domestically in China and recently established a new VIE structure.
Jianjun YU :The SoftBank Japan team wanted to meet with us, but at the time, we weren't considering fundraising, so I didn't end up meeting with them.