Case: 1:25-cv-06217 Document #: 81 Filed: 09/26/25 Page 1 of 1 PageID #:1774

EXHIBIT F TO DECLARATION OF KAI JIANG

