

# Get Inspired and Get Ahead

Listen to stories from the world's most inspiring people.

**Start Free Trial**

$5.83/Month, billed annually. Cancel anytime

## Why Himalaya?

**Extraordinary achievers**

Learn from our powerful life stories to high-impact courses, you'll find what you need to get inspired and get ahead.

**Short, but inspiring**

Turn inspiration into an easy habit listen with our 5-10 minute stories. A shot of espresso for your soul.

**Diverse content library**

Listen to stories, courses, life lessons, book summaries, and more. Find the perfect fit for you.

## Straight to your ears from the world's greatest minds

Boost your practical knowledge to conquer personal and professional milestones



Himalaya Stories   Book Insights   Happier Living   Career Success   Personal Growth

| Warren Buffett | Maya Angelou |
|---|---|
| Warren Buffett | Maya Angelou |
| Businessman and investor | Critically acclaimed poet, mentor of Oprah Winfrey |
| **Audrey Hepburn** | **Abraham Lincoln** |
| Audrey Hepburn | Abraham Lincoln |
| Actress and humanitarian | 16th U.S. president |
| **John Lennon** | **Jackie Robinson** |
| John Lennon | Jackie Robinson |
| Rubin, songwriter, and lead singer of the Beatles | Professional baseball player who broke color barrier |



**Start Free Trial**

Scan code to download app

**Download App**

## Sneak Peek: Featured Courses and Stories

Learn at your own pace, with ten-minute episodes on average!

### Stop Chasing Happiness

Why Your Issues Matter More

**Play Now**

## Himalaya Learning Membership

**Inspirational stories**

Through our engaging, true-life stories, you can learn from the world's most extraordinary people.

**High-impact courses**

Knowledge really is power, and our courses give you the insights you need to get ahead.

**Emotional Boosts**

Sometimes, all we need is the right encouragement at the right time, so Himalaya we've got you covered.

**$69.99** / Year
$134.88/Month, $5.83 / Month

**$11.99** / Month

**Start Free Trial**

## People love Himalaya

"I like hearing stories like this, as I can share, if a client is going through something similar, I can share stories where they overcome it"

- Dana, Therapist

## Start your 7-day free trial now

Get inspired and get ahead - for free! Start listening to our stories, book summaries, courses, and more.

Free trial ends.

Continue learning with Himalaya!

**Start 7 day trial now**

## Got questions? We've got the answers

What is Himalaya? ∨

Is there a free version that I can try out? ∨

How can I redeem a promo code? ∨

Why do you need my credit card? ∨

How do I cancel my free trial? ∨

How do I cancel my subscription? ∨

## Partners





himalaya

Select your location
United States

**Company**
About Us
Copyright Policy
Contact Us

**Communities**
Press
Himalaya Business
Exchange rights

**Download fun**

Privacy Policy   Terms of Use   FAQ

© 2024 Himalaya Media, Inc. All Rights Reserved.