

Tencent

## About Us

Tencent is a world-leading internet and technology company that develops innovative products and services to improve the quality of life of people around the world.

Founded in 1998 with its headquarters in Shenzhen, China, Tencent's guiding principle is to use technology for good. Our communication and social network services Weixin and QQ connect people across the globe with convenient access to digital content and daily essentials through innovative products and services.

Tencent also publishes some of the world's most popular video games and other high-quality digital content, enriching interactive entertainment experiences for people around the globe.

Tencent also offers a range of services such as cloud computing, advertising, FinTech, and other enterprise services to support our clients' digital transformation and business growth.

Tencent has been listed on the Stock Exchange of Hong Kong since 2004.

### Vision & Mission

Value for Users, Tech for Good

### Milestones

| 2023 | 2020 | 2021 |
|---|---|---|

## Company Structure

**Tencent 腾讯**

| CDG | CSIG | IEG | PCG | TEG | WXG |
|---|---|---|---|---|---|

## Management Team

     

      



## Advisor Emeritus

## Board Members

## Our Culture

**Integrity**

**Proactivity**

**Collaboration**

**Creativity**

## Our Offices

| Asia Pacific | Americas | Europe | Middle East & Africa |
|---|---|---|---|

Shenzhen

Bangkok

Hong Kong

Islamabad

Kuala Lumpur

Singapore

Tokyo

Auckland

Canberra

Gurgaon

Jakarta

Seoul

Sydney

Osaka

# Tencent Careers

Jobs　Students　Life at Tencent　Products & Services　Locations　Blog　**Sign in**

🔍 Search jobs　　　　　　　　　　　　　　　　　　**Find jobs ›**

## Filter by

**Country/region** ﹢

**City** ﹣

🔍 Search by city

- ☐ Georgia
- ☐ Idaho
- ☐ Illinois
- ☐ Maryland
- ☐ Massachusetts
- ☐ Michigan
- ☐ Minnesota
- ☐ New Hampshire

**Job category** ﹣

- ☐ Technology
  - ☐ Software Engineering
  - ☐ Quality Control
  - ☐ Technology Operations
  - ☐ Security
  - ☐ AI,Algorithm and Big Data
  - ☐ Enterprise Management
- ☐ Design & Art
  - ☐ Design
  - ☐ Game Art
- ☐ Product
  - ☐ Product Design and Operations
  - ☐ Game Design and Operations
  - ☐ Project Management
  - ☐ Product-Finance
- ☐ Marketing & Public Relations
- ☑ Sales,Service & Support
  - ☑ Sales
  - ☑ Customer Support
- ☐ Content
- ☐ Finance
- ☐ Human Resources
- ☐ Legal & Public Affairs Strategy
- ☐ Administration
- ☐ Strategy & Investment

**Business group** ﹢

**Recruitment type** ﹣

- ☑ Experienced Hires
- ☐ Campus Recruitment–graduate
- ☐ Campus Recruitment–intern
- ☐ Project Up（青云计划）

## Most recent

Showing 1–10 of 104 jobs

Sales ✕　Customer Support ✕　Experienced Hires ✕　　　　　**Reset**

---

### 腾讯云–银行业KA销售　📍Guangzhou
CSIG | Sales,Service & Support | 5 years of working experience |
Updated on September 26,2025
1.负责腾讯云计算服务等相关产品在银行行业的销售和BD工作，包括银行客户的开发与维护及跟进，达成制定的销售指标；…

---

### 产业生态合作部–ISV/SI生态拓展经理　📍Shanghai
CSIG | Sales,Service & Support | 10 years of working experience |
Updated on September 26,2025
1.负责腾讯云产业生态合作部ISV/SI生态拓展，与合作伙伴建立良好的合作关系；
2.管理并执行与ISV/SI的合作项目，确保项目顺利进行；…

---

### 腾讯云–上海泛政销售经理–公有云　📍Shanghai
CSIG | Sales,Service & Support | 5 years of working experience |
Updated on September 26,2025
1.负责腾讯云上海市场的销售工作，包括目标行业客户的开发与维护及跟进，市场策略制定、合作伙伴管理等；…

---

### 腾讯云–运营商销售经理–联通总部及子公司–H　📍Beijing
CSIG | Sales,Service & Support | 5 years of working experience |
Updated on September 26,2025
1.与运营商建立和维护良好的合作关系，拓展业务渠道；
2.负责腾讯云与联通总部及其子公司的整体业务合作；…

---

### 汽车行业高级大客户销售经理–上海　📍Beijing
CSIG | Sales,Service & Support | 3 years of working experience |
Updated on September 25,2025
1.负责汽车行业客户的销售/客户管理工作；
2.洞悉汽车行业客户，包括：主机厂、TierTier2以及自动驾驶初创公司等进行业务拓展…

---

### 腾讯云–家电行业销售经理　📍Shenzhen
CSIG | Sales,Service & Support | 5 years of working experience |
Updated on September 25,2025
1.负责腾讯云在家电、智能家居、智能穿戴，IOT等领域的市场开拓工作；
2.跟客户保持长期合作，同时开拓新市场、发展新客户，发展生态渠道，扩大腾讯云销…

---

### 腾讯云–泛互联网销售–IDC方向　📍Shanghai
CSIG | Sales,Service & Support | 3 years of working experience |
Updated on September 25,2025
1.负责腾讯云泛互联网行业客户销售工作，包括目标客户的开发、维护、跟进、回款和达成收入任务；…

---

### 腾讯云–泛互联网销售–出海方向　📍Beijing
CSIG | Sales,Service & Support | 3 years of working experience |
Updated on September 24,2025
1.负责腾讯云计算服务等相关关产品的商务工作，包括目标客户的开发、维护、跟进，达成制定的商务指标；…

---

### 腾讯健康–医药行业KA销售　📍Chengdu
CSIG | Sales,Service & Support | 5 years of working experience |
Updated on September 24,2025
1.负责西南地区医药行业的大客户销售工作，制定并执行区域销售策略；
2.开拓新客户，深入理解客户需求，实现精准的客户拓展策略，挖掘腾讯云基础产品…

---

### 企业微信–商务推广经理–（北/上/广/深）
📍Guangzhou
WXG | Sales,Service & Support | 3 years of working experience |
Updated on September 24,2025
1.负责新客户拓展，在尚未覆盖的客户群体中发现新的客户和场景，以及能够复制的逻辑，增加新客户的数量；…

---

‹　**1**　2　3　4　5　6　…　11　›

---

Follow Tencent Careers　💬　in　📷

Our Company　　　　Legal Information
About Tencent　　　　Service Agreement
Tencent Charity　　　Privacy Policy
Customer Service　　　Intellectual Property

# Tencent Careers

English ⌄

Copyright © 1998 – 2025 Tencent. All Rights Reserved.

# Tencent Careers

Jobs   Students   Life at Tencent   Products & Services   Locations   Blog   **Sign in**

🔍 Search jobs                                                                 **Find jobs ›**

## Filter by

### Country/region                    +

### City                             —

🔍 Search by city

☐ Florida
☐ Georgia
☐ Idaho
☑ Illinois
☐ Maryland
☐ Massachusetts
☐ Michigan
☐ Minnesota

### Job category                     —

☑ Technology
  ☑ Software Engineering
  ☑ Quality Control
  ☑ Technology Operations
  ☑ Security
  ☑ AI,Algorithm and Big Data
  ☑ Enterprise Management
☐ Design & Art
  ☐ Design
  ☐ Game Art
☐ Product
  ☐ Product Design and Operations
  ☐ Game Design and Operations
  ☐ Project Management
  ☐ Product–Finance
☐ Marketing & Public Relations
☐ Sales,Service & Support
  ☐ Sales
  ☐ Customer Support
☐ Content
☐ Finance
☐ Human Resources
☐ Legal & Public Affairs Strategy
☐ Administration
☐ Strategy & Investment

### Business group                   +

### Recruitment type                 +

## Most recent

Software Engineering ✕    Quality Control ✕                          **More  Reset**

### No results found match your search criteria

Please try searching for another term

---

Follow Tencent Careers

**Our Company**          **Legal Information**                       Tencent Careers
About Tencent            Service Agreement                           English ⌄
Tencent Charity          Privacy Policy
Customer Service         Intellectual Property

Copyright © 1998 – 2025 Tencent. All Rights Reserved.





# Connecting a billion people with calls, chats, and more



Google     apple app store wechat     ✕  🎤  📷  🔍

AI Mode    All    Images    Videos    News    Shopping    Short videos    More ▾    Tools ▾

Apple
https://apps.apple.com › app › wechat    ⋮
**WeChat on the App Store**
WeChat is more than a messaging and social media app – it is a lifestyle for one billion users across the world. Chat and make calls with friends, read news ...

WeChat 13+
Vista previa de App Store. Esta app solo está disponible en App ...    ❯

More results from apple.com »

## People also ask    ⋮

Is WeChat available on the Apple Store?    ⌄

Is Apple blocking WeChat?    ⌄

Why can't I download WeChat on my iPhone?    ⌄

Can I download WeChat in the US?    ⌄

Feedback

WeChat
https://www.wechat.com    ⋮
**WeChat - Free messaging and calling app**
Available for all kinds of platforms; enjoy group chat; support voice,photo,video and text messages.

Apple
https://apps.apple.com › app › wechat    ⋮
**WeChat on the Mac App Store**
WeChat, the free messaging & calling app available across all smartphones, is now available for your desktop.

Reddit · r/chinalife
10+ comments · 3 months ago    ⋮
**WeChat and AliPay not showing up in Apple App Store ...**
Just sign out and make a new account set in China region. After downloading what you need just sign out and back to your original account.

Reddit · r/apple
130+ comments · 1 year ago    ⋮
**Apple pressures Tencent to block loopholes that allow ...**
Apple pressures Tencent to block loopholes that allow WeChat to bypass App Store fees. App Store. r/apple - Apple pressures Tencent to block ...

Softonic
https://wechat.en.softonic.com › iphone    ⋮
**WeChat for iPhone - Download**
Sep 9, 2025 — WeChat is a free Whatsapp-style social networking app ... Score result: Clean. This app is available directly from the official App Store.

promarket.org
https://www.promarket.org › 2025/05/05 › what-the-su...    ⋮
**What the Super-App Clash Between Apple and WeChat ...**
May 5, 2025 — Although Apple could threaten to stop updating or delist WeChat from the App Store, it risks losing access to the Chinese market due to the ...

Quora
1 answer · 1 year ago    ⋮
**Why does Apple not allow US users to download apps like ...**
Why does Apple not allow US users to download apps like Alipay or Tencent's WeChat from its app store in China? Is there a specific reason for ...

YouTube · 5 Minute Solution
7.8K+ views · 7 months ago    ⋮
**How to Download WeChat After AppStore Ban iOS | Install ...**
If you want to download and install WeChat from USA on your iPhone then follow our step by step process to do it easily, The US Department ...

▶ 3:19

## People also search for



WeChat    WhatsApp    Tencent QQ    Alipay    Telegram    Rakuten Viber

Feedback



| Apple app store wechat download 🔍 | Apple app store wechat apk 🔍 |
| WeChat web 🔍 | WeChat login 🔍 |
| Apple app store wechat download apk 🔍 | WeChat Download for PC 🔍 |
| Apple app store wechat ios 14 🔍 | WeChat for Mac 🔍 |

Goooooooooogle ❯
1  2  3  4  5  6  7  8  9  10    Next



  Google Play    Games    Apps    Movies & TV    Books    Kids

# WeChat

**WeChat**
In-app purchases

| 2.9★ | 100M+ | ⊓ |
|---|---|---|
| 6.23M reviews | Downloads | Teen ⓘ |

**Install**     ⌁ Share    + Add to wishlist

▯ You don't have any devices

     

## About this app →

WeChat is more than a messaging and social media app – it is a lifestyle for over one billion users across the world. Chat and make calls with friends, share your life's favorite Moments, enjoy mobile payment features, and much more.

Why do over one billion people use WeChat?
- MORE WAYS TO CHAT: Message friends using text, photo, voice, video, location sharing, and more. Create group chats with up to 500 members...

**Updated on**
Sep 10, 2025

Communication

## Data safety →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⤳  No data shared with third parties
    Learn more about how developers declare sharing

☁  This app may collect these data types
    Personal info, Financial info and 8 others

🔒  Data is encrypted in transit

🗑  You can request that data be deleted

See details

## Ratings and reviews →                    Ratings and reviews are verified ⓘ

▯ Phone    ▯ Chromebook    ▯ Tablet

**2.9**
★★★
5.96M reviews

| | |
|---|---|
| 5 | ▬▬▬▬ |
| 4 | ▬ |
| 3 | ▬▬ |
| 2 | ▬▬▬ |
| 1 | ▬▬▬▬ |

Yi Shi                                                                          ⋮

★★ September 18, 2025

It's an app I use the most everyday. However, it starts having problems to receive messages recently. If someone messages me, I mostly got notification 20 minutes or more time after they sent me the message. The worst is, sometimes when they called on Wechat, my phone is not ringing at all. I hope the app developer can fix this promptly .

41 people found this review helpful

Did you find this helpful?    Yes    No

Brian Brubaker                                                                  ⋮

★ September 14, 2025

I can not delete my account. I've hardly used the app in any way, and it should not be so hard to delete the account. All the support documents I've seen (in English) give false information. I contacted help support, but the only response is in Chinese, and I can't find a way to translate it in the app (which I've heard is supposed to be a strong feature, and even a primary purpose for me to get the app). I also can't copy/paste to translate elsewhere.

35 people found this review helpful

Did you find this helpful?    Yes    No

Jeff Leonard                                                                    ⋮

★ July 18, 2021

Really bad app, lame programming, bad logic, constant hangs, constant security issues, constant hassles, locks account if you don't use it often, says it detected unusual activity on your account and asks for friend's information to unblock your account, but you can't contact your friends because you can't log in, so you have to call them or use another app. Why bother with this app if you have to have another one anyway? I switched to LINE, it works great.

348 people found this review helpful

Did you find this helpful?    Yes    No

See all reviews

## What's new

What's New in WeChat V8.0.62
- Minor bug fixes.

⚑ Flag as inappropriate

### App support ⌄

### Similar apps →



 KakaoTalk : Messenger
Kakao Corp.
3.5★

 LINE: Calls & Messages
LINE (LY Corporation)
3.4★

 Signal Private Messenger
Signal Foundation
4.6★

 Rakuten Viber Messenger
Viber Media
4.2★

VK: music, video, messenger
VKL
3.4★

Online chat, calls - Gem Space
Marketspace Solutions OU
3.8★





Google Play
Play Pass
Play Points
Gift cards
Redeem
Refund policy

Kids & family
Parent Guide
Family sharing

Terms of Service    Privacy    About Google Play    Developers    Google Store

🇺🇸 United States (English (United States))