# DEPARTMENT OF DEFENSE

## Department of the Air Force

### Notice of Record of Decision for the Environmental Impact Statement Air National Guard F–15EX Eagle II & F–35A Lightning II Operational Beddowns

**AGENCY:** Department of the Air Force, Department of Defense.

**ACTION:** Notice of Availability of Record of Decision.

**SUMMARY:** On December 19, 2024, the Department of the Air Force (DAF) signed the Record of Decision (ROD) for the Air National Guard F–15EX Eagle II & F–35A Lightning II Operational Beddowns Environmental Impact Statement.

**ADDRESSES:** Mr. Devin Scherer (NGB/A4), Air National Guard Readiness Center; 3501 Fetchet Avenue; Joint Base Andrews, MD 20762; *ngb.a4.a4a.nepa.comments.org@us.af.mil*; (240) 612–8422.

**SUPPLEMENTARY INFORMATION:** The DAF has decided to replace the aging F–15C/D fighter aircraft at the 104th Fighter Wing (104 FW) at Westfield-Barnes Regional Airport, Westfield, Massachusetts; 144th Fighter Wing (144 FW) at Fresno Yosemite International Airport, Fresno, California; and the 159th Fighter Wing (159 FW) at Naval Air Station Joint Reserve Base New Orleans, Belle Chasse, Louisiana. At the 104 FW, 18 F–15C aircraft will be replaced with up to 21 F–35A aircraft. At the 144 FW, 18 F–15C aircraft will be replaced with up to 21 F–15EX aircraft. At the 159 FW 18 F–15C/D aircraft will be replaced with up to 21 F–15EX aircraft.

The DAF decision documented in the ROD was based on matters discussed in the Final Environmental Impact Statement, inputs from the public and regulatory agencies, and other relevant factors. The Final Environmental Impact Statement was made available to the public on November 15, 2024 through a Notice of Availability in the **Federal Register** (89 FR 90280) with a waiting period that ended on December 16, 2024.

*Authority:* This Notice of Availability is published pursuant to the regulations (40 CFR part 1506.6) implementing the provisions of the National Environmental Policy Act (42 U.S.C. 4321, *et seq.*) and the Air Force's Environmental Impact Analysis Process (32 CFR parts 989.21(b) and 989.24(b)(7)).

**Tommy W. Lee,**
*Acting Air Force Federal Register Liaison Officer.*
[FR Doc. 2025–00069 Filed 1–6–25; 8:45 am]
**BILLING CODE 3911–44–P**

# DEPARTMENT OF DEFENSE

## Office of the Secretary

### Notice of Availability of Designation of Chinese Military Companies

**AGENCY:** Office of the Under Secretary of Defense (Acquisition and Sustainment), Department of Defense.

**ACTION:** Notice of Chinese military companies operating in the United States.

**SUMMARY:** The Deputy Secretary of Defense has determined that the entities listed in the **SUPPLEMENTARY INFORMATION** section of this notice qualify as "Chinese military companies" in accordance with the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021.

**FOR FURTHER INFORMATION CONTACT:** Mr. Devante Brown (GIES), (703) 695–8545.

**SUPPLEMENTARY INFORMATION:** Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116–283) requires the Secretary of Defense to identify and publish a list of "Chinese military companies" annually until December 31, 2030. Paragraph (b)(2) of this section requires the Secretary of Defense to publish the unclassified portion of such list in the **Federal Register** (FR).

The Deputy Secretary of Defense has determined that the following entities qualify as "Chinese military companies" in accordance with Section 1260H [1]:

360 Security Technology Inc. (Qihoo 360).
Aerospace CH UAV Co., Ltd (CH UAV)
Autel Robotics Co., Ltd.
Aviation Industry Corporation of China Ltd. (AVIC)
AVIC Aerospace Systems Co., Ltd.
AVIC Airborne Systems Co., Ltd. (formerly China Avionics Systems Co., Ltd.)
AVIC Asset Management Corporation Ltd.

---

[1] Hesai Technology Co., Ltd. was previously identified as and remains a Chinese military company operating in the United States in accordance with Section 1260H of the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116–283) as reported in 89 FR 86230 (October 29, 2024).

AVIC Aviation High-Technology Company Limited (AVIC Aviation Hi-Tech)
AVIC Electromechanical Systems Co. Ltd.
AVIC Heavy Machinery Company Limited (AVIC Heavy Machinery)
AVIC JONHON Optronic Technology Co., Ltd. (AVIC Jonhon)
AVIC Shenyang Aircraft Company Limited (AVIC Shenyang)
AVIC Xi'an Aircraft Industry Group Company Ltd. (AVIC Xi'an)
Changhe Aircraft Industries (Group) Co., Ltd.
Jiangxi Hongdu Aviation Industry Co., Ltd. (Hongdu Aviation)
Shenyang Aircraft Design Institute
Xi'an Aircraft Industry Group Co., Ltd.
Zhonghang Electronic Measuring Instruments Company Limited (ZEMIC)
Baicells Technologies Co., Ltd.
Beijing Zhidao Chuangyu Information Technology Co., Ltd. (Knownsec)
BGI Group
BGI Genomics Co., Ltd. (BGI)
Forensic Genomics International (FGI)
MGI Tech Co., Ltd. (MGI)
ChangXin Memory Technologies, Inc. (CXMT)
Chengdu JOUAV Automation Tech Co., Ltd. (JOUAV)
Chengdu M&S Electronics Technology Co., Ltd. (M&S Electronics)
China Aerospace Science and Industry Corporation Limited (CASIC)
Addsino Co., Ltd.
Aerospace Precision Products Co., Ltd.
Aerosun Corporation (Aerosun)
Aisino Corporation
China Aerospace Automotive Co., Ltd.
China Cargo Airlines Co., Ltd.
China Communications Construction Group (Limited) (CCCG)
China Airport Construction Group Corporation
China Communications Construction Company Limited (CCCC)
China Communications Constructions USA, Inc.
China Traffic Construction USA, Inc.
John Holland Group Pty Ltd.
John Holland Services Pty Ltd.
China Construction Technology Co., Ltd. (CCTC)
China COSCO SHIPPING Corporation Limited (COSCO SHIPPING)
COSCO SHIPPING (North America) Inc.
COSCO SHIPPING Finance Co., Ltd.
China Electronics Corporation (CEC)
China International Information Services Ltd.
China Electronics Technology Group Corporation (CETC)
Anhui Sun Create Electronics Co., Ltd.
Cheng Du Westone Information Industry Co., Ltd.
GLARUN Technology Co., Ltd.

Guangzhou GCI Science & Technology Co., Ltd.
Hangzhou Hikvision Digital Technology Co., Ltd. (Hikvision)
Phoenix Optics Company Limited
Shanghai East China Computer Co., Ltd.
Taiji Computer Co., Ltd.
China General Nuclear Power Corporation (CGN)
China International Marine Containers (Group) Co., Ltd. (CIMC)
China Mobile Communications Group Co., Ltd. (China Mobile Comm)
China Mobile Limited (China Mobile)
China National Chemical Corporation Ltd. (ChemChina)
China National Chemical Engineering Group Corporation (CNCEC)
China National Chemical Engineering Co., Ltd.
China National Nuclear Corporation (CNNC)
China National Offshore Oil Corporation (CNOOC)
CNOOC China Limited (CNOOC China Ltd.)
CNOOC International Trading Co., Ltd. (CNOOC International Trading)
China North Industries Group Corporation Limited (Norinco Group)
Harbin First Machinery Group Ltd.
Inner Mongolia First Machinery Group Co., Ltd. (Inner Mongolia)
China Shipbuilding Trading Co., Ltd. (CSTC)
China South Industries Group Corporation (CSGC)
Costar Group Co., Ltd. (Costar)
Heilongjiang Northern Tools Co., Ltd.
China SpaceSat Co., Ltd. (China SpaceSat)
Oriental Blue Sky Titanium Technology Co., Ltd.
Xi'an Aerospace Tianhua Data Technology Co., Ltd.
China State Construction Engineering Corporation Limited (CSCEC)
China Construction America, Inc.
China State Shipbuilding Corporation Limited (CSSC)
China Telecom Group Co., Ltd. (China Telecom)
China Telecom Corporation Limited
China Three Gorges Corporation (CTG)
China United Network Communications Group Co., Ltd. (China Unicom)
China Unicom (BVI) Co., Ltd.
China Unicom (Hong Kong) Limited (China Unicom HK)
China Unicom Group (BVI) Co., Ltd.
China United Network Communications Co., Ltd.
CloudWalk Technology Co., Ltd. (CloudWalk)
Commercial Aircraft Corporation of China Limited (COMAC)
Beijing Aeronautical Science & Technology Research Institute (Beijing Research Center)
COMAC America Corporation (CAC)
Shanghai Aircraft Manufacturing Co., Ltd. (Assembly Manufacturing Center)
Contemporary Amperex Technology Co., Ltd. (CATL)
CRRC Corporation Limited (CRRC)
CSSC Offshore & Marine Engineering (Group) Company Limited (COMEC)
Guangzhou Wenchong Shipyard Co., Ltd.
Huacheng (Tianjin) Ship Leasing Co., Ltd.
Dawning Information Industry Co., Ltd. (Sugon)
Global Tone Communication Technology Co., Ltd. (GTCOM)
GTCOM Technology Corporation (GTCOM–US)
Guizhou Aviation Technical Development Co., Ltd. (Guizhou Aviation Tech)
Huawei Investment & Holding Co., Ltd. (Huawei Holding)
Huawei Technologies Co., Ltd. (Huawei)
Inspur Group Co., Ltd. (Inspur)
NetPosa Technologies, Ltd. (NetPosa)
Origincell Technology Co., Ltd.
Quectel Wireless Solutions Co., Ltd.
SDIC Intelligence (Xiamen) Information Co., Ltd.
Xiamen Meiya Zhongmin Electronic Technology Co., Ltd.
Semiconductor Manufacturing International Corporation (SMIC)
Better Way Enterprises Limited
China IC Capital Co., Ltd.
Magnificent Tower Limited
Semiconductor Manufacturing International (Beijing) Corporation (SMIC Beijing)
Semiconductor Manufacturing International (Shenzhen) Corporation (SMIC Shenzhen)
Semiconductor Manufacturing International (Tianjin) Corporation (SMIC Tianjin)
Semiconductor Manufacturing North China (Beijing) Corporation
Semiconductor Manufacturing South China Corporation (SMIC South China)
SilTech Semiconductor Corporation
SMIC Holdings Limited (SMIC Holdings)
SMIC Semiconductor Manufacturing (Shanghai) Co., Ltd (SMIC Shanghai)
SMIC, Americas
SenseTime Group, Inc.
Shanghai Yitu Network Technology Co., Ltd. (Yitu)
Shenzhen DJI Innovation Technology Co., Ltd. (DJI)
Shenzhen Dajiang Baiwang Technology Co., Ltd.
Sinotrans & CSC Holdings Co., Ltd.
Tencent Holdings Limited
Wuhan Geosun Navigation Technology Co., Ltd. (Geosun)
Yangtze Memory Technologies Co., Ltd. (YMTC)
Zhejiang Dahua Technology Co., Ltd. (Dahua)
Chengdu Dahua Wisdom Information Technology Co., Ltd.
 * Subsidiaries Listed with Parent Companies

The Deputy Secretary of Defense has determined that the following previously listed entities should be removed from the most recent Section 1260H List announced on January 31, 2024:
Beijing Megvii Technology Co., Ltd. (Megvii)
China Marine Information Electronics Company Limited (China Marine Info Elec)
China Railway Construction Corporation Limited (CRCC)
China State Construction Group Co.
China Telecommunications Corporation
ShenZhen Consys Science & Technology Co., Ltd. (Consys)

**Reconsideration Process**

Entities that are included on the 1260H List may request reconsideration of this decision. Requests for reconsideration should include:

1. The listed entity's name and mailing address (including email address) and an authorized representative's name and mailing address (including email address) and

2. A statement indicating the entity's intent to request reconsideration of the Department's determination, including a detailed description with supporting evidence of why the listed entity should be removed from the 1260H List.

The request for removal may also include additional information such as arguments and evidence that establishes that an insufficient basis exists for the listing or that the circumstances resulting in the listing no longer apply.

Requests for reconsideration must be emailed to *osd.pentagon.ousd-a-s.list.1260h-list@mail.mil*.

Dated: January 2, 2025.

**Aaron T. Siegel,**
*Alternate OSD Federal Register Liaison Officer, Department of Defense.*
[FR Doc. 2025–00070 Filed 1–6–25; 8:45 am]
**BILLING CODE 6001–FR–P**

## DEPARTMENT OF EDUCATION

### Applications for New Awards; Native American Career and Technical Education Program (NACTEP)

**AGENCY:** Office of Career, Technical, and Adult Education, Department of Education.
**ACTION:** Notice.

**SUMMARY:** The Department of Education (Department) is issuing a notice inviting