## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hughes River FM, LLC

                              Plaintiff,

v.                                                          Case No.: 1:25−cv−06217

                                                               Honorable Edmond E. Chang

Ximalaya, Inc., et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 29, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) Pursuant to the notice of voluntary dismissal, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice as to Defendants Xiaoyu Chen and Li Haibo. Those two Defendant shall be terminated from the case. (2.) On the Plaintiff's motion to file oversized briefs [73], there does not appear to be a statement of conferral. And the Court is skeptical that there will be no overlap in the three responses. But in the interest of moving the briefing along the motion is granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.