**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HUGHES RIVER FM, LLC,<br>a Delaware limited liability company,<br>individually, and derivatively on behalf of<br>XIMALAYA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>XIMALAYA, INC.,<br>a Cayman Islands corporation,<br>YU JIANJUN, an individual,<br>SEAMAN YU, an individual,<br>XIAOYU CHEN, an individual,<br>LI HAIBO, an individual,<br>and TENCENT MUSIC ENTERTAINMENT<br>GROUP, INC., a Cayman Islands<br>corporation,<br><br>Defendants. | Case No. 1:25-cv-06217<br><br>Judge Edmond E. Chang<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, HUGHES RIVER FM, LLC, individually, and derivatively on behalf of XIMALAYA, INC., in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, from the final judgment entered in this action on the 27th day of March 2026.

Respectfully submitted,

HUGHES RIVER FM, LLC,
individually, and derivatively
on behalf of XIMALAYA, INC.,
Plaintiff

By:*/s/Daniel J. Voelker*
Their Attorney


Daniel J. Voelker, Esq.

1

**Voelker Litigation Group**
33 N. Dearborn Street
Suite 400
Chicago, Illinois 60602
312.505.4841
dvoelker@voelkerlitigationgroup.com
ARDC #6189578

Dated: March 30, 2026

## CERTIFICATE OF SERVICE

I, Daniel J. Voelker, an attorney, hereby certify, under oath, that on March 30, 2026, I caused to be filed the foregoing **Notice of Appeal** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, via the CM/ECF Filing System and served the same on all counsel of record via the same.

/s/Daniel J. Voelker