# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 31, 2026

**To:**  Thomas G. Bruton
        Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-1621 |
| Caption: |
| HUGHES RIVER FM, LLC, a Delaware limited liability company, individually, and derivatively on behalf of Ximalaya, Inc.,  Plaintiff - Appellant |
| v. |
| XIMALAYA, INC., JIANJUN YU and TENCENT MUSIC ENTERTAINMENT GROUP,  Defendants - Appellees |
| District Court No: 1:25-cv-06217 District Judge Edmond E. Chang Clerk/Agency Rep Thomas G. Bruton |
| Date NOA filed in District Court: 03/30/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)