IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HUGHES RIVER FM, LLC,                        )
a Delaware limited liability                 )
company, individually,                       )
and derivatively on behalf                   )
of Ximalaya, Inc.,                           )
                                             )
Plaintiff-Appellant,                         )
                                             )
v.                                           )          Case No. 1-25-06217
                                             )
XIMALAYA, INC.,                              )
a Cayman Islands corporation,                )          Honorable Edmond E. Chang,
YU JIANJUN, an individual,                   )          Presiding
SEAMAN YU, an individual,                    )
XIAOYU CHEN, an individual,                  )
LI HAIBO, an individual,                     )
and TENCENT MUSIC ENTERTAINMENT )
GROUP, INC., a Cayman Islands                )
corporation,                                 )
                                             )
                                             )
Defendants-Appellees.                        )

**PLAINTIFF'S DOCKETING STATEMENT PURSUANT TO CIRCUIT COURT RULE 3(C)**

Plaintiff-Appellant, RIVER HUGHES FM, LLC, by and through its

undersigned attorney, hereby submits the following Docketing Statement

pursuant to Circuit Court Rule 3(c)(1), as follows:

**I. JURISDICTION OF THE DISTRICT COURT**

Plaintiff-Appellant filed a Complaint on June 4, 2025 (Dkt. # 1), and an

Amended Complaint on July 28, 2025 (Dkt. # 42), seeking damages and

declaratory relief claiming jurisdiction as a civil action arising under the laws

of the United States pursuant to *U.S.C. § 1332*, diversity of citizenship, *28 U.S.C.*

*§§1331 & 1337*, and the Exchange Act Section 27; *15 U.S.C. § 28aa.*

1

## II. <u>JURISDICTION OF THE COURT OF APPEALS</u>

This appeal is taken by Plaintiff-Appellant from the final decision of the U.S. District Court for the Northern District of Illinois entered on March 27, 2026, by the Honorable Edmond E. Chang, Dkt. ## 95 & 96.  The Amended Complaint was dismissed in its entirety; no claims remain pending. The United States Court of Appeals has jurisdiction to decide this case pursuant to *28 U.S.C. § 1291.*

## III. <u>TIMELINESS OF THE APPEAL</u>

The Notice of Appeal was filed with the district court on March 30, 2026, which is within thirty (30) days of the entry of the district court's March 27, 2026, Order. See Fed. R. App. 4(a)(1)(A).

## IV. <u>COUNSEL OF RECORD</u>

Plaintiff-Appellant's counsel of record in this matter is Daniel J. Voelker.


Dated at Chicago, Illinois, this 6th day of April 2026.

Respectfully submitted,

HUGHES RIVER FM, LLC,
Plaintiff-Appellant

*/s/Daniel J. Voelker*
By: Its Attorney

Daniel J. Voelker, Esq.
**Voelker Litigation Group**
33 N. Dearborn Street
Suite 400
Chicago, Illinois 60602
312.505.4841
dvoelker@voelkerlitigationgroup.com
ARDC # 6189578

Dated: April 6, 2026

## CERTIFICATE OF SERVICE

I, Daniel J. Voelker, an attorney, certify that I served the foregoing

**Plaintiff's Docketing Statement Pursuant to Circuit Court Rule 3(c)** on all

counsel of record by filing it electronically on April 6, 2026. Notice of this filing

will be sent by operation of this Court's electronic filing system to all parties

indicated on the electronic filing receipt. I further certify that as of April 6,

2026, there are no nonregistered participants upon whom service by mail is

required.

*/s/ Daniel J. Voelker*